**RYAN ELLIS LAW CORPORATION**
Ryan A. Ellis, Esq. (SBN: 272868)
3268 Governor Drive, Suite 140
San Diego, CA 92122
Telephone: (858) 247-2000
Email: ryan@ryanellislaw.com

*Attorneys for Defendant*
Ignite International, Ltd.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEY RAE PAVILLARD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>IGNITE INTERNATIONAL, LTD., a Wyoming limited company; and DOES 1-25, inclusive,<br><br>Defendants. | Case No:<br>[Los Angeles County Case No. 20STCV37942]<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION** |

Defendants, IGNITE INTERNATIONAL, LTD ("Defendant"), removes this action from the Los Angeles Superior Court for the State of California to the United States District Court for the Central District of California.

**I.     Introduction**

This was action was filed on October 2, 2020 in the Los Angeles Superior Court for the State of California. Plaintiff is a model who was hired through her agency LA Model Management, by a photographer Josh Ryan, to participate in a photo shoot on October 5, 2018.  The photographer was then hired by Defendant.  Plaintiff's Complaint alleges wage-related claims against

-1-

NOTICE OF REMOVAL OF CIVIL ACTION

Defendant Ignite, however, Plaintiff filed her lawsuit incorrectly stating she had an employment agreement with Defendant, for which none existed and was not attached to Plaintiff's Complaint. Further, Plaintiff failed to name her modeling agency or the photographer involved. It is these unnamed parties who are responsible for Plaintiff's purported claim for penalties arising out of late payment of wages relating to an October 5, 2018 photoshoot. A true and correct copy of the Summons and Complaint filed in the Los Angeles Superior Court matter are attached hereto as Exhibit A.

## II.     Removal is Timely

This action was filed on October 2, 2020 in the Los Angeles Superior Court for the State of California. Defendant Ignite International was served in this matter on January 13, 2021. A notice of removal generally must be filed "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." *See* 28 U.S.C. §1446(b)(1). In addition, "if the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." *See* 28 U.S.C. §1446(b)(3). Given that the initial pleading was filed October 2, 2020 and served January 13, 2021, removal is timely.

## III.     Grounds For Removal

This court has diversity jurisdiction under 28 U.S.C. §1332. Removal is proper pursuant to 28 U.S.C. §1441. Defendant Ignite International, Ltd. is a Wyoming citizen as this is the state in which Defendant is incorporated, and its nerve center is not California or Colorado. Most of the key executives,

including the Chairman, President, Vice President of Sales, Chief Financial Officer, Senior Executive for Beverages, Controller and primary outside counsel all are outside of California or Colorado.  Plaintiff states that she is a Colorado citizen.  In determining whether a civil action is removable on the basis of the jurisdiction under 28 U.S.C. §1332, the sum demanded in good faith in the initial pleading shall be deemed to be the amount in controversy, which must exceed the sum or value of $75,000, exclusive of interest and costs  As the Complaint seeks penalty wages in the amount of $90,000.00 plus attorneys' fees and costs, the amount in controversy meets the jurisdictional threshold.

### IV.   The Defendant has Met All Other Requirements for Removal

Concurrently with the filing of this Notice of Removal in the United States District Court for the Central District of California, written notice of such filing will be given by the undersigned to counsel for Plaintiff: Excelsior Law. In addition, a copy of this Notice of Removal will be concurrently filed with the Clerk of the Superior Court of the State of California for the County of Los Angeles.

Dated this 12 day of February, 2021

**RYAN ELLIS LAW CORPORATION**

*/s/ Ryan A. Ellis*
RYAN A. ELLIS, ESQ.
*Attorneys for Defendant*
Ignite International, Ltd.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of February, 2021, I electronically filed the above and foregoing **NOTICE OF REMOVAL OF CIVIL ACTION** using the CM/ECF system which will send a notice of electronic filing to all CM/ECF registrants.

　　　　　　　　　　　　　　*/s/ Ryan A. Ellis*
　　　　　　　　　　　　　An employee of Ryan Ellis Law
　　　　　　　　　　　　　Corporation