Electronically FILED by Superior Court of California, County of Los Angeles on 10/02/2020 11:46 AM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Perez Deputy Clerk
Case 2:21-cv-01306-RGK-E   Document 1-2   20STCV37942  Filed 02/12/21   Page 1 of 4   Page ID #:6
Assigned for all purposes to: Stanley Mosk Courthouse, Judicial Officer: Malcolm Mackey

Roger Y. Muse (SBN 147120)
Roger@excelsior-law.com
John Matheny (SBN 149532)
John@excelsior-law.com
Alyssa Schabloski (SBN 258876)
Alyssa@excelsior-law.com
**EXCELSIOR LAW**
9595 Wilshire Blvd. Suite 900
Beverly Hills, CA 90212
Phone: (310) 205-3981
Fax:    (310) 205-0594

Attorneys for Plaintiff, CALEY RAE PAVILLARD

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

### IN AND FOR THE COUNTY OF LOS ANGELES - CENTRAL DIVISION

| | |
|---|---|
| CALEY RAE PAVILLARD, an individual,<br><br>　　Plaintiff,<br><br>vs.<br><br>IGNITE INTERNATIONAL, LTD., a Wyoming limited company; and DOES 1-25, inclusive.<br><br>　　Defendants. | CASE NO.:  20STCV37942<br><br>**COMPLAINT FOR PENALTIES FOR THE LATE PAYMENT OF WAGES (Labor Code § 203); DEMAND FOR JURY TRIAL** |

### PARTIES

1.  Plaintiff, CALEY RAE PAVILLARD, ("Plaintiff") is an individual residing in the County of Douglas, Colorado.

2.  Defendant, IGNITE INTERNATIONAL, LTD., ("Defendant") is, and at all times relevant herein was, a Wyoming limited company, maintaining its principal place of business in the County of Los Angeles, California.

3.  Plaintiff is ignorant of the true names and capacities of the Defendants sued herein as DOES 1 through 25 inclusive, and therefore sues these Defendants by such fictitious names.

---
COMPLAINT FOR PENALTIES FOR THE LATE PAYMENT OF WAGES
EXHIBIT A-2      1

1  Plaintiff will amend this complaint to allege their true names and capacities when ascertained.
2  Plaintiff is informed and believes, and on that basis alleges that each of these fictitiously named
3  Defendants are responsible in some manner for the acts and/or omissions herein alleged, and that
4  as such, said fictitiously named Defendants are subject to, and liable for, the penalties sought in
5  this action.
6  4.     Plaintiff is informed and believes, and thereon alleges at all times mentioned herein, the
7  Defendants, and each of them, both those specifically named and fictitiously named, were the
8  agents, servants, and/or employees of their co-defendants and in doing the things hereinafter
9  mentioned, were acting within the course and scope of their authority as such agents, servants,
10 employees with the permission of their co-defendants.

**FIRST COUNT**

**(For Late-Wage-Payment Penalties for October, 2018, Employment -**

**Against All Defendants)**

14 5.     Plaintiff re-alleges and incorporates herein Paragraphs 1-4 hereof as though fully set forth
15 herein.
16 6.     In October of 2018, in the County of Los Angeles, California, Defendant employed
17 Plaintiff as a model for a photography shoot. That employment began on October 5, 2018, and
18 concluded on October 5, 2018. In the course of that employment, Plaintiff performed her modeling
19 services pursuant to, and under the direction and complete control of Defendant and its personnel
20 and agents.
21 7.     Plaintiff's employment with Defendant was pursuant to an employment agreement pursuant
22 to which the employment was to last for one day, and for which Defendant agreed to pay Plaintiff
23 a rate of $3,000.00, per day.
24 8.     Pursuant to Labor Code section 201(a), Plaintiff was entitled to be paid her wages by
25 Defendant upon discharge from her employment. That discharge occurred upon her completion of
26 the photo shoot on October 5, 2018.
27 / / /
28 / / /

9. Despite having discharged Plaintiff from her employment, Defendant failed to timely pay Plaintiff her wages upon discharge. Payment of those wages was not made for more than thirty days after the date upon which Plaintiff was discharged.

10. Defendant's failure to timely pay Plaintiff her wages was willful in that Defendant was required to make timely payment, was able to do so, but chose not to do so, thus entitling Plaintiff to receive the payment of a penalty under Labor Code section 203. Labor Code section 203 provides that upon an employer's failure to make timely payment of wages, the employee's wages shall continue as a penalty until paid or for a period of up to 30 days from the time the wages came due, whichever period is shorter.

11. Pursuant to the provisions of Labor Code section 203, Plaintiff is entitled to an award of penalties in the total amount of $90,000.00, which is Plaintiff's daily rate multiplied by thirty days.

12. Pursuant to Labor Code Section 218.5, Plaintiff is additionally entitled to an award of her reasonable attorney's fees and costs incurred in this action.

**PRAYER**

**WHEREFORE**, Plaintiff prays Judgment against Defendants, and each of them, as follows:

1. For penalty wages in the amount of $90,000.00 pursuant to Labor Code Section 203;
2. For reasonable attorney's fees pursuant to Labor Code Section 218.5;
3. For costs of suit incurred herein; and
4. For such other and further relief as the court may deem appropriate.

Dated: October 1, 2020                    EXCELSIOR LAW

By: _____
ROGER Y. MUSE
Attorneys for Plaintiff, CALEY RAE PAVILLARD

/ / /
/ / /
/ / /
/ / /

**DEMAND FOR JURY TRIAL**

Plaintiff, CALEY RAE PAVILLARD, hereby demands a jury trial in the above-entitled action

Dated: October 1, 2020              EXCELSIOR LAW

By: _____
ROGER Y. MUSE
Attorneys for Plaintiff, CALEY RAE PAVILLARD

---

**COMPLAINT FOR PENALTIES FOR THE LATE PAYMENT OF WAGES**
EXHIBIT A-2    4