RUSSELL I. GLAZER (SBN 166198)
Email:      rglazer@troygould.com
AMY L. NASHON (SBN 316353)
Email:      anashon@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:  (310) 553-4441
Facsimile:  (310) 201-4746

Attorneys for Third-Party Defendant
LA MODELS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEY RAE PAVILLARD, an individual, | Case No. 2:21-cv-01306-RGK-E |
| Plaintiff, | LA MODELS, INC.'S MOTION TO DISMISS THE THIRD-PARTY COMPLAINT OF IGNITE INTERNATIONAL, LTD. PURSUANT TO F.R.C.P. RULE 12(b)(6) |
| v. | |
| IGNITE INTERNATIONAL, LTD., a Wyoming limited liability company, | [Filed concurrently with Memorandum of Points and Authorities; Request for Judicial Notice; Declaration of Russell I. Glazer; and [Proposed] Order] |
| Defendant and Third-Party Plaintiff. | Assigned for All Purposes To: Hon. R. Gary Klausner |
| IGNITE INTERNATIONAL, LTD., a Wyoming limited liability company, | Date:  May 10, 2021 Time:  9:00 a.m. Ctrm:  850 |
| Third-Party Plaintiff, | |
| v. | |
| JOSH RYAN, an individual d/b/a JOSH RYAN PHOTOGRAPHY; LA MODELS, INC. and ROES 1-10, inclusive, | |
| Third-Party Defendants. | |

**TroyGould PC**

LA MODELS, INC.'S MOTION TO DISMISS THE THIRD-PARTY COMPLAINT OF IGNITE INTERNATIONAL, LTD. PURSUANT TO F.R.C.P. RULE 12(b)(6)

04173-0006  346015.1

TO THE HONORABLE JUDGE KLAUSNER AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that on May 10, 2021 at 9:00 a.m., or as soon thereafter as the matter may be heard, in the above-entitled Court located at the Roybal Federal Building and U.S. Courthouse, 225 E. Temple Street, Los Angeles, California 90012, Courtroom 850, Third-Party Defendant L.A. Models, Inc. ("LA Models") will, and hereby does, move to dismiss the claims against it contained in the Third-Party Complaint of Ignite International, Ltd. ("Ignite"), with prejudice, on the ground that the pleading does not state facts sufficient to constitute a cause of action against LA Models. Fed. R. Civ. P. 12(b)(6).

As set forth in detail in the attached memorandum of points and authorities, Ignite's Third-Party Complaint seeks indemnity and contribution from LA Models on the mistaken premise that LA Models had an employment relationship with Plaintiff Caley Rae Pavillard ("Pavillard"). However, LA Models is a licensed talent agency as defined by Labor Code § 1700.4, and did not, as a matter of law, have an employer-employee relationship with Pavillard. Ignite's Third-Party Complaint is further deficient because it asserts a cause of action for contribution that is both premature, as no judgment has been entered against Ignite. For all of these reasons, and as set forth more fully in the memorandum of points and authorities filed herewith, the Third-Party Complaint should be dismissed as to LA Models.

This motion will be based upon this notice of motion and motion, the attached memorandum of points and authorities, the Request for Judicial Notice filed herewith and exhibits thereto, and on all papers and records on file in the above-entitled action, as well as such oral and documentary evidence as may be presented at the hearing of this motion.

**TroyGould**
**PC**

LA MODELS, INC.'S MOTION TO DISMISS THE THIRD-PARTY COMPLAINT OF IGNITE INTERNATIONAL, LTD. PURSUANT TO F.R.C.P. RULE 12(b)(6)

04173-0006 346015.1

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on March 23, 2021. *See* Declaration of Russell I. Glazer, filed herewith.

Dated: April 5, 2021            TROYGOULD PC

By:   /s/ Russell I. Glazer
       Russell I. Glazer
Attorneys for Third-Party Defendant
LA MODELS, INC.

**TroyGould PC**

2

LA MODELS, INC.'S MOTION TO DISMISS THE THIRD-PARTY COMPLAINT OF IGNITE INTERNATIONAL, LTD. PURSUANT TO F.R.C.P. RULE 12(b)(6)

04173-0006 346015.1