**RYAN ELLIS LAW CORPORATION**
Ryan A. Ellis, Esq. (SBN: 272868)
3268 Governor Drive, Suite 140
San Diego, CA 92122
Telephone: (858) 247-2000
Email: ryan@ryanellislaw.com

*Attorneys for Defendant*
Ignite International, Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEY RAE PAVILLARD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>IGNITE INTERNATIONAL, LTD., a Wyoming limited company; and DOES 1-25, inclusive,<br><br>Defendants.<br><br>―――――――――――<br><br>IGNITE INTERNATIONAL, LTD.,<br><br>Third-Party Plaintiff,<br>v.<br><br>JOSH RYAN, an individual dba JOSH RYAN PHOTOGRAPHY; L.A. MODELS, INC. and ROES I through X, inclusive,<br><br>Third-Party Defendants. | Case No.: 2:21-cv-01306-RGK-E<br>[Los Angeles County Case No. 20STCV37942]<br><br>**DECLARATION OF RYAN A. ELLIS IN SUPPORT OF IGNITE INTERNATIONAL, LTD.'S TRIAL EXHIBIT LIST AND TRIAL WITNESS LIST**<br><br>*[filed concurrently with Ignite International, Ltd.'s Witness List and Exhibit List]* |

-1-

DECLARATION OF RYAN ELLIS IN SUPPORT OF IGNITE INTERNATIONAL, LTD.'S TRIAL EXHIBIT LIST AND TRIAL WITNESS LIST

I, Ryan A. Ellis, hereby declare and state as follows:

1. I am an attorney duly licensed to practice law in this State and before this honorable Court. I am counsel of record for Defendant/Third Party Plaintiff Ignite International, Ltd. ("Ignite") in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts. This declaration is submitted in support of Ignite's concurrently filed Trial Witness List (the "Witness List") and Trial Exhibit List (the "Exhibit List").

2. Per this Court's June 9, 2021 Order for Jury Trial (Dkt. No. 46), the Parties were to submit to this Court both a joint witness list and joint exhibit list (amongst other filings) twenty-one (21) days before the Final Pre-Trial Conference.

3. The Final Pretrial Conference in this matter is set for January 31, 2022, thereby making the deadline for the joint exhibit list and joint witness list Monday January 10, 2022.

4. When arriving to my office on Monday, January 10, 2022, I checked my email to see that Plaintiff's counsel sent an email correspondence earlier that day at 12:03 AM. *A true and correct copy of this email is attached hereto as Exhibit A.* This email set a "deadline" for all parties to add their respective portions of the joint exhibit list and return the same back to Plaintiff's counsel by 4:00 PM that same day. *Id.*

-2-

5. At 12:40 PM on that same day (Monday, January 10), Plaintiff's counsel sent a second email which contained a word document, which was a draft version of the joint witness list. *A true and correct copy of this email is attached hereto as Exhibit B.*

6. At 3:46 PM on the same Monday, I sent to all counsel my additions to the joint exhibit list, along with some notes regarding the same. *A true and correct copy of this email is attached hereto as Exhibit C.* I also note in my email that I have not seen anything from counsel for Third-Party Defendant, and therefore reserve any and all rights to object, or otherwise, to any exhibits listed by Third-Party Defendant's counsel on this joint list. *Id.*

7. Shortly thereafter, and at 4:07 PM, I sent another email message to all counsel in this matter and provided my additions to the joint witness list. *See Exhibit D.*

8. I arrived to my office the morning of January 11, 2022, and I checked my email. I found that Plaintiff's counsel had sent several emails late into the night the night before regarding several additions to the exhibit list and witness list.

9. The first email from Plaintiff's counsel was sent at 7:09 PM, which contained two attachments, a word document and PDF document of a

draft joint witness list. *A true and correct copy of this email is attached hereto as Exhibit E.*

10. Plaintiff's counsel sent another email at 8:52 PM, attached further updated versions of the draft joint witness list. *A true and correct copy of this email is attached hereto as Exhibit F.*

11. Plaintiff's counsel sent yet another email at 9:33 PM, this time attaching a single word document, a draft of the Joint Exhibit List. *A true and correct copy of this email is attached hereto as Exhibit G.* Plaintiff's counsel sent another email to me and counsel for Third-Party Defendant regarding the same exhibit list one minute later (at 9:34 PM) asking for additions and/or changes. *A true and correct copy of this email is attached hereto as Exhibit H.*

12. Plaintiff's counsel sent yet another email at 10:00 PM to me and counsel for Third-Party Defendant, asking for permission to file the draft joint exhibit list. *A true and correct copy of this email is attached hereto as Exhibit I.*

13. At 10:21 PM, Plaintiff's counsel emailed again, this time stating that if she did not hear back from me that she would "have no choice" but to remove my signature line from the Exhibit list. *A true and correct copy of this email is attached hereto as Exhibit J.*

-4-

14. Plaintiff's counsel's final email for the evening is time-stamped at 10:47 PM, with Plaintiff's/Third-Party Defendant's final versions of the joint witness list and joint exhibit list. *A true and correct copy of this email is attached hereto as Exhibit K.* This email unilaterally sets an 11:30 PM deadline for my client's additions to the joint exhibit and witness lists, at which time Plaintiff's counsel will be filing that iteration of the documents. *Id.*

15. As stated above, I did not receive any of Plaintiff's counsel's after-business-hours emails until the next morning (January 11) when I arrived at my office. Ignite submitted any and all of its initial portions of the joint exhibit and witness lists "timely" under Plaintiff's counsel's unilaterally set deadline (4:00 PM on January 10).

16. In failing to follow her own deadlines, Plaintiff's counsel caused an unreasonable delay in the amalgamation of the joint trial lists for final approval by all parties. Plaintiff's counsel's delay to the literal minute before the deadline was intentional, as she could have (and should have) simply abided by her own unilaterally set 4:00 PM deadline. Her conduct prevented Ignite proper opportunity to raise objections to additional evidence and witnesses added to the documents much after the close of business and much after Plaintiff's own deadline.

17. As a result of the foregoing, I respectfully request that Ignite International, Ltd.'s concurrently-filed trial exhibit list and trial witness list be accepted and considered as a joint filing with the joint exhibit list and joint witness list filed after business hours by counsel for Plaintiff and Third-Party Defendant.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: January 11, 2022        */s/ Ryan A. Ellis*
                              Ryan A. Ellis

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of January 2022, I electronically served a copy of the foregoing **DECLARATION OF RYAN A. ELLIS IN SUPPORT OF IGNITE INTERNATIONAL, LTD.'S TRIAL EXHIBIT LIST AND TRIAL WITNESS LIST** in the above-entitled matter as follows:

Roger Y. Muse, Esq.
Excelsior Law
9595 Wilshire Blvd., Suite 900
Beverly Hills, CA 90212
Roger@excelsior-law.com
*Attorneys for Plaintiff*

Stephen D. Weisskopf, Esq.
Levato Law
2029 Century Park east, Suite 400
Los Angeles, CA 90067
sweisskopf@levatolaw.com
*Attorneys for Josh Ryan*

Jordanna G Thigpen, Esq.
Thigpen Legal, P.C.
9595 Wilshire Blvd., Suite 961
Beverly Hills, CA 90212
jt@thigpenlegal.com
*Attorneys for Plaintiff*

          /s/ Ryan Ellis
An employee of Ryan Ellis Law Corporation

DECLARATION OF RYAN ELLIS IN SUPPORT OF IGNITE INTERNATIONAL, LTD.'S TRIAL EXHIBIT LIST AND TRIAL WITNESS LIST