# EXHIBIT A

# EXHIBIT A

Ryan Ellis <ryan@ryanellislaw.com>

## Pavillard v. Ignite: Joint Trial Documents - Due 1/10/22

1 message

**Jordanna Thigpen** <jt@thigpenlegal.com>                                    Mon, Jan 10, 2022 at 12:03 AM
To: Ryan Ellis <ryan@ryanellislaw.com>, Stephen Weisskopf <sweisskopf@levatolaw.com>, Sara LeBlanc <sara@excelsior-law.com>

Hello,

Tomorrow (Jan 10) is the deadline for filing the joint witness list and joint exhibit list. I have done a preliminary draft of the exhibit list, I may add a couple more or subtract a couple, but I am sending for your inclusion of your items. We are to use the numbers from the exhibits and then continue from where they left off, which I did, so you can see my numbers where I leave off.

I have a deposition tomorrow and won't be available until the afternoon if there are any issues, but please send back with your additions by 4 PM, I will file this and the witness list after you approve the final versions.  The very short witness list will be sent in the morning for inclusion of your items (or you can tell me and I will type them in, then send you the final version for your approval).

Thanks

Jordanna

--

**Jordanna Thigpen**

**Thigpen Legal, P.C.**

9595 Wilshire Blvd. Suite 961

Beverly Hills, CA 90212

jt@thigpenlegal.com



T: (310) 210-7491

C: (415) 999-7641

**Licensed in CA, NY, and Washington D.C.**

Attorney-Client Privilege/Attorney Work Product. This transmittal may contain privileged and confidential information, and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s), nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Thigpen Legal, P.C. immediately at (310) 210-7491 or by return email.

📄 **2022-1-10 JOINT EXHIBIT LIST.docx**
61K