Jordanna Thigpen (SBN 232642)
**THIGPEN LEGAL, P.C.**
9595 Wilshire Boulevard, Ste. 961
Beverly Hills, CA 90212
Telephone:    (310) 210-7491
Facsimile:    (310) 362-0456
Email: jt@thigpenlegal.com

Roger Y. Muse (SBN 147120)
roger@excelsior-law.com
John Matheny (SBN 149532)
John@excelsior-law.com
**EXCELSIOR LAW**
9595 Wilshire Blvd. Suite 900
Beverly Hills, CA 90212
Telephone:    (310) 205-3981
Facsimile:    (310) 205-0594

*Attorneys for Plaintiff Caley-Rae Pavillard*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEY-RAE PAVILLLARD, an individual,<br><br>    Plaintiff,<br><br>        vs.<br><br>IGNITE INTERNATIONAL, LTD., a Wyoming limited company; and DOES 1-25, inclusive.<br>    Defendants.<br>_____<br>IGNITE INTERNATIONAL, LTD., a Wyoming limited liability company,<br><br>    Third-Party Plaintiff,<br>        v.<br>JOSH RYAN, an individual d/b/a JOSH RYAN PHOTOGRAPHY; LA MODELS, INC. and ROES 1-10, inclusive,<br><br>        Third-Party Defendants. | **Case No**.: 2:21-cv-01306-RGK-E [Los Angeles County Case No. 20STCV37942]<br><br>**PLAINTIFF PAVILLARD'S RULE 26(a)(3) PRETRIAL DISCLOSURES**<br><br>**Pretrial Conference:** January 31, 2022<br>**Trial Date:** February 15, 2022<br>**Time:** 9:00 AM<br>**Judge:** Hon. R. Gary Klausner<br>**Trial Date:** February 15, 2022<br>**Discovery Cutoff:** November 16, 2021 |

PLAINTIFF PAVILLARD'S RULE 26(a)(3) PRETRIAL DISCLOSURES

Plaintiff Caley-Rae Pavillard ("Pavillard") by and through her counsel of record, makes the following pretrial disclosures pursuant to Fed. R. Civ. P. 26(a)(3):

## I.   IDENTIFICATION OF WITNESSES

### A. Witnesses Plaintiff Expects to Present

As set forth in Pavillard's portion of the Joint Witness List (Dkt. 68), Pavillard expects to call the following witnesses, whose contact information has already been provided to counsel:

1. Caley-Rae Pavillard (Plaintiff).

2. Josh Ryan, dba Josh Ryan Photography.

3. John Schaefer (designated by Ignite International, Ltd. as its person most knowledgeable pursuant to Fed. R. Civ. P. 30(b)(6)). Given that Ignite apparently intends to call Mr. Schaefer as a live witness, and given that Josh Ryan also wishes to call Mr. Schaefer as a witness, Pavillard requests that Mr. Schaefer be required to attend the trial as a live witness for questioning by all parties. In the event that does not occur, Pavillard will present excerpts of the deposition transcript of Mr. Schaefer. Pavillard has made her designations and the Parties will have all respective designations and objections by the time of the Pretrial Conference so the Court can properly analyze Pavillard's request.

### B. Witnesses Pavillard May Call If The Need Arises

Pavillard does not anticipate calling any other witnesses, excepting for impeachment purposes, at this time.

## II.   DEPOSITION DESIGNATIONS

### A. Deposition Testimony Pavillard Expects to Use

As set forth above, Given that Ignite apparently intends to call Mr. Schaefer as a live witness, and given that Josh Ryan also wishes to call Mr. Schaefer as a

witness, Pavillard requests that Mr. Schaefer be required to attend the trial as a live witness for questioning by all parties. In the event that does not occur, Pavillard will present excerpts of the deposition transcript of Mr. Schaefer that are set forth in **Exhibit 1**, attached hereto.

### B. Deposition Testimony Pavillard May Use If the Need Arises

Aside from impeachment testimony, Pavillard does not anticipate using any other deposition testimony in lieu of any live witness testimony.

