UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:21-cv-01306-RGK-Ex |
| Title: | Caley Rae Pavilllard v. Ignite International, Ltd., et al. |
| Date | April 13, 2022 |

Present: The Honorable  R. GARY KLAUSNER, U.S. District Judge

| Joseph Remigio | Maria Bustillos |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Jordanna Thigpen | Ryan Ellis |

___ Day Court Trial   2nd Day Jury Trial

___ One day trial:   ___ Begun (1st day);   ___ Held & Continued;   X Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.
___ Opening statements made by   Plaintiff and Defense
___ Witnesses called, sworn and testified.   ___ Exhibits Identified   ___ Exhibits admitted.
___ Plaintiff(s) rest.   ___ Defendant(s) rest.
X Closing arguments made by   X plaintiff(s)   X defendant(s).   ___ Court instructs jury.
X Bailiff(s) sworn.   X Jury retires to deliberate.   ___ Jury resumes deliberations.
X Jury Verdict in favor of   X plaintiff(s)   ___ defendant(s) is read and filed.
X Jury polled.   ___ Polling waived.
X Filed Witness & Exhibit Lists   X Filed jury notes.   X Filed jury instructions.
___ Judgment by Court for   ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   ___ Briefs to be filed by
___ Motion to dismiss by _____ is ___ granted.   ___ denied.   ___ submitted.
___ Motion for mistrial by _____ is ___ granted.   ___ denied.   ___ submitted.
X Motion for Judgment/Directed Verdict by   (See other below)   is ___ granted.   ___ denied.   ___ submitted.
___ Settlement reached and placed on the record.
X Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
X Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
___ Case continued to _____ for further trial/further jury deliberation.
X Other:   Any Rule 50 Motions due by April 19, 2022, at noon. Any replies thereto due by April 21, 2022, at noon.

|   |   | 1 | : | 35 |
|---|---|---|---|---|
|   | Initials of Deputy Clerk | jre |   |   |

cc: