UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


FILED
CLERK, U.S. DISTRICT COURT
APR 13 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JRE___ DEPUTY

CALEY RAE PAVILLLARD,

    Plaintiff(s),

-vs-

IGNITE INTERNATIONAL, LTD., et al.,

    Defendant(s).

Case No. 2:21-cv-01306-RGK-Ex

JURY NOTE NUMBER __1__

Today's Date: __4/13/22__

**REDACTED**

__X__ THE JURY HAS REACHED AN UNANIMOUS VERDICT

____ THE JURY REQUESTS THE FOLLOWING:

_____
_____
_____
_____
_____
_____
_____

SIGNED: [Signature redacted by the Court]

FOREPERSON OF THE JURY