FILED
CLERK, U.S. DISTRICT COURT

APR 13 2022

CENTRAL DISTRICT OF CALIFORNIA
BY: ___JRE___ DEPUTY

1
2        UNITED STATES DISTRICT COURT
3        CENTRAL DISTRICT OF CALIFORNIA
4

5  CALEY RAE PAVILLARD, an individual,    CASE NO. 2:21-CV-01306-RGK-E

6            Plaintiff                    **JURY VERDICT FORM**

7       vs.
                                          Trial Date:   April 12, 2022
8  IGNITE INTERNATIONAL, LTD, a           Time:         9:00 AM
   Whyoming limited company,              Judge:        Hon. R. Gary Klausner
9
10           Defendant                    **REDACTED**

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

We the jury in the above titled case answer the questions posed to us as follows:

1. Did Plaintiff perform work for Defendant?

    Answer: __X__ Yes  _____ No

If your answer to question 1 is "Yes," proceed to the next question. If your answer to question 1 is "No," stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Did Defendant prove that Plaintiff was an independent contractor?

    Answer: _____ Yes  __X__ No

If your answer to question 2 is "No," proceed to the next question. If your answer to question 2 is "Yes," stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Did Plaintiff prove that Defendant willfully failed to pay Plaintiff her daily rate when due after Plaintiff's employment with Defendant ended?

    Answer: __X__ Yes  _____ No

If your answer to question 3 is "Yes," proceed to the next question. If your answer to question 3 is "No," stop here, answer no further questions, and have the presiding juror sign and date this form.

4. What did Plaintiff prove was Plaintiff's daily rate at the time her employment with Defendant ended?

    $ __3000__

Please proceed to the next question.

5. What did Plaintiff prove was the date on which Defendant finally paid Plaintiff her daily rate due?

    __5/22/2020__

Signed: [Signature redacted by the Court]

Presiding Juror

Dated: __4/13/2022__

1