**RYAN ELLIS LAW CORPORATION**
Ryan A. Ellis, Esq. (SBN: 272868)
3268 Governor Drive, Suite 140
San Diego, CA 92122
Telephone: (858) 247-2000
Email: ryan@ryanellislaw.com

*Attorneys for Defendant*
Ignite International, Ltd.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEY RAE PAVILLARD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>IGNITE INTERNATIONAL, LTD., a Wyoming limited company; and DOES 1-25, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01306-RGK-E [Los Angeles County Case No. 20STCV37942]<br><br>**DECLARATION OF RYAN A. ELLIS IN SUPPORT OF IGNITE INTERNATIONAL, LTD.'S MOTION FOR JUDGMENT AS A MATTER OF LAW IN A JURY TRIAL** |
| IGNITE INTERNATIONAL, LTD.,<br><br>Third-Party Plaintiff,<br>v.<br>JOSH RYAN, an individual dba JOSH RYAN PHOTOGRAPHY; L.A. MODELS, INC. and ROES I through X, inclusive,<br><br>Third-Party Defendants. | **Trial Date:** April 12-13, 2022 |

--
DECLARATION OF RYAN ELLIS IN SUPPORT OF IGNITE INTERNATIONAL, LTD.'S MOTION FOR JUDGMENT AS A MATTER OF LAW IN A JURY TRIAL

# DECLARATION OF RYAN A. ELLIS IN SUPPORT OF IGNITE INTERNATIONAL, LTD.'S MOTION FOR JUDGMENT AS A MATTER OF LAW IN A JURY TRIAL

I, Ryan Ellis, hereby declare and state as follows:

1. I am an attorney duly licensed to practice law in this State and before this honorable Court. I am counsel of record for Defendant Ignite International, Ltd. ("Ignite") in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts. This declaration is submitted in support of Ignite's Motion for Judgment as a Matter of Law in a Jury Trial.

2. Attached hereto as Exhibit A is a true and correct copy of Trial Exhibit 6.

3. Attached hereto as Exhibit B is a true and correct copy of Trial Exhibit 7.

4. Attached hereto as Exhibit C is a true and correct copy of Trial Exhibit 15.

5. Attached hereto as Exhibit D is a true and correct copy of Trial Exhibit 20.

6. Attached hereto as Exhibit E is a true and correct copy of Trial Exhibit 21.

7. Attached hereto as Exhibit F is a true and correct copy of Trial Exhibit 23.

8. Attached hereto as Exhibit G is a true and correct copy of Trial Exhibit 34.

/ / /

/ / /

/ / /

9. Attached hereto as Exhibit H is a true and correct copy of Trial Exhibit 35.

I declare under the penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Dated: April 19, 2022

                               */s/ Ryan A. Ellis*
                               Ryan A. Ellis

DECLARATION OF RYAN ELLIS IN SUPPORT OF IGNITE INTERNATIONAL, LTD.'S MOTION FOR JUDGMENT AS A MATTER OF LAW IN A JURY TRIAL