JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Caley Rae Pavillard, <br><br> Plaintiff, <br><br> vs. <br><br> Ignite International, Ltd., <br><br> Defendant. | CASE NO. 2:21-cv-01306-RGK-E <br><br> **JUDGMENT** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that judgment in this action is entered in favor of Plaintiff. The Court awards Plaintiff $90,000 in penalties, payable by Defendant.

DATED: April 28, 2022

*/s/ Gary Klausner*

R. Gary Klausner, Judge
United States District Court