**RYAN ELLIS LAW CORPORATION**
Ryan A. Ellis, Esq. (SBN: 272868)
3268 Governor Drive, Suite 140
San Diego, CA 92122
Telephone: (858) 247-2000
   Email: ryan@ryanellislaw.com

*Attorneys for Defendant*
Ignite International, Ltd.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALEY-RAE PAVILLLARD, an individual,<br>          Plaintiff,<br>     vs.<br>IGNITE INTERNATIONAL, LTD., a Wyoming limited company; and DOES 1-25, inclusive.<br>          Defendants.<br><br>IGNITE INTERNATIONAL, LTD., a Wyoming limited liability company,<br>          Third-Party Plaintiff,<br>     v.<br>JOSH RYAN, an individual d/b/a JOSH RYAN PHOTOGRAPHY; LA MODELS, INC. and ROES 1-10, inclusive,<br>          Third-Party Defendants. | **Case No.**: 2:21-cv-01306-RGK-E<br>[Los Angeles County Case No. 20STCV37942]<br><br>[PROPOSED] **ORDER GRANTING IGNITE INTERNATIONAL, LTD.'S EX PARTE APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION TO PLAINTIFF'S COMBINED MOTION FOR ATTORNEYS' FEES** [140] |

# [PROPOSED] ORDER

This matter came before this Court on Defendant Ignite International, Ltd.'s ("Ignite") Ex Parte Application for Leave to File Supplemental Memorandum of Points and Authorities in Support of Opposition to Plaintiff's Combined Motion for Attorneys' Fees. After reviewing the Ex Parte Application and all documents and exhibits submitted therewith, and considering the arguments of counsel, the Court finds good cause exists to enter the following order.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. Ignite's Ex Parte Application for Leave to File Supplemental Memorandum of Points and Authorities in Support of Opposition to Plaintiff's Combined Motion for Attorneys' Fees is granted.

2. Promptly after issuance of this Order, Ignite shall file the proposed supplemental memorandum of points and authorities in support of its opposition to Plaintiff's combined motion for attorneys' fees, as contained in Exhibit A to Ignite's Ex Parte Application.

Dated: June 2, 2022

_____
GARY KLAUSNER
United States District Judge
Central District of California

---

1

[PROPOSED] ORDER GRANTING IGNITE INTERNATIONAL, LTD.'S EX PARTE APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF OPPOSITION TO PLAINTIFF'S COMBINED MOTION FOR ATTORNEYS' FEES