| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 12 2022 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CALEY RAE PAVILLARD, an individual,

  Plaintiff-Appellee,

 v.

IGNITE INTERNATIONAL, LTD., a Wyoming limited company,

  Defendant-third-party-plaintiff-Appellant,

 v.

JOSH RYAN, DBA Josh Ryan Photography; L.A. MODELS, INC.,

  Third-party-defendants.

No.   22-55633

D.C. No. 2:21-cv-01306-RGK-E
Central District of California,
Los Angeles

ORDER

Court Reporter Maria Bustillos's motion (Docket Entry No. 5) for an extension of time until August 30, 2022, in which to file the transcripts is denied as unnecessary.  The transcripts are due August 30, 2022, pursuant to the court's July 1, 2022, time schedule order.  The due dates established in the July 1, 2022, time schedule order remain in effect.

A copy of this order shall be provided to the court reporter at the district court.

tah/8.8.22/Pro Mo

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7