## III.    IDENTIFICATION OF EXHIBITS

### A. Exhibits Pavillard Expects to Use

As set forth in her portion of the Joint Exhibit List (Dkt. 70), Pavillard expects to offer into evidence or utilize the following exhibits and/or documents:

| Exhibit | Description |
|---|---|
| 1 | Ex. 1 to Pavillard Depo (PLTF0042-45); text messages |
| 2 | Ex. 2 to Pavillard Depo (PLTF0046); text messages |
| 3 | Ex. 3 to Pavillard Depo (PLTF0050); text messages |
| 4 | Ex. 4 to Pavillard Depo (RYAN043-51); photographs |
| 5 | Ex. 5 to Pavillard Depo (PLTF0051-52); text messages |
| 6 | Ex. 6 to Pavillard Depo (PLTF0035-37); E-mail chain |
| 10 | Ex. 10 to Pavillard Depo (PLTF0040-41); text messages |
| 11 | Ex. 11 to Pavillard Depo; text messages between Caley Pavillard and Dan Bilzerian |
| 14 | Ex. 14 to Pavillard Depo (BIL000001-3); e-mail chain |
| 20 | Ex. 20 to Ryan, Ignite & Anastas Depos (RYAN0001); September 22, 2018 e-mail from Jonathan Anastas |
| 21 | Ex. 21 to Ryan Depo (RYAN0005-8); e-mail chain |

PLAINTIFF PAVILLARD'S RULE 26(a)(3) PRETRIAL DISCLOSURES

| 23 | Ex. 23 to Ryan, Ignite & Anastas Depos (RYAN0037-38); Call Sheet |
|----|------------------------------------------------------------------|
| 25 | Ex. 25 to Ryan Depo (RYAN0039-40); e-mail chain; e-mail chain |
| 27 | Ex. 27 to Ryan Depo (RYAN0009-12); e-mail chain |
| 29 | Ex. 29 to Ryan Depo (RYAN0075-98); text messages Bilzerian and Ryan |
| 30 | Ex. 30 to Ryan Depo (RYAN0099-108); photographs |
| 31 | Ex. 31 to Ryan Depo (PLTF0001); Instagram post |
| 32 | Ex. 32 to Ryan Depo (PLTF0057-59); photographs of billboards |
| 34 | Ex. 34 to Ryan Depo (RYAN0052-63); text messages with Bilzerian and Ryan |
| 35 | Ex. 35 to Ryan Depo; photographs of billboards |
| 43 | Exhibit 43 to Ignite Deposition; Profit Corporation Annual Report (2018) |
| 57 | BILZ006-8 Letter from K. Stein to Alex Polyachenko |
| 58 | BILZ0011-13 Letter from K. Stein to Alex Polyachenko |
| 59 | PLTF0039 Ignite Instagram screenshot |
| 60 | PLTF56: Text message Josh Ryan and Caley-Rae Pavillard |
| 61 | PLTF0024 – Instagram post from Ignite |
| 62 | PLTF060 – Facebook Post of Dan Bilzerian |
| 63 | PLTF061 – Ignite Instagram post |
| 64 | PLTF002-003: Text messages Pavillard and Bilzerian |
| 65 | LAM0087 – Confirmation of payment Ignite to LA Models |

3

PLAINTIFF PAVILLARD'S RULE 26(a)(3) PRETRIAL DISCLOSURES

| 66 | LAM0089 - Check to Caley-Rae for $2,000 |
|----|------------------------------------------|
| 67 | Screenshot of publicly available Twitter message from Dan Bilzerian's confirmed Twitter account, posted on August 1, 2020: "Some journalist said Ignite was funding my life, bitch I been going hard for 10 yrs and been famous for going hard for 7. I started Ignite 2 years ago, raised around 100 mil and I own the majority of the company, suck my dick." |
| 68 | Screenshot of publicly available Twitter message from Dan Bilzerian's confirmed Twitter account, posted on August 6, 2019: "I think I've made like 100 mil this week, feels good." |
| 69 | Screenshot of publicly available Twitter message posted on Dan Bilzerian's confirmed Twitter account, posted on May 26, 2019: "Modeling agencies are the biggest pimps in the game right now." |
| 70 | Screenshot of publicly available Twitter message posted on Dan Bilzerian's confirmed Twitter account, posted on October 20, 2018: "New billboards going up, 3 of the 10 @IgniteCCo spokesmodels have been chosen, 7 remaining $100,000 contracts will be given out next month." |

PLAINTIFF PAVILLARD'S RULE 26(a)(3) PRETRIAL DISCLOSURES

## B. Exhibits Pavillard May Use If the Need Arises

| 44 | Exhibit 44 to Ignite depo; Ignite's Response to Pltf Pavillard's Special Interrogatories |
| 46 | Exhibit 46 to Ignite depo; Ignite's Response to Josh Ryan's First Set of Interrogatories |
| 47 | Exhibit 47 to Ignite depo; Ignite's Response to Josh Ryan's First Set of RFAs |

In addition, Defendant/Third-Party Plaintiff reserves the right to offer into evidence or use the following exhibits and/or documents:

a. Any exhibits listed by, offered into evidence by, and/or used for any other purpose by Defendant Ignite International, Ltd.

b. Any exhibits listed by, offered into evidence by, and/or used for any other purpose by Third-Party Defendant Josh Ryan.

c. All deposition exhibits.

d. All exhibits, papers, records, and writings provided by any party in this case and/or attached to pleadings, papers, motions or other filings in this case.

e. All exhibits, papers, records, or writings attached to, filed with, or referenced in any Parties' filings in this case.

f. Any newly discovered evidence, records, reports, and exhibits.

g. Any judicially noticeable materials.

Pavillard reserves any and all objections to any exhibits listed by any other Party.

Dated: January 15, 2022          **THIGPEN LEGAL, P.C.**

                                  */s/ Jordanna G. Thigpen*
                                  JORDANNA THIGPEN, ESQ.
                                  *Attorneys for Plaintiff Caley Rae Pavillard*

Dated: January 15, 2022          **EXCELSIOR LAW**

                                  */s/ Roger Muse*
                                  ROGER MUSE, ESQ.
                                  JOHN MATHENY, ESQ.
                                  *Attorneys for Plaintiff Caley Rae Pavillard*

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4(a)(2)

I, Jordanna G. Thigpen, am the ECF User whose identification and password are being used to file this **PLAINTIFF PAVILLARD'S RULE 26(a)(3) PRETRIAL DISCLOSURES.**

In compliance with Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories concur in filing this document.

Dated: January 15, 2022          **THIGPEN LEGAL, P.C.**

                                  */s/ Jordanna G. Thigpen*
                                  JORDANNA THIGPEN, ESQ.
                                  *Attorneys for Plaintiff Caley Rae Pavillard*

PLAINTIFF PAVILLARD'S RULE 26(a)(3) PRETRIAL DISCLOSURES

**PROOF OF SERVICE**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to this within action; my business address is 9595 Wilshire Blvd. Suite 961, Beverly Hills, CA 90212.

On January 15, 2022, I served the following documents described as:

**PLAINTIFF PAVILLARD'S RULE 26(a)(3) PRETRIAL DISCLOSURES**

on the interested parties in this action by:

[x]     BY ELECTRONIC SERVICE: I caused the documents to be sent to the persons at the electronic notification (email) addresses listed below. My email address is jt@thigpenlegal.com. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| **RYAN ELLIS LAW CORPORATION**<br>Ryan A. Ellis<br>3268 Governor Drive, Suite 140<br>San Diego, CA 92122<br>Tel: (858) 247-2000<br>Email: ryan@ryanellis.com<br><br>*Attorneys for Ignite International, Ltd.* | **LEVATOLAW, LLP**<br>Stephen D. Weisskopf<br>2029 Century Park East, Suite 400<br>Los Angeles, CA 90067<br>Telephone: (310) 779-2024<br>Email: sweisskopf@levatolaw.com<br><br>*Attorneys for Third-Party Defendant Josh Ryan* |

I declare under penalty of perjury under the laws of the United States that the above is true and correct.  Executed on <u>January 15, 2022</u>, at Beverly Hills, California.

By:  <u>/s/ Jordanna G. Thigpen</u>
Jordanna G. Thigpen

7
PLAINTIFF PAVILLARD'S RULE 26(a)(3) PRETRIAL DISCLOSURES