1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3                    WESTERN DIVISION

4                       - - -

5     HONORABLE R. GARY KLAUSNER, DISTRICT JUDGE PRESIDING

6

7     CALEY RAE PAVILLARD,              )
                                        )
8            Plaintiff,                 )
                                        )
9                                       )
                                        )
10           vs.                        ) No. CV 21-01306-RGK
                                        )
11                                      )
                                        )
12    IGNITE INTERNATIONAL LTD,         )
                                        )
13           Defendant.                 )
      _____)

14

15

         REPORTER'S TRANSCRIPT OF JURY TRIAL PROCEEDINGS
16
                          *TRIAL DAY ONE*
17
                    LOS ANGELES, CALIFORNIA
18
                   TUESDAY, APRIL 12, 2022
19    _____

20                      MARIA R. BUSTILLOS
                      OFFICIAL COURT REPORTER
21                         C.S.R. 12254
                    UNITED STATES COURTHOUSE
22                    350 WEST 1ST STREET
                          SUITE 4455
23             LOS ANGELES, CALIFORNIA 90012
                        (213) 894-2739
24                    MADAMREPORTER.COM

25

1                    **A P P E A R A N C E S**

2

3

4        **ON BEHALF OF THE PLAINTIFF,**
         **CALEY RAE PAVILLARD:**              THIGPEN LEGAL, PC
5                                              BY:  JORDANNA G. THIGPEN,
                                               ESQ.
6                                              9595 WILSHIRE BOULEVARD
                                               SUITE 961
7                                              LOS ANGELES, CA 90212
                                               (415)999-7641
8

9        **ON BEHALF OF THE DEFENDANT,**
10       **IGNITE INTERNATIONAL LTD:**         RYAN ELLIS LAW CORPORATION
                                               BY:  RYAN A. ELLIS, ESQ.
11                                             3268 GOVERNOR DRIVE
                                               SUITE 140
12                                             SAN DIEGO, CA 92122
                                               (858)247-2000
13

14

15

16

17

18

19

20

21

22

23

24

25

# I N D E X

|  | PAGE |
|---|---|
| OPENING STATEMENTS..................... | 6 |
| PLAINTIFF'S CASE....................... | 14 |
| DEFENSE'S CASE......................... | 163 |

| PLAINTIFF'S WITNESSES: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| **PAVILLARD, CALEY RAE** | -- | -- | -- | -- |
| BY JORDANNA THIGPEN | 15 | -- | 72 | -- |
| BY RYAN ELLIS | -- | 51 | -- | 74 |
| **RYAN, JOSHUA** | -- | -- | -- | -- |
| BY JORDANNA THIGPEN | 75 | -- | 156 | -- |
| BY RYAN ELLIS | -- | 134 | -- | 158 |

| DEFENSE'S WITNESSES: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| **PAVILLARD, CALEY RAE** | -- | -- | -- | -- |
| BY RYAN ELLIS | 163 | -- | -- | -- |
| BY JORDANNA THIGPEN | -- | 177 | -- | -- |
| **RYAN, JOSHUA** | -- | -- | -- | -- |
| BY RYAN ELLIS | 178 | -- | 191 | -- |
| BY JORDANNA THIGPEN | -- | 190 | -- | -- |

- -

1                          <u>E X H I B I T S</u>

2        PLAINTIFF'S                          RECEIVED        MARKED

3          35-5                                  37             --
           35-1                                  38             --
4          31-2                                  40             --
           31-1                                  42             --
5          35-2                                  37
           27-1                                  88             --
6          21-1                                  89             --
           29-3                                  94             --
7          29-4                                  94             --
           1-1                                   96             --
8          29-5                                 100             --
           5-1                                  106             --
9          34-9                                 128             --
           34-11                                132             --

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                    UNITED STATES DISTRICT COURT

1                              E X H I B I T S

2    DEFENSE'S                              RECEIVED          MARKED

3    7                                        137              --
     23                                       147              --
4    6                                        183
     20                                       184              --
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    LOS ANGELES, CALIFORNIA; TUESDAY, APRIL 12, 2022

2                      -o0o-

3         (COURT IN SESSION AT 9:10 A.M.)

4              (Jury voir dire.)

5                **OPENING STATEMENTS**

6         MS. THIGPEN:  Good morning.  I hope everyone

7    can hear me from this podium.  We are adapting to the

8    pandemic times as you see.

9         Members of the jury, good afternoon -- good

10   morning.  My name is Jordanna Thigpen.  You heard me

11   introduce myself earlier.  I represent the plaintiff,

12   Caley Rae Pavillard.  And you may hear her referred to

13   during this trial as Ms. Pavillard or just as the

14   plaintiff.  You may also hear the defendant, Ignite

15   International referred to just as Ignite or as the

16   defendant.

17        Now, this is a very simple case.  It is really

18   just about a very simple concept, and that's

19   consequences.  What we are dealing with here is

20   Ms. Pavillard worked for Ignite, and Ignite did not pay

21   her what she is due when it was owed.  It's very simple.

22   Now, Ms. Pavillard, she is a model.  She started

23   modeling in 2015 when she was still in college.  She

24   worked hard.  She worked her way up in the industry.

25   She will tell you that she did so with a good work ethic

1    and with professionalism and for having respect for her

2    colleagues and for her employers.  She will tell you

3    that there are consequences if she does not have that.

4          Now, in early October of 2018, Ignite

5    interviewed Ms. Pavillard for a position.  They offered

6    her the position, and they hired her.  This position was

7    an integral part of Ignite's massive marketing campaign

8    that it engaged in.  The evidence will show that models,

9    like Ms. Pavillard were, in fact, integral to the

10   success of this campaign.

11         In fact, this campaign would not have been

12   possible without these models, and the evidence will

13   show that this campaign was designed to enhance Ignite's

14   image in the marketplace, thus, it was part of this

15   business.

16         On October 5th, 2018, Ms. Pavillard reported to

17   work.  The evidence will show that Ms. Pavillard was

18   under Ignite's complete control and direction at that

19   photo shoot.  In fact, the control started even before

20   she set foot on that set, because she could not change

21   her appearance between the day of the casting, her

22   interview and the day of the photo shoot.  In fact, the

23   control that was exercised as the evidence will show

24   over Ms. Pavillard extended to the most minor of

25   details.  She had to show up at the time appointed.  She

1    had to leave when they said and could not leave until

2    they said.  She had to ask to take breaks.  She could

3    not wear what she wanted.  She couldn't work when she

4    wanted.  She wasn't free to work for anybody else when

5    she was there.  The evidence will show all of these

6    facts and many more to show the control that Ignite

7    exerted over Ms. Pavillard.

8            Now, after the shoot, Ignite's use of the

9    fruits of Ms. Pavillard's services -- her labor -- began

10   almost immediately.  Within a few days, they were

11   posting images of Ms. Pavillard and the other models

12   that participated on social media.  And then they

13   blanketed the city of Los Angeles -- the evidence will

14   show -- with posters, billboards, even building wraps in

15   some of the world's most prime advertising real

16   estate -- the Sunset strip and many other places in

17   Los Angeles.

18           Now, Ignite just had one job with regards to

19   Ms. Pavillard's services.  And that was to pay her on

20   time when her money was due.

21           So did Ignite pay her on October 5th, 2018?

22   The evidence will show that it did not.  The evidence

23   will show that Ignite did not pay her within 72 hours or

24   the next week or even in the month of October 2018 --

25   even in the year of 2018.  Ms. Pavillard followed up

1    repeatedly.  The evidence will show there were many

2    communications that she and her representatives made to

3    Ignite to attempt to obtain her payment.  And 2019, she

4    still didn't get paid.  2020 came.  Finally, in

5    May of 2020, Ignite finally paid Ms. Pavillard for her

6    services.

7            The reason that we are here today is that we

8    are asking for some consequences for those actions.  You

9    are going to hear from two witnesses.  Ms. Pavillard is

10   the first witness, and Josh Ryan, the photographer, has

11   also been subpoenaed by Ms. Pavillard to attend this

12   trial.  You will have a few exhibits to consider, as

13   well.  We will try to keep the presentation of the

14   exhibits very efficient for you, but as His Honor told

15   you, this is a very short trial.  So we will hope to

16   keep the presentation as efficient as possible to keep

17   things moving along.

18           And now Ignite's position is that it shouldn't

19   have to face any kind of consequences at all.  In a few

20   moments they will tell you that.  They will tell you

21   they're not legally responsible for paying her.  They

22   will tell you that they did not willfully intend to fail

23   to pay her or to refuse to pay her throughout 2018, 2019

24   and into 2020.

25           At the end of this case, after you've heard all

```
 1    the evidence, I will be back before you after

 2    Judge Klausner has instructed you on the law.  And I

 3    will address Ignite's defenses at that time.

 4            In the meantime, I ask that you listen to all

 5    of the witnesses and consider all of the evidence.  And

 6    when I come back, I will ask you to enter a verdict in

 7    Ms. Pavillard's favor.  Thank you for your attention and

 8    for your service.

 9            THE COURT:  Thank you very much, Counsel.

10            MS. THIGPEN:  Thank you.

11            THE COURT:  Counsel, would you care to make an

12    opening statement or reserve it?

13            MR. ELLIS:  Yes, Your Honor.  Thank you.

14            Good morning, ladies and gentlemen.  As we

15    heard earlier, my name is Ryan Ellis, and I am proud to

16    represent Ignite International.  At counsel table with

17    me, because my company is a business entity company, we

18    have a company representative, Ms. Kimberly Stein.  And

19    also there was mention by me earlier about our company's

20    principal, Mr. Bilzerian, but he will not be here --

21    just to clarify if that was confusing a little.

22            The case here is very simple.  We can agree on

23    that, but it really hinges upon what the motives were by

24    plaintiff and Ignite International.  So what really

25    happened here, this case is actually about a model,
```

```
 1    Ms. Pavillard, who did not get the job that she wanted
 2    with Ignite.  And through trial, I intend to prove and
 3    show two things -- just two:  First, that Ignite was not
 4    Ms. Pavillard's employer, and instead was a model
 5    working as an independent contractor.  And second, if
 6    for some reason that she was an employee of Ignite, that
 7    she never actually made a demand to Ignite International
 8    for payment for her services as a model.  As
 9    Ms. Pavillard's counsel already explained to you,
10    plaintiff, a professional model, is here seeking
11    compensation, not for the wages but for a penalty.  And
12    the evidence will show that not plaintiff retaining
13    direct contact with Ignite, but that she used a modeling
14    agency, L.A. Models, to book her jobs, similar to the
15    one she worked with Ignite International.  And as you'll
16    learn through the upcoming testimony, as mentioned by
17    plaintiff's counsel, that this results -- or this case
18    arises from a single-day photo shoot in October of 2018.
19    And not only that, through a modeling agency, but that
20    plaintiff obtained this gig for Ignite through her
21    friend, the photographer, Mr. Josh Ryan.  On the other
22    hand, we have my client, Ignite International.  At the
23    time in 2018, Ignite was a small startup company, trying
24    to get into the cannabis industry.  Now it's no longer
25    in that industry.  And you'll learn that plaintiff
```

1    performed her modeling services relating to a launch of

2    that new cannabis product line, and that in doing so,

3    Ignite retained services of an agency -- an advertising

4    agency, along with -- of a professional well-known

5    photographer, Mr. Josh Ryan, who as I mentioned and how

6    plaintiff's counsel mentioned, you will hear from him in

7    this case.  And not only that, but Mr. Ryan himself will

8    testify that Ms. Pavillard was an independent

9    contractor.

10         So there's going to be testimony and evidence

11    regarding the photo shoot itself, along with who

12    organized it, who prepared it, who sent information on

13    when and where to be and what they call a call-sheet;

14    who hired the crew, who hired the makeup artists, who

15    hired the stylists, and who was or importantly was not,

16    there at the photo shoot.  You'll even see evidence as

17    to who plaintiff notified when she was going to be late

18    for the photo shoot.  And the evidence will show that it

19    was not Ignite.  After the photo shoot, plaintiff left

20    and had no communication with anybody relating to this

21    case -- or excuse me -- relating to her payment from the

22    photo shoot until February 19th of the next year, four

23    months later.  And that was with a text message to the

24    photographer, Josh Ryan, not Ignite.  And the evidence

25    will also show that Ignite never received any e-mails

1    from plaintiff, from Josh Ryan or from plaintiff's

2    modeling agency L.A. Models.  And Mr. Ryan will tell you

3    that he sent those e-mails to employees of Ignite that

4    didn't work there for a long period of time.

5            Finally, you'll hear testimony from

6    Ms. Pavillard herself, and that she never personally

7    asked anybody at Ignite regarding payment for her

8    services at this 2018 photo shoot.  She relied entirely

9    on Josh Ryan, her modeling agency, but not herself

10   actually asking Ignite for payment.  The evidence will

11   also show that the only time Ms. Pavillard herself

12   contacted anybody from Ignite was way later, a year and

13   a half.  And that was after receiving a direct message

14   on social media.

15           Finally, you'll hear evidence from

16   Ms. Pavillard that her day rate is $3,000 for her

17   services of that photo shoot.  Well, in fact, that is

18   not even correct -- and that the evidence will show

19   plaintiff actually received $2,000 for her services.

20           Finally, the evidence will show that once

21   Ignite actually knew that plaintiff was not paid, that

22   Ms. Pavillard didn't receive service -- or payment for

23   her services of that 2018 photo shoot; that she was

24   promptly paid less than two months.

25           And you'll hear testimony relating to why that

```
 1    took so long from the date that they realized that she
 2    wasn't paid, and that's because Ms. Pavillard and -- or
 3    excuse me -- Ms. Pavillard will testify an agreement she
 4    had with the company.  So consequences, okay.  But it's
 5    really about accountability.  And at the end of the day,
 6    I want each and every one of you to remember the
 7    promises each of us made, plaintiff's counsel and myself
 8    made to you during this opening statement -- and I want
 9    you to hold us accountable to those promises, and in
10    doing so, remembering the evidence you hear and when we
11    come back before you for closing argument, put those
12    together and see what actually happened in the facts you
13    hear from this case.  And after hearing and seeing the
14    evidence, I will ask you to return a verdict in favor of
15    my client, Ignite, finding that plaintiff was an
16    independent contractor, not Ignite's employee, as well
17    as that any payment issues between ignite and plaintiff
18    were not willful.
19            Thank you.
20            THE COURT:  Thank you very much, Counsel.
21            Counsel, do you want to call your first
22    witness.
23            MS. THIGPEN:  Thank you, Your Honor.  Plaintiff
24    calls Caley Rae Pavillard.
25            THE COURT:  Okay.  Stand here and stand to be
```

```
 1   sworn, please.
 2   PLAINTIFF'S WITNESS, CALEY RAE PAVILLARD, SWORN.
 3          THE COURTROOM DEPUTY:  Please speak into the
 4   mic at all times.  Please state your full name and spell
 5   your last name.
 6          THE WITNESS:  Okay.  My name is Caley Rae
 7   Pavillard, spelled P- as in Paul, A-V- as in Victor
 8   I-L-L-A-R-D.
 9          THE COURT:  Thank you, Counsel.  You may
10   inquire.
11                    DIRECT EXAMINATION
12          MS. THIGPEN:  Thank you, Your Honor.
13   BY MS. THIGPEN:
14   Q      Good morning, Ms. Pavillard.
15   A      Good morning.
16   Q      Can you hear me okay?
17   A      Yes.
18   Q      Okay.  What is your occupation?
19   A      I work as a model, and I'm also helping my
20   sister start a business.
21   Q      All right.  And when did you start modeling?
22   A      I started modeling my senior year of college.
23   So that was 2015.
24   Q      Where did you go to college?
25   A      I went to Southern Methodist University.
```

1    Q        Where is that located?

2    A        It's in Dallas, Texas.

3    Q        Is that where you're from?

4    A        I'm from Denver, Colorado, but, yeah, I went to

5    school in Dallas.

6    Q        How were you discovered as a model?

7    A        I double-majored in Advertising and Fashion

8    Media during school.  And so for one of my classes for

9    my Fashion Media Major, I had to shadow somebody in the

10    fashion industry, and basically write a piece on her,

11    and kind of in that scenario, she recommended that I

12    start modeling, and she helped me get started.

13    Q        Do you reside in Los Angeles?

14    A        Yeah, I mostly reside in Los Angeles.  As I

15    stated before, I'm helping my sister start her business,

16    and I also work here.

17    Q        And did you reside in Los Angeles in 2018?

18    A        I did.

19    Q        Have you ever worked with a photographer named

20    Josh Ryan who does business as Josh Ryan Photography?

21    A        I have.

22    Q        And did you work with Josh Ryan in 2018?

23    A        Yes, I worked with Josh Ryan for the Ignite

24    International campaign that we're speaking about today.

25    Q        Did you perform services for Ignite?

```
1    A        Yes.

2    Q        And when did you do that?

3    A        On October 5th, 2018.

4    Q        How did you find out about the opportunity to

5    work for Ignite?

6    A        Josh had texted me, letting me know that he had

7    a big money opportunity that might be coming up with

8    Ignite International, and just kind of asked me if I was

9    interested.

10   Q        When did he first contact you?

11   A        I believe it was September 21st.  So just a

12   little bit before the shoot.

13   Q        That would be in 2018?

14   A        Yes.

15   Q        And what did he tell you --

16   A        Um....

17   Q        -- John.

18   A        Yeah, just that he had a big opportunity with

19   Ignite International that they were casting for a

20   spokesmodel position, and ultimately asked if I was

21   interested in attending a casting for them.

22   Q        Okay.  Did he let you know, you know, what the

23   rate was going to be for this spokesmodel position?

24   A        Yeah, so we talked on the phone that day so he

25   could give me more details, and he basically explained
```

1    that Ignite was launching a massive marketing campaign.

2    They were looking to hire ten spokesmodels for their

3    brand in which they were offering $1000,000 salary for

4    that position, and that there would just be, you know,

5    photo shoots throughout the year and some in-person

6    appearances at trade shows and stuff.

7    Q        Okay.  Did -- did Josh Ryan tell you anything

8    about Ignite's business beyond that they were doing some

9    marketing for it?

10   A        Yeah, he let me know they were a cannabis

11   company, but really the nature of the conversation was

12   that they were spending a lot of money on a big

13   marketing campaign.  So it would be really high

14   visibility.

15   Q        Did you have any concerns about working for a

16   cannabis company?

17   A        Yes -- yes and no, I mean, obviously, marijuana

18   is not legal everywhere.  So I just wanted to be

19   cognizant of being featured, you know, with marijuana,

20   but I wasn't sure that marijuana would not be depicted

21   in any of the images.  So that gave me some comfort and,

22   you know, looking more into this position.

23   Q        All right.  So thereafter, did Josh Ryan help

24   you to set up an interview with Ignite?

25   A        Yes.

1    Q        And when did that take place?

2    A        The interview thing -- the casting took place

3    on October 2nd of 2018.

4    Q        What is a casting?

5    A        It's basically a term we use in the modeling

6    industry.  It would be very similar like a job

7    interview, but you meet the company in person and any

8    representatives from that company where I bring what's

9    called a comp card, which is a headshot of mine, and it

10   has like, all of my stats and information on it for them

11   to keep, as well as meeting them in person so you can

12   discuss the role, and what would be required and just

13   really see if you're a good fit for it.

14   Q        And you did attend the casting.  Where was this

15   casting?

16   A        This casting was at the home of

17   Mr. Dan Bilzerian.  They refer to it at the Ignite house

18   -- Ignite's logo all over the place.  So I assume I can

19   call it the Ignite house.

20   Q        And who is Mr. Bilzerian?

21   A        He was introduced to me that day as the

22   director and founder of Ignite International.

23   Q        What -- what happened at this -- well, first of

24   all, who was there besides yourself and -- besides

25   yourself?

```
 1   A         Yeah, there was a lot of people there.  When I
 2   arrived at the casting, I was escorted up to the second
 3   floor of this house in a room full of people.
 4   Mr. Bilzerian was there.  He was kind of leading this
 5   casting, as well as some several other members from
 6   Ignite.  I specifically remember a man and a woman -- a
 7   man I now know to be Jonathan Anastas and then yeah,
 8   some other models were kind of like, waiting there, and
 9   Josh Ryan was also at the casting.
10   Q         Okay.  Josh Ryan was there?
11   A         Yes.
12   Q         The photographer?
13   A         Yes.
14   Q         And what did you talk about at the casting?
15   A         Members from Ignite just kind of emphasized
16   more what I already knew about the position; that they
17   were looking to hire ten girls to be spokesmodels for
18   their company; that this would consist of four to five
19   work days a month.  That would be either photo shoots to
20   promote the brand or they did like, some trade show
21   advertising.  So being an in-person representative of
22   the brand at this -- these trade shows.
23   Q         Did -- and so did you talk separately about the
24   October 5th shoot?
25   A         They had mentioned that they were trying to get
```

1    this campaign out imminently; that they did have some

2    advertising out in the market, and they were really

3    wanting to revamp their image.  They were trying to, you

4    know, like, get more high quality advertising and

5    elevate their brand.  And so I knew a photo shoot was

6    happening very quickly.  I didn't know exactly what day,

7    but they did let me know that they were planning to do

8    the first shoot for this job.

9    Q        Okay.  And what day did this casting take

10   place?

11   A        It was Tuesday, October 2nd.

12   Q        Okay.  Did you discuss the exact rate of

13   payment for the spokesmodel position?

14   A        Yes, as I mentioned before, he they stated that

15   it was going to be $100,000 salary annually for this

16   position.

17   Q        Were you excited about this opportunity?

18   A        I mean, of course, like, that's an awesome

19   salary, and it -- just to have consistent, you know,

20   shoots with them and be able to travel, that's a really

21   exciting part about being a model.  So the opportunity

22   sounded exciting.

23   Q        Did you ultimately end up performing the

24   spokesmodel position for Ignite?

25   A        No, I did not.

```
 1    Q        Had you ever heard of Ignite before

 2    Mr. Josh Ryan told you about the opportunity to apply

 3    for the company?

 4    A        No.

 5    Q        After the casting, did you do any research to

 6    investigate the company?

 7    A        I did.

 8    Q        And what did you do?

 9    A        I looked them up on the Internet and looked at

10    their social media channels.

11    Q        Could you please turn to Exhibit 3.  I believe

12    you have a binder there with tabs.

13    A        Yeah, I'm -- I don't want to knock this mic and

14    make a really loud sound.  So let me move the binder a

15    little bit so I can open it.  Can you repeat the

16    exhibit.  Sorry.

17    Q        Sure.  Exhibit 3 in your binder.  And without

18    revealing the content, could you tell me and tell the

19    jury if you recognize this exhibit?

20    A        I do.  It's a screenshot of a text message

21    between me and Josh Ryan.

22             MS. THIGPEN:  Your Honor, I would offer

23    Exhibit 3.

24             THE COURT:  It will be received.

25             MR. ELLIS:  Objection, Your Honor.  Hearsay.
```

```
 1              THE COURT:  I'm sorry?

 2              MR. ELLIS:  Objection, hearsay.

 3              THE COURT:  Overruled.

 4         I'm sorry that's between who?

 5              THE WITNESS:  A text message between myself and

 6    Josh Ryan.

 7              THE COURT:  Josh Ryan.  No, that will be

 8    sustained then.  I thought it was between your client.

 9              MS. THIGPEN:  It's sustained, Your Honor?

10              THE COURT:  It's sustained as to anything that

11    Josh Ryan would have said.  He'll have to testify

12    himself.

13              MS. THIGPEN:  I'm sorry, Your Honor?

14              THE COURT:  As to anything Josh Ryan may have

15    said in communications will be hearsay.  He will have to

16    testify to that himself.  Josh Ryan will have to testify

17    to that.

18              MS. THIGPEN:  Oh, Your Honor, actually, the

19    text in question that I want to draw attention to was

20    sent by Ms. Pavillard.

21              THE COURT:  What is that document in front of

22    you?

23              THE WITNESS:  It's a text message that I sent

24    Dan of a screenshot of some existing marketing that

25    Ignite had out.
```

```
 1              THE COURT:  So it's just a message you sent to

 2    them?  To who?

 3              THE WITNESS:  To Josh Ryan.

 4              MS. THIGPEN:  Your Honor, the text, it's a

 5    screenshot of a text message between Josh Ryan and

 6    Ms. Pavillard.

 7              THE COURT:  The same objection, I'm presuming?

 8              MR. ELLIS:  Yes, Your Honor.

 9              THE COURT:  Sustained.

10              MS. THIGPEN:  Okay.

11              THE COURT:  Anything Josh Ryan may have said is

12    hearsay even if it's on a screenshot.

13    BY MS. THIGPEN:

14    Q       Okay.  Ms. Pavillard, but you did communicate

15    with Mr. Ryan about -- Mr. Josh Ryan about some of

16    the -- the advertising that you had?

17    A       Yeah.  So I had taken some screenshots of, like

18    I said, current marketing that Ignite had on their

19    social media.  I was told that the casting that

20    marijuana would not be depicted in any of the images I

21    would be involved in, a lot of their existing marketing

22    had this type of content.  So I was, you know, inquiring

23    about the creative direction that Josh had discussed

24    with Ignite at the casting, because I wanted to make

25    sure 100 percent that I was not to be photographed with
```

1  marijuana, and also, this image depicts like, girls

2  hanging on a man, and I also did not want to be

3  photographed in that way either.  So I was just doing

4  some more inquiries as to, you know, what the creative

5  direction would be for the shoot.

6         MR. ELLIS:  Your Honor, I object to hearsay

7  again, and move to strike that testimony.

8         THE COURT:  Overruled.

9         MR. ELLIS:  I'm sorry?

10        THE COURT:  Overruled.  Next question.

11 BY MS. THIGPEN:

12 Q      Now, did you ultimately learn that Ignite had

13 hired you?

14 A      Yes.

15 Q      Okay.  And when did you learn that?

16 A      On October 4th, '2018, I believe.

17 Q      All right.  Did you have to adjust your

18 schedule in order to accept the job for Ignite?

19 A      I did.  At the time, I had some commitments out

20 of state over the weekend.  And so I had a flight booked

21 for Friday morning, the 5th.  So in order to, you know,

22 perform my work for Ignite, I had to change my flight so

23 that I can be there.

24 Q      Now, at the time you accepted the offer, did

25 you -- to work at that shoot, did you understand that

1    you were accepting the spokesmodel position?

2    A       Yes.

3    Q       Did you ultimately learn that the spokesmodel

4    position was not going to be happening for you?

5    A       I did.

6    Q       And how did you learn about that?

7    A       Um, Josh had reached out to me and let me know

8    that Ignite's lawyers did not have this contract

9    finalized.  And so that they would --

10           MR. ELLIS:  Your Honor, I would object again

11   as hearsay.

12           THE COURT:  Yeah, sustained as to anything Josh

13   said.  He'll have to testify himself.

14   BY MS. THIGPEN:

15   Q       Okay.  All right.  Ms. Pavillard, I'll ask you,

16   did you -- without revealing the contents, did you talk

17   to Josh Ryan on the phone before the shoot of

18   October 5th, 2018?

19   A       I did.

20   Q       And -- okay.  Who said -- to your knowledge,

21   who set the daily rate for the October 5th, 2018 shoot?

22   A       Ignite.

23           MR. ELLIS:  Objection.

24           THE COURT:  Overruled.

25           MS. THIGPEN:  Okay.

```
 1              THE COURT:  What was the answer?

 2              THE WITNESS:  Ignite.

 3              THE COURT:  Okay.

 4     BY MS. THIGPEN:

 5     Q        And what was that rate?

 6     A        $3,000.

 7     Q        Now, at this time, were you working with a

 8     talent agency?

 9     A        I was.

10     Q        And who was that agency?

11     A        L.A. Models.

12     Q        Did you inform L.A. Models that you had been

13     hired by Ignite?

14     A        Yes.

15     Q        Why did you do that?

16     A        It's standard practice for me to tell an agency

17     I can perform various and many services for you.  And so

18     I always just let them know when I was hired for a job

19     so that they could be involved.

20     Q        Okay.  Did L.A. Models agree to collect payment

21     on your behalf?

22     A        They did.

23     Q        Okay.  Is L.A. Models your employer?

24     A        No.

25     Q        Now, where did you perform the work for Ignite
```

1   on the October 5th, 2018 shoot?

2   A        It is a photo studio called Issue Photo Studio,

3   around downtown L.A.

4   Q        Okay.  What -- what work exactly did you

5   perform?

6   A        So when I arrived, I was instructed to arrive,

7   you know, clean hair, clean face so that they could you,

8   know, have their hair, makeup artists do whatever looks

9   they had planned.  So, obviously, got ready for the

10   shoot, and then they had several different sets at the

11   studio, in which we shot, you know, like very particular

12   frames, because they had this planned for billboards.

13   So I think there was about three different sets at the

14   studio that day that we ultimately ended up shooting on.

15   Q        Okay.  Were there other models present?

16   A        There were.

17   Q        And do you know their names?

18   A        Yeah, I'm going to butcher their last names.

19   So I'm just going to state their first names.  One was

20   Claudia, and one was Loretta.

21   Q        Who was there?  Was Josh Ryan there, I'll start

22   with that?

23   A        Yes, Josh Ryan was there.

24   Q        Who else was there?

25   A        There was a ton of people on set that day.

1    Several members from Ignite.  Dan Bilzerian was on set

2    that day, as well.  They had live goats at the photo

3    shoot.  So there was a lot of goat wranglers.  There was

4    a behind-the-scenes videographer, a behind-the-scenes

5    photographer, several assistants and several members

6    from Ignite.

7    Q        Who was in charge of the shoot?

8    A        Ignite.

9    Q        And do you know why there were goats there?

10   A        Yeah, so Mr. Bilzerian refers to himself as the

11   greatest of all time, and the acronym for that was GOAT.

12   It's also Ignite's logo.  So I think they -- that was

13   just part of the creative that they had decided for the

14   shoot.

15   Q        Now, do you remember what time you got to the

16   set?

17   A        I believe it was like in the hour of

18   8:00 o'clock in the morning like 8:30.

19   Q        Did you send a text message to Mr. Josh Ryan

20   about, you know, what time you were going to show up?

21   A        Yeah, unfortunately, the first Uber I had

22   ordered, cancelled.  So I think I was like about ten

23   minutes late, just because I was waiting for a second

24   Uber.

25   Q        Okay.  Then do you --  sorry -- do you remember

```
 1    the names of any Ignite personnel that was present
 2    besides Mr. Bilzerian?
 3    A        I now know after my deposition, I had seen a
 4    photo that Jonathan Anastas was there, as well as other
 5    members that just introduced themselves as part of
 6    Ignite.
 7             MR. ELLIS:  Your Honor, I'll object as to
 8    foundation.
 9             THE COURT:  Overruled.
10    BY MS. THIGPEN:
11    Q        Now, you did -- were you able to take breaks
12    throughout the day?
13    A        No, I'd have to ask.
14    Q        You'd have to ask to go to the bathroom?
15    A        Yeah.
16    Q        Now, you mention that Mr. Bilzerian was there
17    at the photo shoot?
18    A        Correct.
19    Q        Do you remember what time he showed up?
20    A        It was around lunchtime.  So my guess is it was
21    like around noon.
22    Q        Do you know what he did there?
23    A        I mean, kind of when he arrived, everyone acted
24    like, the boss is here -- like big man is here.  So when
25    he got there, Josh, went through, you know, all of the
```

 1    photos we had taken that morning and were just, I guess,

 2    like checking off the checklist that Ignite had

 3    provided.  Dan reacted very positively and seemed very

 4    excited about how the shoot was going, and then, you

 5    know, on the set outside, he participated in some of the

 6    photos with us.

 7    Q        Okay.  And I would like you to turn to

 8    Exhibit 30, if you could -- specifically, 30-1 --

 9    A        Okay.

10    Q        -- of your binder.  And let me know when you've

11    reached that.

12    A        Sorry.  I don't want to hit the mic again --

13    okay.

14    Q        Okay.  And do you recognize -- without

15    revealing exactly what this is -- will you just let the

16    jury know what -- and the judge -- what is this

17    document?

18    A        This is a document with images that resulted

19    from the shoot that day.

20             MS. THIGPEN:  Your Honor, I would offer

21    Exhibit 30-1.

22             MR. ELLIS:  Objection.  Hearsay; foundation.

23             THE COURT:  These are photos that were taken of

24    you?

25             THE WITNESS:  Yes.

1           THE COURT:  And you've verified that they were

2    actual photos of you that day?

3           THE WITNESS:  Yes.

4           THE COURT:  Okay.  Overruled.

5    BY MS. THIGPEN:

6    Q       Let's see....  This is the first time I'm going

7    to be using this --  this document -- or this -- this --

8    I don't know what it's called, the screen situation.  So

9    I'm sorry, just bear with me while I figure out why it's

10   not coming -- pulling right up -- okay -- so it's a

11   little easier to see hopefully.  So, Ms. Pavillard, you

12   indicated that some photos were taken; is that correct?

13   A       Yes.

14   Q       Okay.  And do you recognize these particular

15   photographs here, just taking the top two in the

16   quadrant?

17   A       Yeah, I do.

18   Q       Were those photographs taken at the shoot?

19   A       They were.

20   Q       And those -- who is that gentleman in the

21   background there?

22   A       That's Dan Bilzerian.

23   Q       Why was Mr. Bilzerian in the photos?

24           MR. ELLIS:  Objection.  Calls for speculation.

25           THE COURT:  Sustained.

```
 1    BY MS. THIGPEN:

 2    Q        Did you hear anyone tell you why Mr. Bilzerian

 3    was in the photos?

 4              MR. ELLIS:  Objection; hearsay.

 5              THE COURT:  Sustained.

 6    BY MS. THIGPEN:

 7    Q        What happened at the end of the day when you

 8    were done shooting?

 9    A        Once we wrapped, I had to go back.  There was

10    like a separate room for hair and makeup and a separate

11    changing room, obviously, returning the clothes that

12    Ignite provided to me to wear that day.  And as I

13    mentioned, I also was leaving out of town.  So I was

14    taking off all of the makeup, just because I didn't want

15    to travel that way.  So I kind of was wrapping up the

16    day.

17    Q        And approximately what time did you leave the

18    Ignite photo shoot?

19    A        I believe it was around 5:00 or 6:00.

20    Q        All right.  Were there any Ignite personnel

21    present when you left?

22    A        No.

23    Q        Did you look for them?

24    A        I did.

25    Q        Did Ignite personnel pay you a daily rate
```

```
 1    before you left?

 2    A        No.

 3    Q        Did anyone from Ignite make sure you got paid

 4    before you left?

 5    A        No.

 6    Q        Did you perform any work for Ignite after

 7    October 5th, 2018?

 8    A        No.

 9    Q        So your performance for -- for Ignite then

10    ended on October 5th, 2018?

11    A        Correct.

12    Q        Now, Ms. Pavillard, did you select the day of

13    the photo shoot?

14    A        No.

15    Q        Who did?

16    A        Ignite.

17    Q        Did you set the start time for the photo shoot?

18    A        No.

19    Q        Who did?

20    A        Ignite.

21             MR. ELLIS:  Objection.  Calls for speculation.

22             THE COURT:  Overruled.

23    BY MS. THIGPEN:

24    Q        Did you set the end time for the photo shoot?

25    A        No.
```

```
 1    Q        And who did that?

 2    A        Ignite.

 3    Q        Did you decide when you could take a break for

 4    lunch or other breaks?

 5    A        No.

 6    Q        Were you free to leave whenever you wanted?

 7    A        No.

 8    Q        What would have happened if you had left?

 9    A        I would have been fired.

10    Q        And so you did not leave whenever you wanted,

11    right?

12    A        No.

13    Q        When you were on set that day, were you free to

14    work for other companies to model their products?

15    A        No.

16    Q        Did you get to wear what you wanted?

17    A        No.

18    Q        Were you free to change your appearance between

19    the casting on October 2nd and the day of the shoot?

20    A        No.

21    Q        What if you had shaved your head before

22    October 5th, 2018?

23             MR. ELLIS:  Objection.  Calls for speculation;

24    relevance.

25             THE COURT:  Sustained.
```

```
 1   BY MS. THIGPEN:

 2   Q        Did you supply any wardrobe or costume for this

 3   photo shoot?

 4   A        I did not.

 5   Q        Did you supply the goats?

 6   A        No.

 7   Q        Now, there were eventually finished photos that

 8   resulted from the shoot, right?

 9   A        Correct.

10   Q        Did you participate in selecting those finished

11   photos for the shoot?

12   A        No.

13   Q        Did you participate in creating any of the

14   finished advertising?

15   A        No.

16   Q        And do you know whether the photos were used

17   for anything?

18   A        They were.

19   Q        Okay.  And let's have you turn, if you could,

20   to Exhibit 35 in your binder.  And just let me know when

21   you have that exhibit tab ready.

22   A        Yeah, I have it open.

23   Q        Okay.  If you could go to please 35-5.

24   A        Okay.

25   Q        And first of all, did you take this photograph
```

1    35-5?

2    A        I did.  The beginning of November.  I think it

3    was like November 2nd.

4    Q        All right.  Did you take all of the photos.

5    There's five of them in Exhibit 35.

6    A        I did.

7    Q        Okay.  Let's look at 35-5 first?

8    A        Okay.

9    Q        Your Honor, I would offer Exhibit 35-5.

10            THE COURT:  It will be received.

11            MS. THIGPEN:  Thank you, Your Honor.

12            (Whereupon, Plaintiff's Exhibit 35-5

13                    is admitted, hereto.)

14    BY MS. THIGPEN:

15    Q        All right.  I'll try to make this a bit bigger

16    here.  And, Ms. Pavillard, you said you took this

17    photograph?

18    A        Yes.

19    Q        What is this that we're viewing here in this

20    photograph?

21    A        This is one of the first billboards that went

22    up in Los Angeles as a result of this shoot and

23    campaign.

24            MR. THIGPEN:  All right.  If you could go to

25    35-1, please.  And first of all, to save time, I would

1    offer 35-1 through 35-4, Your Honor, all of the photos

2    that form Exhibit 35, along with 35-5 which has already

3    been admitted.

4              THE COURT:  It will be received.

5              MS. THIGPEN:  Thank you, Your Honor.

6         (Whereupon, Plaintiff's Exhibits 35-1, 35-2,

7              35-3, 35-4 are admitted, hereto.)

8    BY MS. THIGPEN:

9    Q       All right.  So let's look at 35-1, if we could.

10   Did you take this photograph that is Exhibit 35-1.

11   A       I did.

12   Q       Okay.  And so you took this photograph of what,

13   is this a billboard?

14   A       This is, yeah, the billboard on the Sunset

15   strip.

16   Q       Okay.  And do you recall approximately when you

17   took that?

18   A       Um, all of these images presented I took

19   between November of 2018 and April of 2019.

20   Q       Okay.  And let's go on to number two.  If we

21   could take a look at Exhibit 35 -- I'm sorry -- it's not

22   Exhibit 2.  It's Exhibit 35-1 which is part of

23   Exhibit 35.  Did you take this photograph?

24   A       I did.

25   Q       And what is this?

```
 1   A          This is, obviously, a massive building wrap
 2   that Ignite had on the Sunset strip.
 3   Q          Okay.  And Exhibit 35-3, you took that one, as
 4   well?
 5   A          Correct.
 6   Q          And that -- what is that, another billboard?
 7   A          Yeah, another billboard in Hollywood.
 8   Q          Okay.  And then how about 35-4?
 9   A          Yeah, just another billboard throughout
10   Los Angeles.
11   Q          Okay.
12              All right.  Now, Ms. Pavillard, do you know if
13   Ignite has any social media accounts?
14   A          They do.
15   Q          Have you visited those social media accounts?
16   A          I have.
17   Q          Okay.  Do you know if Ignite was posting on
18   the -- on its social media account about the photo
19   shoot?
20   A          They did.
21              MR. ELLIS:  Foundation.
22              THE COURT:  Overruled.
23              MS. THIGPEN:  Okay.
24   BY MS. THIGPEN:
25   Q          And did you take any screenshots of those -- of
```

1    those posts?

2    A       I did.

3    Q       Okay.  Can you please turn to 31-2.

4    A       Sorry, I hit the mic.

5    Q       It's okay.  Did you take the screenshot that is

6    reflected on 31-2?

7    A       I did.

8            MS. THIGPEN:  Your Honor, I would offer

9    Exhibit 31 I have had two.

10           MR. ELLIS:  Objection hearsay.

11           THE COURT:  What is 31-2 again?

12           MS. THIGPEN:  31-2, Your Honor, is a screenshot

13   of an Instagram post.

14           THE COURT:  Okay.  Overruled.

15             (Whereupon, Plaintiff's Exhibit 31-2

16                   is admitted, hereto.)

17   BY MS. THIGPEN:

18   Q       All right.  Now, I'll try to make this one a

19   bit bigger, as well, okay.

20           All right.  Now, Ms. Pavillard, you said you

21   took this screenshot?

22   A       I did.

23   Q       Okay.  What is this screenshot?

24   A       This is one of the photos that we took on the

25   October 15th, 2018 shoot -- well, Ignite took.  And

1    Ignite posted this to their social media account, and

2    now it's saying that billboards went up, showing the

3    three spokesmodels that had been awarded this $100,000

4    salary, and that the rest of the contracts would be

5    awarded later on.

6    Q        Okay.  I think -- did you misspeak?  You said

7    October 15th.  Did you mean October 5th?

8    A        Oh, sorry.  Yeah, October 5th.

9    Q        Okay.  So looking at this exhibit -- and do you

10   see that there -- there is a date here, and it is a

11   little difficult to see.  Let's see if I could make it a

12   bit bigger, October 20th, 2018?

13   A        Correct.

14   Q        Okay.  And so that's the date that that post

15   appeared when you took the screenshot?

16   A        Yes.

17   Q        Okay.  All right.  And do you recognize this

18   photo -- this is one from the shoot?

19   A        Yes.

20   Q        Was that true that you had been awarded the

21   spokesmodel contract on October 20th, 2018?

22   A        No.

23   Q        Now, if you could take a look at Exhibit 31-1.

24   And did you take that screenshot?

25   A        Yes.

1    Q       Okay.  And without revealing exactly what is in

2    there, could you say whose account and what type of

3    social media account you took that screenshot from?

4    A       Yeah, it's a screenshot I took from

5    Dan Bilzerian's Facebook account.

6           MS. THIGPEN:  Your Honor, I would offer

7    Exhibit 31-1.

8           MR. ELLIS:  Your Honor, objection, hearsay.

9    This is not an Ignite account.

10          THE COURT:  It will be received.

11          MS. THIGPEN:  Thank you, Your Honor.

12          (Whereupon, Plaintiff's Exhibit 31-1

13                 is admitted, hereto.)

14   BY MS. THIGPEN:

15   Q       Okay.  Now, this -- let's see here -- okay.

16   This particular screenshot is a screenshot of

17   Dan Bilzerian's Facebook account, you said?

18   A       Correct.

19   Q       And do you see there's a date and a message

20   there.  Could you please read the date and message that

21   is posted along with that photograph.

22   A       Yeah, so the date would be October 20th, 2018.

23   And the text is "new billboards going up.  Three of the

24   ten Ignite spokesmodels have been chosen.  Seven

25   remaining $100,000 contracts will be given out next

 1    month," with the website of Ignite.

 2    Q       Okay.  Was that true as of October 20th, 2018,

 3    that you had been awarded the contract?

 4    A       No.

 5            MR. ELLIS:  Objection; misstates the document.

 6            THE COURT:  That objection will be overruled.

 7            MR. ELLIS:  Objection; hearsay; lacks

 8    foundation.

 9            THE COURT:  Try relevance, Counsel.

10            MR. ELLIS:  Relevance.

11            THE COURT:  Sustained.

12            MR. ELLIS:  That's not what we're trying today.

13            MS. THIGPEN:  Your Honor, Mr. Bilzerian is --

14            THE COURT:  I'm not trying whether or not she

15    got the job or not as one of the three -- or excuse

16    me -- as one of the ten spokeswomen.

17    BY MS. THIGPEN:

18    Q       All right.  Now, did Ignite -- you indicated,

19    Ms. Pavillard, Ignite failed to pay you in October --

20    October of 2018, correct?

21    A       Correct.

22    Q       And did Ignite pay you the week after the

23    shoot?

24    A       No.

25    Q       In 2018, did Ignite fail entirely to pay you?

```
 1   A          No, I was not paid in 2018.

 2   Q          And you say that there were other models?

 3   A          Correct.

 4   Q          Do you know if they were paid by Ignite before

 5   you were?

 6   A          They were.

 7              MR. ELLIS:  Objection.  Calls for speculation;

 8   relevance.

 9              THE COURT:  Sustained.

10              MS. THIGPEN:  Okay.

11   BY MS. THIGPEN:

12   Q          In 2019, did Ignite fail to pay you?

13   A          Ignite did not pay me in 2019.

14   Q          In 2019, did Ignite refuse to pay you?

15   A          Correct.

16   Q          Did you try to get paid?

17   A          Yes, several times.

18   Q          Okay.  By May 2019, had you hired an attorney?

19   A          Yes, I -- my prior attorney I had hired in

20   2019.

21   Q          Do you know if he communicated with Ignite,

22   requesting payment?

23              MR. ELLIS:  Objection, hearsay.  Calls for --

24              THE COURT:  Sustained.

25   BY MS. THIGPEN:
```

```
1    Q        Was your attorney representing you in any

2    communications?

3    A        Yes.

4    Q        Okay.  And did he communicate with Ignite?

5             MR. ELLIS:  Objection.  Calls for speculation;

6    hearsay.

7             THE COURT:  Sustained.

8    BY MS. THIGPEN:

9    Q        Did Ignite pay you at all in 2019 after

10   receiving any communications from anyone?

11   A        No.

12   Q        All right.  Now as of -- well, was your prior

13   attorney successful in obtaining your payment from

14   Ignite?

15   A        No.

16            MR. ELLIS:  Objection, foundation.

17            THE COURT:  Overruled.

18            MR. ELLIS:  Speculation.

19            THE COURT:  Overruled.

20            THE WITNESS:  No, just to make sure you heard,

21   if they -- my attorney was not successful in obtaining

22   payment from them.

23   BY MS. THIGPEN:

24   Q        Does that attorney still represent you?

25   A        No, I began representing myself in 2020.
```

1    Q        And as of April 2020, had Ignite paid you for

2    the work that you did?

3    A        No.

4    Q        Did you contact Ignite directly about your

5    missing payment?

6    A        I did.

7    Q        And did you reach out to Mr. Bilzerian?

8    A        Yes, the only way I knew how to contact him was

9    through his social media.  So I sent him a direct

10   message on Instagram.

11   Q        And did you ask him to pay you?

12   A        I did.

13   Q        Did you get -- and do you recall what date that

14   was?

15   A        I believe it was April of 2019 -- the end of

16   April.

17   Q        Do you mean -- I'm sorry -- did you say

18   April of 2019?

19   A        Yes.

20   Q        Okay.  That was the date you reached out to

21   Mr. Bilzerian, April 2019?

22   A        I don't want to misspeak here.  Yeah, so I

23   hired my lawyer in 2019.  It would have been 2020 that I

24   reached out.

25   Q        Okay.  Your Honor, I'm not going to publish the

```
 1   exhibit, but I would ask permission to refresh the
 2   witness' recollection with Exhibit 11?
 3            THE COURT:  Well, you can -- sure, if you want
 4   to reframe it.
 5            MS. THIGPEN:  Thank you.
 6            THE COURT:  Sure.  Why don't you take a look at
 7   Exhibit 11.
 8            THE WITNESS:  Okay.
 9            THE COURT:  And just take a look at it, and
10   then close up the binder before you answer any
11   questions.
12            THE WITNESS:  Okay, yes, April --
13            THE COURT:  No, no.  There's no question
14   pending.
15            THE WITNESS:  Oh, sorry.
16            THE COURT:  We're not asking you what the
17   document says.
18            THE WITNESS:  Okay.
19            THE COURT:  That's not in evidence.  We're just
20   asking you if you looked at something.  Now the next
21   question is going to be, does that refresh your memory.
22   So why don't you close up so we're not talking about
23   what's in the document.
24            Okay.  Next question.
25            MS. THIGPEN:  Thank you, Your Honor.
```

```
 1              THE WITNESS:  Sorry about the confusion.
 2   BY MS. THIGPEN:
 3   Q         Can you tell us when did you reach out to
 4   Mr. Bilzerian of Ignite, asking for payment?
 5   A         Yeah, April 24th, 2020.
 6   Q         Did you get paid by Ignite on April 24, 2020?
 7   A         No.
 8   Q         Now, did someone else from Ignite reach out to
 9   you in April of 2020?
10   A         Yes, on April 27th, Erin Drummond who was the
11   director of marketing for Ignite reached out to me.
12   Q         And did Ignite pay you on April 27th, 2020?
13   A         No.
14   Q         Did you hear back from Ms. Drummond after
15   April 27, 2020?
16   A         I had to follow up several times, and I finally
17   heard back from her, I believe it was May 2nd.
18   Q         And did you ultimately speak on the phone with
19   Ms. Drummond at all?
20   A         I did.  She had asked me to provide her, you
21   know, details of my employment with them and what
22   happened so she could look into the situation.
23   Q         Okay.  And do you know though if you talked to
24   her on the phone?
25   A         I did talk to her on the phone, yes.
```

```
 1    Q        Do you know when that was?

 2    A        Um, it was in May of 2020 I think.  Between the

 3    2nd or 4th, I don't recall exactly which day.

 4    Q        Okay.  Did you ultimately have to send her the

 5    documentation of your employment on a couple of dates?

 6    A        Yes, I sent her several documents just for her

 7    to have the details.

 8    Q        Okay.  And did you have a later phone call with

 9    Ms. Drummond?

10    A        I did.

11    Q        And who was on that phone call?

12    A        She had brought several other members of

13    Ignite, their general counsel, their VP of marketing.  I

14    believe the CFO was also on the call.

15    Q        And do you know what day that was?

16    A        That would have been May 19th of 2020.

17    Q        Did you get paid on May 19th, 2020.

18    A        No.

19    Q        When did you finally get paid?

20    A        On that phone call, I obviously expressed my

21    frustration that had been nearly two years of not

22    getting paid and demanded payment within 48 hours, but I

23    was not paid within 48 hours.  I eventually was finally

24    paid on May 22nd of 2020.

25    Q        Do you know how many months after the
```

1  October 5th 2018 shoot was?

2  A        It was like -- like I said, nearly two years --

3  so 19 months and a handful of days.

4  Q        How many days is that, do you know?

5  A        It's hundreds of days.  I counted it out all on

6  the calendar, and it was 595 days before I was finally

7  paid.

8  Q        How did Ignite ultimately pay you?

9  A        They wired money to my talent agency,

10  L.A. Models who had agreed to accept payment on my

11  behalf for the job.

12  Q        Was it a burden to you to keep following up

13  with Ignite to get paid?

14  A        Of course.  I mean, it's, you know, like, I did

15  the work.  I had to follow up multiple times.  I had to

16  hire multiple lawyers without success of getting paid

17  which, you know, is exhausting, stressful and,

18  obviously, took away time that I could have been

19  working.

20  Q        Okay.  How many hours do you estimate you spent

21  dealing with this situation with Ignite's failure to pay

22  you until 595 days after you worked?

23              MR. ELLIS:  Objection; relevance.

24              THE COURT:  Overruled.

25              THE WITNESS:  At least a hundred hours.

1            MS. THIGPEN:  I have no further questions at

2    this time, Your Honor.

3            THE COURT:  Okay.  Cross-examination?

4            MR. ELLIS:  Yes, thank you, Your Honor.

5            THE WITNESS:  Would it be possible to get a

6    Kleenex?

7            THE COURT:  Yeah, let me find out.

8                    **CROSS-EXAMINATION**

9    BY MR. ELLIS:

10   Q       We're still in the morning.  So good morning,

11   Ms. Pavillard.

12           THE COURT:  I apologize, Counsel.  We may be

13   breaking now.  Let me find out what's happening now.

14   Ladies and gentlemen, just so you're not worried about

15   what's going on.  We have another case that we have to

16   have a motion to dismiss on that we have to hear this

17   morning.  Are they here yet?

18           THE COURTROOM DEPUTY:  Everyone is here, except

19   for the defendant.

20           THE COURT:  He's in custody, right?

21           Okay.  We're going to break at this time.

22   We're going to break about five minutes early.  We have

23   another matter that will take a half hour to 45 minutes

24   to do that.  I'm going to try to get in here.  So

25   remember the admonishment, not to discuss the case

```
1    amongst yourselves or with anyone else, or form or

2    express any opinion about the matter until it's

3    submitted for your deliberation.  We'll have you come

4    back in.  It's 11:30.  So we'll have you come back at

5    about 1:00 o'clock.  We'll be starting right at 1:00,

6    and then we'll be excusing you at 4:00 so you can make

7    plans accordingly.  If you leave, leave quietly, because

8    we'll still be in session.

9              THE COURTROOM DEPUTY:  Please leave your

10   notepads on the chair.

11             (Whereupon, the following was held outside

12             the presence of the jury:)

13             THE COURT:  The record reflects that jurors

14   have left the courtroom.  We'll be in recess.

15                       (Lunch recess.)

16             (Whereupon, the following was held before

17             the jury:)

18             THE COURT:  Why don't we have the witness take

19   the witness stand again.

20             Remember you are under oath.  Okay, Counsel,

21   cross-examination.

22   BY MR. ELLIS:

23   Q      All right.  Good afternoon, Ms. Pavillard.

24   A      Good afternoon.

25   Q      So we talked just briefly before the break
```

UNITED STATES DISTRICT COURT

1    period -- we didn't talk -- we spoke in your testimony

2    that you worked before with Josh Ryan prior to the

3    October 2018 photo shoot, correct?

4    A        Yes, I'm going to try to speak slower for you

5    now.  Yes, I had.

6    Q        Thank you.  And if I go too fast, as well,

7    please do let me know.

8    A        Okay.

9    Q        I have the same issue.  So with Mr. Ryan, isn't

10   it also true that you worked with him on a photo shoot

11   prior to that October 18 -- October 2018 shoot for a

12   company called Corel?

13   A        Yes.

14   Q        And also, before the October 2018 photo shoot,

15   you also worked with Mr. Ryan on a public shoot for Gap?

16   A        No.

17   Q        There was the other photo shoot you worked with

18   Mr. Ryan prior to the Ignite photo shoot?

19   A        Yes.

20   Q        Okay.  I apologize.

21            Were any of the photo shoots of Mr. Ryan that

22   you worked with him before October of 2018 with Ignite?

23   A        No.

24            And it was Josh Ryan who originally contacted

25   you to be -- to participate in the Ignite photo

1    shoot/spokesmodel, I guess, gig in 2018, correct?

2    A       Correct.  He was the one who texted me about

3    the opportunity.

4    Q       And then leading to the photo shoot, the day

5    before, you received notice from Mr. Ryan that you would

6    be paid for that shoot a day rate?

7    A       I received communications that Ignite lawyers

8    had not finalized the contracts for the spokesmodel

9    position.  So yes, there would be a daily rate set for

10   the photo shoot on October 5th.

11   Q       You received that from Mr. Ryan?

12   A       Yes.

13   Q       And it's also true that the day before the

14   photo shoot, you informed Mr. Ryan that you were going

15   to be late for the start, right?

16   A       I don't believe so.  I believe it was the

17   morning of.

18   Q       And maybe that was a bad question.  Let me see

19   if I can do it again.  Isn't it true that you informed

20   Mr. Ryan the day of the photo shoot in the morning of

21   that you were going to be late for the photo shoot that

22   day?

23   A       Yes.

24   Q       Okay.  Did you -- and isn't it also true that

25   you did not speak with anybody from Ignite on the day of

1    photo shoot that you were going to be late, correct?

2    A        Correct.

3    Q        Actually, in more of a broad sense, isn't it

4    also true you didn't speak with anyone at Ignite prior

5    to the photo shoot?

6    A        No, I spoke to them at the casting.

7    Q        And then between the day of the casting and the

8    day of the photo shoot, isn't it true you did not speak

9    with anybody at Ignite during that time?

10   A        I personally did not.  I'm not sure about my

11   agency.

12   Q        But you didn't?

13   A        No.

14   Q        Okay.  And I guess going back toward the

15   beginning of your involvement of -- of your involvement

16   in the photo shoot, isn't it true that you advised

17   Mr. Ryan to work directly with your modeling agency at

18   the time, L.A. Models in securing your participation for

19   the October 2018 photo shoot?

20   A        Yes, I let him know that Ignite would need to

21   book me through my talent agency.

22   Q        And did you tell them -- isn't it also true

23   that you did not speak to that concern to anybody at

24   Ignite?

25   A        Sorry.  Can you repeat the question.

```
 1   Q        Yes.  Did you tell anybody at Ignite that they

 2   needed to work with L.A. Models to secure you at the

 3   October photo shoot?

 4   A        I don't recall if I said anything in passing or

 5   not.

 6            Can I possibly just move this jug?  There's a

 7   really bad glare in the screen.  So I can really see the

 8   jug but not Mr. Ellis.

 9            Thank you.  That's much better.  I just need to

10   be able to see him.

11   Q        Do you have the exhibit binder in front of you?

12   A        I do.

13   Q        Will you turn to Exhibit 30-1, please.

14   A        Um, can you repeat the exhibit please.

15   Q        Yes, actually I'm going to give you a different

16   one, 31-1.

17   A        Okay.

18   Q        Okay.  I'm not technology savvy.  So I'm going

19   to use this projector here.

20   A        Okay.

21   Q        Okay.  This is Exhibit 31-1 --

22            THE COURT:  Speak right into the microphone so

23   we can hear you clearly.

24            MR. ELLIS:  My apologies.

25   BY MR. ELLIS:
```

```
 1   Q        This is Exhibit 31-1.  Do you recall talking

 2   about this previously this morning?

 3   A        Yes.

 4   Q        And when did you take this screenshot of this

 5   Instagram or Facebook post by Mr. Bilzerian?

 6   A        I believe it was the day it was posted.

 7   Q        I'm sorry?

 8   A        I believe it was on the day it was posted or

 9   close thereto.

10   Q        At any time, did you object to this posting on

11   Mr. Bilzerian's Facebook page?

12   A        I'm not really sure I understand what you're

13   asking.

14   Q        Did you ever tell Mr. Bilzerian to take this

15   photo down?

16   A        No.

17            MS. THIGPEN:  Objection; relevance.

18            THE COURT:  Overruled.

19   BY MR. ELLIS:

20   Q        I want to show you 31-2.  This is the -- this

21   is the same looks like the same picture but from the --

22   where it says Ignite -- I'm assuming, this is Instagram;

23   is that correct?

24   A        Yes, Instagram.

25   Q        And this is the -- from the Ignite Instagram?
```

1    I'm going to zoom in here, okay.  And this is -- same

2    question regarding this Instagram screenshot:  When did

3    you take this screenshot?

4    A        I -- again, I believe on or close to the day

5    that it was posted.

6    Q        And after you took the screenshot, did you at

7    any time tell Ignite to take this photo down?

8    A        No.

9    Q        Can I have you turn to Exhibit 35-1, please.

10   A        Okay.

11   Q        Okay.  And if you'll recall this is a picture

12   of a billboard that you testified that you took sometime

13   between October of 2018 and April of 2019; is that

14   correct?

15   A        I believe I said November to April.  So -- but

16   yes.

17   Q        And that's fair.  Is there any more specificity

18   you can give us as to when you took this photo?

19   A        Off the top of my head, I don't know the exact

20   date of the specific billboard.  I just know that in

21   looking at my camera roll prior, it was -- all of these

22   were taken between November and April.

23   Q        Okay.  And after seeing this photo, did you

24   ever contact Ignite and tell them to take it down?

25   A        No.

```
1   Q        Let's go to 35-5.

2            Do you see that photo of 35-5?

3   A        Yes.

4   Q        Now, in that picture -- let me step back.  Do

5   you recall when you took this photo with anymore

6   specificity than November of '18 through April of '19?

7   A        I believe this one of the first ones I took a

8   photo of.  So probably around November 2nd.

9   Q        And see on there, it says,

10  "Ignite Cannabis Co." on the bottom -- well, in the

11  middle of your photo where my finger is?

12  A        Yes.

13  Q        Do you know Ignite -- what Ignite Cannabis Co.

14  is?

15  A        The company that hired me for the shoot.

16  Q        Okay.  Okay.  Going back here -- and then in

17  your earlier testimony, you talked about how you found

18  out later who Jonathan Anastas was; is that true?

19  A        Yeah, I'm actually glad you asked.  I think --

20  I was thinking about my testimony during the break, and

21  I wanted to clarify that earlier.

22  Q        I'll ask the question -- I'll kind of go

23  through my questions.

24           THE COURT:  Next question, Counsel.

25           MR. ELLIS:  I'm sorry?
```

```
1                THE COURT:  Next question.  Try to wait for the
2      question and then answer.
3                THE WITNESS:  Okay.
4      BY MR. ELLIS:
5      Q        Did you know who Mr. Anastas was at the time of
6      the photo shoot?
7      A        No.
8      Q        Did you know -- isn't it true you learned who
9      Mr. Anastas was during this litigation?
10     A        Correct.  Once I saw a photo of him, I
11     recognized that that was the man that was at the photo
12     shoot.
13     Q        And isn't it true then that -- also, that you
14     had no knowledge of what individuals worked for what
15     companies at the photo shoot?
16     A        I mean, he let me know during the photo shoot
17     that day that he worked for Ignite.  I just couldn't
18     recall his name.
19               MR. ELLIS:  Your Honor, I move to strike the
20     answer as nonresponsive.
21               THE COURT:  Why don't you the question again.
22               MR. ELLIS:  Yes, Your Honor.
23     BY MR. ELLIS:
24     Q        Okay.  So isn't it true that at the photo
25     shoot, you were not aware of who -- which individual
```

```
 1    worked for what company?

 2    A        I don't know that I understand the -- like I

 3    knew some people worked for Ignite, yeah.

 4             THE COURT:  The question is:  At the time of

 5    shoot, do you know who was working for who?

 6             THE WITNESS:  Most members, not every single

 7    one on set.

 8             THE COURT:  Next question.

 9    BY MR. ELLIS:

10    Q        You also talked about after the photo shoot

11    that you tried to return the wardrobe; is that correct?

12    A        Correct.

13    Q        And isn't it true that you returned the

14    wardrobe to the stylist present?

15    A        I don't know who took the wardrobe from the

16    shoot, but yes, I -- that's who I gave it to since

17    that's like -- yeah, that would make the most sense in

18    my brain to give it to the stylist after I was changed.

19    Q        And was that individual Ms. Ali Dariotis?

20    A        Yes.

21    Q        Okay.  Now, moving onto your compensation for

22    your participation in the photo shoot, do you recall

23    testifying earlier regarding how much money or what your

24    quote -- I guess, day rate was for your participation in

25    that photo shoot -- do you remember that testimony?
```

```
 1    A        Yes.

 2    Q        You testified that it was 3,000 a day?

 3    A        Correct.

 4    Q        How much did you actually receive for your

 5    participation in the photo shoot?

 6    A        Because of agreement with my talent agency, I

 7    received $2,000 from my talent agency.

 8    Q        Thank you.  And just to clarify, you received

 9    that money -- that payment from L.A. Models?

10    A        Correct.  Yeah, they collected the $3,000

11    check -- or wire from Ignite on my behalf.

12    Q        And you directed -- actually, let me take a

13    step back here.  You also testified that you spoke with

14    Mr. Bilzerian in 2019 relating to nonpayment for your

15    services at the photo shoot; is that correct?

16             MS. THIGPEN:  Misstates testimony, Your Honor.

17             THE COURT:  Restate the question.

18    BY MR. ELLIS:

19    Q        Did you speak with Mr. Bilzerian in 2019

20    relating to your participation in the photo shoot?

21    A        No.

22    Q        Did you speak with Mr. Bilzerian in 2020

23    regarding your participation in the photo shoot?

24    A        Yes.

25    Q        And you testified earlier that it was
```

1    Mr. Bilzerian -- that you reached out to Mr. Bilzerian;

2    is that correct?

3    A        Correct, in 2020, yes.

4    Q        Can I have you turn to Exhibit 11 which has

5    been previously marked but not admitted.

6            Do you remember going through this -- I guess,

7    what is this?

8    A        It's a screenshot of a direct message thread

9    between Dan and myself on Instagram.

10   Q        And do you recall -- I guess -- do you recall

11   having a deposition taken earlier in this litigation?

12   A        Yes.

13   Q        And do you recall being under oath at the time

14   of your deposition?

15   A        Yes.

16   Q        And I want to have you refer to your deposition

17   transcript.

18            THE COURT:  Is this to refresh her memory?

19            THE WITNESS:  No, it is to impeach, Your Honor.

20            THE COURT:  To impeach?

21            MR. ELLIS:  Yes.

22            THE COURT:  Well, why don't you give the page

23   number and line number to counsel, and see if there is

24   an objection to it.

25            Can you give me the line number and page

64

```
 1    number.
 2           MR. ELLIS:  It is page -- page 99, lines 2
 3    through 4.  And same page 99 at lines 20 through 24.
 4           THE WITNESS:  I just want to make sure it's
 5    Exhibit 11.  I don't see like any lines.
 6           THE COURT:  Oh, no, no, no, you don't have to
 7    look at your deposition.
 8           THE WITNESS:  Oh, sorry.  This is my first time
 9    ever doing this.  So....
10           MS. THIGPEN:  Your Honor, I object.  It's not
11    impeachment.  It is not inconsistent with the testimony.
12           THE COURT:  20 to 24?
13           MR. ELLIS:  2 through 4 and 20 through 24.
14           THE COURT:  Okay.  Why don't you go ahead and
15    lay a foundation for impeachment, if you wish.
16           MR. ELLIS:  Okay.
17           THE COURT:  Lay a foundation for why it's
18    impeachment.
19           MR. ELLIS:  Why it's impeachment?
20           THE COURT:  Ye.  No, no, lay the foundation.
21    Ask the question, and if it's different than the way
22    it's in here, then you can impeach.  So ask the question
23    again.
24           MR. ELLIS:  Thank you, Your Honor.
25    BY MR. ELLIS:
```

```
 1   Q        So this morning when you talked about
 2   Exhibit 11, the message with Mr. Bilzerian, do you
 3   recall that testimony?
 4   A        Yes.
 5   Q        And you also recall this morning that you
 6   testified that it was you that messaged Mr. Bilzerian
 7   first, correct?
 8   A        No, I said in 2020.
 9            THE COURT:  Wait, wait.  You said what?
10            THE WITNESS:  I said I reached out to him in
11   2020.
12            THE COURT:  Okay.
13   BY MR. ELLIS:
14   Q        And is it you that contacted Mr. Bilzerian
15   first or did he contact you first?
16   A        He had contacted me at one point, but I had not
17   seen the message.
18   Q        When did he contact you?
19   A        It was in May of; 2019, I believe.
20   Q        And isn't it true that you didn't respond to
21   Mr. Bilzerian for almost a year, because you get a lot
22   of messages in that account?
23   A        That's correct.  I -- you don't always see
24   DM's.  Sometimes they come in -- you know, in like,
25   requests.  So you have to check a certain section.  And
```

```
 1    even if I would have seen this message from him, I was
 2    already represented by counsel at that point.  So I
 3    would not have responded.
 4    Q        But you did not -- isn't it true that you did
 5    not acknowledge that message until a year later,
 6    correct.
 7    A        Correct.  I did not see it.
 8    Q        You did not speak with Mr. Bilzerian, but there
 9    was a time that you were paid the $2,000 from your
10    modeling agency, correct?
11    A        Yes, in May of 2020.
12    Q        And then before receiving payment from
13    L.A. Models, it was you that directed payment to be made
14    directly to your agency, correct?
15    A        Can you ask that one more time.
16    Q        Was it -- isn't it true that you directed
17    payment for your participation in the 2018 photo shoot
18    to be directed to your modeling agency?
19    A        Correct.
20    Q        Okay.  And not to you directly, correct?
21    A        Correct.
22    Q        All right.  And you also testified earlier
23    regarding I guess walking around the -- the studio where
24    the photo shoot was in October regarding seeking
25    somebody for payment, correct?
```

UNITED STATES DISTRICT COURT

```
 1    A        Correct.

 2    Q        And it was your understanding that you were to

 3    receive a check or some form of compensation that day at

 4    the end of the photo shoot?

 5    A        Correct.

 6    Q        But isn't it also true that you had an

 7    agreement with L.A. Models at the time of October 2018?

 8    A        Correct.

 9    Q        And that agreement -- or were you to pay -- or

10    were you to receive any compensation directly from

11    modeling jobs you performed or was it to go through

12    L.A. Models?

13    A        Sometimes like if I would receive a check, like

14    I would give it to L.A. Models to process so they can

15    take their fees.

16    Q        And moving to calls with Ignite, you mentioned

17    earlier that you were on telephone calls with -- with

18    Ignite regarding receiving payment for your

19    participation, correct?

20    A        Correct.

21    Q        And you mentioned several individuals were on

22    these phone calls; is that correct?

23    A        On the one phone call, yes.

24    Q        Yes.  Thank you.  And do you recall who exactly

25    was on those phone calls?
```

```
 1    A        In the e-mail from Erin Drummond, she let me
 2    know that it would be their general counsel, and I
 3    believe the CFO and their VP of Marketing.
 4    Q        Was anybody on the call from L.A. Models?
 5    A        No.
 6    Q        Have you been -- isn't it true that you have
 7    been to the Issue Studio location which is where the
 8    October 2018 photo shoot was taken prior to that photo
 9    shoot?
10    A        Yes.
11    Q        Okay.  Is it your understanding that that is --
12    isn't it your understanding that that studio is not an
13    Ignite studio, correct?
14    A        Correct.
15    Q        And quickly going back to that phone call you
16    mentioned, which Ignite entity did the individuals
17    participate from?
18    A        I'm not sure I understand the question.
19    Q        Well, were the people that were on the phone
20    call that we talked about briefly earlier relating -- or
21    between yourself and Ignite representatives, were those
22    Ignite representatives from Ignite Cannabis Company?
23    A        I believe so.
24    Q        Isn't it true that you never made a demand to
25    Ignite for payment for your participation in the
```

1    October photo shoot?

2    A        That's not true.

3    Q        So how many times did you personally make a

4    demand to Ignite for payment?

5    A        Um, by -- from the time that I reached out

6    first to Dan to the end of May when I was finally paid,

7    I followed up with Ms. Erin Drummond several times.  So

8    several times within that month.

9    Q        Okay.  So you say "followed up," we spoke

10   earlier about the message from Mr. Bilzerian, your

11   message to Mr. Bilzerian was in response to him

12   messaging you, correct?

13   A        Like I said, I had not seen that message.  So

14   like, when I went to reach out to him, I saw the

15   message.  So then yes, it was in response to that

16   message.

17   Q        And then you said you followed up with

18   Ms. Drummond, that was after your message with

19   Mr. Bilzerian regarding -- trying to resolve the issues

20   of payment, correct?

21   A        Correct.

22   Q        And did you ever make demand for payment for --

23   to Mr. Ryan?

24   A        No, he did not employ me.  So I would not have

25   made demands for payment from him.

```
1    Q        Actually, sorry -- turning to Exhibit 10, here
2    we go -- Exhibit 10-2.  Do you see 10-2?
3    A        Yes.
4    Q        Can you take a second to read it.
5    A        Yes.
6    Q        Does this refresh your recollection that you
7    had conversations with Mr. Ryan regarding your payment?
8    A        Yeah, you asked me if I had demanded payment
9    from Josh.  So I was just making sure I was speaking
10   correctly.  Josh was acting as the messenger.  So I did
11   seek out help from him to try to put me in contact with
12   someone from Ignite to get paid.
13   Q        Okay.  So maybe it's an art -- a term of art,
14   but you had asked Josh Ryan to assist you to collect
15   money for your participation, correct?
16   A        Correct.
17   Q        And maybe the word "demand" is not proper, but
18   you did involve Mr. Ryan, correct?
19   A        Correct.
20   Q        And at this time in February of 2019, you did
21   not ask Ignite for payment, correct?
22   A        Sorry.  I just want to take a second to make
23   sure I'm processing what you're asking.  At that time, I
24   knew my lawyers and L.A. Models were both requesting
25   payment from Ignite.  So....
```

```
 1    Q        But -- but did -- I guess ask the question
 2    again.
 3            MR. ELLIS:  And, Your Honor, I would just
 4    strike that as nonresponsive.
 5            THE COURT:  It will be stricken, nonresponsive.
 6    BY MR. ELLIS:
 7    Q        Did you -- in February of 2019, did you
 8    personally make a demand from Ignite for payment for
 9    your participation in the October 2018 photo shoot?
10    A        No, I personally did not.
11            MR. ELLIS:  If I may have one second,
12    Your Honor....
13    BY MR. ELLIS:
14    Q        Just to clarify, you mentioned that you had an
15    attorney who was demanding money from Ignite.  Do you
16    remember that testimony?
17    A        Like from just now?
18    Q        Yes.
19    A        Yes, correct.
20    Q        Did you -- when did you hire that attorney?
21    A        That would have been in May of 2019.
22    Q        So after February of 2019?
23    A        Correct.
24            MR. ELLIS:  I have nothing further.
25    Q        THE COURT:  Okay.  Redirect.
```

1                      **REDIRECT EXAMINATION**

2    BY MS. THIGPEN:

3    Q        Ms. Pavillard, a moment ago, you were asked

4    about the billboards and the advertisements that we

5    looked at, as well as the social media post which

6    tracked some of the same images.  Do you recall when you

7    were asked about that?

8    A        Yes.

9    Q        Okay.  And -- and you were asked if you ever

10   asked Ignite to take down those images; do you recall?

11   A        Yes.

12   Q        Okay.  There's no issue in this case about the

13   use of your images for the campaign, right?

14   A        No.

15   Q        That's not why we're here, right?

16   A        No.

17   Q        So it wouldn't have been your ability to ask

18   anyone to take down those images, considering that that

19   was the work for which you were hired and performed,

20   right?

21           MR. ELLIS:  Objection.  Calls for speculation.

22           THE COURT:  Sustained.

23   BY MS. THIGPEN:

24   Q        Were you hired to provide images for the

25   advertising campaign?

```
 1   A        No, I was hired to be in their images for --
 2   that they were producing for the advertising campaign.
 3   Q        You weren't hired to put them up on the side of
 4   buildings or on the billboards, right?
 5   A        No.
 6   Q        And who did that?
 7            MR. ELLIS:  Objection.  Calls for speculation
 8   and --
 9            THE COURT:  I'm sorry.  I missed the question.
10   Who?
11            MS. THIGPEN:  Who did do that?  Who did put up
12   the billboards, to your knowledge?
13            THE COURT:  Sustained without a foundation.
14   BY MS. THIGPEN:
15   Q        Do you have any idea at all about any of the
16   post-production work that was done about the photos?
17   A        No, I would guess it was all Ignite.
18            THE COURT:  She is not asking for guesses.
19            THE WITNESS:  Okay.  Sorry.
20            MR. ELLIS:  Your Honor, if we can just
21   bring --
22            THE COURT:  It never came in.
23   BY MS. THIGPEN:
24   Q        Now, as far as the wardrobe began to be clear,
25   you did not provide any of that wardrobe, correct?
```

```
 1   A        No.

 2   Q        And it was provided to you?

 3   A        Correct.

 4   Q        Okay.  Do you recall any discussions about the

 5   wardrobe on set that day?

 6            MR. ELLIS:  Objection.  Hearsay; foundation.

 7            THE COURT:  Overruled.

 8            THE WITNESS:  Yeah, so kind of -- we had what

 9   was what called a fitting where we had to try on several

10   different options and present it to the company, so

11   members of Ignite kind of then dictated what of the

12   options we were going to wear.

13            MS. THIGPEN:  Okay.  And -- okay.  That's all

14   the redirect I have at this time.

15            THE COURT:  Okay.  Re-cross?

16            MR. ELLIS:  Yes, Your Honor, briefly.

17                      RECROSS EXAMINATION

18   BY MR. ELLIS:

19   Q        Thank you, Ms. Pavillard.  Just quickly....

20   A        Okay.

21   Q        You said you had a conversation regarding the

22   wardrobe.  Who is that with?

23   A        Just members -- some members of Ignite.  I

24   don't remember exactly who, but as soon as the stylist

25   had like, got us dressed, we came out and presented
```

```
 1   several options.

 2   Q       Was it Ms. Dariotis?

 3   A       The stylist?  Yes.

 4   Q       And --

 5   A       I believe her name is Ali -- I think that's her

 6   last name.

 7   Q       Yeah, I'm sorry, that's Ali Dariotis.

 8   A       Yes.

 9   Q       Okay.  Aside from Ms. Dariotis, is it true that

10   she's -- let me rephrase -- Ms. Dariotis is the

11   individual who told you -- or who you did the fitting

12   with, correct?

13   A       Correct.

14           MR. ELLIS:  Nothing further, Your Honor.

15           THE COURT:  Thank you.  You may step down.  The

16   next witness.

17           MS. THIGPEN:  Your Honor, the plaintiff will

18   call Mr. Josh Ryan.  And I believe he is out in the

19   hallway.  Would you like me to retrieve him?

20           THE COURT:  Sure.  You can bring him in.

21                     DIRECT EXAMINATION

22   PLAINTIFF'S WITNESS, JOSH RYAN, SWORN.

23           THE COURTROOM DEPUTY:  For the record, please

24   state your full name and spell your last name.

25           THE WITNESS:  Joshua White, also known as
```

1    Josh Ryan, W-H-I-T-E and R-Y-A-N.

2            THE COURT:  And for the record, what's your

3    true legal name?

4            THE WITNESS:  Joshua White.

5            THE COURT:  Okay.  Thank you.

6    BY MS. THIGPEN:

7    Q       Good morning, Mr. Ryan.  We have a counsel here

8    called Ryan Ellis.  So I may refer to you as Josh Ryan

9    throughout this examination just to avoid any confusion.

10   Now, Mr. Ryan -- Mr. Josh Ryan, do you own a business?

11   A       Yes.

12   Q       And what is your business?

13   A       Photography -- Josh Ryan Photography.

14   Q       How long have you been a photographer?

15   A       17 years.

16   Q       Do you reside in Los Angeles now?

17   A       I do.

18   Q       How long have you lived in Los Angeles?

19   A       22 years.

20   Q       Did you reside in Los Angeles in 2018?

21   A       Yes.

22   Q       Did you work with a model name

23   Caley Rae Pavillard in the fall of 2018?

24   A       Yes.

25   Q       Have you ever worked with Ms. Pavillard

```
 1    previously?

 2    A        Yes.

 3    Q        How many times?

 4    A        Three to four, maybe more.

 5    Q        And, Mr. Ryan, I forgot to mention something in

 6    the beginning.  You're here today, pursuant to a

 7    subpoena; is that correct?

 8    A        Correct.

 9    Q        And when was last time you spoke to

10    Ms. Pavillard?

11    A        2019, I believe.

12    Q        Did you ever have any personal relationship

13    with Ms. Pavillard or was it strictly a professional

14    business relationship?

15    A        No, yeah, I had personal relationship, yeah.

16    Q        Was it a romantic relationship?

17    A        No.

18    Q        Okay.  Kind of work friends would you say?

19    A        Exactly.

20    Q        Now, do you know who Dan Bilzerian is?

21    A        Yes.

22    Q        Who is that?

23    A        He is the founder of Ignite Cannabis.

24    Q        And do you have an understanding that

25    Dan Bilzerian is associated with Ignite -- Ignite's
```

```
 1    companies?

 2    A        Yes.

 3            MR. ELLIS:  Objection; foundation.  Calls for

 4    speculation.

 5            THE COURT:  Lay the foundation.  What is that

 6    based on?  What's that knowledge based on?

 7            THE WITNESS:  He was the figurehead of the

 8    company.

 9            THE COURT:  And how do you know that?

10            THE WITNESS:  He told me.

11            MR. ELLIS:  And hearsay, Your Honor.

12            THE COURT:  Overruled.

13    BY MS. THIGPEN:

14    Q        When did you first meet Mr. Bilzerian?

15    A        2014.

16    Q        When was the last time you spoke with

17    Mr. Bilzerian?

18    A        2020.

19    Q        When -- or rather, did you ever perform

20    photography for Ignite?

21    A        Yes.

22    Q        And when did you do that?

23    A        2018 and 2019.

24    Q        How did you learn about the opportunity --

25    first learn of the opportunity to work for Ignite?
```

```
 1    A         Through a mutual acquaintance of Dan and I.

 2    Q         And who at Ignite did you work with -- and

 3    let's stick with 2018?

 4    A         As far as the Ignite employees or staff?

 5    Q         Yes, yes.

 6    A         A man by the name of Jonathan Anastas, another

 7    person name Barner Bello (phonetic), another gentleman

 8    named Spence, Dan, of course, and a handful of other

 9    people that I couldn't recall their names.

10    Q         All right.  What were you asked -- and let's

11    just stick with 2018 -- what were you asked to do?

12    A         I was offered to shoot a campaign for them, and

13    asked if I could refer some models to them for a

14    campaign.

15    Q         Had you seen other marketing Ignite had done at

16    the time that you were being offered this position?

17    A         Yes.

18    Q         How would you characterize that marketing?

19    A         Um, luxury lifestyle, exotic, you know, women

20    in skimpy clothes.

21    Q         Now, the campaign that they were hiring you

22    for, was that going to be something a little bit

23    different than what you were seeing in the marketplace?

24    A         Yes.

25    Q         And how is that to be different?
```

1    A         They came to me to elevate the brand.

2    Q         And did you agree to work with Ignite?

3    A         Yes.

4    Q         When did you do that?

5    A         2018.

6    Q         And do you remember like approximate date?

7    A         Let me see, it was around September or so,

8    because I believe the shoot was in October.  So around

9    September or so we started meeting.

10   Q         And did you volunteer to do anything else in

11   connection with this new campaign that they were

12   launching?

13   A         Other than just attend the casting, um, and

14   handle my end which is the photography, no.

15   Q         Why did you volunteer to assist with finding

16   models for the photo shoot?

17   A         Um, it helped -- it helps me, you know, give

18   input as, you know, to my work that gets out there, if

19   that makes sense.

20   Q         Well, would you say -- did you have any

21   discussions with anyone about Ignite's possibilities of

22   finding appropriate models for the shoot, given the

23   media that was out there?

24   A         Yes.

25   Q         And what were those discussions?

```
 1    A        I told them they needed to class up the brand

 2    and elevate it.

 3    Q        And did they accept your advice to do that?

 4    A        Yes.

 5    Q        Now, do you know approximately how many

 6    meetings did you have prior to the photo shoot on

 7    October 5th, 2018, about this marketing campaign with

 8    the Ignite personnel?

 9    A        Around four.

10    Q        And did you have e-mail discussions, as well?

11    A        Yes.

12    Q        And then you met in person you think about four

13    times, is that what you're telling me?

14    A        Yes.

15    Q        And where did those meetings occur?

16    A        At Dan's house.

17    Q        And was that the house on Chalon Drive, in

18    Bel Air?

19    A        Yes.

20    Q        Do you know if Dan was renting that house?

21             MR. ELLIS:  Objection; relevance.

22             THE COURT:  Overruled.  Well, let's just see.

23             MS. THIGPEN:  Now, would you say it was

24    important to Ignite to hire models for the advertising

25    campaign.
```

```
 1              MR. ELLIS:  Objection; calls for speculation.
 2              THE COURT:  Sustained.
 3   BY MS. THIGPEN:
 4   Q        Did you have any discussions about the
 5   importance for models for the upcoming campaign?
 6   A        I told them it was important to maintain a
 7   high-level profile not only for them but in order for me
 8   to accept the job.
 9   Q        All right.  If you could -- do you have a
10   binder there in front of you?
11   A        Yeah.
12   Q        If you could -- if you could turn to the tab of
13   Exhibit 21 in your binder.
14              THE COURTROOM DEPUTY:  Is that 21, Counsel?
15              MS. THIGPEN:  Yeah, 21, sorry.  Yeah, 21.
16              THE WITNESS:  Page two?
17   BY MS. THIGPEN:
18   Q        So there's little tabs on the side of the
19   binder, and then you turn to 21, and from there, you
20   would just hold it open for just one moment while I pull
21   it up here.  Just looking at the small tabs on the very
22   bottom right-hand corner of the document -- and
23   specifically, there's one that says "21-1."  Do you see
24   that?
25   A        Yes.
```

1    Q       So looking at 21-1 without revealing the

2    contents of those, do you recognize this document?

3    A       Yes.

4    Q       Is -- is this an e-mail that you received?

5    A       Yes.

6            MS. THIGPEN:  And, Your Honor, I would offer

7    Exhibit 21.

8            THE COURT:  E-mail from whom?

9            THE WITNESS:  Jonathan Anastas.

10           THE COURT:  Okay.  It will be received.

11           MR. ELLIS:  I'm sorry, Your Honor.  I object as

12   hearsay.

13           THE COURT:  Overruled.

14           Go ahead, Counsel.

15           MS. THIGPEN:  I'm sorry, Your Honor.

16   BY MS. THIGPEN:

17   Q       Now, first of all, Mr. Ryan, you have an

18   attorney.  Is that Stephen Weisskopf?

19   A       Yes.

20   Q       So you actually produced some documents in this

21   action, right?

22   A       Yes.

23   Q       So just to be clear, that Steven -- do you

24   think that's printed there, because that's the way the

25   e-mails were printed from Outlook?

```
 1   A        Yes.
 2   Q        So to be clear, this e-mail -- did you receive
 3   this -- this e-mail here on -- from Mr. Anastas of
 4   Ignite on Tuesday, September 25th, 2018?
 5   A        Yes.
 6   Q        And do you know the identities of these
 7   individuals that were carbon copy or a copy here on --
 8   on -- is that correct?
 9   A        Some of them.
10   Q        Okay.
11   A        Offhand, and don't -- I mean, I'm sure I met
12   them all but don't remember them.
13   Q        Okay.  Which -- which of these names?  I think
14   you mentioned a couple of them.
15   A        Obviously, Jonathan Anastas,
16   Barner Bello (phonetic), Spence, Bove.
17   Q        Do you know if those are individuals that
18   worked for Ignite?
19   A        I believe so.
20   Q        At least at this time, they did?
21   A        They were associated, yes.
22   Q        All right.  So if you look down here to the
23   rest of this e-mail, looks like Mr. Anastas is writing
24   this e-mail, do you see he is referencing creative up in
25   the market.  And did you -- do you know what this --
```

1      what this word says?  Is that "covered," or what is

2      that?

3      A        Yeah, it's "covered."

4      Q        Okay.  You produced -- do you know why they --

5      they're produced like this, these symbols?

6      A        I believe it's a typo.

7      Q        Okay.  You don't know either way?

8      A        No.

9      Q        They're just printed like that.

10              Okay.  But when you got them, do you remember

11     if they -- if you could read the e-mail?

12     A        I assumed it was covered --

13     Q        Okay.

14     A        -- based on the sentence.

15     Q        Okay.  So what -- do you know what he meant by

16     that, when he was writing to you, "There is creative up

17     in the market.  So we are covered on driving product

18     selling and sell-through until we get the next"?

19              MR. ELLIS:  Objection.  Calls for speculation.

20     The document speaks for itself.

21              THE COURT:  Overruled.

22              THE WITNESS:  Let me just read it one more time

23     to refresh my memory here.  I believe what he meant was

24     they already had a current marketing campaign in place

25     that they were phasing out.

```
 1    BY MS. THIGPEN:

 2    Q        And then the next sentence states, "Casting

 3    will be crucial to Dan, and we need to pre-pro this

 4    properly to get the most out of the talent all the way

 5    around."  What does -- do you know what "pre-pro" means?

 6    A        Pre-produced.

 7    Q        What does that mean?

 8    A        Um, organize the casting efficiently.

 9    Q        Okay.  So do you know what he meant by casting

10    will be crucial to Dan?

11             MR. ELLIS:  Objection.

12             THE COURT:  Sustained.

13    BY MS. THIGPEN:

14    Q        Did you have discussions about whether or not

15    casting of the models was crucial to them?

16    A        Yes.

17    Q        And what were those discussions?

18    A        He wanted to choose the right models to -- for

19    a long-term contract.

20    Q        Okay.  And looking a little bit down here on

21    page 21 -- Exhibit 21-1, is this an e-mail that you sent

22    on September 25th, 2018?

23    A        Yes.

24    Q        All right, because it has those symbols, could

25    you read that to -- to us.
```

1    A        Yeah, that's a typo from my attorney's system

2    somehow.  That's never been in my e-mail.  So I think

3    those are irrelevant.

4    Q        Okay.  Could you read it though, just so we are

5    clear since you did write that?

6    A        Yeah, "Everyone is still working in talent.

7    Not sure if Friday is feasible, but we're trying.  I'll

8    try to get an alternate date as I said.  I'll keep

9    everyone updated as for video on the guy, but Dan's guy,

10   J, is really good.  Have we checked with him?  I'll send

11   an estimate over for my crew, costs and fees."

12   Q        So initially, was there going to be a different

13   date for the very first photo shoot?

14   A        I believe we discussed a couple open dates,

15   yeah.

16   Q        Ultimately though, the shoot happened on

17   October 5th, 2018?

18   A        I believe so, yes.

19   Q        You state here, "I'll send an estimate over for

20   my crew costs and fees?

21   A        Yeah.

22   Q        Did your estimate at any time include a cost

23   estimate for talent for models?

24   A        No.

25   Q        Did you ever give an invoice that included a

UNITED STATES DISTRICT COURT

```
1    line item or any cost associated with talent?

2    A        No, no.

3    Q        Now, as you were having these meetings, you

4    know, with this Ignite personnel, were you also

5    communicating separately with Mr. Bilzerian?

6    A        Yes.

7    Q        And how were -- what format of communication

8    did that play?

9    A        Text message.

10   Q        So if you could -- well, first of all, before

11   we do that, I'd like to refer you to a different exhibit

12   in your binder.  That would be 27-1.  So that would be

13   at 27 and 27-1.

14            And do you recognize the e-mail thread that is

15   pictured on 27-1?

16   A        Yes.

17            MS. THIGPEN:  Your Honor I, offer Exhibit 27-1.

18            THE COURT:  It will be received.

19             (Whereupon, Plaintiff's Exhibit 27-1

20                     is admitted hereto.)

21            MS. THIGPEN:  And I offer Exhibit 21- -- I

22   don't know if I moved that one in.

23            THE COURT:  I think you did, but it's received

24   too.

25            MS. THIGPEN:  Thank you, Your Honor.
```

```
 1    Whereupon, Plaintiff's Exhibit 21-1 is admitted hereto.)

 2    BY MS. THIGPEN:

 3    Q       Looking at the top of 27-1, do you see there,

 4    Mr. -- Mr. Ryan, do you see the -- the top of the e-mail

 5    there from a Mr. Todd Thompson?

 6    A       Yes.

 7    Q       Okay.  Do you know who that is?

 8    A       I don't recall.

 9    Q       Okay.

10    A       I remember he worked for Ignite, but I don't

11    remember his role.

12    Q       Okay.  So do you see he is writing this group

13    of people again there, including yourself, right?

14    A       Yes.

15    Q       All right.  And this is on

16    September 25th, 2018, he states -- he has the first

17    couple of sentences there, "Especially since we have

18    existing creative up in the marketplace it looks like."

19    Did you understand what he was talking about there?

20            MR. ELLIS:  Objection.  Calls for speculation.

21            THE COURT:  Sustained.

22    BY MS. THIGPEN:

23    Q       Do you know if you spoke with Mr. -- do you

24    have any specific recollection of speaking with

25    Mr. Thompson of Ignite about the existing create?
```

```
 1    A         No.

 2    Q         All right.  So then here, we -- it goes down.

 3    It says, "However, do you think we need to have a

 4    pre-pro with Dan this week to show him casting and a

 5    line on the primary outdoor shops"; do you see that?

 6    A         Yes.

 7    Q         What is that reference to?

 8    A         I believe he was referencing to meeting with

 9    Dan Bilzerian to finalize casting choices and the

10    creative for outdoor shots.

11    Q         Okay.  Now, did Ignite personnel participate --

12    did Ignite personnel develop a shot list for the shoot?

13    A         Yes.

14              MR. ELLIS:  Objection.  Calls for speculation.

15              THE COURT:  Sustained.

16              MR. ELLIS:  Move to strike the response.

17              THE COURT:  It will be stricken.

18              MS. THIGPEN:  Did -- did you participate in

19    discussions with Ignite personnel about a shot list for

20    the shoot?

21              THE WITNESS:  Yes.

22    BY MS. THIGPEN:

23    Q         Who -- who was driving that discussion?

24              MR. ELLIS:  Objection.  Vague as to "driving."

25              THE COURT:  Overruled.
```

1            THE WITNESS:  Dan and Jonathan Anastas.

2    BY MS. THIGPEN:

3    Q        Now, was there a particular -- without getting

4    into like how the models looked at this point or

5    anything of that nature, but was there a particular

6    format for the shots that needed to happen, given the

7    campaign that was discussed?

8    A        Other than a physical format of fitting on

9    media, is that what you mean -- or what you're referring

10   to?

11   Q        Sure.  So -- so is there -- is there a

12   particular format, meaning the physical positioning of

13   the models that is needed for certain types of billboard

14   media, for example?

15   A        Yes.

16   Q        What is that -- what would that be?

17   A        Horizontal -- horizontal and some vertical in

18   certain dimensions.

19   Q        Okay.  What does that mean -- I'm not a

20   photographer.

21   A        Yeah.

22   Q        So how do you explain that?

23   A        You need to shoot at -- to keep the image and

24   the model in a certain frame that will fit a billboard.

25   Q        And so did Ignite tell you -- did personnel

```
1    from Ignite tell you that they needed to have shots in

2    that form?

3    A       Yes.

4    Q       All right.  Now, you mentioned that you were

5    communicating with Mr. Bilzerian by text message; is

6    that right?

7    A       Yes.

8    Q       So if you could turn to tab 29, please.

9    And without --

10              THE COURTROOM DEPUTY:  Is that Exhibit 29?

11              MS. THIGPEN:  I'm sorry?

12              THE COURT:  Exhibit 29?

13              MS. THIGPEN:  Oh, I'm sorry.  Yes.  I'm sorry.

14   I didn't hear.  Yes, Exhibit 29, that's right.

15   BY MS. THIGPEN:

16   Q       Do you have it?

17   A       Yes.

18              MR. ELLIS:  Yes.

19              THE COURT:  Okay.  Go ahead, Counsel.

20   BY MS. THIGPEN:

21   Q       Without talking about any content at this

22   point, just if you could indicate, what is this -- these

23   documents that are -- that are present here in this tab

24   29 in your binder, Exhibit 29?

25   A       I believe this is the first Ignite promotional
```

```
 1   video that was made that Dan sent to me.
 2   Q       Okay.  So without getting into content, are
 3   these -- let me ask it this way:  Are these screenshots
 4   of text messages that you had with Mr. Bilzerian?
 5   A       Yes.
 6           MS. THIGPEN:  Your Honor, I would offer
 7   Exhibit 29.
 8           MR. ELLIS:  Your Honor, objection; relevance.
 9           THE COURT:  Sustained.
10           MS. THIGPEN:  Your Honor, may I -- okay.  Well,
11   let's direct you to specific pages, and let's see if we
12   can address that issue.  All right.  Exhibit 29-3, could
13   you turn to that, please.  And additionally, I'll ask
14   you, Mr. Ryan, did you prepare these screenshots?
15           THE WITNESS:  Yes.
16   BY MS. THIGPEN:
17   Q       These are screenshots from your own phone
18   communications with Mr. Bilzerian of Ignite?
19   A       Yes.
20   Q       So moving along to 29-3 and then going on to
21   29-4 you, you recognize these pages as screenshots of
22   the messages you had with Mr. Bilzerian?
23   A       Yes.
24   Q       All right.  And who is -- who's pictured in
25   these photographs on 29-3?
```

```
 1    A        Ms. Pavillard and another model, Erin Michelle.

 2    Q        All right.  Your Honor, I would offer at this

 3    time 29-3 and 29-4.

 4             THE COURT:  Well, no objection.  They will be

 5    received.

 6             MS. THIGPEN:  All right.

 7         (Whereupon, Plaintiff's Exhibits 29-3, 29-4

 8                   are admitted, hereto.)

 9    BY MS. THIGPEN:

10    Q        So first we'll take a look at 29-3.  And it

11    looks like you -- this top photo, who's pictured on the

12    top photo?

13    A        Ms. Pavillard.

14    Q        And did you send this photo to Mr. Bilzerian on

15    of Ignite on September 21st, 2018 at 7:56 p.m.?

16    A        Yes.

17    Q        And who is this in the second photo?

18    A        Erin Michelle Cones.

19    Q        All right.  And did you write this -- let's

20    just look at the blue one first.  Did you write this

21    message in the blue?

22    A        Yes.

23    Q        And -- okay.  Why did you send the picture of

24    Ms. Pavillard and Ms. Erin Michelle to Mr. Bilzerian on

25    September 21, 2018?
```

```
 1    A         I recommended them for models for the campaign.

 2    Q         And why would you send it though to

 3    Mr. Bilzerian as opposed to anyone else?

 4    A         He made the decision on who was going to be

 5    chosen for the campaign.

 6    Q         And did you receive a response from

 7    Mr. Bilzerian?

 8    A         Yes.

 9    Q         Is -- is that the response there in the white

10    on page 29-4?

11    A         Yes.

12    Q         And he states, "Who are they?  The second looks

13    familiar."

14    A         Yes.

15    Q         And then you provided this image.  Is this a

16    screenshot of an Instagram account?

17    A         Yes.

18    Q         And does that belong to Ms. Pavillard?

19    A         Yes.

20    Q         All right.  And you informed Ms. Pavillard of

21    the Ignite job, correct?

22    A         Right.

23    Q         The possibility for the Ignite job?

24    A         Correct.

25    Q         When did you do that; do you recall?
```

```
 1    A         Right maybe a day before casting; maybe two

 2    days before the casting.

 3    Q         Okay.  You don't recall?

 4    A         I don't recall the actual day.

 5    Q         Okay.  Why don't you turn to tab one in your

 6    binder -- and, again, without reading the contents out

 7    to anyone yet, just take a look.

 8

 9              MS. THIGPEN:  Your Honor, may I -- well, first

10    of all, did you send these messages to Ms. Pavillard

11    that are reflected in Exhibit 1-1?

12              THE WITNESS:  I did.

13              MS. THIGPEN:  Your Honor, I would offer

14    Exhibit 1-1 at this time?

15              THE COURT:  It will be received.

16              MS. THIGPEN:  Thank you, Your Honor.

17                 (Whereupon, Plaintiff's Exhibit 1-1

18                      is admitted, hereto.)

19              THE COURTROOM DEPUTY:  I'm sorry, Counsel,

20    which exhibit?

21              MS. THIGPEN:  1-1.

22              THE COURTROOM DEPUTY:  1-1.

23              MS. THIGPEN:  Correct.  1-1.

24    BY MS. THIGPEN:

25    Q         Okay.  So you sent the message that's at the
```

```
 1   very top of this thread, right?
 2   A       Yes.
 3   Q       Okay.  And Ms. Pavillard responded to you in
 4   the blue, is that what we're looking at?
 5   A       Yes.
 6   Q       Okay.  And then you say, "Can I call you in a
 7   bit"?
 8   A       Yes.
 9   Q       All right.  Did you talk on the phone with her
10   about the position?
11   A       I did.
12   Q       What did you discuss?
13           MR. ELLIS:  I'm going to object to the term
14   "position."
15           THE COURT:  Object to what?
16           MR. ELLIS:  The term "position," it's vague and
17   ambiguous.
18           THE COURT:  Overruled.
19   BY MS. THIGPEN:
20   Q       What did you discuss?
21   A       I told her the basic outline in details of the
22   job and basically the information that I knew at the
23   time.
24   Q       All right.  And what did you tell her?  That
25   you were hiring her?
```

1    A        No.

2    Q        Did you tell her that you were doing an

3    advertising campaign that was going to be on sunset

4    Boulevard?

5    A        No.

6    Q        Did you tell her why that you were advertising

7    for your company Josh advertising?

8    A        No --

9    Q        Now, do -- do you think tell that Ms. Pavillard

10   had special qualities that would make her a good

11   candidate, possibly for an ad's campaign?

12   A        Yes.

13   Q        And what were those?

14   A        Beautiful, respectful, you know, had a good

15   reputation; easy to work with.

16   Q        Okay.  And then let's -- sorry to have you jump

17   back to this exhibit.  If you can go back to Exhibit 29,

18   please.  And turn specifically to tab -- or number 29-5.

19   A        Okay.

20   Q        Did you send also a screenshot to Mr. Bilzerian

21   on that same day, September 21st, 2018?

22   A        Yes.  I don't see the date, but yes, I did send

23   the screenshot.

24   Q        Okay.  If you look back at the prior -- I think

25   it's back to 29-3, that is a continuous thread that you

```
 1    provided, right?

 2    A        Yes.

 3    Q        And then did you receive a response from

 4    Mr. Bilzerian there that's reflected on this Exhibit

 5    29-5?

 6    A        I did.

 7             MS. THIGPEN:  Your Honor, I offer Exhibit 29-5.

 8             MR. ELLIS:  I'm going to object as relevance.

 9             THE COURT:  Sustained.

10    BY MS. THIGPEN:

11    Q        Did Mr. Bilzerian approve of your suggestion of

12    Ms. Pavillard for the possible role?

13             MR. ELLIS:  Objection.  Calls for speculation.

14             THE COURT:  Overruled.

15             THE WITNESS:  Yes.

16    BY MS. THIGPEN:

17    Q        Did he indicate that he wanted to meet

18    Ms. Pavillard?

19    A        Yes.

20             MS. THIGPEN:  Your Honor, I would offer 29-5

21    again.

22             MR. ELLIS:  Your Honor, same objection,

23    relevance.

24             THE COURT:  It's the relevance that I'm

25    concerned about.  I'm going to overrule it at this time,
```

1    and it can come in, but we are getting far-fetched when

2    we -- go ahead.  Next question.

3              MS. THIGPEN:  Thank you.

4              (Whereupon, Plaintiff's Exhibit 29-5

5                    is admitted, hereto.)

6              THE COURT:  Next question.

7              MS. THIGPEN:  Thank you.

8    BY MS. THIGPEN:

9    Q        Okay.  Now, Mr. Ryan, between September --

10   after September 21st, 2018, and yet, before the

11   photo shoot, did you continue to engage in discussions

12   with Mr. Bilzerian about possible models that would be

13   working for the campaign?

14             THE WITNESS:  Yes.

15             MR. ELLIS:  Objection, relevance.

16             THE COURT:  Sustained.

17             MR. ELLIS:  Move to strike the response,

18   Your Honor.

19             THE COURT:  It will be stricken.

20   BY MS. THIGPEN:

21   Q        Was there -- now, was there -- was there

22   eventually a casting that took place?

23   A        Yes.

24   Q        Did you engage with discussions with

25   Mr. Bilzerian about the rate that was going to be paid

```
 1    to the models prior to the casting?

 2              MR. ELLIS:  I object as to the word "campaign."

 3              THE COURT:  Overruled.

 4              THE WITNESS:  The only discussion he had with

 5    me was the hundred thousand-dollar contract that he

 6    wanted to offer.

 7    BY MS. THIGPEN:

 8    Q       Okay.  And that was prior -- just prior to the

 9    casting that was the discussion about the hundred

10    thousand-dollar contract?

11    A       Yes.

12    Q       And do you know if Ms. Pavillard attended a

13    casting for this position?

14    A       Yes.

15              MR. ELLIS:  Objection.  Relevance on the

16    questioning.

17              THE COURT:  Overruled.

18    BY MS. THIGPEN:

19    Q       Was it your idea for Ms. Pavillard to go to a

20    casting?

21    A       I invited her.

22    Q       But did you organize the casting?

23    A       I invited models to come that I thought were

24    good candidates.

25    Q       Did -- did you have final approval over who
```

```
1    would be selected?

2    A       No.

3    Q       Who did that?

4    A       Dan.

5    Q       Now, were you at the casting?

6    A       I was.

7    Q       What happened at the casting?

8            MR. ELLIS:  Objection, relevance.

9            THE COURT:  I don't know.  It's a very broad

10   question.  Be more specific.

11           If you could be more specific.  You can go on

12   for an hour as to what might have happened.

13           MS. THIGPEN:  Let's just limit it to

14   Ms. Pavillard, for example.  Well, first of all, how

15   many models came to the casting?

16           MR. ELLIS:  Objection, relevance, Your Honor.

17           THE COURT:  Overruled.

18           THE WITNESS:  15 to 20.

19           THE COURT:  Did you provide all the models that

20   came to the casting?

21           THE WITNESS:  No.

22           THE COURT:  Other people did too?

23           THE WITNESS:  Yeah.

24           THE COURT:  Okay.  Go ahead.

25   BY MS. THIGPEN:
```

1    Q        But Ms. Pavillard eventually came, right?

2    A        She did.

3    Q        Okay.  And do you recall anything specific

4    about what was discussed with Ms. Pavillard at the time

5    that she showed up?

6            MR. ELLIS:  Objection, Your Honor.  It has

7    nothing to do with the casting.

8            THE COURT:  I don't know.  Overruled.

9            MR. ELLIS:  I'm sorry.  With the photo shoot, I

10   apologize.

11           THE COURT:  Okay.

12           THE WITNESS:  Just discussed the -- discussed

13   the contract with her.

14           MS. THIGPEN:  Okay.

15           THE COURT:  I'm sorry.  What contract.

16           THE WITNESS:  They were offering a contract for

17   $100,000 to be representative of the company.

18           THE COURT:  So that's -- that's the contract

19   you've been discussing; is that correct?

20           THE WITNESS:  Yeah, that's the contract.

21   BY MS. THIGPEN:

22   Q        Now, then Ms. Pavillard left.  Did you have any

23   communications with her after the casting on

24   October 2nd, 2018?

25   A        I'm sure I did.  I don't recall.

1    Q        Do you recall if you told her a whole Friday

2    for a shoot?

3    A        I believe I did, yes.

4    Q        Okay.  Why did you send her that message?

5    A        Dan liked her; thought she would be good for

6    the company.

7    Q        And he liked her, because he saw her at the

8    casting, right?

9    A        Yes.

10           MR. ELLIS:  Objection.  Calls for speculation.

11           THE COURT:  Sustained.

12   BY MS. THIGPEN:

13   Q        Did Mr. Bilzerian tell you why he liked her?

14           MR. ELLIS:  Objection, hearsay.

15           THE COURT:  Sustained.

16   BY MS. THIGPEN:

17   Q        It's not hearsay, Your Honor.  It's party

18   admission.

19           THE COURT:  Sustained, Counsel.

20   BY MS. THIGPEN:

21   Q        Do you recall if you had more communications

22   with Ms. Pavillard about the spokesmodel position before

23   the shoot and after the casting?

24           MR. ELLIS:  I'll object again as to relevance,

25   Your Honor.

```
 1              THE COURT:  Overruled.
 2              THE WITNESS:  I'm sure I did.  We spoke a lot.
 3    I don't recall.
 4    BY MS. THIGPEN:
 5    Q        Okay.  Let's take a look at -- first of all, do
 6    you recall if Ms. Pavillard expressed some reservation
 7    after the casting about Ignite's marketing?
 8    A        Yes.
 9    Q        And do you recall anything specific about what
10    she expressed reservations about?
11              MR. ELLIS:  Objection, relevance.
12              THE COURT:  Sustained.  Remember the issue in
13    front of you -- there's two issues -- the issue in front
14    of you is, whether or not, she is an employee, not what
15    happened around or before or after, but was she an
16    employee, and then if she was an employee, was she --
17    did the defendant intentionally or -- excuse me,
18    willfully withhold her salary.  Those are the two issues
19    in front of the jury, okay.  Next question.
20    BY MS. THIGPEN:
21    Q        Now, do you recall though telling Ms. Pavillard
22    that the spokesmodel contracts were not ready but the
23    shoot was still a go?
24              MR. ELLIS:  Objection, relevance again.
25              THE COURT:  Are you talking about the contract
```

```
 1    for $100,000?
 2            MS. THIGPEN:  Correct, Your Honor.
 3            THE COURT:  Sustained.
 4    BY MS. THIGPEN:
 5    Q       Okay.  Do you recall sending some text messages
 6    to Ms. Pavillard the day before the shoot, Mr. Ryan?
 7    A       I believe so.
 8    Q       Okay.  Could you please turn to Exhibit 5 in
 9    your binder -- and you can see it is a screenshot of
10    some text messages.  Do you have it there, Exhibit 5-1?
11    A       Yes, I have it.
12    Q       Did you send and receive the messages that are
13    reflected on Exhibit 5-1 with Ms. Pavillard on
14    October 4th, 2018?
15    A       I did.
16            MS. THIGPEN:  Okay.  Your Honor, I would move
17    Exhibit 5-1 into evidence -- I would offer it.
18            THE COURT:  Is there an objection?  It will be
19    received.
20            MS. THIGPEN:  Thank you, Your Honor.
21             (Whereupon, Plaintiff's Exhibit 5-1
22                    is admitted, hereto.)
23    Q       Okay.  Mr. Ryan, the blue again -- the blue
24    again is Ms. Pavillard -- and the blue is Ms. Pavillard
25    and you are reflected in the black and white in the text
```

```
 1    message, right?

 2    A        Yes.

 3    Q        So it looks like on October 4th, 2018,

 4    Ms. Pavillard writes you.  And you respond with this

 5    text that begins, "So the contract you want will be

 6    ready by Friday.  So they will count this as one of your

 7    workdays and apply it when they have a contract ready."

 8    Do you see that?

 9    A        Yes.

10    Q        All right.  Who told -- did anyone tell you to

11    send that message?

12    A        Yes.

13    Q        Who did?

14    A        Jonathan Anastas.

15    Q        Jonathan Anastas of Ignite, right?

16    A        Yeah.

17    Q        Were you offering this rate?

18    A        No.

19    Q        And then you sent these other two messages, as

20    well, right?

21    A        Yes.

22    Q        So you were directed by night personnel to send

23    these messages to Ms. Pavillard?

24    A        Objection.  Relevance as to the contract.

25             THE COURT:  Overruled.
```

 1              THE WITNESS:  Yes, the -- the last message --

 2    the previous was a personal note from me.

 3    Q       Meaning that you were one of their favorites?

 4    A       Yes.

 5    Q       All right.  And then -- so do you know if you

 6    were discussing this rate and the terms -- the rate

 7    with -- with Dan Bilzerian during this time?

 8    A       As far as what the models would be paid?

 9    Q       Yes.

10    A       They asked me what the models day rates were,

11    and I told them what the common number was amongst these

12    models.

13    Q       Okay.  But you suggested that, but they

14    approved the rate; isn't that --

15              MR. ELLIS:  Objection as to "they"; vague and

16    ambiguous.

17              THE COURT:  Why don't you -- who is "they"?

18              THE WITNESS:  The company, Ignite.

19              THE COURT:  Okay.

20              THE WITNESS:  Yeah.

21    BY MS. THIGPEN:

22    Q       Okay.  Now, do you recall this -- this is a bit

23    unusual.  There are some live animals there, right?

24    A       Yes.

25    Q       And there were basically baby goats there?

```
 1    A        Correct.

 2    Q        Did you have the idea for the baby goats?

 3             MR. ELLIS:  Objection; relevance.

 4             THE COURT:  Sustained.

 5    BY MS. THIGPEN:

 6    Q        Do you know if the baby goats were being

 7    assisted, for lack of a better word, with a wrangler --

 8    an animal wrangler?

 9             MR. ELLIS:  Objection; relevance.

10             THE COURT:  Sustained.

11    BY MS. THIGPEN:

12    Q        Do you know if there were props at the photo

13    shoot itself?

14             MR. ELLIS:  Objection; relevance.

15             THE COURT:  Sustained.

16    BY MS. THIGPEN:

17    Q        Mr. Ryan, the photo shoot took place in a --

18    well, did you tell Ms. Pavillard on October 4th, 2018,

19    that Ignite wanted to hire her?

20    A        Yes.

21    Q        And she accepted that offer based on what you

22    told her, right?

23    A        Yes.

24    Q        And did at any time when you were making the

25    offer, did you say, "I am hiring you"?
```

```
1    A        No.

2    Q        Did you tell her Ignite wanted to hire her?

3    A        Yes.

4    Q        And did Mr. Pavillard ask you to communicate

5    with her agency, L.A. Models?

6    A        Yes.

7    Q        And did you do that?

8    A        I did.

9    Q        Did you convey to them the rate that Ignite was

10   offering?

11   A        I believe so.

12   Q        Now, the photo shoot took place in the studio?

13   A        Yes.

14   Q        And who chose that location?

15   A        I did.

16   Q        And why did you shoot that location?

17   A        It's my photo studio.

18   Q        I'm sorry?

19   A        It's my photo studio.

20   Q        Okay.  Was there another location that was in

21   the mix.

22   A        Yes.

23   Q        And what was that?

24            MR. ELLIS:  Objection; relevance.

25            THE COURT:  Overruled.
```

UNITED STATES DISTRICT COURT

```
 1                THE WITNESS:  Dan's house.
 2      BY MS. THIGPEN:
 3      Q       And why -- did you reject that option?
 4      A       Yes.
 5      Q       Why?
 6      A       I felt it was a bit more professional to have
 7      it at my studio and -- yeah.
 8      Q       Okay.  But the fact that -- okay -- strike
 9      that -- now, at the photo shoot, you took photos.  We've
10      already seen one, which we'll look at in a moment before
11      you came here today.  So besides photographs being
12      taken, what else was going on that day?
13      A       There were video, as well, being taken.
14      Q       Did you hire the video crew?
15      A       I did not.
16      Q       Who did?
17      A       Dan.
18      Q       Dan of Ignite?
19      A       Yes.
20      Q       And who was in charge and physically directed
21      the photo shoot on October 5th, 2018?
22              MR. ELLIS:  Objection.  Calls for speculation;
23      foundation.
24              THE COURT:  Overruled.
25              THE.
```

```
 1              WITNESS:  Jonathan Anastas.

 2    BY MS. THIGPEN:

 3    Q        And he was working at Ignite that night?

 4    A        Correct.

 5    Q        And do you -- who set the start and end times?

 6    A        I did.

 7    Q        And who set the break times?

 8    A        There were no breaks.

 9    Q        Okay.

10    A        I don't recall when -- I'm sure we did or

11    whoever -- I don't remember who set that.

12    Q        Did you set the start and end times at Ignite's

13    direction?

14    A        I don't recall.  I'm sorry.

15    Q        Okay.  And as far as the makeup and hair

16    direction and the costumes, who set those?  You or

17    Ignite?

18    A        That was direction from Ignite to the people

19    that I -- that worked for me.

20    Q        And we talked a little bit about the poses of

21    the models.  Was -- was there someone from Ignite

22    providing direction to the models?

23    A        Only for the purposes of the spacing on the

24    billboards, yeah.

25    Q        Was Ms. Pavillard free to leave whenever she
```

1    wanted to just go out and get some food and do whatever

2    she wanted?

3    A        Sure.

4    Q        She could just leave the shoot whenever she

5    wanted?

6    A        Well, no, not without ruining the shoot but....

7    Q        Okay.  So she had to stay there, and she had to

8    perform the work at direction, right?

9              MR. ELLIS:  Objection.  Asked and answered.

10              THE COURT:  Sustained.

11              MS. THIGPEN:  So was Ms. Pavillard free to

12    leave whenever she wanted?

13              MR. ELLIS:  Objection.  Asked and answered.

14              THE COURT:  Sustained.

15              MS. THIGPEN:  If Ms. Pavillard had left

16    whenever she felt like it, what would happen?

17              MR. ELLIS:  Objection.  Calls for speculation.

18              THE COURT:  It's too broad.  So sustained.

19              MS. THIGPEN:  What if Ms. Pavillard had decided

20    in the middle of a shot being taken --

21              THE COURT:  What would you have done if -- if

22    you would have done anything?

23              THE WITNESS:  Tried to hire another model in

24    her place.

25              THE COURT:  Okay.

```
 1   BY MS. THIGPEN:
 2   Q        Did you have the power to fire Ms. Pavillard?
 3   A        No.
 4   Q        Who did?
 5   A        Ignite.
 6   Q        And Mr. Bilzerian himself, the founder --
 7   A        Yes.
 8   Q        -- he participated in the photo shoot, right?
 9   A        Yes.
10   Q        What did he do?
11   A        I took solar shots of him.  He did some
12   background and a couple of the shots, and came by and
13   gave me input on the shots that were already produced
14   before his arrival.
15   Q        Okay.  And -- and you -- you also produced some
16   photos in or -- start over.  You also produced some
17   other documents in this case, specifically some
18   photographs from the shoot, right?
19   A        Correct.
20   Q        All right.  If you could turn to page 4-9 in
21   your binder --
22           THE COURTROOM DEPUTY:  Exhibit 4- -- page nine.
23           MS. THIGPEN:  Yes, Exhibit 4-9.
24           All right.  Do you have the exhibit page 4-9 in
25   front you.
```

```
 1              THE WITNESS:  I do.
 2    BY MS. THIGPEN:
 3    Q      All right.  And did you take the photographs
 4    there in Exhibit 4-9?
 5    A      I did.
 6              MS. THIGPEN:  Your Honor, can I offer 4-9?
 7              MR. ELLIS:  Your Honor, a portion of the
 8    photograph is not part of this photo shoot, the bottom
 9    one.
10              THE COURT:  Do you want to correct that?
11              MS. THIGPEN:  No, Your Honor, it is relevant.
12    It goes to element B.
13              THE COURT:  Because I'll tell you the truth:  I
14    don't know why any of this is relevant.  What the
15    pictures were is not in front of the Court -- it's not
16    important to the jury to know what the pictures were.
17    It's important to know whether or not she is an
18    employee.  That's the whole issue.  If there has been no
19    objections, I'll let you get into it, but that's not the
20    issue in front of the jury.  It's only whether or not,
21    she was employed by Ignite, not what the pictures were
22    about.  So go ahead.  It hasn't been objected to.  So it
23    is going to be received.
24              MR. ELLIS:  I'm sorry, Your Honor.  I objected
25    to the second part of that photo, the bottom part.
```

```
1              THE COURT:  I didn't see it.

2    And your objection is what, Counsel?

3              MR. ELLIS:  Relevance, Your Honor.

4              THE COURT:  Exhibit what?

5              MS. THIGPEN:  4-9, Your Honor, just that page.

6              THE COURT:  I'm sorry.  What did you say?

7              MS. THIGPEN:  Just that page.

8              THE COURT:  Okay.

9              MS. THIGPEN:  I won't do the other.  I'm not

10   doing -- I never wanted to do the other.

11             THE COURT:  Okay, 4-9?

12             MS. THIGPEN:  Correct, Your Honor.

13             MR. ELLIS:  Your Honor, I'm going to object to

14   the entire as being irrelevant.

15             THE COURT:  Well, at this point, we've

16   already -- it's going to be overruled, okay.

17             MS. THIGPEN:  Thank you, Your Honor.

18                  (Whereupon, Plaintiff's Exhibit 4-9

19                       is admitted, hereto.)

20   BY MS. THIGPEN:

21   Q       Mr. Ryan, the reason I'm asking you about

22   this -- this document, specifically -- well, first of

23   all, let's talk about the top photo first.  Do you

24   recognize the top photo that's in this exhibit, 4-9?

25   A       Yes.
```

```
 1    Q       And did you take that photo?

 2    A       I did.

 3    Q       And this -- one of these models is

 4    Ms. Pavillard, right?

 5    A       Yes.

 6    Q       And is that Mr. Bilzerian in the background?

 7    A       Yes.

 8    Q       And then looking at this second photo, okay, is

 9    Ms. Pavillard in that photo?

10            MR. ELLIS:  Objection; relevance.

11            THE COURT:  Sustained.

12    BY MS. THIGPEN:

13    Q       You mentioned before, Mr. Ryan, that you had

14    done additional photo shoots for Ignite, correct?

15    A       Yes.

16    Q       Is this one of the ones that you did?

17            MR. ELLIS:  Objection, relevance.

18            THE COURT:  Sustained.

19    BY MS. THIGPEN:

20    Q       You did other marketing for Ignite, right?

21            MR. ELLIS:  Objection, relevance.

22            THE COURT:  Sustained.  The issue is whether or

23    not, the defendant was the employer of the -- of the

24    plaintiff -- not what the pictures looked like that were

25    created.  Go ahead.  Next question.
```

```
1    BY MS. THIGPEN:

2    Q       Let's take a look at Exhibit 35, if we could,

3    please, Mr. Ryan....

4            And, Mr. Ryan, I'm not going to have you -- I'm

5    not going to publish all of these, given the time.  I

6    just want you to take a look at Exhibit 35, specifically

7    all pages there, 35-1 and 35 -5, and let me know if you

8    recognize the photographs that are featured in these

9    billboards.

10   A       I do.

11   Q       And what are those?

12           MR. ELLIS:  Your Honor, I object again to

13   relevance.

14           THE COURT:  Overruled.  What are they?

15           THE WITNESS:  Pictures I took for the Ignite

16   campaign.

17           THE COURT:  Okay.

18   BY MS. THIGPEN:

19   Q       And was this a high visibility campaign?

20           MR. ELLIS:  Objection, relevance.

21           THE COURT:  Sustained.

22           MS. THIGPEN:  Do you know if these photos were

23   featured on the Sunset strip, Mr. Ryan?

24           MR. ELLIS:  Objection, relevance.

25           THE COURT:  Sustained.
```

```
 1   BY MS. THIGPEN:

 2   Q       Was -- did you see any Instagram page about the

 3   shoot, Mr. Ryan?

 4           MR. ELLIS:  Objection, relevance.

 5           THE COURT:  Sustained.

 6   BY MS. THIGPEN:

 7   Q       Do you know if Ignite engaged in marketing

 8   these images besides the billboards, Mr. Ryan?

 9           MR. ELLIS:  Objection, relevance.

10           THE COURT:  Sustained.  Counsel, I'll tell you

11   one more time:  The issue is whether or not, there was

12   an employee/employer relationship, not what was

13   produced.  Next question.

14           MS. THIGPEN:  It goes to element B.

15           THE COURT:  Next question, Counsel.

16   BY MS. THIGPEN:

17   Q       How were the models supposed to be paid,

18   Mr. Ryan?

19           MR. ELLIS:  Objection.  Broad -- overbroad

20   relevance calls for speculation.

21           THE COURT:  Overruled.

22           THE WITNESS:  They were paid by Ignite or

23   Ignite invoiced -- or Ignite invoiced their -- or

24   invoiced Ignite.

25   BY MS. Thigpen:
```

```
 1   Q        Okay.  But you were not supposed to pay the
 2   models, were you?
 3   A        No.
 4   Q        Were you told to pay the models --
 5   A        No.
 6   Q        -- for Ignite?
 7   A        No.
 8   Q        At any point, preproduction, the day of the
 9   shoot, or afterward, did anyone from Ignite give you any
10   money to give to the models?
11            MR. ELLIS:  Objection; asked and answered.
12            THE COURT:  Overruled.
13            THE WITNESS:  No.
14   BY MS. THIGPEN:
15   Q        And to your understanding, whose responsibility
16   was it to then pay Ms. Pavillard?
17            MR. ELLIS:  Objection; asked and answered.
18            THE COURT:  Overruled.
19            THE WITNESS:  Ignite.
20   BY MS. THIGPEN:
21   Q        Now, and we talked about an invoice that you
22   sent for your services, right?
23   A        Yes.
24   Q        There was no line item for talent for the
25   models on that, right?
```

```
 1    A         No.

 2    Q         Now, did you assist Ignite with obtaining a

 3    release from Ms. Pavillard for the rights to her image?

 4    A         I did.

 5    Q         Did you have communications with any personnel

 6    from Ignite about obtaining Ms. Pavillard's signature on

 7    the release?

 8    A         I did.

 9    Q         What were those communications?

10    A         Just that they needed it before the images were

11    released for advertising.

12    Q         Okay.  And do you know if there was another

13    model, I believe it was -- well, do you know if there

14    was another model that didn't sign a release right away?

15              MR. ELLIS:  Objection, relevance.

16              THE COURT:  Well, I don't know.  Was there

17    another model that you worked with that didn't sign?

18              THE WITNESS:  Yes, she eventually signed, but

19    it took a while.

20              THE COURT:  Were all the models there, by the

21    way, provided by you or some of the models provided by

22    other people?

23              THE WITNESS:  I recommended the three models to

24    come to the casting and many more, and they chose those

25    three.
```

```
1              THE COURT:  But there was no one else
2     recommending models, just you?
3              THE WITNESS:  No, there were other people, as
4     well.
5              THE COURT:  Were there other models that were
6     recommended by people other than you for the casting?
7              THE WITNESS:  Yes, yes.
8              THE COURT:  Next question.
9     BY MS. THIGPEN:
10    Q       Even though you recommended the models,
11    Mr. Ryan, you didn't have the ability to hire them,
12    right?
13    A       No.
14    Q       Now, do you recall communicating with personnel
15    from -- from Ignite about payment that was due to one of
16    the other models?
17             MR. ELLIS:  Objection, relevance.
18             THE COURT:  Sustained.
19    BY MS. THIGPEN:
20    Q       Do you know, Mr. Ryan, if the other models were
21    paid immediately after the shoot?
22             MR. ELLIS:  Objection, relevance.
23             THE COURT:  Sustained.
24             MS. THIGPEN:  Your Honor, it goes to notice.
25             THE COURT:  Sustained.
```

```
 1   BY MS. THIGPEN:

 2   Q        Okay.  Mr. Ryan, do you know if Ms. Pavillard

 3   was paid in 2018?

 4   A        She was not.

 5   Q        Do you recall exchanging text messages with

 6   Mr. Bilzerian in 2019 about the fact that Ms. Pavillard

 7   had not been paid?

 8   A        I do.

 9   Q        What do you recall about that?

10   A        He texted me about a notice that he received

11   and that he was upset and told me, "I hired your girls.

12   This is BS" and a bunch of other stuff.

13   Q        All right.  So let's take a look here at an

14   exhibit in your binder.  It is Exhibit 34.  And

15   specifically we're going to be looking at 34-4 first.

16   A        -4?

17   Q        Yes.  First of all, did you take these

18   screenshots of your messages reflected in Exhibit 34?

19   A        I did.

20            MS. THIGPEN:  Your Honor, I would offer

21   Exhibit 34-4 at this time.

22            MR. ELLIS:  Your Honor, I object as hearsay and

23   is not relevant.

24            THE COURT:  Sustained.

25            MS. THIGPEN:  Your Honor, he -- it's a party
```

```
 1   admission.  There's multiple exceptions to the hearsay

 2   rule.

 3            THE COURT:  A party admission that she was

 4   employed by them?

 5            MS. THIGPEN:  Yes, Your Honor.

 6            THE COURT:  Are you talking about screenshots?

 7            MS. THIGPEN:  Your Honor, these text messages

 8   reflect that.

 9            MR. ELLIS:  And Mr. Bilzerian is not a party,

10   Your Honor.

11            MS. THIGPEN:  Mr. Bilzerian is a director of

12   the company.

13            THE COURT:  I'm going to -- I understand that,

14   Counsel.  I'm going to overrule it, subject to a motion

15   to strike, if it's not brought in, okay.

16            MS. THIGPEN:  Okay.

17   BY MS. THIGPEN:

18   Q      So first of all, well, before we -- let's hold

19   off on Exhibit 34-4 for a moment, Mr. Ryan.  Let's see

20   if we can address this a different way before we put an

21   exhibit in.  Do you recall having discussions with

22   Mr. Bilzerian about models from different shoots not

23   being paid in May of 2019?

24            MR. ELLIS:  Objection, relevance.

25            THE COURT:  Overruled.
```

```
 1              THE WITNESS:  Yes.

 2   BY MS. THIGPEN:

 3   Q       And looking -- to refresh your recollection, do

 4   you recall if these discussions began on May 23rd, 2019?

 5   A       Yes.

 6   Q       Okay.  And do you know, was there a model that

 7   was not paid from a different shoot that was not the

 8   October 5th, 2018, shoot?

 9              MR. ELLIS:  Objection, relevance.

10              THE COURT:  Overruled.

11              THE WITNESS:  One more time with that question.

12   BY MS. THIGPEN:

13   Q       It was a bad question.  I'll ask it again.

14              Do you know if there was a different shoot

15   besides the October 5th, 2018 shoot that you did for

16   Ignite and a model had not been paid for that shoot?

17              MR. ELLIS:  Objection, relevance.

18              THE COURT:  Sustained.  Sustained.

19   BY MS. THIGPEN:

20   Q       Do you know if Mr. Bilzerian contacted you in

21   May -- May 23rd, 2019, about a model not being paid?

22   A       Yes.

23   Q       What was that model's name?

24              MR. ELLIS:  Objection, relevance.

25              THE COURT:  Sustained.
```

1    BY MS. THIGPEN:

2    Q        Do you know if that model's name was

3    Caley Rae Pavillard?

4            MR. ELLIS:  Objection.

5            THE COURT:  Counsel, sustained.  You know

6    you're going into an area that's not permitted.  Next

7    question.

8            MS. THIGPEN:  Okay.  34- --

9            THE COURT:  What -- what other -- what

10    relationships with other models and everything else,

11    that's -- those -- the issue in front of me -- and I

12    don't know how many times I have to say this -- is

13    whether or not the defendant was an employer of the --

14    of the plaintiff.  That's it.  Not whether or not other

15    people were employers or employees, et cetera.  Just

16    this plaintiff was employee of this defendant.  Next

17    question.

18    BY MS. THIGPEN:

19    Q        Mr. Ryan, could you please go to tab 34-7 in

20    your -- in your book.

21            Now, without looking at the top part of the --

22    looking specifically at the date, do you recall if you

23    received a text message from Dan Bilzerian on

24    May 25th, 2019, at 1:25 a.m.?

25    A        I do.

Q And it looks like Mr. Bilzerian --

MS. THIGPEN: Well, first of all, Your Honor, I would -- I'm not going to offer this page, because the first part of it is likely to draw an objection.

THE COURT: Okay.

MS. THIGPEN: So, Mr. Ryan, could you please read into the record the message that you received on May 25th, 2019 -- that would be the message just below the date itself.

MR. ELLIS: Objection. This calls for a legal document --

THE COURT: I'm sorry. Calls for what?

MR. ELLIS: This calls for the witness to read in the testimony that was not admissible. There's no foundation and --

THE COURT: And the document speaks for itself. It's sustained.

BY MS. THIGPEN:

Q All right. So do you know, Mr. Ryan, did you receive an e-mail on or about May 25th -- approximately May 2019, reflecting that Ms. Pavillard had not been paid?

A Yeah.

Q Do you know if Dan was copied on that e-mail?

A Yes, he was.

```
 1   Q       Was he upset about getting an e-mail reflecting
 2   that Ms. Pavillard had not been paid?
 3   A       Yes.
 4           MR. ELLIS:  Excuse me, Your Honor.  I object to
 5   the lack of foundation.  It misstates document, and it
 6   calls for speculation.
 7           THE COURT:  Overruled.
 8   BY MS. THIGPEN:
 9   Q       All right.  Now, did you go on to have some
10   discussions about Ms. Pavillard not being paid with
11   Mr. Bilzerian?
12   A       Yes.
13   Q       Can you please turn to 34-9 in your book.  Does
14   this accurately reflect a message exchange between you
15   and Mr. Bilzerian continuing there on May 25th, 2019?
16   A       Yes.
17           MS. THIGPEN:  Your Honor, I would offer 34-9
18   into evidence.
19           THE COURT:  No objection.  It will be received.
20           MS. THIGPEN:  Thank you, Your Honor.
21            (Whereupon, Plaintiff's Exhibit 34-9
22                  is admitted, hereto.)
23   BY MS. THIGPEN:
24   Q       All right.  So this here -- the blue --
25   Mr. Ryan that is you sending the message, right?
```

```
1    A       Correct.

2    Q       Okay.  So you sent this blue message to

3    Mr. Bilzerian here that's reflected beginning with

4    Dan -- it is Caley, right?

5    A       Yes.

6    Q       And hen then Mr. Bilzerian responds to you.

7    You were reflecting what exactly about Jonathan Spence?

8    What are you meaning to say there?

9    A       Dan said that they had been fired for months.

10   They didn't want to work there.

11   Q       Okay.  Then you -- you write, "There was

12   communication between them.  I will check my messages."

13   What does that mean?

14   A       Her agency -- or Caley's agency would

15   forward -- or cc me on a few of the attempts to collect

16   her -- her fee from the shoot, and I would forward them

17   to Jonathan at Ignite.

18   Q       Okay.  Then it states, "Why on earth would you

19   not tell me if a model wasn't paid?  I hired your

20   girls."  Mr. Bilzerian wrote that?

21   A       Yes.

22   Q       And then you wrote, "It didn't dawn on me that

23   it would not be handled by them."  Why did you write

24   that?

25   A       Because I forwarded the messages and requests
```

1    to the executives at Ignite.

2    Q       Okay.

3            THE COURT:  Ladies and gentlemen, it's 2:30,

4    which is our break time.  So we're breaking at this

5    time.  It'll be 15 minutes.  See you back here in a

6    quarter to 3:00.  Remember the admonishment, not to

7    discuss the case amongst yourselves or with anybody

8    else.  Don't form or express any opinions about the

9    matter until it is submitted to you to do so.

10           We'll be in recess.

11                        (Recess.)

12           (Whereupon, the following was held outside

13           the presence of the jury:)

14           MR. ELLIS:  Your Honor, I'd like to make a

15   motion outside the presence of the jury, briefly.

16           THE COURT:  Not during jury time.  You can make

17   it at the next break.  Okay, Counsel?

18           MS. THIGPEN:  Thank you, Your Honor.

19   BY MS. THIGPEN:

20   Q       Mr. Ryan, I believe before the break we were

21   looking at Exhibit 34-9, do you recall that?

22   A       Uh-huh.

23   Q       Now, you proceeded to have a discussion with

24   Mr. Bilzerian.  Can you turn to page 24-10.  Is -- does

25   Exhibit 34-10 reflect text messages that you exchanged

1    with Mr. Bilzerian containing on May 25th, 2019?

2    A        Yes.

3            MS. THIGPEN:  Your Honor, I would -- I would

4    offer Exhibit 34-10 into evidence.

5            MR. ELLIS:  Your Honor, I object as relevance.

6    It calls for hearsay.

7            THE COURT:  The way the question was asked, I

8    have no idea what it involves.  So let me take a look at

9    it.  I have no idea what it is.  What's the exhibit

10   again?

11           MS. THIGPEN:  It's 34-10.

12           THE COURT:  And this shows employment; is that

13   correct?

14           MS. THIGPEN:  Your Honor, it's correct.  It's

15   going to show notice of failure to pay and admission

16   of --

17           THE COURT:  Well, that's already been

18   established ad nauseam, Counsel.  I'm going to -- I'm

19   going to sustain the objection, as far as being

20   repetitive goes.

21           MS. THIGPEN:  Okay.

22           MR. RYAN:  Thank you, your Honor.

23           MS. THIGPEN:  Your Honor -- okay.  Mr. Ryan,

24   could you please --

25           THE COURT:  You're talking about notice that

1    she hadn't been paid yet.

2            MS. THIGPEN:  That he knew and was

3    acknowledging that she hadn't --

4            THE COURT:  Okay.  Next question.

5            MS. THIGPEN:  Could you go to 34-11.

6            Mr. Ryan, do you recall if Mr. Bilzerian told

7    you that in May of 2019 that it was his obligation to

8    pay the models?

9            MR. ELLIS:  Objection, relevance.

10           THE COURT:  Overruled.

11           THE WITNESS:  Yes.

12   BY MS. THIGPEN:

13   Q       Did you receive the messages from Mr. Bilzerian

14   that are reflected on Exhibit 34-11?

15   A       I did.

16           MS. THIGPEN:  Your Honor, I would offer

17   Exhibit 34-11 into evidence.

18           THE COURT:  It will be received.

19           MS. THIGPEN:  Thank you, Your Honor.

20           (Whereupon, Plaintiff's Exhibit 34-11

21                   is admitted hereto.)

22           MR. ELLIS:  May I lay an objection as relevance

23   foundation.

24           THE COURT:  Okay.  It will be noted for the

25   record.

1        MS. THIGPEN:  I'm sorry, Your Honor.  You

2   overruled that objection, right?

3        THE COURT:  Yes.

4        MS. THIGPEN:  Okay.  Thank you, Your Honor.

5   BY MS. THIGPEN:

6   Q        So, Mr. Ryan, you sent this message in the blue

7   that's reflected on Exhibit 34-11, right?

8   A        I did.

9   Q        And what is this in reference to here in the

10  blue?

11  A        This is a reference to L.A. Models and Caley

12  that they were fine with the terms of the job, meaning,

13  the payment.  And it was unlike the other model that

14  they had some problems with during -- getting the

15  release signed and payment.

16  Q        That wasn't any issue with Ms. Pavillard,

17  right?

18  A        No.

19  Q        All right.  Then is this white text message

20  area, this is from Mr. Bilzerian, right?

21  A        Yes.

22  Q        Okay.  And then he also sent this, "Not when it

23  comes to me it isn't.  I pay my bills"?

24  A        Correct.

25  Q        Okay.  And up above, "WTF, this is so absurd.

1    How do models just not get paid?"

2           THE COURT:  Counsel, I am going to strike this.

3           MS. THIGPEN:  Okay.

4           THE COURT:  We're dealing with other models

5    here just to make the defendant look bad.  That's

6    improper, Counsel.  We're dealing with this individual

7    and whether or not, there's an employer --

8    employer/employee relationship with this individual.

9    Next question.

10   BY MS. THIGPEN:

11   Q       Okay.  Yes.  So Mr. Ryan, do you know if

12   Ms. Pavillard was paid in 2019?

13   A       I'm not aware of it.

14   Q       Do you know when she was eventually paid?

15   A       No.

16          MS. THIGPEN:  No further questions at this

17   time.

18          THE COURT:  Cross-examination.

19                    **CROSS-EXAMINATION**

20          MR. ELLIS:  Thank you, Your Honor.

21   BY MR. ELLIS:

22   Q       Good afternoon, Mr. Ryan.  Thank you for being

23   here.  I just want to clarify.  You testified earlier

24   that Mr. Bilzerian is the founder of Ignite Cannabis

25   Company; is that correct?

```
 1    A       Yes.

 2    Q       Do you know what happened to Ignite Cannabis

 3    Company?

 4            MS. THIGPEN:  Objection, Your Honor.

 5            THE COURT:  I don't understand.  What do you

 6    mean, what happened to it?

 7            MR. ELLIS:  Are you aware of the status of the

 8    company -- I apologize, Your Honor.  I'll withdraw and

 9    restate it.

10    BY MR. ELLIS:

11    Q       Are you aware of the status of the company,

12    Ignite Cannabis -- Ignite Cannabis Company?

13    A       Presently?

14    Q       Presently.

15            MS. THIGPEN:  Objection, Your Honor.  Vague and

16    ambiguous, status.

17            THE COURT:  Yeah, and it's irrelevant.

18    BY MR. ELLIS:

19    Q       You talked a lot about a campaign, and then you

20    talked a lot about a photo shoot and you talked a lot

21    about a spokesmodel contract.  What campaign are you

22    referring to as to Ms. Pavillard's involvement relating

23    to -- leading up to the October 2018 photo shoot?

24    A       The campaign on the billboards, that we've

25    looked at.
```

```
 1   BY MR. ELLIS:

 2   Q        So is the campaign being the same as the photo

 3   shoot?

 4   A        The photo shoot was for -- the photo shoot and

 5   the campaign -- photo shoot is to shoot images for the

 6   advertising campaign.

 7   Q        Got it.  So when you say -- for clarity

 8   purposes, when you say you were assisting Ignite with

 9   their campaign, this is for -- solely the photo shoot in

10   October of 2018?

11   A        Yes.

12   Q        Did you have any involvement with the

13   spokesmodel contracts in 2018?

14            MS. THIGPEN:  Objection, vague and ambiguous.

15            THE WITNESS:  I did not.

16            As far as details of them?

17   BY MR. ELLIS:

18   Q        Well, details, yes.  But I guess more

19   specifically, were you involved in any photo shoots

20   relating to spokesmodel contracts with Ignite?

21   A        Just the one in question here.

22   Q        Okay.  That's the October 2018, right?

23   A        Yes.

24   Q        Okay.  Turn to Exhibit 7 in your book, please.

25   Did you look at this document when you were -- in your
```

1    previous testimony?

2            I'll wait till you get there.

3    A       Yes.

4    Q       And do you know what this document is?

5    A       It's a model release.

6    Q       Is this the model release that you assisted in

7    obtaining Ms. Pavillard's release?

8    A       Yes.

9            MR. ELLIS:  Your Honor, I would like to admit

10   Exhibit 9 -- I'm sorry -- Exhibit 7.

11           THE COURT:  It will be received.

12     (Whereupon, Defense's Exhibit 7 is admitted, hereto.)

13   BY MR. ELLIS:

14   Q       So who else -- what other entities were

15   involved with the Ignite 2018 photo shoot related to the

16   cannabis launch?

17   A       In regard to what?

18   Q       To the marketing campaign.  Are you aware of

19   any other companies that were involved?

20   A       No.

21   Q       Are you aware of a company, Soda & Lime?

22   A       I remember their name, yes.

23   Q       Well, isn't it true the entity, Soda & Lime,

24   was working with you on the marketing campaign that I

25   guess might be the October 2018 photo shoot?

138

```
1    A        I wasn't aware that they were a separate
2    company.
3    Q        It was your understanding that Soda & Lime was
4    an entity owned by Ignite?
5    A        I wasn't introduced to them as a separate
6    company.  They were just individuals that were present
7    during the preproduction and production of the shoot.
8    Q        And -- and were individuals from Soda & Lime on
9    any of your meetings, leading up to the October 2018
10   photo shoot?
11   A        Yes.
12   Q        And do you know -- do you recall who those
13   individuals were?
14   A        I believe it was Spence Bovat.
15   Q        Okay.  Anybody else?
16   A        I'm not aware or do I recall.
17   Q        Were you aware of an individual named
18   Bonner Bello?
19   A        I remember him, yes.
20   Q        And is it your understanding -- is it -- to
21   your understanding, is Bonner Bello the -- related --
22   I'm sorry -- that's a terrible question.  Let me
23   restart.  Is it your understanding that Bonner Bello was
24   affiliated with Soda & Lime?
25   A        I did not know that at the time.
```

```
 1   Q        Okay.  Okay.  This is Exhibit 7.  This is the

 2   model release.  You see, it says, "Ignite Cannabis

 3   Company"?

 4   A        I see it.

 5   Q        I'm going to scroll down a little bit.

 6   A        Yeah.

 7   Q        Is that your understanding, that's the Soda &

 8   Lime logo?

 9   A        Yes.

10        MS. THIGPEN:  Calls for speculation,

11   Your Honor.

12        THE COURT:  Sustained.

13   BY MR. ELLIS:

14   Q        Okay.  Do you see -- I'm sorry -- you

15   facilitated this release being signed by Ms. Pavillard's

16   agents, correct?

17   A        I did.

18   Q        And the first line, it says, "In connection

19   with our services, as the advertising agency for Ignite

20   Cannabis Company," was it your understanding you were

21   performing services, I believe for

22   Ignite Cannabis Company photo shoot?

23        MS. THIGPEN:  Your Honor, this line of

24   questioning is irrelevant, and it's going to require

25   judicial notice to be taken to SEC filings at this
```

```
 1   point --
 2             THE COURT:  Overruled.
 3             MR. ELLIS:  -- if we go here.
 4             THE WITNESS:  Can you repeat the question.
 5   BY MR. ELLIS:
 6   Q       I zoomed out so we can see it.  The first two
 7   lines of the document state, "In connection with our
 8   services as the advertising agency for Ignite Cannabis
 9   Company," do you see that?
10   A       I see that.
11   Q       Was it your understanding that leading up to
12   the October 2018 photo shoot -- leading up to the
13   October 2018 photo shoot, that you were performing
14   services for Ignite Cannabis Company?
15   A       My understanding is, I was performing services
16   for Ignite.
17   Q       Which Ignite?
18   A       Ignite Cannabis Company.
19   Q       Okay.  Okay.  Let's go to -- and I'm sorry --
20   did Ms. Pavillard ever sign this release, Exhibit 7?
21   A       Her agent signed on her behalf.
22   Q       Is that custom and practice in the industry for
23   an agent to sign on behalf of a -- of a person providing
24   talent?
25   A       Yes.
```

```
1    Q        And that same Exhibit 7, that's the exhibit you
2    spoke about previously that you were assisting obtaining
3    from Ms. Pavillard prior to the photo shoot, correct?
4            MS. THIGPEN:  I'm sorry.  This I don't think
5    has been admitted.
6            MR. ELLIS:  I apologize.  I'm so sorry.
7            Let me turn this off.  I'm going to restate the
8    question.
9            This release, Exhibit 7, was the document that
10   you assisted in obtaining through Ms. Pavillard's
11   release prior to the October 2018 photo shoot, correct?
12           MS. THIGPEN:  Your Honor, it's asked and
13   answered.
14           THE COURT:  Sustained.
15   BY MR. ELLIS:
16   Q        Okay.  So prior to the October 2018 photo
17   shoot, there was talk about I guess how would
18   Ms. Pavillard be obtained for -- to work on a photo
19   shoot?
20   A        How would she be hired?
21   Q        Yeah.  What's the process?  I guess let me
22   restate it.  What's the process of -- for Ms. Pavillard
23   specifically to seek her participation in an
24   October 2018 photo shoot?
25   A        The client meets with the models, decides
```

1    whether or not they're right for the company.  Then they

2    contact the agency, and the agency helps facilitate

3    scheduling the model and invoices, et cetera.

4    Q        Okay.  And were you the individual that

5    participated in securing Ms. Pavillard's participation

6    in this October of 2018 photo shoot?

7    A        I referred her as a friend.

8    Q        Okay.  Are you aware of -- if -- are you aware

9    of any booking confirmation for Ms. Pavillard's

10   participation if a photo shoot was ever signed?

11   A        Yes.

12   Q        And why are you aware of that?

13   A        I signed it.

14   Q        Can we take a look at Exhibit 15, please in

15   your book.

16   A        15?

17   Q        Yes.

18   A        I did.

19   Q        Is this the booking confirmation that we're

20   speaking about that you signed for Ms. Pavillard's

21   services?

22   A        Yes.

23            MR. ELLIS:  Your Honor, I offer Exhibit 15.

24            THE COURT:  It will be received.

25   BY MR. ELLIS:

1    Q        So let's look at it quickly.  The zoom on this

2    is not the best.  Let's see -- the very top, you see it

3    says L.A. Models, correct?

4    A        Yes.

5    Q        And is L.A. Models the company that

6    Ms. Pavillard retained as her talent agent around

7    October of 2018?

8    A        Yes.

9    Q        All right.  It says here at the very -- I guess

10   the middle here --

11   A        I don't have that copy.

12   Q        I'm sorry?

13   A        I don't have that copy.  Mine is different.

14            THE COURT:  It's on the screen.

15            THE WITNESS:  All right.  I'm just letting you

16   know.

17   BY MR. ELLIS:

18   Q        All right.  We're going back to this.  Do you

19   see in the middle of the page here in red, it says,

20   "customer signature"?

21   A        I see it.

22   Q        And the signature above it, do you recognize

23   that signature?

24   A        Yes.

25   Q        Whose signature is that?

```
 1    A         Mine.

 2    Q         And underneath, it says, "Josh Ryan for

 3    Ignite"?

 4    A         Yes.

 5    Q         Why were you signing on behalf of Ignite?

 6    A         They needed her agency, unlike other agencies,

 7    requires a booking confirmation.  Some just require

 8    that, some don't.  And it's normal procedure.

 9    Q         Did Ignite give you permission to sign a

10    document on its behalf to retain Ms. Pavillard's

11    services for the October 2018 photo shoot?

12              MS. THIGPEN:  Objection, Your Honor.

13              THE COURT:  Overruled.

14              THE WITNESS:  No.

15    BY MR. ELLIS:

16    Q         Who told you to sign this document?

17    A         I don't believe anybody did.

18    Q         Isn't it true that L.A. Models told you to sign

19    it?

20    A         I don't recall them telling me to sign it.

21    Q         Do you remember taking your -- actually, let me

22    ask a better question.  Do you know why this document

23    would have been signed on the 12th of October which is

24    days after the October 5th event date of the shooting --

25    shoot?
```

```
 1    A         Because it wasn't signed beforehand.

 2    Q         Okay.  And -- I'll move on from this one.  Okay

 3    prior to the photo shoot, there was a talk about a call

 4    sheet.  Do you know what a "call sheet" is?

 5    A         I do.

 6    Q         What is a "call sheet."

 7    A         It is a schedule for production.

 8    Q         Did you -- or who would prepare a call sheet

 9    typically for a photo shoot?

10    A         My --

11              MS. THIGPEN:  Objection -- Your Honor, it's

12    overbroad and irrelevant.

13              THE COURT:  Sustained, sustained.

14    BY MR. ELLIS:

15    Q         Are you aware if a call sheet was prepared for

16    the October 5th, 2018 photo shoot?

17    A         Yes.

18    Q         Do you know who prepared the October -- I'm

19    sorry -- the call sheet for the October 2018 photo

20    shoot?

21    A         My assistant.

22    Q         And your assistant is employed by you?

23    A         She was at the time.

24    Q         Can you take a look at Exhibit 23, please.

25    A         23?
```

1    Q        Yes.  Take a look at Exhibit 23-1 -- I guess,

2    if you can, both pages.  Let me know when you've had a

3    chance to review.

4    A        Okay.

5    Q        Okay.  So what is -- do you recall sending, I

6    guess, it looks like an e-mail; is that correct?

7    A        Yes.

8    Q        And is this an e-mail that you sent?

9    A        What is -- what -- yes.

10   Q        23-1.

11   A        Yeah.

12   Q        And it says here, "October 4th of 2018," is

13   that the date you sent this?

14   A        Yes.

15   Q        And it says on the attachments, "Call sheet,

16   Josh Ryan, Ignite, 10/05/18," do you see that?

17   A        Yes.

18   Q        And the second page of this Exhibit 23-2, is

19   that the attachment referenced in the first page of this

20   document?

21   A        Yes.

22   Q        Okay.  And who prepared this document -- I'm

23   sorry -- I already asked that.  I apologize.

24            MR. ELLIS:  Your Honor, I move to admit 23 --

25   Exhibit 23.

```
1                THE COURT:  It will be received.
2       (Whereupon, defendant's Exhibit 23 is admitted hereto.)
3       BY MR. ELLIS:
4       Q        Okay.  It says here, "From" -- it says here,
5       "From, Josh Ryan," and "To, Josh Ryan" why would -- do
6       you know why that is?
7       A        Yeah, I always cc myself on every call sheet.
8       Q        Okay.  And are these -- these listed on the
9       bcc line, all of the individuals who you intended to
10      send this call sheet on October 4th of 2018?
11      A        Yes.
12      Q        Who is steve@stevek.com?
13      A        My digital tech.
14      Q        Does Steve work for Ignite?
15      A        No.
16      Q        Who is lizstewartdesign@gmail?
17      A        My studio manager.
18      Q        Does -- so I'm assuming Ms. Stewart worked for
19      Ignite?
20      A        No.
21      Q        Who is ryandoclose123@gmail.com.
22      A        Photo assistant.
23      Q        Same question:  Does that person work for
24      ignite?
25      A        No.
```

```
 1    Q        Adam Photography?

 2    A        Photo assistant.

 3    Q        Works for Ignite?

 4    A        No.

 5    Q        G -- I did this at the depo, I apologize --

 6    Giasbartool@yahoo, who is that?

 7    A        Makeup artist.

 8    Q        Makeup@ifbc@hotmail, who is that?

 9    A        Yeah, makeup artist.

10    Q        Does that person work for Ignite?

11    A        No.

12    Q        Stylingbyali@gmail.com, who is that?

13    A        Stylist.

14    Q        And does that stylist work for Ignite?

15    A        No.

16    Q        Bonner@stewart&lime.com, does that reference

17    Bonner Bello?

18    A        Yes.

19    Q        All right.  And you're not aware of what Soda &

20    lime is, correct?

21    A        Not at the time I wasn't, no.

22    Q        And then you have one last person.

23    Jonathan@Ignite.com?

24    A        Yes.

25    Q        Who is that?
```

```
 1    A          Jonathan Anastas.

 2    Q          Okay.  The top of this page, it says, "Issue,"

 3    is that your studio?

 4    A          Yes.

 5    Q          And it says, "Josh Ryan//Ignite//10518," what

 6    is does that mean?

 7    A          It's a standard call sheet for my studio for

 8    any production or event.

 9    Q          Okay.  And then the first big section here in

10    bold, it says, "Call time," do you see that?

11    A          Yes.

12    Q          And you testified earlier that you chose those

13    dates, correct -- I'm sorry -- those times, correct?

14    A          Yes.

15    Q          Who would be the talent to arrive at 8:30 a.m.?

16    A          Models.

17    Q          All right.  Who would be the hair and makeup

18    people at 8:30?

19    A          Want me to list their names?

20    Q          Let me ask a better question, I'm sorry.  Does

21    this accurately -- 8:30 hair and makeup, does that mean

22    that you would have hair and makeup arrive at your

23    studio at 8:30 in the morning?

24    A          Correct.

25    Q          So shooting before 9:00 a.m. -- that the crew
```

```
 1    and assistants were to show at Issue studio at

 2    9:00 a.m.?

 3    A       Correct.

 4    Q       And props at 9:00, and stylist at 9:00, as

 5    well?

 6    A       Yes.

 7    Q       Okay.  And Issue Studio -- I'm sorry, go down

 8    to "crew."  Okay.  So these are the -- are these the

 9    individuals that appeared at the photo shoot on behalf

10    of the crew?

11    A       Yes.

12    Q       Okay.  And Josh -- well, this is photographer

13    Josh Ryan.  That's you, correct?

14    A       Correct.

15    Q       Okay.  Jay@liverichmedia, is that the

16    videographer?

17    A       Correct.

18    Q       And did -- is LiveRichMedia employed by Ignite?

19    A       I'm not aware of his employment status with

20    Ignite, but that's Dan Bilzerian's video team.

21    Q       Dan Bilzerian's video team, not Ignite's?

22    A       Both.

23    Q       And how -- did it form your understanding of

24    that, because Mr. Bilzerian uses LiveRichMedia on

25    occasion?
```

1   A        They've worked together for years.  That's who

2   introduced us.

3   Q        And Digital Tech, Steve Kay, that's the

4   individual you spoke about earlier that does not work

5   for Ignite, correct?

6   A        Correct.

7   Q        First assistant, second assistant, two makeup

8   and hair people, stylist and PA, all of those people,

9   did any of those people work for Ignite?

10  A        Just Jay.

11  Q        Okay, but the rest of them did not?

12  A        No.

13  Q        Okay.  Ignite crew, is this where you sought to

14  identify who from Ignite would be at the photo shoot?

15  A        Yes.

16  Q        And we already talked earlier that

17  Jonathan Anastas worked for Ignite, correct?

18  A        Correct.

19  Q        And that Bonner Bello worked for Soda & Lime,

20  correct?

21  A        My understanding is that he worked for Ignite.

22  Q        Even though he had the e-mail of soda&lime.com?

23  A        Yes.

24  Q        Okay.  Whose phone number is (310) 251-9494?

25  A        It's mine.

```
1    Q         That's not an Ignite phone number?

2    A         No, it's mine.

3    Q         Now, you've talked also about conversations you

4    had about four meetings you said with Ignite personnel

5    relating to the 2018 photo shoot, correct?

6    A         Correct.

7    Q         Did any of those meetings relate specifically

8    and only to the spokesmodel contracts?

9    A         No.

10   Q         So all of those meetings were specifically for

11   this 2018 -- or October 2018 photo shoot, correct?

12   A         Yes.

13   Q         And no other business was discussed?

14   A         The business was producing this shoot for

15   advertising.

16   Q         And was it always the intention to have the

17   shoot inside at your studio?

18   A         No.

19   Q         Isn't it -- and isn't it true that the

20   intention was to shoot outside with a vehicle or two; is

21   that correct?

22   A         There was talk of that -- shooting the campaign

23   at Dan's house with his car.

24   Q         And that was not chosen, correct?

25   A         Correct.
```

```
 1   Q        Who paid Steve Kay, the digital tech, for the
 2   October photo shoot?
 3   A        My company.
 4   Q        Is that Issue Studio?
 5   A        No.
 6   Q        What company is it?
 7   A        My corporation.
 8   Q        Which is?
 9   A        White Star Productions, Inc.
10   Q        What about the first assistant, who paid?
11   A        My company.
12   Q        And just to save time, is it the same for
13   everybody listed here, except for Jay, correct?
14   A        Correct.
15   Q        I'm sorry.  Just for the record to be clear,
16   except for Jay, correct?
17   A        Correct.
18            MS. THIGPEN:  I'm sorry.  Misstates -- I don't
19   know what "everybody" here is, vague.
20   BY MR. ELLIS:
21   Q        I can go through it.  So we talked about
22   digital tech, Steve Kay.  First assistant,
23   Adam Torgerson was paid by who?
24   A        Me.
25   Q        Second assistant paid by?
```

```
 1    A        Me.

 2    Q        Makeup and hair?

 3    A        Me.

 4    Q        Makeup and hair Gia Brasikini (phonetic)?

 5    A        Uh-huh, yes.

 6    Q        Stylist Ali Dariotis?

 7    A        Me.

 8    Q        And a PA, Brady Lopez?

 9    A        Yes.

10    Q        Okay.  When you were taking photos at the

11    October photo shoot, who was telling you what to do?

12    A        I was being advised by Jonathan Anastas.

13    Q        Is it typical for you to be advised by a

14    company on how to take pictures?

15    A        Sometimes.

16    Q        And did Jonathan Anastas edit the pictures?

17    A        Define "edit."

18    Q        Use a computer software program.

19    A        To Photoshop or retouch them?

20    Q        Yeah.

21    A        No.

22    Q        Is -- it -- did Mr. Anastas ever touch your

23    camera and take pictures?

24    A        No.

25    Q        Did anybody aside from you touch your camera
```

```
 1   and take pictures?

 2   A        No.

 3   Q        Are you aware if your facility, Issue Studio,

 4   received compensation for its use during the

 5   October 2018 photo shoot?

 6   A        Through my company, yes.

 7   Q        Is Issue Studio a part of Westar -- is it

 8   Westar Productions?

 9   A        No, it's separate.

10            MR. ELLIS:  May I have one second, Your Honor?

11   I may be able to wrap this up.

12   BY MR. ELLIS:

13   Q        Almost done.  Back to Exhibit 7, please, the

14   release.  That's the -- I'm sorry -- the Ignite Cannabis

15   Company model release; do you see that?

16   A        Yes.

17   Q        Is this a standard release in your experience

18   in the industry?

19   A        Yeah, basically.

20   Q        Okay.  And on -- just to put it up in front of

21   you, again.  It says, first paragraph toward the end,

22   "Publicity rights for all images and video captured by

23   our creative team and Josh Ryan and his associates"; do

24   you see that?

25   A        Yes.
```

1    Q        And that's you, correct?

2    A        That's me.

3    Q        And the individuals we spoke about who you paid

4    previously, correct?

5    A        My associates means my crew.

6    Q        Correct.

7             MR. ELLIS:  Nothing further, Your Honor.  Thank

8    you.

9             THE COURT:  Okay.  Redirect....

10                    **REDIRECT EXAMINATION**

11   BY MS. THIGPEN:

12   Q        Mr. Ryan, you were asked about this booking

13   confirmation.  I believe it was Exhibit 15 from

14   L.A. Models, and you -- you testified that you signed it

15   on October 12th, 2018?

16   A        Yes.

17   Q        The work had already been done as of that day,

18   right?

19   A        Correct.

20   Q        The services by Ms. Pavillard had already been

21   provided?

22   A        Yes.

23   Q        Now, there was also a call sheet you were asked

24   about.  Did that call sheet reflect absolutely everybody

25   that was on set that day?

```
 1    A         No.

 2    Q         Okay.  Were there other people that were on set

 3    that just did not make it onto a call sheet?

 4    A         Yes.

 5    Q         For example, Mr. Bilzerian of Ignite?

 6    A         Yes.

 7    Q         And you were asked about a -- about

 8    Ignite Cannabis Company versus Ignite.  Okay.  Are you a

 9    corporate expert, Mr. Ryan?

10    A         I am not.

11    Q         Do you have any idea how Ignite organizes

12    itself -- its corporations, if at all?

13    A         I do not.

14    Q         Okay.  So you don't know if there's a

15    distinction to be made between Ignite Cannabis Company

16    and Ignite, right?

17    A         Correct.

18    Q         Were you told to put the logo, Ignite Cannabis

19    Company on the finished advertisements that you

20    developed?

21    A         No.

22    Q         Who did that?

23    A         Ignite did that.

24    Q         Okay.  And then you were asked about your crew

25    and how -- and how you paid them.  Those -- that crew
```

1    provided services for you, correct?

2    A        Correct.

3    Q        Did any of that crew direct Ms. Pavillard in

4    the performance of her duties?

5    A        No.

6    Q        Did any of that crew control Ms. Pavillard in

7    the performance of her duties?

8    A        No.

9    Q        And who did that?

10    A        Ignite.

11           MS. THIGPEN:  Thank you, Your Honor.  No

12    further questions.  Mr. Ryan, thank you.

13           THE COURT:  Redirect?

14                    **RECROSS EXAMINATION**

15    BY MR. ELLIS:

16    Q        You mentioned individuals who were not on a

17    call sheet.  Why was Mr. Bilzerian not on a call sheet?

18    A        We were not sure what time he would show up.

19    Q        Was he provided with a copy of the call sheet?

20           MS. THIGPEN:  Calls for speculation,

21    Your Honor.

22           THE COURT:  If you know.

23           THE WITNESS:  I assume he was.

24    BY MR. ELLIS:

25    Q        But you didn't send it to him?

```
 1    A          Yeah, I don't recall.  I know he was provided

 2    with the address to show up.

 3    Q          Was there anyone else at the photo sheet that

 4    was not listed on the call sheet?

 5    A          Yes.

 6    Q          Who?

 7    A          I don't recall their names.

 8    Q          There was some talk about this control with the

 9    crew.  Did Ms. Pavillard arrive at the photo shoot --

10    I'm sorry -- strike that -- did Ms. Pavillard have her

11    hair done by your makeup people?

12    A          She -- yeah, by the people that I hired for

13    this job.

14    Q          And did she have wardrobe provided by your

15    wardrobe person, Ms. Dariotis?

16    A          Yes.

17    Q          And was it your crew that assisted you in

18    maneuvering your photography equipment around the set to

19    facilitate the photography session?

20    A          Yeah.

21               MS. THIGPEN:  Objection, relevance, Your Honor.

22               THE COURT:  Sustained.

23               MR. ELLIS:  Nothing further, Your Honor.

24    Thank you.

25               THE COURT:  Okay.  You may step down.  Next
```

1   witness.

2          MS. THIGPEN:  Your Honor, at this time,

3   plaintiff does not have anymore witnesses.

4          THE COURT:  Okay.  Plaintiff rests at this

5   time?

6          MS. THIGPEN:  I'm sorry.  Plaintiff rests at

7   this time.

8          THE COURT:  Okay.  Defense?

9          MR. ELLIS:  Your Honor, I would like to renew

10  my request to make a motion outside the presence of the

11  jury.

12         THE COURT:  We can do that, Counsel; but if you

13  have witnesses, let's go ahead and call them, and you

14  could reserve your right to make that motion if you

15  haven't at this time.  I don't know what motion -- is it

16  something that has to be decided before you present your

17  first witness?

18         MR. ELLIS:  Yes.  I believe so, yes.

19         THE COURT:  Okay.  Ladies and gentlemen, I'm

20  going have you step outside just for a few seconds.

21         Don't go away.  It's not a full break.  You'll

22  be back real quickly.

23         Let the record reflect that the jurors have

24  left the courtroom.

25             (Whereupon, the following was held

1              outside the presence of the jury:)

2              MR. ELLIS:  Thank you, your Honor.  First, I

3    would just like clarify, did you -- we also subpoenaed

4    Mr. Ryan to be a witness on our --

5              THE COURT:  Why don't you go to the podium when

6    you talk.  It will pick you up better up there.

7              MR. ELLIS:  Oh, sorry.

8              THE COURT:  Okay.

9              MR. ELLIS:  First and briefly, we also

10   subpoenaed Mr. Ryan for our case.

11             THE COURT:  Okay.

12             MR. ELLIS:  I don't know -- and I just didn't

13   hear when you let Mr. Ryan off the stand.  Did you

14   release him from his --

15             THE COURT:  He should still stay.

16             MR. ELLIS:  Okay.  That's fine.  I just want to

17   clarify that.  And I'll run outside after.

18             THE COURT:  You may want to run out now before

19   he leaves.

20             MR. ELLIS:  And then just for the motion,

21   Your Honor, defendant Ignite makes a motion under

22   FRCP 50 for judgment of the matter of law after

23   plaintiff has been fully heard on the issues present at

24   trial.  There's no sufficient evidentiary basis for any

25   part of her claims or a portion of those claims that are

```
1    at issue.  And here, we have two issues -- as you
2    recall, a 203 Labor claim.
3              THE COURT:  I'm going to stop you.  I didn't
4    know if there was a Rule 50 motion.  I would have
5    continued the trial.  I'm going to let you reserve your
6    Rule 50 motion.  You can make it -- in fact, I'll let
7    you make it in writing, if you wish.  I thought you had
8    another issue that you had.
9              MR. ELLIS:  I apologize.  My assumption was
10   that we have to make it before.
11             THE COURT:  You have to make a motion before
12   what you did, but I'm going to allow you to reserve that
13   motion and do it in writing.
14             MR. ELLIS:  Thank you very much, Your Honor.
15             THE COURT:  And let's bring that witness back
16   in.
17             MR. ELLIS:  Our next witness is Ms. Pavillard.
18             THE COURT:  Okay.
19             THE COURTROOM DEPUTY:  Do you want to bring the
20   jurors back in.
21             THE COURT:  Okay.  Let the record reflect that
22   the jurors are back in the courtroom.
23                  (Whereupon, the following was held
24                     in the presence of the jury:)
25             THE COURT:  You may have a seat.  The jurors
```

1    are back.  Do you want to call your first witness, the

2    Defense.

3              MR. ELLIS:  The Defense calls Ms. Pavillard.

4              THE COURT:  Okay.  Ms. Pavillard, come back,

5    please, and remember you are still under oath.

6    **DEFENSE'S WITNESS, CALEY PAVILLARD, PREVIOUSLY SWORN**.

7              MR. ELLIS:  Thank you, Ms. Pavillard, for

8    rejoining the stand.  I appreciate it.  Okay.

9                      **DIRECT EXAMINATION**

10   BY MR. ELLIS:

11   Q      Okay.  So beyond what we talked about

12   previously, how many modeling gigs did you work -- or

13   how many modeling appearances did you make in a

14   professional capacity in 2018?

15             MS. THIGPEN:  Objection, Your Honor, relevance.

16             THE COURT:  Sustained.

17   BY MR. ELLIS:

18   Q      And when you were -- when you came to

19   understand the photo shoot for Ignite in 2018, that was

20   through Josh Ryan, correct?

21   A      Correct.  He let me know about the opportunity

22   for employment with Ignite.

23   Q      And it was Josh Ryan that recommended you to

24   Ignite, correct?

25   A      From his testimony, I believe so.

164

1    Q        And it was Josh Ryan that negotiated your fee,

2    correct?

3    A        No.

4    Q        Did you negotiate your fee?

5    A        No.

6    Q        Who negotiated your fee?

7    A        Ignite set the rate for the shoot, and my

8    agency and I accepted the rate they offered.

9    Q        It was Josh Ryan that referred that rate to

10   L.A. Models, correct?

11           MS. THIGPEN:  Objection, misstates testimony.

12           THE COURT:  Overruled.

13           If you know.

14           THE WITNESS:  I don't know.

15   BY MR. ELLIS:

16   Q        Is it your testimony previously, before I asked

17   that last question, was that it was Ignite that

18   negotiated it, correct?

19   A        I don't know about any negotiations, I just

20   know that Ignite set the rate for the job.

21   Q        And isn't that true though, you know the rates

22   that Ignite set, because it was Josh Ryan who told you

23   that, correct?

24   A        Correct.

25   Q        Nobody from Ignite ever told you what the rate

1  was, did they?

2  A        For the daily shoot or for the spokesmodel

3  position?  I just want to make sure we're talking

4  about....

5  Q        For the photo shoot.

6  A        Okay, no.

7  Q        So just to be clear, only Josh Ryan told you

8  about the rate for the photo shoot in October of 2018?

9  A        Yes.

10 Q        And it was Josh Ryan that negotiated with

11 L.A. Models, correct?

12 A        Again, I'm not aware of any negotiations.

13 Q        And we looked through the exhibit previously,

14 Exhibit 7 -- can you pull up Exhibit 7 in your book,

15 please.

16          Exhibit 7 is a model release.  Have you seen

17 this document before?

18 A        I have.

19 Q        Okay.  Is it your understanding that this is a

20 release to use your likeness and image for

21 cannabis-related marketing initiatives across multiple

22 mediums, including prints, social, outdoor digital trade

23 show and point of sale?

24          MS. THIGPEN:  Objection.  Relevance,

25 Your Honor.

```
1              THE COURT:  What did you say?

2              MS. THIGPEN:  Relevance.

3              THE COURT:  Overruled.

4              THE WITNESS:  Can you repeat the question?

5    BY MR. ELLIS:

6    Q       Is it your understanding that you provided your

7    consent through this release to use your image and

8    likeness for Ignite's ongoing cannabis-related

9    marketing initiative --

10             THE COURT REPORTER:  I'm sorry, Counsel.  Slow

11   down.

12             MR. ELLIS:  Sorry.

13             THE COURT:  Do it again in slow motion,

14   counsel.

15             THE COURTROOM DEPUTY:  Can you move the mic

16   toward you.

17             MR. ELLIS:  I promise I'll get this right

18   someday.

19             THE COURT:  That's better, okay.

20   BY MR. ELLIS:

21   Q       Is it your understanding that this release gave

22   Ignite consent to use your likeness for Ignite's ongoing

23   cannabis-related marketing initiatives across multiple

24   mediums, including print, social, outdoor, digital trade

25   show and point of sale?
```

167

```
 1    A        Yes, it's my understanding.

 2    Q        Okay.  And at the bottom is a signature line.

 3    Do you know what that says -- whose signature that is?

 4    A        Yes, that's Jesse Simon.  He was an agent at

 5    L.A. Models.

 6    Q        And he's one of your agents?

 7    A        Yes.

 8    Q        And he has authority to enter into this

 9    agreement on your behalf?

10    A        Yes.

11    Q        Did you talk to anybody aside from Josh Ryan

12    relating to the release that we just spoke about

13    Exhibit 7?

14    A        My modeling agency.

15    Q        Anybody with Ignite?

16    A        Not that I'm aware.

17    Q        Did you ever receive communication from

18    Ignite -- actually, let me strike that -- isn't it true

19    you did not receive any communication from Ignite

20    relating to your release as to the October 2018 photo

21    shoot?

22              MS. THIGPEN:  That assumes facts -- objection.

23              THE COURT:  Overruled.

24              THE WITNESS:  I'm sorry.  Can you repeat the

25    question?  I just want to make sure that I'm
```

1    understanding everything you're asking properly.

2    BY MS. THIGPEN:

3    Q        Isn't it true you did not receive anything from

4    Ignite relating to a release after the October 2018

5    photo shoot?

6            MS. THIGPEN:  Objection, relevance.

7            THE WITNESS:  Yeah, I'm not aware.

8            THE COURT:  Overruled.  Her answer is, "I'm not

9    aware."  She doesn't know.

10           MR. ELLIS:  Thank you, Your Honor.

11   BY MR. ELLIS:

12   Q        Okay.  The Exhibit 15, have you seen the

13   booking confirmation relating to your services in the

14   October photo shoot?

15   A        Yes.

16   Q        What was your arrangement with L.A. Models as

17   to your compensation relating to photo shoots or

18   modeling gigs you participated in during your while --

19   strike all of that -- what was your arrangement with

20   L.A. Models regarding payment from you to L.A. Models

21   while you were represented by the agency?

22           MS. THIGPEN:  Objection, relevance, Your Honor.

23           THE COURT:  Overruled.

24           THE WITNESS:  Just in that they would collect

25   payment on my behalf or can -- what are you asking me?

```
 1    What do you mean, what is my arrangement?
 2    BY MR. ELLIS:
 3    Q        Well, I guess as to payment, did you ever
 4    direct L.A. Models to collect payment for you for
 5    modeling jobs?
 6    A        Yes, that's part of their services that they
 7    offer.
 8    Q        What else do they offer?
 9    A        Sometimes they will, you know, bring to you
10    potential clients.  Sometimes -- as in this case -- I
11    bring them potential clients.  And as Josh mentioned
12    before too, like this booking confirmation, they'll just
13    offer their services to help with scheduling, as well as
14    collecting payment on my behalf.
15    Q        Did L.A. Models ever provide you with like a
16    casting card or some kind of a document you take with
17    you to a photo shoot with your picture on it?
18    A        Like a comp card?
19    Q        Yes.
20    A        Yes, I have comp cards.
21    Q        And who prepared those comp cards?
22    A        I don't know.
23    Q        Did somebody at L.A. Models?
24    A        I imagine so.
25    Q        And did you pay L.A. Models for that?
```

```
 1    A        Sometimes, like, it -- they took fees for
 2    representing me.  So I'm -- I imagine that's part of the
 3    fees.  I'm not really aware.
 4    Q        And there was some testimony from Josh Ryan.  I
 5    want to clarify in your experience, do you receive
 6    booking confirmations for all of the jobs -- or all the
 7    modeling services you provide for companies?
 8             MS. THIGPEN:  This is -- objection, relevance,
 9    Your Honor.
10             THE COURT:  Sustained.
11    BY MR. ELLIS:
12    Q        Okay.  Are you aware of what Ignite's business
13    model is or what Ignite does for business?
14    A        I know they sell cannabis and, obviously,
15    participate in a ton of marketing.
16    Q        Right.  Is Ignite a photography company?
17    A        I wouldn't know.
18    Q        Do you know if Ignite is a modeling company?
19    A        I mean, I know they hire ton and tons of
20    models, but that's all I know about it.
21    Q        So you're not aware -- or it's true that -- it
22    is true to say that -- that you don't know if Ignite is
23    a modeling company, correct?
24    A        I don't know what the term "modeling company"
25    means.
```

```
1    Q        Were you ever represented by Ignite to secure
2    your services as a model in professional photo shoots?
3             MS. THIGPEN:  Objection, Your Honor, relevance.
4             THE COURT:  Restate the question again,
5    COUNSEL.
6    BY MR. ELLIS:
7    Q        Were you ever -- did Ignite ever represent you
8    to secure your employment as a model -- did Ignite ever
9    employ you as a model as your representation?
10   A        Just from what I'm aware, Ignite was my
11   employer.  So I don't know what you mean by representing
12   me.
13   Q        I understand you say "employer," but what I'm
14   asking is, you've been represented by L.A. Models,
15   correct?
16   A        Correct.
17   Q        And your current representation is Arquette?
18   A        Yes.
19   Q        Have you ever been represented by Ignite?
20   A        As a talent agency, no.
21   Q        Are you aware of anybody that's been
22   represented by Ignite as a talent agency?
23   A        I would have no way of knowing that.
24            MS. THIGPEN:  Objection, Your Honor, relevance.
25            THE COURT:  Overruled.
```

```
 1    BY MR. ELLIS:

 2    Q        Are you featured on the -- at the time in 2018,

 3    were you featured on the -- on L.A. Models website?

 4    A        I should have been, yeah.

 5    Q        Did you ever check it?

 6    A        I'm sure.

 7    Q        Well, I guess a better question yes or no, did

 8    you check your profile on an L.A. Models' website in

 9    2018?

10            MS. THIGPEN:  Objection, relevance, Your Honor.

11            THE COURT:  Sorry?

12            MS. THIGPEN:  Relevance.

13            THE COURT:  Sustained.

14    BY MR. ELLIS:

15    Q        Okay.  You testified earlier that you were

16    starting a business with a family member; is that

17    correct?

18    A        Correct.

19    Q        And you are also still a model, correct?

20    A        Correct.

21    Q        What percentage of time do you dedicate to be a

22    professional model?

23            MS. THIGPEN:  Objection, Your Honor, relevance.

24            THE COURT:  Sustained.

25    BY MR. ELLIS:
```

```
 1    Q         Were you reimbursed -- or I'm sorry -- how did
 2    you travel to the photo shoot in 2018?
 3    A         I Ubered.
 4    Q         Were you reimbursed for that cost?
 5    A         No.
 6    Q         So that's a cost you incurred?
 7    A         Yes.
 8    Q         Did you ever ask for reimbursement?
 9    A         No.
10    Q         And isn't it true that the stylist told you
11    what to wear at the photo shoot?
12    A         Objection, misstates testimony.
13              THE COURT:  Overruled.
14              THE WITNESS:  Obviously, the stylist brought
15    items to the shoot, but it was ultimately Ignite that
16    decided which of those items I would wear for the
17    photos.
18    BY MR. ELLIS:
19    Q         Were you part of that conversation with Ignite
20    and the stylist?
21    A         Yes.
22    Q         You were?
23    A         Yes.
24    Q         When did that occur?
25    A         The morning of the shoot, right after hair and
```

```
 1    makeup.  As I mentioned before, I guess you can call it
 2    like a fitting, but I tried on multiple things just so
 3    they could decide which of she brought would be best for
 4    their campaign.
 5    Q       But you weren't in the conversation prior to
 6    that date, correct?
 7    A       No.
 8    Q       And your makeup was performed by one of the
 9    individuals at the photo shoot, correct?
10    A       Correct.
11    Q       And it is still your testimony that those
12    individuals were employed by Ignite?
13    A       What?  I'm sorry --
14            THE COURT:  If you know.
15            THE WITNESS:  I don't know.
16    BY MR. ELLIS:
17    Q       You testified earlier in your case in chief
18    that there were several Ignite employees at the photo
19    shoot; do you remember that testimony?
20    A       Yes.
21    Q       Do you believe that the makeup artists were
22    employed by Ignite?
23            MS. THIGPEN:  Your Honor, this is cumulative.
24            THE COURT:  Overruled, if you know.
25            THE WITNESS:  It's not for me to decide.  I
```

1    don't know.

2              MR. ELLIS:  What's your understanding?

3              THE COURT:  That would be irrelevant.

4    BY MR. ELLIS:

5    Q        And I guess I didn't ask this question prior:

6    After you received compensation for performing modeling

7    services, there is -- is it true that there's a two- --

8    like, a two-phase percentage that you paid at -- to

9    L.A. Models?

10             MS. THIGPEN:  Vague and ambiguous.

11             THE COURT:  Overruled.

12             THE WITNESS:  Can you repeat the question.

13   BY MR. ELLIS:

14   Q        Yep.  What was your rate for the -- well, isn't

15   it true that your rate for the -- well, isn't it true

16   that your rate for this -- the photo shoot was $2,000?

17   A        No.

18   Q        Okay.  And isn't it true though that you

19   received $2,000 for the shoot?

20   A        Correct.

21   Q        Isn't it true that you received that $2,000

22   because that was the net leftover after L.A. Models

23   received a payment from Ignite?

24   A        You mean, the agreement with L.A. Models just

25   to so -- or not L.A. Models -- I'm sorry -- the

1    agreement with Ignite was for $3,000.  So that was the

2    daily rate set for the shoot.

3    Q       So it's your understanding that 2500, plus 20

4    percent means that the daily rate is $3,000?

5    A       Correct.

6    Q       But you didn't receive $3,000, correct?

7    A       No.

8    Q       Okay.  According to a conversation, I guess you

9    had with -- with Ignite, in -- when was the first time

10   that -- actually, sorry -- strike that -- we talked

11   about that earlier.  Isn't it true you came to an

12   agreement with Bilzerian to resolve the issues in 2020?

13           MS. THIGPEN:  Your Honor, I'm going to object

14   to this line of questioning.

15           THE COURT:  Sustained.

16           MS. THIGPEN:  Thank you, Your Honor.

17           MR. ELLIS:  Just one second.

18   BY MR. ELLIS:

19   Q       Do you remember having communication with

20   Ignite relating to settling your unpaid booking with

21   Ignite directly?

22           MS. THIGPEN:  Your Honor --

23           THE COURT:  Sustained, same objection.

24           MR. ELLIS:  Okay.  Nothing further, Your Honor.

25           THE COURT:  Cross?

1                    **CROSS-EXAMINATION**

2    BY MS. THIGPEN:

3    Q        Good afternoon, Ms. Pavillard.  Just a couple

4    of follow-up questions, because we've heard a lot today.

5    A        Okay.

6    Q        With regards to the release, your -- none of

7    your claims are relating to right of public view or the

8    release in any way, right?

9    A        No, just the claim that I was not paid on time.

10   Q        Okay.  And do you know why Jesse Simon signed

11   that release?

12   A        I don't -- I guess because Ignite was

13   requesting it.  I don't know.

14   Q        Okay.  You don't know though either way?

15   A        No.

16   Q        But in any event, it was signed after you

17   provided services, right?

18   A        Correct.

19   Q        And with regards to L.A. Models -- they're a

20   talent agency, right?

21   A        Correct.

22   Q        When you did the photo shoot, was it for

23   L.A. Models?

24   A        No.

25   Q        Was the logo of L.A. Models involved?

```
 1   A        No.

 2   Q        Was there L.A. Models personnel at the shoot?

 3   A        No.

 4            MS. THIGPEN:  No further questions at this

 5   time.

 6            THE COURT:  Any redirect in that area?

 7            MR. ELLIS:  I have nothing further, Your Honor.

 8   Thank you.

 9            THE COURT:  You may step down.  Thank you.

10            Next witness.

11            MR. ELLIS:  We call Josh Ryan.

12            THE COURT:  Okay.

13            MR. ELLIS:  May I?

14   JOSH RYAN, PREVIOUSLY, SWORN.

15            THE COURT:  Sure, sure.

16            Okay.  If you can take the stand, and remember,

17   you're still under oath.  You may inquire, Counsel.

18            MR. ELLIS:  Thank you, Your Honor.

19                       DIRECT EXAMINATION

20   BY MR. ELLIS:

21   Q        Thank you, Mr. Ryan.  Just briefly, do you

22   recall the duration of time you had correspondence for

23   obtaining Ms. Pavillard to participate in the

24   October 2018 photo shoot?

25   A        I'm not -- I don't understand the question.
```

UNITED STATES DISTRICT COURT

```
 1    Q        How long did you, I guess, seek to obtain
 2    Ms. Pavillard to participate in the photo sheet?  Was it
 3    a day, was it -- happen over a week?
 4    A        It was a text -- just a friendly text,
 5    saying -- well....
 6    Q        And that's with Ms. Pavillard, correct?
 7    A        Yes.
 8    Q        What about with L.A. Models?
 9             MS. THIGPEN:  This is -- misstates testimony.
10             THE COURT:  Overruled.  Do you have any contact
11    with L.A. Models?
12             THE WITNESS:  Only after she informed them of
13    the job.
14             MR. ELLIS:  Okay.
15             THE COURT:  Okay.
16    BY MR. ELLIS:
17    Q        And when you say "she," you mean Ms. Pavillard,
18    correct?
19    A        Correct, yeah.
20    Q        Okay.  And you were -- were you the individual
21    that negotiated solely with L.A. Models for
22    Ms. Pavillard's participation in the 2018 photo shoot?
23    A        No.
24             MS. THIGPEN:  Assumes facts.
25             THE COURT:  Sustained.
```

```
 1    BY MR. ELLIS:

 2    Q         Who else participated in that negotiation?

 3    A         The representatives from Ignite,

 4    Jonathan Anastas, I assume.

 5    Q         Jonathan Anastas participated in negotiating

 6    directly with L.A. Models?

 7    A         I assume, yeah.

 8    Q         You assume or you know?

 9    A         Yeah, I mean, I didn't negotiate with them.

10              THE COURT:  So you don't have personal

11    knowledge one way or the other?

12              THE WITNESS:  No, I don't.

13              THE COURT:  Okay.  Next question.

14              MR. ELLIS:  Did you send correspondence to

15    L.A. Model's regarding -- offering the October 2018

16    photo shoot to Ms. Pavillard?

17              THE WITNESS:  One more time, excuse me?

18    BY MR. ELLIS:

19    Q         Did you send correspondence to L.A. Models in

20    October 2018 for Ms. Pavillard's participation in the

21    photo shoot?

22    A         I believe I reached out to her agent on behalf

23    of Caley or on the same e-mail as Caley, confirming that

24    the photo shoot was happening.

25    Q         Okay.  Did you ever send correspondence to
```

1    L.A. Models with the additional details of the photo

2    shoot?

3    A        As in the call sheet?

4    Q        No, just before -- prior to the photo shoot,

5    specifically, on October 4th, did you provide details to

6    L.A. Models as to Ms. Pavillard's participation in the

7    photo shoot?

8    A        I don't recall.

9    Q        I'll have you turn to Exhibit 6, please.

10   A        6?

11   Q        Yes.  Take a second to look at the -- I

12   guess --  let's start with the very -- the last page

13   6-3.  Take a second look at that.

14            THE COURT:  Question?

15            MR. ELLIS:  Oh, have you had a chance to review

16   it?

17            THE WITNESS:  One second.

18            THE COURT:  We're not asking you what's in it.

19   We're just asking you to look at it.  I'm assuming

20   you're doing it to refresh his memory.

21            MR. ELLIS:  Yeah, just refreshing his memory

22   real quick.

23            THE COURT:  Okay.

24            MR. ELLIS:  This is from Caley?

25            THE WITNESS:  Right.

1          THE COURT:  Okay.  You answered his last

2     question here.  I'm assuming Caley is?

3          THE WITNESS:  Ms. Pavillard, sorry.

4     BY MR. ELLIS:

5     Q      And then this is -- going to the next page or

6     the previous page 6-2.  There's an e-mail from you on

7     October 4th at 9:18 a.m., do you see that?

8     A      Yes.

9     Q      And is this your response to the e-mail we just

10     reviewed on 6-3, talking about the fashion campaign for

11     a cannabis company?

12     A      Yes, it's just me explaining the nature of the

13     shoot.

14     Q      And is anybody on that e-mail from Ignite?

15     A      No.

16     Q      And then the first page, which I believe is

17     previous 6-1, take a second to look at that, on the

18     bottom half, specifically an e-mail from you, dated

19     October 4th, 2018, do you see that?

20     A      Is this 6-1?

21     Q      Yes.

22     A      Yes.

23     Q      And did you send this e-mail regarding the

24     Ignite Cannabis photo shoot?

25     A      Yes.

1          MR. ELLIS:  Your Honor, I would like to offer

2    Exhibit 6.

3          THE COURT:  It will be received.

4      (Whereupon, Defense's Exhibit 6 is admitted hereto.)

5    BY MR. ELLIS:

6    Q       All right.  I'll show you -- we talked earlier

7    about 6-2, and there was nobody from Ignite on there.

8    This is 6-1.  And this is the e-mail -- an e-mail from

9    you on October 4th to L.A. Models and Ms. Pavillard, do

10   you see that?

11   A       I do.

12   Q       And this is -- isn't it true this is you,

13   conveying the details of the photo shoot to

14   Ms. Pavillard's agent?

15   A       Yes.

16   Q       Do you see anybody from Ignite copied on this

17   e-mail?

18   A       Nope.

19   Q       I'll have you turn to -- can I have you turn to

20   Exhibit 20, please.  Take a look at it, and let me know

21   when you've had a chance to review briefly.

22   A       Okay.

23   Q       Okay.  So this is an e-mail -- did you receive

24   this e-mail on or about September 22nd, 2018?

25   A       Yes.

1    Q        And did you participate in a meeting with, I

2    guess, Mr. Anastas, Bonner and some other individuals

3    relating to a photo shoot?

4    A        Yes.

5    Q        Okay.

6             MR. ELLIS:  Your Honor, I'd like to offer 20 --

7    Exhibit 20.

8             THE COURT:  It will be received.

9             MR. ELLIS:  Thank you.

10      (Whereupon, Defense's Exhibit 20 is admitted hereto.)

11            MR. ELLIS:

12   Q        So we'll put up 20 quickly.  This is an e-mail

13   from Jonathan Anastas on

14   September 22nd, 2018 to you and some other individuals.

15   Do you -- is this -- does this e-mail follow, I guess,

16   an in-person meeting or a telephonic meeting regarding a

17   photo shoot?

18   A        This pertains to ideas that were talked to in a

19   meeting that were to take place at Dan Bilzerian's

20   house.

21   BY MR. ELLIS:

22   Q        And is this the -- did that shoot actually

23   happen?

24   A        No.

25   Q        Was that shoot -- I guess, did it happen -- let

```
 1    me step back a second.  Did that shoot ever happen
 2    relating to shots with Cobra pool or party in any
 3    capacity relating to Ignite and you?
 4    A       No.
 5    Q       It says here on the bottom, "Bill through
 6    Soda & Lime," do you know what that means?
 7    A       Objection, Your Honor.  Given this doesn't
 8    concern the --
 9            THE COURT:  I'm sorry.  I can't hear you,
10    Counsel.
11            MS. THIGPEN:  Given -- I'm sorry, Your Honor.
12    Given that this -- this witness has just testified this
13    does not pertain to this photo shoot, relevance.
14            THE COURT:  Sustained.
15    BY MR. ELLIS:
16    Q       Did this photo shoot -- this e-mail,
17    September 22nd, 2018, evolve into the photo shoot that
18    actually took place on October of 2018?
19            THE COURT:  If you know.
20            THE WITNESS:  Yes.
21    BY MR. ELLIS:
22    Q       So it says here, "Bill through Soda & Lime,"
23    what does that mean?
24    A       I assume that it meant bill through Soda & Lime
25    company, but I wasn't aware at the time.
```

```
 1   Q        Was there an individual named Bill at
 2   Soda & Lime?
 3            MS. THIGPEN:  Calls for speculation, Your
 4   Honor.
 5            THE COURT:  If you know.
 6            THE WITNESS:  No -- I don't know.
 7   BY MR. ELLIS:
 8   Q        I'll have you turn to Exhibit 21 in your book.
 9   I'm sorry.  I'm sorry.  I have the wrong number.  Let's
10   go through 33-1.  Are you ready?
11   A        I am.
12   Q        Oh, you're at 33, okay.
13            Did you receive correspondence -- or I'm
14   sorry -- did you receive correspondence from L.A. Models
15   in around February of 2019 relating to Ms. Pavillard's
16   payment from the 2018 photo shoot?
17   A        Yes.
18   Q        All right.  And let's see....
19            Do you recall the first ay on which you
20   received an e-mail from L.A. Models relating to
21   Ms. Pavillard's nonpayment?
22   A        Not an exact date but....
23   Q        Does February 20, 2019, sound about right?
24   A        Sounds about right.
25   Q        And what did you do when you received this
```

1    e-mail?

2    A        Forwarded this to people at Ignite.

3    Q        Okay.  Did you receive any other

4    correspondence, not through e-mail, relating to

5    Ms. Pavillard's nonpayment?

6    A        At that time?

7    Q        At that time, yes.

8    A        No.

9    Q        I guess between October of 2018 and March of --

10   or May of 2020.

11   A        Yes.

12   Q        How many -- was it -- was it by text message,

13   by phone, or how was it?

14   A        Through e-mail.

15   Q        Okay.  So we have this e-mail,

16   February 20th, do you recall the next date of an e-mail

17   you received relating to Ms. Pavillard's nonpayment?

18   A        No.

19   Q        All right.  Did you receive a response from

20   Ignite as to the e-mail you forwarded?

21   A        I don't recall.

22   Q        Okay.  Did you at any time -- I'm sorry -- did

23   you forward this e-mail to anybody specifically at

24   Ignite or did you just forward it to -- I mean, do you

25   remember who you forwarded it to?

```
 1    A         I believe I forwarded it to Jonathan and

 2    Spence.

 3    Q         Okay.  This is -- this would have been on or

 4    around February 20th of 2019, correct?

 5    A         Yes.

 6    Q         Are you aware if either Jonathan or Spence

 7    received those e-mails?

 8    A         I am not.

 9    Q         Okay.  Isn't it true though that you learned

10    that at the time you forwarded these e-mails,

11    Mr. Anastas and Spence were no longer employed by

12    Ignite; isn't that correct?

13    A         No.

14    Q         I'm sorry?

15    A         No.

16    Q         No?  So it was your understanding that when you

17    forwarded these e-mails, Mr. Anastas and Spence were

18    employed at Ignite?

19    A         Yes.

20    Q         And did you ever receive correspondence from

21    L.A. Models that they were -- these e-mails to

22    Mr. Anastas was being undelivered?

23    A         I don't recall that.

24    Q         Did you ever receive correspondence from

25    Mr. Anastas, confirming he received the e-mail?
```

```
 1    A        No.

 2    Q        Did you ever receive correspondence from Spence

 3    confirming that he received the e-mail?

 4    A        No.

 5    Q        All right.  Did you ever receive correspondence

 6    from anybody at Ignite that you received e-mail?

 7    A        Not about this specific e-mail thread.

 8    Q        Okay.  And is there a -- how many other e-mail

 9    threads were there?

10    A        There were a lot in the beginning.  I was told

11    to send all invoices -- or I was told to tell the agents

12    to send all invoices to Jonathan.

13    Q        Okay.  I'm speaking specifically of

14    Ms. Pavillard and the February 20, 2019, around that

15    time of Ms. Pavillard's nonpayment.  So were there other

16    e-mails from L.A. Models to you regarding payment from

17    Ms. Pavillard?

18    A        There were multiple.  I don't recall when.

19    Q        And did you discuss Ms. Pavillard's nonpayment

20    with anybody else at Ignite?

21    A        Not at the time.

22    Q        Okay.  Are you aware of Jonathan's position at

23    L.A. -- I'm sorry -- at Ignite?

24    A        I don't know what his exact title was.

25    Q        Okay.  Was he an executive position?
```

1    A        Yes.

2    Q        Are you aware of the date, if any, that

3    Mr. Anastas no longer worked for Ignite International?

4    A        I'm not.

5    Q        Okay.  Did you ever try to reach out by phone

6    to anybody at Ignite about the information received from

7    L.A. Models that she -- that Ms. Pavillard was not yet

8    paid?

9    A        No.

10        MR. ELLIS:  I have nothing further.

11        THE COURT:  Okay.  Redirect -- or I'm sorry --

12   recross?  We have about three minutes left before we

13   break.  Three minutes....

14                    **CROSS-EXAMINATION**

15        MS. THIGPEN:  Just a couple questions,

16   Mr. Ryan, so you don't have to come back.

17   BY MS. THIGPEN:

18   Q        With the Exhibit 6 that we looked at, that was

19   the e-mail between yourself and Ms. Pavillard and

20   L.A. Models that was describing the rates?

21   A        Yes.

22   Q        Did you come up with those rates?

23   A        No.

24   Q        Who did?

25   A        Dan and Jonathan.

```
1    Q         And the text that is written on -- in
2    Exhibit 6, reflecting the breakdown for the rates,
3    25 and a plus-25 percent and then the breakdown of 100K,
4    did you come up with that or did Mr. Bilzerian?
5    A         Mr. Bilzerian and Mr. Anastas came up with
6    that.
7    Q         Okay.  And with regards to the --  we went over
8    the text messages that you had with Mr. Bilzerian.
9    Those started up in May 2019, right?
10   A         Regarding the nonpayment?
11   Q         Correct.
12   A         Yes.
13   Q         Okay.  And so at that time, Mr. Bilzerian was
14   aware that Ms. Pavillard still was not paid, correct?
15   A         Yes.
16             MS. THIGPEN:  No further questions.
17             THE COURT:  Any redirect in that area?
18             MR. ELLIS:  Yes, Your Honor.
19                  REDIRECT EXAMINATION
20   BY MR. ELLIS:
21   Q         You stated that Mr. Bilzerian and Mr. Anastas
22   came up with this -- the -- the amount of payment,
23   correct?
24   A         Yes.
25   Q         What's your basis for that understanding?
```

1    A        They sent me those numbers and discussed it

2    during the casting.

3    Q        How did they send you those numbers?

4    A        I don't recall.

5    Q        Isn't it true that -- or I'm sorry -- isn't it

6    true that you came up -- or you provided these numbers,

7    specifically to Ms. Pavillard, because those were the

8    going rates in the industry at the time?

9             MS. THIGPEN:  Misstates testimony.

10            THE COURT:  Overruled.

11            THE WITNESS:  No.

12   BY MR. ELLIS:

13   Q        So when you testified earlier that you provided

14   the rates as a suggestion, because those were the going

15   rates for models like Ms. Pavillard during that period

16   of time, the answer is actually, that it was Ignite that

17   came up with those numbers?

18   A        I -- they asked me what the current model rates

19   were for something like this, and I told them.  They

20   decided what to pay the models.

21   Q        Was the number the same?

22   A        It was around that.

23   Q        What was the number you provided?

24   A        I actually provided a higher number, but they

25   went with this number.

1  Q       Did you ever -- is there anything in writing

2  between you and Ignite conveying that offer -- or

3  conveying those numbers?

4  A       No.

5          MS. THIGPEN:  Objection.  Your Honor, they

6  prevented an exhibit from coming in.

7          THE COURT:  That's what -- you can make an

8  objection, but you don't testify.

9          Do you have any other questions?

10         MR. ELLIS:  No, I don't Your Honor, thank you.

11         THE COURT:  Okay.  You may step down.  May this

12 witness be excused?

13         MR. ELLIS:  I'm sorry, yes, Your Honor.

14         THE COURT:  You're free to go.  Thanks for

15 coming in.

16         Defense, next witness.

17         MR. ELLIS:  Your Honor, we rest.

18         THE COURT:  Both sides rest?

19         MS. THIGPEN:  Yes, Your Honor.

20         THE COURT:  Okay.  Ladies and gentlemen, talk

21 about timing.  Exactly 4 o'clock.  And I promised you, I

22 release you right at 4 o'clock.  So you're going to

23 release you at this time.  You got to come back here

24 tomorrow at 8:30.  Tomorrow we'll get into argument of

25 the -- of counsel -- their final argument, the

```
 1    instructions, and then we'll send it back to you.  So in

 2    the morning, you'll get this case for deliberation.

 3    Remember the admonishment, not to discuss this case with

 4    yourselves or with anybody else or form or express any

 5    opinions about the mater until it's been submitted to

 6    you in its entirety.  See you back tomorrow morning at

 7    8:30.  Okay.  My suggestion, you might come in at -- see

 8    if anybody remembers.  At 8:15, just in case of some

 9    problem, okay, so we can get started right at 8:30.

10    Okay.  Go ahead.

11            THE COURTROOM DEPUTY:  Please leave your

12    notebooks on your chair.

13            THE COURT:  Let the record reflect the jurors

14    have left the courtroom.  You may have a seat.

15                (Whereupon, the following was

16                held outside the presence of the jury:)

17            THE COURT:  Counsel, this has really been

18    unique insofar as we finished right at 4 o'clock,

19    because if we had gone over, we wouldn't have had to

20    come back tomorrow.  What is also unique is the amount

21    each side has used.  Defendant has used 81 minutes and

22    the plaintiff has used 82 minutes, which is pretty

23    equal.  We're going to go into argument tomorrow

24    morning.  I'm assuming -- normally I give 20 minutes of

25    closing argument.  If you need more time, that's fine.
```

1    Would you like me to give you up to 30 minutes on it?

2              MS. THIGPEN:  Not for us, Your Honor.

3              MR. ELLIS:  I would like to reserve 30,

4    Your Honor, but I think I can do it in 20.

5              THE COURT:  Well, then I'll tell you what?

6    I'll give each side up to 30 minutes.  If plaintiff can

7    bifurcate that and do closing in -- and rebuttal all

8    within 30 minutes.  And if you wish, I would be happy to

9    give you a -- if you get any closer to 30 minutes, to

10   give you like a five-minute warning or something, if you

11   want.

12             MR. ELLIS:  Can you wave your hands really

13   crazily?

14                       (Laughter.)

15             THE COURT:  I'll say you have about five

16   minutes left, but if you don't want me to interrupt it,

17   I won't say that at all.  I'll just say at the end, you

18   have to sit down.

19             MS. THIGPEN:  That's okay.  We'll take the

20   warning, I think, yeah.

21             THE COURT:  Okay, okay.  Five minutes before.

22   And you won't get it on the opening, Counsel, because

23   you still have rebuttal on it, but five minutes before

24   the 30 minutes is up, I'll let you know.  Also, I'm

25   going to be in early tomorrow morning.  I'm going to

1    try -- if you want to come in early -- the jury

2    instructions are pretty standard.  They're joint

3    instructions.  So there's not going to be a lot that --

4    that you have to be -- that I have to tell you about the

5    jury instructions.  Two things:  Number one is,

6    sometimes I do modify the jury instructions a little

7    when I go through them, because of the evidence that

8    came in.  They're probably insignificant minor

9    corrections on it, but I guess what I'm telling you is,

10   that when you argue the case, don't say the judge is

11   going to instruct you.  Say, I anticipate the judge will

12   instruct you, just to protect you, so you won't be wrong

13   on it; but I'll come in at 8:00 o'clock tomorrow, and I

14   can inform you of any changes on the jury instructions,

15   joint jury instructions -- or that both sides have

16   submitted, so that you can use it for your argument.

17           MS. THIGPEN:  Your Honor, so we will be able to

18   have clips -- little small clips from the instructions

19   you agree to that we can use, right?

20           THE COURT:  No, no, no, I won't, but close to

21   that.

22           MS. THIGPEN:  Okay.

23           THE COURT:  You know what the jury instructions

24   are.  Most of them, we're going to be giving.  If you

25   want to go ahead and take those clips and argue them,

```
1   that's fine as long as you say, I anticipate the judge
2   will give you this instruction.
3         MS. THIGPEN:  Okay.
4         THE COURT:  But I won't be doing that for you,
5   but you can do that, if you wish.  You know, I
6   anticipate the judge will instruct you that -- that the
7   burden of proof is by a preponderance of the evidence,
8   something like that, okay?
9         MS. THIGPEN:  Okay, but....
10        THE COURT:  So you can use that in your closing
11  argument, sure.
12        MS. THIGPEN:  Okay.  We -- can we use -- we
13  wanted to have the text written on a piece of paper.  I
14  mean, they are kind of really long instructions.  So it
15  would be good maybe to use it in a slide or what not --
16  not the whole thing but just --
17        THE COURT:  You can -- when you say written on
18  a piece of paper, you can use it on a slide or put it on
19  the Elmo and talk about it, yeah.
20        MS. THIGPEN:  Oh, okay, just not say -- because
21  you're not going to read it to them before closing
22  argument.
23        THE COURT:  I'm sorry.  I always have the
24  attorneys argue first.  I always instruct afterwards.
25        MS. THIGPEN:  Gotcha.
```

1          THE COURT:  Yeah, so that if any mistakes are

2     made during closing argument, I can correct them, okay?

3          MR. ELLIS:  Very briefly, you mentioned during

4     the pretrial conference that you sometimes use a very

5     general special verdict form.

6          THE COURT:  I normally do.  I haven't looked at

7     the verdict form yet.  Have you submitted one?

8          MS. THIGPEN:  It's joint and it's with the

9     instructions.

10          MR. ELLIS:  We did.

11          THE COURT:  Okay.  I'll take a look at it.

12          MR. ELLIS:  Just to -- I just wanted to make

13     sure.

14          MS. THIGPEN:  Yeah.

15          THE COURT:  I'll take a look at it.  If it's

16     pretty general, I normally give a very general, not

17     specific -- or I'll take a look at it.  Tell you at

18     8:00 o'clock tomorrow morning, along with jury

19     instructions as to what the Court's ruling --

20          MS. THIGPEN:  We did use the verdict form from

21     the CACI partially.  And then the rest is from the --

22     from the instruction itself.  So it's --

23          THE COURT:  Okay.  Well, I'll take a look at

24     it.

25          MR. ELLIS:  I'm just figuring out what

1    Your Honor is going to do with the verdict form.  That's

2    it.  I'm just curious.

3         THE COURT:  I'll go through it, and I'll do one

4    of two things:  If it's good the way it is, that's fine.

5    If not, I'll modify it.  Sometimes I'll throw it out and

6    do my own jury instructions.  The last case, they had a

7    huge amount of special instructions, and it's a case

8    that was more probably treated with a general -- so I

9    just wrote one myself for it.

10        MR. ELLIS:  And then second issue quickly is

11   that we talked about the directed verdict.  How do you

12   want -- may we submit a brief in the morning?  I don't

13   know what timing Your Honor wants.

14        THE COURT:  It won't be tomorrow morning.  As I

15   said, it's reserved.  Many times we can reserve that,

16   and can be made, you know, after the jury comes back.

17        MR. ELLIS:  Okay.  I just want to make sure

18   that I understood what the time on --

19        THE COURT:  Oh, no, no, no.  I'm going to be

20   giving you a day or two to do it.

21        MR. ELLIS:  Perfect.

22        MS. THIGPEN:  Your Honor, we would also want to

23   make a Rule 50(a) motion --

24        THE COURT:  Sure.

25        MS. THIGPEN:  -- as to a couple of issues that

1   are in the case.

2           THE COURT:  Okay.  Both of you -- we're going

3   to give you both an opportunity.  It's going to be

4   reserved.  We'll give you both an opportunity to submit

5   it in writing, and we'll give you two or three days to

6   put in writing.  The other side, a couple of days to

7   respond.

8           MS. THIGPEN:  Some of it does concern what the

9   jurors will be deciding, a couple of the issues.  So....

10          THE COURT:  It's -- you can make a Rule 50

11  motion, and I will take it under reservation on it, but

12  I don't know exactly what you're talking about, but if

13  you have an objection of something that you want to put

14  on the record now before I leave or....

15          MS. THIGPEN:  I would, Your Honor.

16  Specifically, we -- we would make a motion as to the

17  independent contractor defense that they've brought.

18  This would be the elements A, B and C.  As Your Honor is

19  likely aware -- is aware, there is a requirement that,

20  you know, the answer be --  that they prove each of the

21  elements --

22          THE COURT:  Each of the elements, that's

23  correct.

24          MS. THIGPEN:  That's right.  And if there's

25  just one for which there is no evidence, then the

```
 1    Defense fails.  And then --

 2            THE COURT:  That's -- and I'm going to stop

 3    you, because that's part of the jury instructions.  And

 4    we'll be reading the jury instructions to the jury.

 5    If -- there's no point -- and this time, I'll look at

 6    the jury instructions.  If I'm going to -- if I'm going

 7    to direct the jury to make a certain finding, I'll do

 8    that after reading the jury instruction, but normally I

 9    don't do that.  Normally we leave it to the jury to

10    decide to determine if there's any evidence to support

11    that.

12            MS. THIGPEN:  Okay.  Thank you.

13            THE COURT:  That doesn't foreclose you from

14    down the road making a Rule 50 motion saying, absent no

15    matter what the jury verdict was.  This element wasn't

16    there, and that's part of the Rule 50 motion.

17            MS. THIGPEN:  Okay.  Thank you, Your Honor.

18               (Whereupon, proceeding adjourned.)

19                           -  -  -

20

21

22

23

24

25
```

1                          **C E R T I F I C A T E**

2

3

4

5      CALEY RAE PAVILLARD                    :

6                    vs.                       :   No. CV CV

7      IGNITE INTERNATIONAL LTD               :   21-01306-RGK

8

9

10     I, MARIA BUSTILLOS, OFFICIAL COURT REPORTER, IN AND FOR THE

11     UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF

12     CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT TO SECTION 753,

13     TITLE 28, UNITED STATES CODE, THE FOREGOING IS A TRUE AND

14     CORRECT TRANSCRIPT OF THE STENOGRAPHICALLY REPORTED

15     PROCEEDINGS HELD IN THE ABOVE-ENTITLED MATTER AND THAT THE

16     TRANSCRIPT PAGE FORMAT IS IN CONFORMANCE WITH THE REGULATIONS

17     OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

18     FEES CHARGED FOR THIS TRANSCRIPT, LESS ANY CIRCUIT FEE

19     REDUCTION AND/OR DEPOSIT, ARE IN CONFORMANCE WITH THE

20     REGULATIONS OF THE JUDICIAL CONFERENCE OF THE UNITED STATES.

21

22     /S/_____          //____

23     MARIA R. BUSTILLOS                      DATE
       OFFICIAL REPORTER
24

25

203

## $

**$100,000** [5] - 21:15, 41:3, 42:25, 103:17, 106:1
**$1000,000** [1] - 18:3
**$2,000** [6] - 13:19, 62:7, 66:9, 175:16, 175:19, 175:21
**$3,000** [4] - 13:16, 27:6, 62:10, 176:1, 176:4, 176:6

## '

**'18** [1] - 59:6
**'19** [1] - 59:6
**'2018** [1] - 25:16

## /

**/S** [1] - 202:22

## 1

**1-1** [7] - 4:7, 96:11, 96:14, 96:17, 96:21, 96:22, 96:23
**10** [1] - 70:1
**10-2** [2] - 70:2
**10/05/18** [1] - 146:16
**100** [2] - 4:8, 24:25
**100K** [1] - 191:3
**106** [1] - 4:8
**11** [5] - 47:2, 47:7, 63:4, 64:5, 65:2
**11:30** [1] - 52:4
**12** [2] - 1:18, 6:1
**12254** [1] - 1:21
**128** [1] - 4:9
**12th** [2] - 144:23, 156:15
**132** [1] - 4:9
**134** [1] - 3:9
**137** [1] - 5:3
**14** [1] - 3:3
**140** [1] - 2:11
**147** [1] - 5:3
**15** [8] - 3:7, 102:18, 130:5, 142:14, 142:16, 142:23, 156:13, 168:12
**156** [1] - 3:8
**158** [1] - 3:9
**15th** [2] - 40:25, 41:7
**163** [2] - 3:4, 3:13
**17** [1] - 76:15
**177** [1] - 3:13
**178** [1] - 3:14
**18** [1] - 53:11
**183** [1] - 5:4
**184** [1] - 5:4
**19** [1] - 50:3

**190** [1] - 3:15
**191** [1] - 3:14
**19th** [3] - 12:22, 49:16, 49:17
**1:00** [2] - 52:5
**1:25** [1] - 126:24
**1ST** [1] - 1:22

## 2

**2** [3] - 38:22, 64:2, 64:13
**20** [15] - 5:4, 64:3, 64:12, 64:13, 102:18, 176:3, 183:20, 184:6, 184:7, 184:10, 184:12, 186:23, 189:14, 194:24, 195:4
**2014** [1] - 78:15
**2015** [2] - 6:23, 15:23
**2018** [108] - 7:4, 7:16, 8:21, 8:24, 8:25, 9:23, 11:18, 11:23, 13:8, 13:23, 16:17, 16:22, 17:3, 17:13, 19:3, 26:18, 26:21, 28:1, 34:7, 34:10, 35:22, 38:19, 40:25, 41:12, 41:21, 42:22, 43:2, 43:20, 43:25, 44:1, 50:1, 53:3, 53:11, 53:14, 53:22, 54:1, 55:19, 58:13, 66:17, 67:7, 68:8, 71:9, 76:20, 76:23, 78:23, 79:3, 79:11, 80:5, 81:7, 84:4, 86:22, 87:17, 89:16, 94:15, 94:25, 98:21, 100:10, 103:24, 106:14, 107:3, 109:18, 111:21, 123:3, 125:8, 125:15, 135:23, 136:10, 136:13, 136:22, 137:15, 137:25, 138:9, 140:12, 140:13, 141:11, 141:16, 141:24, 142:6, 143:7, 144:11, 145:16, 145:19, 146:12, 147:10, 152:5, 152:11, 155:5, 156:15, 163:14, 163:19, 165:8, 167:20, 168:4, 172:2, 172:9, 173:2, 178:24, 179:22, 180:15, 180:20, 182:19, 183:24, 184:14, 185:17, 185:18, 186:16, 187:9
**2019** [39] - 9:3, 9:23, 38:19, 44:12, 44:13, 44:14, 44:18, 44:20, 45:9, 46:15, 46:18, 46:21, 46:23, 58:13, 62:14, 62:19, 65:19, 70:20, 71:7, 71:21, 71:22, 77:11, 78:23, 123:6, 124:23, 125:4, 125:21, 126:24, 127:8, 127:21, 128:15, 131:1, 132:7, 134:12, 186:15, 186:23, 188:4, 189:14, 191:9
**2020** [23] - 9:4, 9:5, 9:24, 45:25, 46:1, 46:23, 48:5, 48:6, 48:9, 48:12, 48:15, 49:2, 49:16, 49:17, 49:24, 62:22, 63:3, 65:8, 65:11, 66:11, 78:18, 176:12, 187:10
**2022** [2] - 1:18, 6:1
**203** [1] - 162:2
**20th** [6] - 41:12, 41:21, 42:22, 43:2, 187:16, 188:4
**21** [10] - 82:13, 82:14, 82:15, 82:19, 83:7, 86:21, 88:21, 94:25, 186:8
**21-01306-RGK** [2] - 1:10, 202:7
**21-1** [5] - 4:6, 82:23, 83:1, 86:21, 89:1
**213** [1] - 1:23
**21st** [4] - 17:11, 94:15, 98:21, 100:10
**22** [1] - 76:19
**22nd** [4] - 49:24, 183:24, 184:14, 185:17
**23** [6] - 5:3, 145:24, 145:25, 146:24, 146:25, 147:2
**23-1** [2] - 146:1, 146:10
**23-2** [1] - 146:18
**23rd** [2] - 125:4, 125:21
**24** [4] - 48:6, 64:3, 64:12, 64:13
**24-10** [1] - 130:24
**24th** [1] - 48:5
**25** [1] - 191:3
**2500** [1] - 176:3
**251-9494** [1] - 151:24
**25th** [8] - 84:4, 86:22, 89:16, 126:24, 127:8, 127:21, 128:15, 131:1
**27** [2] - 48:15, 88:13
**27-1** [7] - 4:5, 88:12,

**88:13, 88:15, 88:17, 88:19, 89:3**
**27th** [2] - 48:10, 48:12
**28** [1] - 202:13
**29** [8] - 92:8, 92:10, 92:12, 92:14, 92:24, 93:7, 98:17
**29-3** [8] - 4:6, 93:12, 93:20, 93:25, 94:3, 94:7, 94:10, 98:25
**29-4** [5] - 4:7, 93:21, 94:3, 94:7, 95:10
**29-5** [6] - 4:8, 98:18, 99:5, 99:7, 99:20, 100:4
**2:30** [1] - 130:3
**2nd** [8] - 19:3, 21:11, 35:19, 37:3, 48:17, 49:3, 59:8, 103:24

## 3

**3** [3] - 22:11, 22:17, 22:23
**3,000** [1] - 62:2
**30** [7] - 31:8, 195:1, 195:3, 195:6, 195:8, 195:9, 195:24
**30-1** [3] - 31:8, 31:21, 56:13
**31** [1] - 40:9
**31-1** [7] - 4:4, 41:23, 42:7, 42:12, 56:16, 56:21, 57:1
**31-2** [7] - 4:4, 40:3, 40:6, 40:11, 40:12, 40:15, 57:20
**310** [1] - 151:24
**3268** [1] - 2:11
**33** [1] - 186:12
**33-1** [1] - 186:10
**34** [3] - 123:14, 123:18, 126:8
**34-10** [3] - 130:25, 131:4, 131:11
**34-11** [6] - 4:9, 132:5, 132:14, 132:17, 132:20, 133:7
**34-4** [3] - 123:15, 123:21, 124:19
**34-7** [1] - 126:19
**34-9** [5] - 4:9, 128:13, 128:17, 128:21, 130:21
**35** [8] - 36:20, 37:5, 38:2, 38:21, 38:23, 118:2, 118:6, 118:7
**35-1** [9] - 4:3, 37:25, 38:1, 38:6, 38:9, 38:10, 38:22, 58:9, 118:7
**35-2** [4] - 4:5, 38:6
**35-3** [2] - 38:7, 39:3
**35-4** [3] - 38:1, 38:7, 39:8

**35-5** [9] - 4:3, 36:23, 37:1, 37:7, 37:9, 37:12, 38:2, 59:1, 59:2
**350** [1] - 1:22
**37** [2] - 4:3, 4:5
**38** [1] - 4:3
**3:00** [1] - 130:6

## 4

**4** [7] - 64:3, 64:13, 114:22, 123:16, 193:21, 193:22, 194:18
**4-9** [9] - 114:20, 114:23, 114:24, 115:4, 115:6, 116:5, 116:11, 116:18, 116:24
**40** [1] - 4:4
**415)999-7641** [1] - 2:7
**42** [1] - 4:4
**4455** [1] - 1:22
**45** [1] - 51:23
**48** [2] - 49:22, 49:23
**4:00** [1] - 52:6
**4th** [11] - 25:16, 49:3, 106:14, 107:3, 109:18, 146:12, 147:10, 181:5, 182:7, 182:19, 183:9

## 5

**5** [2] - 106:8, 118:7
**5-1** [5] - 4:8, 106:10, 106:13, 106:17, 106:21
**50** [6] - 161:22, 162:4, 162:6, 200:10, 201:14, 201:16
**50(a** [1] - 199:23
**51** [1] - 3:7
**595** [2] - 50:6, 50:22
**5:00** [1] - 33:19
**5th** [22] - 7:16, 8:21, 17:3, 20:24, 25:21, 26:18, 26:21, 28:1, 34:7, 34:10, 35:22, 41:7, 41:8, 50:1, 54:10, 81:7, 87:17, 111:21, 125:8, 125:15, 144:24, 145:16

## 6

**6** [8] - 3:3, 5:4, 181:9, 181:10, 183:2, 183:4, 190:18, 191:2
**6-1** [3] - 182:17, 182:20, 183:8
**6-2** [2] - 182:6, 183:7

**6-3** [2] - 181:13, 182:10
**6:00** [1] - 33:19

## 7

**7** [13] - 5:3, 136:24, 137:10, 137:12, 139:1, 140:20, 141:1, 141:9, 155:13, 165:14, 165:16, 167:13
**72** [2] - 3:7, 8:23
**74** [1] - 3:7
**75** [1] - 3:8
**753** [1] - 202:12
**7:56** [1] - 94:15

## 8

**81** [1] - 194:21
**82** [1] - 194:22
**858)247-2000** [1] - 2:12
**88** [1] - 4:5
**89** [1] - 4:6
**894-2739** [1] - 1:23
**8:00** [3] - 29:18, 196:13, 198:18
**8:15** [1] - 194:8
**8:30** [8] - 29:18, 149:15, 149:18, 149:21, 149:23, 193:24, 194:7, 194:9

## 9

**9** [1] - 137:10
**90012** [1] - 1:23
**90212** [1] - 2:7
**92122** [1] - 2:12
**94** [2] - 4:6, 4:7
**9595** [1] - 2:6
**96** [1] - 4:7
**961** [1] - 2:6
**99** [2] - 64:2, 64:3
**9:00** [4] - 149:25, 150:2, 150:4
**9:10** [1] - 6:3
**9:18** [1] - 182:7

## A

**A.M** [1] - 6:3
**a.m** [5] - 126:24, 149:15, 149:25, 150:2, 182:7
**ability** [2] - 72:17, 122:11
**able** [5] - 21:20, 30:11, 56:10, 155:11, 196:17
**about...** [1] - 165:4

184:10
**admonishment** [3] - 51:25, 130:6, 194:3
**advertisements** [2] - 72:4, 157:19
**Advertising** [1] - 16:7
**advertising** [18] - 8:15, 12:3, 20:21, 21:2, 21:4, 24:16, 36:14, 72:25, 73:2, 81:24, 98:3, 98:6, 98:7, 121:11, 136:6, 139:19, 140:8, 152:15
**advice** [1] - 81:3
**advised** [3] - 55:16, 154:12, 154:13
**affiliated** [1] - 138:24
**afternoon** [5] - 6:9, 52:23, 52:24, 134:22, 177:3
**afterwards** [1] - 197:24
**agencies** [1] - 144:6
**agency** [32] - 11:14, 11:19, 12:3, 12:4, 13:2, 13:9, 27:8, 27:10, 27:16, 50:9, 55:11, 55:17, 55:21, 62:6, 62:7, 66:10, 66:14, 66:18, 110:5, 129:14, 139:19, 140:8, 142:2, 144:6, 164:8, 167:14, 168:21, 171:20, 171:22, 177:20
**agent** [6] - 140:21, 140:23, 143:6, 167:4, 180:22, 183:14
**agents** [3] - 139:16, 167:6, 189:11
**ago** [1] - 72:3
**agree** [4] - 10:22, 27:20, 80:2, 196:19
**agreed** [1] - 50:10
**agreement** [8] - 14:3, 62:6, 67:7, 67:9, 167:9, 175:24, 176:1, 176:12
**ahead** [10] - 64:14, 83:14, 92:19, 100:2, 102:24, 115:22, 117:25, 160:13, 194:10, 196:25
**Air** [1] - 81:18
**Ali** [4] - 61:19, 75:5, 75:7, 154:6
**allow** [1] - 162:12
**almost** [3] - 8:10, 65:21, 155:13
**alternate** [1] - 87:8
**ambiguous** [5] - 97:17, 108:16, 135:16, 136:14, 175:10

## ABOVE

**ABOVE** [1] - 202:15
**ABOVE-ENTITLED** [1] - 202:15
**absent** [1] - 201:14
**absolutely** [1] - 156:24
**absurd** [1] - 133:25
**accept** [4] - 25:18, 50:10, 81:3, 82:8
**accepted** [3] - 25:24, 109:21, 164:8
**accepting** [1] - 26:1
**according** [1] - 176:8
**accordingly** [1] - 52:7
**account** [9] - 39:18, 41:1, 42:2, 42:3, 42:5, 42:9, 42:17, 65:22, 95:16
**accountability** [1] - 14:5
**accountable** [1] - 14:9
**accounts** [2] - 39:13, 39:15
**accurately** [2] - 128:14, 149:21
**acknowledge** [1] - 66:5
**acknowledging** [1] - 132:3
**acquaintance** [1] - 79:1
**acronym** [1] - 29:11
**acted** [1] - 30:23
**acting** [1] - 70:10
**action** [1] - 83:21
**actions** [1] - 9:8
**actual** [2] - 32:2, 96:4
**ad** [1] - 131:18
**ad's** [1] - 98:11
**Adam** [2] - 148:1, 153:23
**adapting** [1] - 6:7
**additional** [2] - 117:14, 181:1
**additionally** [1] - 93:13
**address** [4] - 10:3, 93:12, 124:20, 159:2
**adjourned** [1] - 201:18
**adjust** [1] - 25:17
**admissible** [1] - 127:14
**admission** [4] - 104:18, 124:1, 124:3, 131:15
**admit** [2] - 137:9, 146:24
**admitted** [20] - 37:13, 38:3, 38:7, 40:16, 42:13, 63:5, 88:20, 89:1, 94:8, 96:18, 100:5, 106:22, 116:19, 128:22, 132:21, 137:12, 141:5, 147:2, 183:4,

**amount** [3] - 191:22, 194:20, 199:7
**Anastas** [30] - 20:7, 30:4, 59:18, 60:5, 60:9, 79:6, 83:9, 84:3, 84:15, 84:23, 91:1, 107:14, 107:15, 112:1, 149:1, 151:17, 154:12, 154:16, 154:22, 180:4, 180:5, 184:2, 184:13, 188:11, 188:17, 188:22, 188:25, 190:3, 191:5, 191:21
**AND** [3] - 202:10, 202:13, 202:15
**AND/OR** [1] - 202:19
**ANGELES** [4] - 1:17, 1:23, 2:7, 6:1
**Angeles** [10] - 8:13, 8:17, 16:13, 16:14, 16:17, 37:22, 39:10, 76:16, 76:18, 76:20
**animal** [1] - 109:8
**animals** [1] - 108:23
**annually** [1] - 21:15
**answer** [7] - 27:1, 47:10, 60:2, 60:20, 168:8, 192:16, 200:20
**answered** [6] - 113:9, 113:13, 120:11, 120:17, 141:13, 182:1
**anticipate** [3] - 196:11, 197:1, 197:6
**ANY** [1] - 202:18
**apologies** [1] - 56:24
**apologize** [8] - 51:12, 53:20, 103:10, 135:8, 141:6, 146:23, 148:5, 162:9
**appearance** [2] - 7:21, 35:18
**appearances** [2] - 18:6, 163:13
**appeared** [2] - 41:15, 150:9
**apply** [2] - 22:2, 107:7
**appointed** [1] - 7:25
**appreciate** [1] - 163:8
**appropriate** [1] - 80:22
**approval** [1] - 101:25
**approve** [1] - 99:11
**approved** [1] - 108:14
**approximate** [1] - 80:6
**April** [17] - 38:19, 46:1, 46:15, 46:16, 46:18, 46:21, 47:12, 48:5, 48:6, 48:9, 48:10, 48:12, 48:15, 58:13, 58:15, 58:22, 59:6

**APRIL** [2] - 1:18, 6:1
**ARE** [1] - 202:19
**area** [4] - 126:6, 133:20, 178:6, 191:17
**argue** [3] - 196:10, 196:25, 197:24
**argument** [9] - 14:11, 193:24, 193:25, 194:23, 194:25, 196:16, 197:11, 197:22, 198:2
**arises** [1] - 11:18
**Arquette** [1] - 171:17
**arrangement** [3] - 168:16, 168:19, 169:1
**arrival** [1] - 114:14
**arrive** [4] - 28:6, 149:15, 149:22, 159:9
**arrived** [3] - 20:2, 28:6, 30:23
**art** [2] - 70:13
**artist** [2] - 148:7, 148:9
**artists** [3] - 12:14, 28:8, 174:21
**aside** [3] - 75:9, 154:25, 167:11
**assist** [3] - 70:14, 80:15, 121:2
**assistant** [9] - 145:21, 145:22, 147:22, 148:2, 151:7, 153:10, 153:22, 153:25
**assistants** [2] - 29:5, 150:1
**assisted** [4] - 109:7, 137:6, 141:10, 159:17
**assisting** [2] - 136:8, 141:2
**associated** [3] - 77:25, 84:21, 88:1
**associates** [2] - 155:23, 156:5
**assume** [6] - 19:18, 158:23, 180:4, 180:7, 180:8, 185:24
**assumed** [1] - 85:12
**assumes** [2] - 167:22, 179:24
**assuming** [5] - 57:22, 147:18, 181:19, 182:2, 194:24
**assumption** [1] - 162:9
**AT** [1] - 6:3
**attachment** [1] - 146:19
**attachments** [1] - 146:15
**attempt** [1] - 9:3
**attempts** [1] - 129:15

**attend** [3] - 9:11, 19:14, 80:13
**attended** [1] - 101:12
**attending** [1] - 17:21
**attention** [2] - 10:7, 23:19
**attorney** [9] - 44:18, 44:19, 45:1, 45:13, 45:21, 45:24, 71:15, 71:20, 83:18
**attorney's** [1] - 87:1
**attorneys** [1] - 197:24
**authority** [1] - 167:8
**AV** [1] - 15:7
**avoid** [1] - 76:9
**awarded** [4] - 41:3, 41:5, 41:20, 43:3
**aware** [32] - 60:25, 134:13, 135:7, 135:11, 137:18, 137:21, 138:1, 138:16, 138:17, 142:8, 142:12, 145:15, 148:19, 150:19, 155:3, 165:12, 167:16, 168:7, 168:9, 170:3, 170:12, 170:21, 171:10, 171:21, 185:25, 188:6, 189:22, 190:2, 191:14, 200:19
**awesome** [1] - 21:18
**ay** [1] - 186:19

**B**

**baby** [3] - 108:25, 109:2, 109:6
**background** [3] - 32:21, 114:12, 117:6
**bad** [4] - 54:18, 56:7, 125:13, 134:5
**Barner** [2] - 79:7, 84:16
**based** [4] - 78:6, 85:14, 109:21
**basic** [1] - 97:21
**basis** [2] - 161:24, 191:25
**bathroom** [1] - 30:14
**bcc** [1] - 147:9
**bear** [1] - 32:9
**beautiful** [1] - 98:14
**beforehand** [1] - 145:1
**began** [4] - 8:9, 45:25, 73:24, 125:4
**beginning** [5] - 37:2, 55:15, 77:6, 129:3, 189:10
**begins** [1] - 107:5
**behalf** [12] - 27:21, 50:11, 62:11, 140:21, 140:23,

144:5, 144:10, 150:9, 167:9, 168:25, 169:14, 180:22
**BEHALF** [2] - 2:4, 2:9
**behind** [2] - 29:4
**behind-the-scenes** [2] - 29:4
**Bel** [1] - 81:18
**Bello** [7] - 79:7, 84:16, 138:18, 138:21, 138:23, 148:17, 151:19
**belong** [1] - 95:18
**below** [1] - 127:8
**best** [2] - 143:2, 174:3
**better** [7] - 56:9, 109:7, 144:22, 149:20, 161:6, 166:19, 172:7
**between** [22] - 7:21, 14:17, 22:21, 23:4, 23:5, 23:8, 24:5, 35:18, 38:19, 49:2, 55:7, 58:13, 58:22, 63:9, 68:21, 100:9, 128:14, 129:12, 157:15, 187:9, 190:19, 193:2
**beyond** [2] - 18:8, 163:11
**bifurcate** [1] - 195:7
**big** [5] - 17:7, 17:18, 18:12, 30:24, 149:9
**bigger** [3] - 37:15, 40:19, 41:12
**Bill** [3] - 185:5, 185:22, 186:1
**bill** [1] - 185:24
**billboard** [9] - 38:13, 38:14, 39:6, 39:7, 39:9, 58:12, 58:20, 91:13, 91:24
**billboards** [12] - 8:14, 28:12, 37:21, 41:2, 42:23, 72:4, 73:4, 73:12, 112:24, 118:9, 119:8, 135:24
**bills** [1] - 133:23
**Bilzerian** [80] - 10:20, 19:17, 19:20, 20:4, 29:1, 29:10, 30:2, 30:16, 32:22, 32:23, 33:2, 43:13, 46:7, 46:21, 48:4, 57:5, 57:14, 62:14, 62:19, 62:22, 63:1, 65:2, 65:6, 65:14, 65:21, 66:8, 69:10, 69:11, 69:19, 77:20, 77:25, 78:14, 78:17, 88:5, 90:9, 92:5, 93:4, 93:18, 93:22, 94:14, 94:24, 95:3, 95:7, 98:20, 99:4, 99:11, 100:12, 100:25,

104:13, 108:7, 114:6, 117:6, 123:6, 124:9, 124:11, 124:22, 125:20, 126:23, 127:1, 128:11, 128:15, 129:3, 129:6, 129:20, 130:24, 131:1, 132:6, 132:13, 133:20, 134:24, 150:24, 157:5, 158:17, 176:12, 191:4, 191:5, 191:8, 191:13, 191:21
**Bilzerian's** [6] - 42:5, 42:17, 57:11, 150:20, 150:21, 184:19
**binder** [16] - 22:12, 22:14, 22:17, 31:10, 36:20, 47:10, 56:11, 82:10, 82:13, 82:19, 88:12, 92:24, 96:6, 106:9, 114:21, 123:14
**bit** [12] - 17:12, 22:15, 37:15, 40:19, 41:12, 79:22, 86:20, 97:7, 108:22, 111:6, 112:20, 139:5
**black** [1] - 106:25
**blanketed** [1] - 8:13
**blue** [10] - 94:20, 94:21, 97:4, 106:23, 106:24, 128:24, 129:2, 133:6, 133:10
**bold** [1] - 149:10
**Bonner** [6] - 138:18, 138:21, 138:23, 148:17, 151:19, 184:2
**Bonner@stewart&lime.com** [1] - 148:16
**book** [8] - 11:14, 55:21, 126:20, 128:13, 136:24, 142:15, 165:14, 186:8
**booked** [1] - 25:20
**booking** [8] - 142:9, 142:19, 144:7, 156:12, 168:13, 169:12, 170:6, 176:20
**boss** [1] - 30:24
**bottom** [7] - 59:10, 82:22, 115:8, 115:25, 167:2, 182:18, 185:5
**BOULEVARD** [1] - 2:6
**Boulevard** [1] - 98:4
**Bovat** [1] - 138:14
**Bove** [1] - 84:16
**Brady** [1] - 154:8

**brain** [1] - 61:18
**brand** [6] - 18:3, 20:20, 20:22, 21:5, 80:1, 81:1
**Brasikini** [1] - 154:4
**break** [11] - 35:3, 51:21, 51:22, 52:25, 59:20, 112:7, 130:4, 130:17, 130:20, 160:21, 190:13
**breakdown** [2] - 191:2, 191:3
**breaking** [2] - 51:13, 130:4
**breaks** [4] - 8:2, 30:11, 35:4, 112:8
**brief** [1] - 199:12
**briefly** [8] - 52:25, 68:20, 74:16, 130:15, 161:9, 178:21, 183:21, 198:3
**bring** [7] - 19:8, 73:21, 75:20, 162:15, 162:19, 169:9, 169:11
**broad** [4] - 55:3, 102:9, 113:18, 119:19
**brought** [5] - 49:12, 124:15, 173:14, 174:3, 200:17
**BS** [1] - 123:12
**building** [2] - 8:14, 39:1
**buildings** [1] - 73:4
**bunch** [1] - 123:12
**burden** [2] - 50:12, 197:7
**business** [14] - 7:15, 10:17, 15:20, 16:15, 16:20, 18:8, 76:10, 76:12, 77:14, 152:13, 152:14, 170:12, 170:13, 172:16
**BUSTILLOS** [3] - 1:20, 202:10, 202:23
**but...** [3] - 113:6, 186:22, 197:9
**butcher** [1] - 28:18
**BY** [166] - 2:5, 2:10, 3:7, 3:7, 3:8, 3:9, 3:13, 3:13, 3:14, 3:15, 15:13, 24:13, 25:11, 26:14, 27:4, 30:10, 32:5, 33:1, 33:6, 34:23, 36:1, 37:14, 38:8, 39:24, 40:17, 42:14, 43:17, 44:11, 44:25, 45:8, 45:23, 48:2, 51:9, 52:22, 56:25, 57:19, 60:4, 60:23, 61:9, 62:18, 64:25, 65:13, 71:6, 71:13, 72:2,

72:23, 73:14, 73:23, 74:18, 76:6, 78:13, 82:3, 82:17, 83:16, 86:1, 86:13, 89:2, 89:22, 90:22, 91:2, 92:15, 92:20, 93:16, 94:9, 96:24, 97:19, 99:10, 99:16, 100:8, 100:20, 101:7, 101:18, 102:25, 103:21, 104:12, 104:16, 104:20, 105:4, 105:20, 106:4, 108:21, 109:5, 109:11, 109:16, 111:2, 112:2, 114:1, 115:2, 116:20, 117:12, 117:19, 118:1, 118:18, 119:1, 119:6, 119:16, 119:25, 120:14, 120:20, 122:9, 122:19, 123:1, 124:17, 125:2, 125:12, 125:19, 126:1, 126:18, 127:18, 128:8, 128:23, 130:19, 132:12, 133:5, 134:10, 134:21, 135:10, 135:18, 136:1, 136:17, 137:13, 139:13, 140:5, 141:15, 142:25, 143:17, 144:15, 145:14, 147:3, 153:20, 155:12, 156:11, 158:15, 158:24, 163:10, 163:17, 164:15, 166:5, 166:20, 168:2, 168:11, 169:2, 170:11, 171:6, 172:1, 172:14, 172:25, 173:18, 174:16, 175:4, 175:13, 176:18, 177:2, 178:20, 179:16, 180:1, 180:18, 182:4, 183:5, 184:21, 185:15, 185:21, 186:7, 190:17, 191:20, 192:12

**C**

**C.S.R** [1] - 1:21
**CA** [2] - 2:7, 2:12
**CACI** [1] - 198:21
**calendar** [1] - 50:6
**Caley** [11] - 6:12, 14:24, 15:6, 76:23, 126:3, 129:4,

**133**:11, 180:23, 181:24, 182:2

**CALEY** [7] - 1:7, 2:4, 3:6, 3:12, 15:2, 163:6, 202:5

**Caley's** [1] - 129:14

**CALIFORNIA** [5] - 1:2, 1:17, 1:23, 6:1, 202:12

**call-sheet** [1] - 12:13

**camera** [3] - 58:21, 154:23, 154:25

**campaign** [41] - 7:7, 7:10, 7:11, 7:13, 16:24, 18:1, 18:13, 21:1, 37:23, 72:13, 72:25, 73:2, 79:12, 79:14, 79:21, 80:11, 81:7, 81:25, 82:5, 85:24, 91:7, 95:1, 95:5, 98:3, 98:11, 100:13, 101:2, 118:16, 118:19, 135:19, 135:21, 135:24, 136:2, 136:5, 136:6, 136:9, 137:18, 137:24, 152:22, 174:4, 182:10

**cancelled** [1] - 29:22

**candidate** [1] - 98:11

**candidates** [1] - 101:24

**cannabis** [10] - 11:24, 12:2, 18:10, 18:16, 137:16, 165:21, 166:8, 166:23, 170:14, 182:11

**Cannabis** [19] - 59:10, 59:13, 68:22, 77:23, 134:24, 135:2, 135:12, 139:2, 139:20, 139:22, 140:8, 140:14, 140:18, 155:14, 157:8, 157:15, 157:18, 182:24

**cannabis-related** [3] - 165:21, 166:8, 166:23

**capacity** [2] - 163:14, 185:3

**captured** [1] - 155:22

**car** [1] - 152:23

**carbon** [1] - 84:7

**card** [3] - 19:9, 169:16, 169:18

**cards** [2] - 169:20, 169:21

**care** [1] - 10:11

**case** [23] - 6:17, 9:25, 10:22, 10:25, 11:17, 12:7, 12:21, 14:13, 51:15, 51:25, 72:12, 114:17, 130:7, 161:10, 169:10,

174:17, 194:2, 194:3, 194:8, 196:10, 199:6, 199:7, 200:1

**CASE**..................... - 3:3

**CASE**......................... [1] - 3:4

**Casting** [1] - 86:2

**casting** [46] - 7:21, 17:19, 17:21, 19:2, 19:4, 19:14, 19:15, 19:16, 20:2, 20:5, 20:9, 20:14, 21:9, 22:5, 24:19, 24:24, 35:19, 55:6, 55:7, 80:13, 86:8, 86:9, 86:15, 90:4, 90:9, 96:1, 96:2, 100:22, 101:1, 101:9, 101:13, 101:20, 101:22, 102:5, 102:7, 102:15, 102:20, 103:7, 103:23, 104:8, 104:23, 105:7, 121:24, 122:6, 169:16, 192:2

**cc** [2] - 129:15, 147:7

**CENTRAL** [2] - 1:2, 202:11

**certain** [5] - 65:25, 91:13, 91:18, 91:24, 201:7

**CERTIFY** [1] - 202:12

**cetera** [2] - 126:15, 142:3

**CFO** [2] - 49:14, 68:3

**chair** [2] - 52:10, 194:12

**Chalon** [1] - 81:17

**chance** [3] - 146:3, 181:15, 183:21

**change** [3] - 7:20, 25:22, 35:18

**changed** [1] - 61:18

**changes** [1] - 196:14

**changing** [1] - 33:11

**channels** [1] - 22:10

**characterize** [1] - 79:18

**charge** [2] - 29:7, 111:20

**CHARGED** [1] - 202:18

**check** [7] - 62:11, 65:25, 67:3, 67:13, 129:12, 172:5, 172:8

**checked** [1] - 87:10

**checking** [1] - 31:2

**checklist** [1] - 31:2

**chief** [1] - 174:17

**choices** [1] - 90:9

**choose** [1] - 86:18

**chose** [3] - 110:14, 121:24, 149:12

**chosen** [3] - 42:24, 95:5, 152:24

**CIRCUIT** [1] - 202:18

**city** [1] - 8:13

**claim** [2] - 162:2, 177:9

**claims** [3] - 161:25, 177:7

**clarify** [8] - 10:21, 59:21, 62:8, 71:14, 134:23, 161:3, 161:17, 170:5

**clarity** [1] - 136:7

**class** [1] - 81:1

**classes** [1] - 16:8

**Claudia** [1] - 28:20

**clean** [2] - 28:7

**clear** [6] - 73:24, 83:23, 84:2, 87:5, 153:15, 165:7

**clearly** [1] - 56:23

**client** [4] - 11:22, 14:15, 23:8, 141:25

**clients** [2] - 169:10, 169:11

**clips** [3] - 196:18, 196:25

**close** [5] - 47:10, 47:22, 57:9, 58:4, 196:20

**closer** [1] - 195:9

**closing** [6] - 14:11, 194:25, 195:7, 197:10, 197:21, 198:2

**clothes** [2] - 33:11, 79:20

**Co** [2] - 59:10, 59:13

**Cobra** [1] - 185:2

**CODE** [1] - 202:13

**cognizant** [1] - 18:19

**colleagues** [1] - 7:2

**collect** [5] - 27:20, 70:14, 129:15, 168:24, 169:4

**collected** [1] - 62:10

**collecting** [1] - 169:14

**college** [3] - 6:23, 15:22, 15:24

**Colorado** [1] - 16:4

**comfort** [1] - 18:21

**coming** [4] - 17:7, 32:10, 193:6, 193:15

**commitments** [1] - 25:19

**common** [1] - 108:11

**communicate** [3] - 24:14, 45:4, 110:4

**communicated** [1] - 44:21

**communicating** [3] - 88:5, 92:5, 122:14

**communication** [6] - 12:20, 88:7, 129:12, 167:17, 167:19,

176:19

**communications** [10] - 9:2, 23:15, 45:2, 45:10, 54:7, 93:18, 103:23, 104:21, 121:5, 121:9

**comp** [4] - 19:9, 169:18, 169:20, 169:21

**companies** [1] - 35:14, 60:15, 78:1, 137:19, 170:7

**company** [40] - 10:17, 10:18, 11:23, 14:4, 18:11, 18:16, 19:7, 19:8, 20:18, 22:3, 22:6, 53:12, 59:15, 61:1, 74:10, 78:8, 98:7, 103:17, 104:6, 108:18, 124:12, 135:8, 135:11, 137:21, 138:2, 138:6, 142:1, 143:5, 153:3, 153:6, 153:11, 154:14, 155:6, 170:16, 170:18, 170:23, 170:24, 182:11, 185:25

**Company** [14] - 68:22, 134:25, 135:3, 135:12, 139:3, 139:20, 139:22, 140:9, 140:14, 140:18, 155:15, 157:8, 157:15, 157:19

**company's** [1] - 10:19

**compensation** [7] - 11:11, 61:21, 67:3, 67:10, 155:4, 168:17, 175:6

**complete** [1] - 7:18

**computer** [1] - 154:18

**concept** [1] - 6:18

**concern** [3] - 55:23, 185:8, 200:8

**concerned** [1] - 99:25

**concerns** [1] - 18:15

**Cones** [1] - 94:18

**conference** [1] - 198:4

**CONFERENCE** [2] - 202:17, 202:20

**confirmation** [6] - 142:9, 142:19, 144:7, 156:13, 168:13, 169:12

**confirmations** [1] - 170:6

**confirming** [3] - 180:23, 188:25, 189:3

**CONFORMANCE** [2] - 202:16, 202:19

**confusing** [1] - 10:21

**confusion** [2] - 48:1,

76:9

**connection** [3] - 80:11, 139:18, 140:7

**consent** [2] - 166:7, 166:22

**consequences** [5] - 6:19, 7:3, 9:8, 9:19, 14:4

**consider** [2] - 9:12, 10:5

**considering** [1] - 72:18

**consist** [1] - 20:18

**consistent** [1] - 21:19

**contact** [7] - 11:13, 17:10, 46:4, 46:8, 58:24, 65:15, 65:18, 70:11, 142:2, 179:10

**contacted** [5] - 13:12, 53:24, 65:14, 65:16, 125:20

**containing** [1] - 131:1

**content** [4] - 22:18, 24:22, 92:21, 93:2

**contents** [3] - 26:16, 83:2, 96:6

**continue** [1] - 100:11

**continued** [1] - 162:5

**continuing** [1] - 128:15

**continuous** [1] - 98:25

**contract** [16] - 26:8, 41:21, 43:3, 86:19, 101:5, 101:10, 103:13, 103:15, 103:16, 103:18, 103:20, 105:25, 107:5, 107:7, 107:24, 135:21

**contractor** [1] - 11:5, 12:9, 14:16, 200:17

**contracts** [7] - 41:4, 42:25, 54:8, 105:22, 136:13, 136:20, 152:8

**control** [6] - 7:18, 7:19, 7:23, 8:6, 158:6, 159:8

**conversation** [5] - 18:11, 74:21, 173:19, 174:5, 176:8

**conversations** [2] - 70:7, 152:3

**convey** [1] - 110:9

**conveying** [3] - 183:13, 193:2, 193:3

**copied** [2] - 127:24, 183:16

**copy** [5] - 84:7, 143:11, 143:13, 158:19

**Corel** [1] - 53:12

**corner** [1] - 82:22

**corporate** [1] - 157:9

**CORPORATION** [1] - 2:10

207

corporation [1] -
153:7
corporations [1] -
157:12
correct [147] - 13:18,
30:18, 32:12, 34:11,
36:9, 39:5, 41:13,
42:18, 43:20, 43:21,
44:3, 44:15, 53:3,
54:1, 54:2, 55:1,
55:2, 57:23, 58:14,
60:10, 61:11, 61:12,
62:3, 62:10, 62:15,
63:2, 63:3, 65:7,
65:23, 66:6, 66:7,
66:10, 66:14, 66:19,
66:20, 66:21, 66:25,
67:1, 67:5, 67:8,
67:19, 67:20, 67:22,
68:13, 68:14, 69:12,
69:20, 69:21, 70:15,
70:16, 70:18, 70:19,
70:21, 71:19, 71:23,
73:25, 74:3, 75:12,
75:13, 77:7, 77:8,
84:8, 95:21, 95:24,
96:23, 103:19,
106:2, 109:1, 112:4,
114:19, 115:10,
116:12, 117:14,
129:1, 131:13,
131:14, 133:24,
134:25, 139:16,
141:3, 141:11,
143:3, 146:6,
148:20, 149:13,
149:24, 150:3,
150:13, 150:14,
150:17, 151:5,
151:6, 151:17,
151:18, 151:20,
152:5, 152:6,
152:11, 152:21,
152:24, 152:25,
153:13, 153:14,
153:16, 153:17,
156:1, 156:4, 156:6,
156:19, 157:17,
158:1, 158:2,
163:20, 163:21,
163:24, 164:2,
164:10, 164:18,
164:23, 164:24,
165:11, 170:23,
171:15, 171:16,
172:17, 172:18,
172:19, 172:20,
174:6, 174:9,
174:10, 175:20,
176:5, 176:6,
177:18, 177:21,
179:6, 179:18,
179:19, 188:4,
188:12, 191:11,
191:14, 191:23,
198:2, 200:23

CORRECT [1] -
202:14
corrections [1] - 196:9
correctly [1] - 70:10
correspondence [11] -
178:22, 180:14,
180:19, 180:25,
186:13, 186:14,
187:4, 188:20,
188:24, 189:2, 189:5
cost [4] - 87:22, 88:1,
173:4, 173:6
costs [2] - 87:11,
87:20
costume [1] - 36:2
costumes [1] - 112:16
Counsel [23] - 10:9,
14:20, 15:9, 43:9,
51:12, 52:20, 59:24,
82:14, 83:14, 92:19,
96:19, 104:19,
116:2, 119:15,
124:14, 130:17,
131:18, 134:6,
160:12, 166:10,
178:17, 185:10,
195:22
COUNSEL [1] - 171:5
counsel [18] - 10:11,
10:16, 11:9, 11:17,
12:6, 14:7, 14:21,
49:13, 63:23, 66:2,
68:2, 76:7, 119:10,
126:5, 134:2,
166:14, 193:25,
194:17
count [1] - 107:6
counted [1] - 50:5
couple [10] - 49:5,
84:14, 87:14, 89:17,
114:12, 177:3,
190:15, 199:25,
200:6, 200:9
course [3] - 21:18,
50:14, 79:8
COURT [321] - 1:1,
1:20, 6:3, 10:9,
10:11, 14:20, 14:25,
15:9, 22:24, 23:1,
23:3, 23:7, 23:10,
23:14, 23:21, 24:1,
24:7, 24:9, 24:11,
25:8, 25:10, 26:12,
26:24, 27:1, 27:3,
30:9, 31:23, 32:1,
32:4, 32:25, 33:5,
34:22, 35:25, 37:10,
38:4, 39:22, 40:11,
40:14, 42:10, 43:6,
43:9, 43:11, 43:14,
44:9, 44:24, 45:7,
45:17, 45:19, 47:3,
47:6, 47:9, 47:13,
47:16, 47:19, 50:24,
51:3, 51:7, 51:12,
51:20, 52:13, 52:18,

56:22, 57:16, 59:24,
60:1, 60:21, 61:4,
61:8, 62:17, 63:18,
63:20, 63:22, 64:6,
64:12, 64:14, 64:17,
64:20, 65:9, 65:12,
71:5, 71:25, 72:22,
73:9, 73:13, 73:18,
73:22, 74:7, 74:15,
75:15, 75:20, 76:2,
76:5, 78:5, 78:9,
78:12, 81:22, 82:2,
83:8, 83:10, 83:13,
85:21, 86:12, 88:18,
88:23, 89:21, 90:15,
90:17, 90:25, 92:12,
92:19, 93:9, 94:4,
96:15, 97:15, 97:18,
99:9, 99:14, 99:24,
100:6, 100:16,
100:19, 101:3,
101:17, 102:9,
102:17, 102:19,
102:22, 102:24,
103:8, 103:11,
103:15, 103:18,
104:11, 104:15,
104:19, 105:1,
105:12, 105:25,
106:3, 106:18,
107:25, 108:17,
108:19, 109:4,
109:10, 109:15,
110:25, 111:24,
113:10, 113:14,
113:18, 113:21,
113:25, 115:10,
115:13, 116:1,
116:4, 116:6, 116:8,
116:11, 116:15,
117:11, 117:18,
117:22, 118:14,
118:17, 118:21,
118:25, 119:5,
119:10, 119:15,
119:21, 120:12,
120:18, 121:16,
121:20, 122:1,
122:5, 122:8,
122:18, 122:23,
122:25, 123:24,
124:3, 124:6,
124:13, 124:25,
125:10, 125:18,
125:25, 126:5,
126:9, 127:5,
127:12, 127:16,
128:7, 128:19,
130:3, 130:16,
131:7, 131:12,
131:17, 131:25,
132:4, 132:10,
132:18, 132:24,
133:3, 134:2, 134:4,
134:18, 135:5,
135:17, 137:11,
139:12, 140:2,

141:14, 142:24,
143:14, 144:13,
145:13, 147:1,
156:9, 158:13,
158:22, 159:22,
159:25, 160:4,
160:8, 160:12,
160:19, 161:5,
161:8, 161:11,
161:15, 161:18,
162:3, 162:11,
162:15, 162:18,
162:21, 162:25,
163:4, 163:16,
164:12, 166:1,
166:3, 166:10,
166:13, 166:19,
167:23, 168:8,
168:23, 170:10,
171:4, 171:25,
172:11, 172:13,
172:24, 173:13,
174:14, 174:24,
175:3, 175:11,
176:15, 176:23,
176:25, 178:6,
178:9, 178:12,
178:15, 179:10,
179:15, 179:25,
180:10, 180:13,
181:14, 181:18,
181:23, 182:1,
183:3, 184:8, 185:9,
185:14, 185:19,
186:5, 190:11,
191:17, 192:10,
193:7, 193:11,
193:14, 193:18,
193:20, 194:13,
194:17, 195:5,
195:15, 195:21,
196:20, 196:23,
197:4, 197:10,
197:17, 197:23,
198:1, 198:6,
198:11, 198:15,
198:23, 199:3,
199:14, 199:19,
199:24, 200:2,
200:10, 200:22,
201:2, 201:13,
202:10, 202:11
Court [1] - 115:15
Court's [1] - 198:19
COURTHOUSE [1] -
1:21
COURTROOM [12] -
15:3, 51:18, 52:9,
75:23, 82:14, 92:10,
96:19, 96:22,
114:22, 162:19,
166:15, 194:11
courtroom [4] - 52:14,
160:24, 162:22,
194:14
covered [4] - 85:1,

85:3, 85:12, 85:17
crazily [1] - 195:13
create [1] - 89:25
created [1] - 117:25
creating [1] - 36:13
creative [8] - 24:23,
25:4, 29:13, 84:24,
85:16, 89:18, 90:10,
155:23
crew [15] - 12:14,
87:11, 87:20,
111:14, 149:25,
150:8, 150:10,
151:13, 156:5,
157:24, 157:25,
158:3, 158:6, 159:9,
159:17
cross [4] - 51:3,
52:21, 74:15, 134:18
Cross [1] - 176:25
CROSS [6] - 3:5, 3:11,
51:8, 134:19, 177:1,
190:14
cross-examination [3]
- 51:3, 52:21, 134:18
CROSS-
EXAMINATION [4] -
51:8, 134:19, 177:1,
190:14
crucial [3] - 86:3,
86:10, 86:15
cumulative [1] -
174:23
curious [1] - 199:2
current [4] - 24:18,
85:24, 171:17,
192:18
custody [1] - 51:20
custom [1] - 140:22
customer [1] - 143:20
CV [3] - 1:10, 202:6

**D**

daily [6] - 26:21,
33:25, 54:9, 165:2,
176:2, 176:4
Dallas [2] - 16:2, 16:5
Dan [33] - 19:17,
23:24, 29:1, 31:3,
32:22, 42:5, 42:17,
63:9, 69:6, 77:20,
77:25, 79:1, 79:8,
81:20, 86:3, 86:10,
90:4, 90:9, 91:1,
93:1, 102:4, 104:5,
108:7, 111:17,
111:18, 126:23,
127:24, 129:4,
129:9, 150:20,
150:21, 184:19,
190:25
Dan's [4] - 81:16,
87:9, 111:1, 152:23
Dariotis [7] - 61:19,

75:2, 75:7, 75:9, 75:10, 154:6, 159:15
**date** [21] - 14:1, 41:10, 41:14, 42:19, 42:20, 42:22, 46:13, 46:20, 58:20, 80:6, 87:8, 87:13, 98:22, 126:22, 127:9, 144:24, 146:13, 174:6, 186:22, 187:16, 190:2
**DATE** [1] - 202:23
**dated** [1] - 182:18
**dates** [3] - 49:5, 87:14, 149:13
**dawn** [1] - 129:22
**DAY** [1] - 1:16
**days** [11] - 8:10, 20:19, 50:3, 50:4, 50:5, 50:6, 50:22, 96:2, 144:24, 200:5, 200:6
**dealing** [4] - 6:19, 50:21, 134:4, 134:6
**decide** [4] - 35:3, 174:3, 174:25, 201:10
**decided** [5] - 29:13, 113:19, 160:16, 173:16, 192:20
**decides** [1] - 141:25
**deciding** [1] - 200:9
**decision** [1] - 95:4
**dedicate** [1] - 172:21
**Defendant** [1] - 1:13
**DEFENDANT** [1] - 2:9
**defendant** [10] - 6:14, 6:16, 51:19, 105:17, 117:23, 126:13, 126:16, 134:5, 161:21, 194:21
**defendant's** [1] - 147:2
**defense** [3] - 160:8, 193:16, 200:17
**Defense** [2] - 163:2, 163:3, 201:1
**Defense's** [3] - 137:12, 183:4, 184:10
**DEFENSE'S** [4] - 3:4, 3:11, 5:2, 163:6
**defenses** [1] - 10:3
**define** [1] - 154:17
**deliberation** [2] - 52:3, 194:2
**demand** [6] - 11:7, 68:24, 69:4, 69:22, 70:17, 71:8
**demanded** [2] - 49:22, 70:8
**demanding** [1] - 71:15
**demands** [1] - 69:25
**Denver** [1] - 16:4
**depicted** [2] - 18:20, 24:20

**depicts** [1] - 25:1
**depo** [1] - 148:5
**DEPOSIT** [1] - 202:19
**deposition** [5] - 30:3, 63:11, 63:14, 63:16, 64:7
**DEPUTY** [12] - 15:3, 51:18, 52:9, 75:23, 82:14, 92:10, 96:19, 96:22, 114:22, 162:19, 166:15, 194:11
**describing** [1] - 190:20
**designed** [1] - 7:13
**details** [10] - 7:25, 17:25, 48:21, 49:7, 97:21, 136:16, 136:18, 181:1, 181:5, 183:13
**determine** [1] - 201:10
**develop** [1] - 90:12
**developed** [1] - 157:20
**dictated** [1] - 74:11
**DIEGO** [1] - 2:12
**different** [14] - 28:10, 28:13, 56:15, 64:21, 74:10, 79:23, 79:25, 87:12, 88:11, 124:20, 124:22, 125:7, 125:14, 143:13
**difficult** [1] - 41:11
**digital** [5] - 147:13, 153:1, 153:22, 165:22, 166:24
**Digital** [1] - 151:3
**dimensions** [1] - 91:18
**dire** [1] - 6:4
**direct** [8] - 11:13, 13:13, 46:9, 63:8, 93:11, 158:3, 169:4, 201:7
**DIRECT** [6] - 3:5, 3:11, 15:11, 75:21, 163:9, 178:19
**directed** [7] - 62:12, 66:13, 66:16, 66:18, 107:22, 111:20, 199:11
**direction** [8] - 7:18, 24:23, 25:5, 112:13, 112:16, 112:18, 112:22, 113:8
**directly** [7] - 46:4, 55:17, 66:14, 66:20, 67:10, 176:21, 180:6
**director** [3] - 19:22, 48:11, 124:11
**discovered** [1] - 16:6
**discuss** [8] - 19:12, 21:12, 51:25, 97:12, 97:20, 130:7, 189:19, 194:3

**discussed** [8] - 24:23, 87:14, 91:7, 103:4, 103:12, 152:13, 192:1
**discussing** [2] - 103:19, 108:6
**discussion** [4] - 90:23, 101:4, 101:9, 130:23
**discussions** [13] - 74:4, 80:21, 80:25, 81:10, 82:4, 86:14, 86:17, 90:19, 100:11, 100:24, 124:21, 125:4, 128:10
**dismiss** [1] - 51:16
**distinction** [1] - 157:15
**DISTRICT** [5] - 1:1, 1:2, 1:5, 202:11
**DIVISION** [1] - 1:3
**DM's** [1] - 65:24
**DO** [1] - 202:12
**document** [25] - 23:21, 31:17, 31:18, 32:7, 43:5, 47:17, 47:23, 82:22, 83:2, 85:20, 116:22, 127:11, 127:16, 128:5, 136:25, 137:4, 140:7, 141:9, 144:10, 144:16, 144:22, 146:20, 146:22, 165:17, 169:16
**documentation** [1] - 49:5
**documents** [4] - 49:6, 83:20, 92:23, 114:17
**dollar** [2] - 101:5, 101:10
**done** [9] - 33:8, 73:16, 79:15, 113:21, 113:22, 117:14, 155:13, 156:17, 159:11
**double** [1] - 16:7
**double-majored** [1] - 16:7
**down** [17] - 57:15, 58:7, 58:24, 72:10, 72:18, 75:15, 84:22, 86:20, 90:2, 139:5, 150:7, 159:25, 166:11, 178:9, 193:11, 195:18, 201:14
**downtown** [1] - 28:3
**draw** [2] - 23:19, 127:4
**dressed** [1] - 74:25
**DRIVE** [1] - 2:11
**Drive** [1] - 81:17
**driving** [3] - 85:17, 90:23, 90:24
**Drummond** [7] -

48:10, 48:14, 48:19, 49:9, 68:1, 69:7, 69:18
**due** [3] - 6:21, 8:20, 122:15
**duration** [1] - 178:22
**during** [17] - 6:13, 14:8, 16:8, 55:9, 59:20, 60:9, 60:16, 108:7, 130:16, 133:14, 138:7, 155:4, 168:18, 192:2, 192:15, 198:2, 198:3
**duties** [2] - 158:4, 158:7

---

## E

**e-mail** [47] - 68:1, 81:10, 83:4, 83:8, 84:2, 84:3, 84:23, 84:24, 85:11, 86:21, 87:2, 88:14, 89:4, 127:20, 127:24, 128:1, 146:6, 146:8, 151:22, 180:23, 182:6, 182:9, 182:14, 182:18, 182:23, 183:8, 183:17, 183:23, 183:24, 184:12, 184:15, 185:16, 186:20, 187:1, 187:4, 187:14, 187:15, 187:16, 187:20, 187:23, 188:25, 189:3, 189:6, 189:7, 189:8, 190:19
**e-mails** [8] - 12:25, 13:3, 83:25, 188:7, 188:10, 188:17, 188:21, 189:16
**early** [4] - 7:4, 51:22, 195:25, 196:1
**earth** [1] - 129:18
**easier** [1] - 32:11
**easy** [1] - 98:15
**edit** [2] - 154:16, 154:17
**efficient** [2] - 9:14, 9:16
**efficiently** [1] - 86:8
**either** [5] - 20:19, 25:3, 85:7, 177:14, 188:6
**element** [3] - 115:12, 119:14, 201:15
**elements** [3] - 200:18, 200:21, 200:22
**elevate** [3] - 21:5, 80:1, 81:2
**ELLIS** [241] - 2:10, 2:10, 3:7, 3:9, 3:13,

3:14, 10:13, 22:25, 23:2, 24:8, 25:6, 25:9, 26:10, 26:23, 30:7, 31:22, 32:24, 33:4, 34:21, 35:23, 39:21, 40:10, 42:8, 43:5, 43:7, 43:10, 43:12, 44:7, 44:23, 45:5, 45:16, 45:18, 50:23, 51:4, 51:9, 52:22, 56:24, 56:25, 57:19, 59:25, 60:4, 60:19, 60:22, 60:23, 61:9, 62:18, 63:21, 64:2, 64:13, 64:16, 64:19, 64:24, 64:25, 65:13, 71:3, 71:6, 71:11, 71:13, 71:24, 72:21, 73:7, 73:20, 74:6, 74:16, 74:18, 75:14, 78:3, 78:11, 81:21, 82:1, 83:11, 85:19, 86:11, 89:20, 90:14, 90:16, 90:24, 92:18, 93:8, 97:13, 97:16, 99:8, 99:13, 99:22, 100:15, 100:17, 101:2, 101:15, 102:8, 102:16, 103:6, 103:9, 104:10, 104:14, 104:24, 105:11, 105:24, 108:15, 109:3, 109:9, 109:14, 110:24, 111:22, 113:9, 113:13, 113:17, 115:7, 115:24, 116:3, 116:13, 117:10, 117:17, 117:21, 118:12, 118:20, 118:24, 119:4, 119:9, 119:19, 120:11, 120:17, 121:15, 122:17, 122:22, 123:22, 124:9, 124:24, 125:9, 125:17, 125:24, 126:4, 127:10, 127:13, 128:4, 130:14, 131:5, 132:9, 132:22, 134:20, 134:21, 135:7, 135:10, 135:18, 136:1, 136:17, 137:9, 137:13, 139:13, 140:3, 140:5, 141:6, 141:15, 142:23, 142:25, 143:17, 144:15, 145:14, 146:24, 147:3, 153:20, 155:10, 155:12, 156:7, 158:15, 158:24,

159:23, 160:9, 160:18, 161:2, 161:7, 161:9, 161:12, 161:16, 161:20, 162:9, 162:14, 162:17, 163:3, 163:7, 163:10, 163:17, 164:15, 166:5, 166:12, 166:17, 166:20, 168:10, 168:11, 169:2, 170:11, 171:6, 172:1, 172:14, 172:25, 173:18, 174:16, 175:2, 175:4, 175:13, 176:17, 176:18, 176:24, 178:7, 178:11, 178:13, 178:18, 178:20, 179:14, 179:16, 180:1, 180:14, 180:18, 181:15, 181:21, 181:24, 182:4, 183:1, 183:5, 184:6, 184:9, 184:11, 184:21, 185:15, 185:21, 186:7, 190:10, 191:18, 191:20, 192:12, 193:10, 193:13, 193:17, 195:3, 195:12, 198:3, 198:10, 198:12, 198:25, 199:10, 199:17, 199:21

**Ellis** [3] - 10:15, 56:8, 76:8
**Elmo** [1] - 197:19
**emphasized** [1] - 20:15
**employ** [2] - 69:24, 171:9
**employed** [8] - 115:21, 124:4, 145:22, 150:18, 174:12, 174:22, 188:11, 188:18
**employee** [7] - 11:6, 14:16, 105:14, 105:16, 115:18, 126:16
**employee/employer** [1] - 119:12
**employees** [4] - 13:3, 79:4, 126:15, 174:18
**employer** [7] - 11:4, 27:23, 117:23, 126:13, 134:7, 171:11, 171:13
**employer/employee** [1] - 134:8
**employers** [2] - 7:2, 126:15

**employment** [6] - 48:21, 49:5, 131:12, 150:19, 163:22, 171:8
**end** [13] - 9:25, 14:5, 21:23, 33:7, 34:24, 46:15, 67:4, 69:6, 80:14, 112:5, 112:12, 155:21, 195:17
**ended** [2] - 28:14, 34:10
**engage** [2] - 100:11, 100:24
**engaged** [2] - 7:8, 119:7
**enhance** [1] - 7:13
**enter** [2] - 10:6, 167:8
**entire** [1] - 116:14
**entirely** [2] - 13:8, 43:25
**entirety** [1] - 194:6
**entities** [1] - 137:14
**ENTITLED** [1] - 202:15
**entity** [4] - 10:17, 68:16, 137:23, 138:4
**equal** [1] - 194:23
**equipment** [1] - 159:18
**Erin** [6] - 48:10, 68:1, 69:7, 94:1, 94:18, 94:24
**escorted** [1] - 20:2
**Especially** [1] - 89:17
**ESQ** [2] - 2:5, 2:10
**established** [1] - 131:18
**estate** [1] - 8:16
**estimate** [5] - 50:20, 87:11, 87:19, 87:22, 87:23
**et** [2] - 126:15, 142:3
**ethic** [1] - 6:25
**event** [3] - 144:24, 149:8, 177:16
**eventually** [6] - 36:7, 49:23, 100:22, 103:1, 121:18, 134:14
**everywhere** [1] - 18:18
**evidence** [31] - 7:8, 7:12, 7:17, 7:23, 8:5, 8:13, 8:22, 9:1, 10:1, 10:5, 11:12, 12:10, 12:16, 12:18, 12:24, 13:10, 13:15, 13:18, 13:20, 14:10, 14:14, 47:19, 106:17, 128:18, 131:4, 132:17, 196:7, 197:7, 200:25, 201:10
**evidentiary** [1] - 161:24
**evolve** [1] - 185:17

**exact** [4] - 21:12, 58:19, 186:22, 189:24
**exactly** [11] - 21:6, 28:4, 31:15, 42:1, 49:3, 67:24, 74:24, 77:19, 129:7, 193:21, 200:12
**EXAMINATION** [13] - 15:11, 51:8, 72:1, 74:17, 75:21, 134:19, 156:10, 158:14, 163:9, 177:1, 178:19, 190:14, 191:19
**examination** [4] - 51:3, 52:21, 76:9, 134:18
**example** [3] - 91:14, 102:14, 157:5
**except** [3] - 51:18, 153:13, 153:16
**exceptions** [1] - 124:1
**exchange** [1] - 128:14
**exchanged** [1] - 130:25
**exchanging** [1] - 123:5
**excited** [2] - 21:17, 31:4
**exciting** [2] - 21:21, 21:22
**excuse** [6] - 12:21, 14:3, 43:15, 105:17, 128:4, 180:17
**excused** [1] - 193:12
**excusing** [1] - 52:6
**executive** [1] - 189:25
**executives** [1] - 130:1
**exercised** [1] - 7:23
**exerted** [1] - 8:7
**exhausting** [1] - 50:17
**Exhibit** [106] - 22:11, 22:17, 22:23, 31:8, 31:21, 36:20, 37:5, 37:9, 37:12, 38:2, 38:10, 38:21, 38:22, 38:23, 39:3, 40:9, 40:15, 41:23, 42:7, 42:12, 47:2, 47:7, 56:13, 56:21, 57:1, 58:9, 63:4, 64:5, 65:2, 70:1, 70:2, 82:13, 83:7, 86:21, 88:17, 88:19, 88:21, 89:1, 92:10, 92:12, 92:14, 92:24, 93:7, 93:12, 96:11, 96:14, 96:17, 98:17, 99:4, 99:7, 100:4, 106:8, 106:10, 106:13, 106:17, 106:21, 114:22, 114:23, 115:4, 116:18, 118:2, 118:6, 123:14, 123:18,

123:21, 124:19, 128:21, 130:21, 130:25, 131:4, 132:14, 132:17, 132:20, 133:7, 136:24, 137:10, 137:12, 139:1, 140:20, 141:1, 141:9, 142:14, 142:23, 145:24, 146:1, 146:18, 146:25, 147:2, 155:13, 156:13, 165:14, 165:16, 167:13, 168:12, 181:9, 183:2, 183:4, 183:20, 184:7, 184:10, 186:8, 190:18, 191:2
**exhibit** [19] - 22:16, 22:19, 36:21, 41:9, 47:1, 56:11, 56:14, 88:11, 96:20, 98:17, 114:24, 116:4, 116:24, 123:14, 124:21, 131:9, 141:1, 161:3, 193:6
**Exhibits** [2] - 38:6, 94:7
**exhibits** [2] - 9:12, 9:14
**existing** [4] - 23:24, 24:21, 89:18, 89:25
**exotic** [1] - 79:19
**experience** [2] - 155:17, 170:5
**expert** [1] - 157:9
**explain** [1] - 91:22
**explained** [2] - 11:9, 17:25
**explaining** [1] - 182:12
**express** [3] - 52:2, 130:8, 194:4
**expressed** [3] - 49:20, 105:6, 105:10
**extended** [1] - 7:24

**F**

**face** [2] - 9:19, 28:7
**Facebook** [4] - 42:5, 42:17, 57:5, 57:11
**facilitate** [2] - 142:2, 159:19
**facilitated** [1] - 139:15
**facility** [1] - 155:3
**fact** [8] - 7:9, 7:11, 7:19, 7:22, 13:17, 111:8, 123:6, 162:6
**facts** [4] - 8:6, 14:12, 167:22, 179:24
**fail** [3] - 9:22, 43:25, 44:12
**failed** [1] - 43:19

**fails** [1] - 201:1
**failure** [2] - 50:21, 131:15
**fair** [1] - 58:17
**fall** [1] - 76:23
**familiar** [1] - 95:13
**family** [1] - 172:16
**far** [7] - 73:24, 79:4, 100:1, 108:8, 112:15, 131:19, 136:16
**far-fetched** [1] - 100:1
**Fashion** [2] - 16:7, 16:9
**fashion** [2] - 16:10, 182:10
**fast** [1] - 53:6
**favor** [2] - 10:7, 14:14
**favorites** [1] - 108:3
**feasible** [1] - 87:7
**featured** [5] - 18:19, 118:8, 118:23, 172:2, 172:3
**February** [9] - 12:22, 70:20, 71:7, 71:22, 186:15, 186:23, 187:16, 188:4, 189:14
**FEE** [1] - 202:18
**fee** [4] - 129:16, 164:1, 164:4, 164:6
**fees** [5] - 67:15, 87:11, 87:20, 170:1, 170:3
**FEES** [1] - 202:18
**felt** [2] - 111:6, 113:16
**fetched** [1] - 100:1
**few** [5] - 8:10, 9:12, 9:19, 129:15, 160:20
**figure** [1] - 32:9
**figurehead** [1] - 78:7
**figuring** [1] - 198:25
**filings** [1] - 139:25
**final** [2] - 101:25, 193:25
**finalize** [1] - 90:9
**finalized** [2] - 26:9, 54:8
**finally** [10] - 9:4, 9:5, 13:5, 13:15, 13:20, 48:16, 49:19, 49:23, 50:6, 69:6
**fine** [5] - 133:12, 161:16, 194:25, 197:1, 199:4
**finger** [1] - 59:11
**finished** [5] - 36:7, 36:10, 36:14, 157:19, 194:18
**fire** [1] - 114:2
**fired** [2] - 35:9, 129:9
**first** [54] - 9:10, 11:3, 14:21, 17:10, 19:23, 21:8, 28:19, 29:21, 32:6, 36:25, 37:7, 37:21, 37:25, 59:7,

64:8, 65:7, 65:15, 69:6, 78:14, 78:25, 83:17, 87:13, 88:10, 89:16, 92:25, 94:10, 94:20, 96:9, 102:14, 105:5, 116:22, 116:23, 123:15, 123:17, 124:18, 127:2, 127:4, 139:18, 140:6, 146:19, 149:9, 151:7, 153:10, 153:22, 155:21, 160:17, 161:2, 161:9, 163:1, 176:9, 182:16, 186:19, 197:24

**fit** [2] - 19:13, 91:24

**fitting** [4] - 74:9, 75:11, 91:8, 174:2

**five** [7] - 20:18, 37:5, 51:22, 195:10, 195:15, 195:21, 195:23

**five-minute** [1] - 195:10

**flight** [2] - 25:20, 25:22

**floor** [1] - 20:3

**follow** [4] - 48:16, 50:15, 177:4, 184:15

**follow-up** [1] - 177:4

**followed** [4] - 8:25, 69:7, 69:6, 69:17

**following** [7] - 50:12, 52:11, 52:16, 130:12, 160:25, 162:23, 194:15

**food** [1] - 113:1

**foot** [1] - 7:20

**FOR** [3] - 202:10, 202:11, 202:18

**foreclose** [1] - 201:13

**FOREGOING** [1] - 202:13

**forgot** [1] - 77:5

**form** [11] - 38:2, 52:1, 67:3, 92:2, 130:8, 150:23, 194:4, 198:5, 198:7, 198:20, 199:1

**FORMAT** [1] - 202:16

**format** [4] - 88:7, 91:6, 91:8, 91:12

**forward** [4] - 129:15, 129:16, 187:23, 187:24

**forwarded** [7] - 129:25, 187:2, 187:20, 187:25, 188:1, 188:10, 188:17

**foundation** [16] - 30:8, 31:22, 39:21, 43:8, 45:16, 64:15, 64:17, 64:20, 73:13, 74:6,

78:3, 78:5, 111:23, 127:15, 128:5, 132:23

**founder** [4] - 19:22, 77:23, 114:6, 134:24

**four** [6] - 12:22, 20:18, 77:4, 81:9, 81:12, 152:4

**frame** [1] - 91:24

**frames** [1] - 28:12

**FRCP** [1] - 161:22

**free** [7] - 8:4, 35:6, 35:13, 35:18, 112:25, 113:11, 193:14

**Friday** [4] - 25:21, 87:7, 104:1, 107:6

**friend** [2] - 11:21, 142:7

**friendly** [1] - 179:4

**friends** [1] - 77:18

**front** [11] - 23:21, 56:11, 82:10, 105:13, 105:19, 114:25, 115:15, 115:20, 126:11, 155:20

**fruits** [1] - 8:9

**frustration** [1] - 49:21

**full** [4] - 15:4, 20:3, 75:24, 160:21

**fully** [1] - 161:23

**G**

**Gap** [1] - 53:15

**GARY** [1] - 1:5

**general** [6] - 49:13, 68:2, 198:5, 198:16, 199:8

**gentleman** [2] - 32:20, 79:7

**gentlemen** [5] - 10:14, 51:14, 130:3, 160:19, 193:20

**Gia** [1] - 154:4

**Giasbartool@yahoo** [1] - 148:6

**gig** [2] - 11:20, 54:1

**gigs** [2] - 163:12, 168:18

**girls** [4] - 20:17, 25:1, 123:11, 129:20

**given** [7] - 42:25, 80:22, 91:6, 118:5, 185:7, 185:11, 185:12

**glad** [1] - 59:19

**glare** [1] - 56:7

**goat** [1] - 29:3

**GOAT** [1] - 29:11

**goats** [6] - 29:2, 29:9, 36:5, 108:25, 109:2, 109:6

**gotcha** [1] - 197:25

**GOVERNOR** [1] - 2:11

**greatest** [1] - 29:11

**group** [1] - 89:12

**guess** [30] - 30:20, 31:1, 54:1, 55:14, 61:24, 63:6, 63:10, 66:23, 71:1, 73:17, 136:18, 137:25, 141:17, 141:21, 143:9, 146:1, 146:6, 169:3, 172:7, 174:1, 175:5, 176:8, 177:12, 179:1, 181:12, 184:2, 184:15, 184:25, 187:9, 196:9

**guesses** [1] - 73:18

**guy** [2] - 87:9

**H**

**hair** [12] - 28:7, 28:8, 33:10, 112:15, 149:17, 149:21, 149:22, 151:8, 154:2, 154:4, 159:11, 173:25

**half** [3] - 13:13, 51:23, 182:18

**hallway** [1] - 75:19

**hand** [2] - 11:22, 82:22

**handful** [2] - 50:3, 79:8

**handle** [1] - 80:14

**handled** [1] - 129:23

**hands** [1] - 195:12

**hanging** [1] - 25:2

**happy** [1] - 195:8

**hard** [1] - 6:24

**head** [2] - 35:21, 58:19

**headshot** [1] - 19:9

**hear** [18] - 6:7, 6:12, 6:14, 9:9, 12:6, 13:5, 13:15, 13:25, 14:10, 14:13, 15:16, 33:2, 48:14, 51:16, 56:23, 92:14, 161:13, 185:9

**heard** [8] - 6:10, 9:25, 10:15, 22:1, 45:20, 48:17, 161:23, 177:4

**hearing** [1] - 14:13

**hearsay** [21] - 22:25, 23:2, 23:15, 24:12, 25:6, 26:11, 31:22, 33:4, 40:10, 42:8, 43:7, 44:23, 45:6, 74:6, 78:11, 83:12, 104:14, 104:17, 123:22, 124:1, 131:6

**held** [6] - 52:11, 52:16, 130:12, 160:25, 162:23, 194:16

**HELD** [1] - 202:15

**help** [3] - 18:23, 70:11,

169:13

**helped** [2] - 16:12, 80:17

**helping** [2] - 15:19, 16:15

**helps** [2] - 80:17, 142:2

**hen** [1] - 129:6

**HEREBY** [1] - 202:12

**hereto** [17] - 37:13, 38:7, 40:16, 42:13, 88:20, 89:1, 94:8, 96:18, 100:5, 106:22, 116:19, 128:22, 132:21, 137:12, 147:2, 183:4, 184:10

**herself** [3] - 13:6, 13:9, 13:11

**high** [4] - 18:13, 21:4, 82:7, 118:19

**high-level** [1] - 82:7

**higher** [1] - 192:24

**himself** [6] - 12:7, 23:12, 23:16, 26:13, 29:10, 114:6

**hinges** [1] - 10:23

**hire** [11] - 18:2, 20:17, 50:16, 71:20, 81:24, 109:19, 110:2, 111:14, 113:23, 122:11, 170:19

**hired** [19] - 7:6, 12:14, 12:15, 25:13, 27:13, 27:18, 44:18, 44:19, 46:23, 59:15, 72:19, 72:24, 73:1, 73:3, 123:11, 129:19, 141:20, 159:12

**hiring** [3] - 79:21, 97:25, 109:25

**hit** [2] - 31:12, 40:4

**hold** [3] - 14:9, 82:20, 124:18

**Hollywood** [1] - 39:7

**home** [1] - 19:16

**Honor** [155] - 9:14, 10:13, 14:23, 15:12, 22:22, 22:25, 23:9, 23:13, 23:18, 24:4, 24:8, 25:6, 26:10, 30:7, 31:20, 37:9, 37:11, 38:1, 38:5, 40:8, 40:12, 42:6, 42:8, 42:11, 43:13, 46:25, 47:25, 51:2, 51:4, 60:19, 60:22, 62:16, 63:19, 64:10, 64:24, 71:3, 73:20, 74:16, 75:14, 75:17, 78:11, 83:6, 83:11, 83:15, 88:17, 88:25, 93:6, 93:8, 93:10, 94:2, 96:9, 96:13, 96:16, 99:7, 99:20, 99:22, 100:18,

102:16, 103:6, 104:17, 104:25, 106:2, 106:16, 106:20, 115:6, 115:7, 115:11, 115:24, 116:3, 116:5, 116:12, 116:13, 116:17, 118:12, 122:24, 123:20, 123:22, 123:25, 124:5, 124:7, 124:10, 127:2, 128:4, 128:17, 128:20, 130:14, 130:18, 131:3, 131:5, 131:14, 131:22, 131:23, 132:16, 132:19, 133:1, 133:4, 134:20, 135:4, 135:8, 135:15, 137:9, 139:11, 139:23, 141:12, 142:23, 144:12, 145:11, 146:24, 155:10, 156:7, 158:11, 158:21, 159:21, 159:23, 160:2, 160:9, 161:2, 161:21, 162:14, 163:15, 165:25, 168:10, 168:22, 170:9, 171:3, 171:24, 172:10, 172:23, 174:23, 176:13, 176:16, 176:22, 176:24, 178:7, 178:18, 183:1, 184:6, 185:7, 185:11, 186:4, 191:18, 193:5, 193:10, 193:13, 193:17, 193:19, 195:2, 195:4, 196:17, 199:1, 199:13, 199:22, 200:15, 200:18, 201:17

**Honor...** [1] - 71:12

**HONORABLE** [1] - 1:5

**hope** [2] - 6:6, 9:15

**hopefully** [1] - 32:11

**horizontal** [2] - 91:17

**hour** [3] - 29:17, 51:23, 102:12

**hours** [5] - 8:23, 49:22, 49:23, 50:20, 50:25

**house** [9] - 19:17, 19:19, 20:3, 81:16, 81:17, 81:20, 111:1, 152:23, 184:20

**huge** [1] - 199:7

**hundred** [3] - 50:25, 101:5, 101:9

**hundreds** [1] - 50:5

## I

**I-L-L-A-R-D** [1] - 15:8
**idea** [6] - 73:15,
101:19, 109:2,
131:8, 131:9, 157:11
**ideas** [1] - 184:18
**identify** [1] - 151:14
**identities** [1] - 84:6
**Ignite** [292] - 6:14,
6:15, 6:20, 7:4, 8:6,
8:18, 8:21, 8:23, 9:3,
9:5, 10:16, 10:24,
11:2, 11:3, 11:6,
11:7, 11:13, 11:15,
11:20, 11:22, 11:23,
12:3, 12:19, 12:24,
12:25, 13:3, 13:7,
13:10, 13:12, 13:21,
14:15, 16:23, 16:25,
17:5, 17:8, 17:19,
18:1, 18:24, 19:17,
19:19, 19:22, 20:6,
20:15, 21:24, 22:1,
23:25, 24:18, 24:24,
25:12, 25:18, 25:22,
26:22, 27:2, 27:13,
27:25, 29:1, 29:6,
29:8, 30:1, 30:6,
31:2, 33:12, 33:18,
33:20, 33:25, 34:3,
34:6, 34:9, 34:16,
34:20, 35:2, 39:2,
39:13, 39:17, 40:25,
41:1, 42:9, 42:24,
43:1, 43:18, 43:19,
43:22, 43:25, 44:4,
44:12, 44:13, 44:14,
44:21, 45:4, 45:9,
45:14, 46:1, 46:4,
48:4, 48:6, 48:8,
48:11, 48:12, 49:13,
50:8, 50:13, 53:18,
53:22, 53:25, 54:7,
54:25, 55:4, 55:9,
55:20, 55:24, 56:1,
57:22, 57:25, 58:7,
58:24, 59:10, 59:13,
60:17, 61:3, 62:11,
67:16, 67:18, 68:13,
68:16, 68:21, 68:22,
68:25, 69:4, 70:12,
70:21, 70:25, 71:8,
71:15, 72:10, 73:17,
74:11, 74:23, 77:23,
77:25, 78:20, 78:25,
79:2, 79:4, 79:15,
80:2, 81:8, 81:24,
84:4, 84:18, 88:4,
89:10, 89:25, 90:11,
90:12, 90:19, 91:25,
92:1, 92:25, 93:18,
94:15, 95:21, 95:23,
107:15, 108:18,

109:19, 110:2,
110:9, 111:18,
112:3, 112:17,
112:18, 112:21,
114:5, 115:21,
117:14, 117:20,
118:15, 119:7,
119:22, 119:23,
119:24, 120:6,
120:9, 120:19,
121:2, 121:6,
122:15, 125:16,
129:17, 130:1,
134:24, 135:2,
135:12, 136:8,
136:20, 137:15,
138:4, 139:2,
139:19, 139:22,
140:8, 140:14,
140:16, 140:17,
140:18, 144:3,
144:5, 144:9,
146:16, 147:14,
147:19, 148:3,
148:10, 148:14,
150:18, 150:20,
151:5, 151:9,
151:13, 151:14,
151:17, 151:21,
152:1, 152:4,
155:14, 157:5,
157:8, 157:11,
157:15, 157:16,
157:18, 157:23,
158:10, 161:21,
163:19, 163:22,
163:24, 164:7,
164:17, 164:20,
164:22, 164:25,
166:22, 167:15,
167:18, 167:19,
168:4, 170:13,
170:16, 170:18,
170:22, 171:1,
171:7, 171:8,
171:10, 171:19,
171:22, 173:15,
173:19, 174:12,
174:18, 174:22,
175:23, 176:1,
176:9, 176:20,
176:21, 177:12,
180:3, 182:14,
182:24, 183:7,
183:16, 185:3,
187:2, 187:20,
187:24, 188:12,
188:18, 189:6,
189:20, 189:23,
190:3, 190:6,
192:16, 193:2
**IGNITE** [3] - 1:12,
2:10, 202:7
**ignite** [2] - 14:17,
147:24
**Ignite's** [20] - 7:7,

7:13, 7:18, 8:8, 9:18,
10:3, 14:16, 18:8,
19:18, 26:8, 29:12,
50:21, 77:25, 80:21,
105:7, 112:12,
150:21, 166:8,
166:22, 170:12
**image** [8] - 7:14, 21:3,
25:1, 91:23, 95:15,
121:3, 165:20, 166:7
**images** [15] - 8:11,
18:21, 24:20, 31:18,
38:18, 72:6, 72:10,
72:13, 72:18, 72:24,
73:1, 119:8, 121:10,
136:5, 155:22
**imagine** [2] - 169:24,
170:2
**immediately** [2] -
8:10, 122:21
**imminently** [1] - 21:1
**impeach** [3] - 63:19,
63:20, 64:22
**impeachment** [4] -
64:11, 64:15, 64:18,
64:19
**importance** [1] - 82:5
**important** [4] - 81:24,
82:6, 115:16, 115:17
**importantly** [1] - 12:15
**improper** [1] - 134:6
**IN** [5] - 6:3, 202:10,
202:15, 202:16,
202:19
**in-person** [3] - 18:5,
20:21, 184:16
**Inc** [1] - 153:9
**include** [1] - 87:22
**included** [1] - 87:25
**including** [3] - 89:13,
165:22, 166:24
**inconsistent** [1] -
64:11
**incurred** [1] - 173:6
**independent** [4] -
11:5, 12:8, 14:16,
200:17
**indicate** [2] - 92:22,
99:17
**indicated** [2] - 32:12,
43:18
**individual** [10] - 60:25,
61:19, 75:11, 134:6,
134:8, 138:17,
142:4, 151:4,
179:20, 186:1
**individuals** [16] -
60:14, 67:21, 68:16,
84:7, 84:17, 138:6,
138:8, 138:13,
147:9, 150:9, 156:3,
158:16, 174:9,
174:12, 184:2,
184:14
**industry** [8] - 6:24,
11:24, 11:25, 16:10,

19:6, 140:22,
155:18, 192:8
**inform** [2] - 27:12,
196:14
**information** [4] -
12:12, 19:10, 97:22,
190:6
**informed** [4] - 54:14,
54:19, 95:20, 179:12
**initiative** [1] - 166:9
**initiatives** [2] -
165:21, 166:23
**input** [2] - 80:18,
114:13
**inquire** [2] - 15:10,
178:17
**inquiries** [1] - 25:4
**inquiring** [1] - 24:22
**inside** [1] - 152:17
**insignificant** [1] -
196:8
**insofar** [1] - 194:18
**Instagram** [10] -
40:13, 46:10, 57:5,
57:22, 57:24, 57:25,
58:2, 63:9, 95:16,
119:2
**instead** [1] - 11:4
**instruct** [4] - 196:11,
196:12, 197:6,
197:24
**instructed** [2] - 10:2,
28:6
**instruction** [3] -
197:2, 198:22, 201:8
**instructions** [17] -
194:1, 196:2, 196:3,
196:5, 196:6,
196:14, 196:15,
196:18, 196:23,
197:14, 198:9,
198:19, 199:6,
199:7, 201:3, 201:4,
201:6
**integral** [2] - 7:7, 7:9
**intend** [2] - 9:22, 11:2
**intended** [1] - 147:9
**intention** [2] - 152:16,
152:20
**intentionally** [1] -
105:17
**interested** [2] - 17:9,
17:21
**International** [11] -
6:15, 10:16, 10:24,
11:7, 11:15, 11:22,
16:24, 17:8, 17:19,
19:22, 190:3
**INTERNATIONAL** [3] -
1:12, 2:10, 202:7
**Internet** [1] - 22:9
**interrupt** [1] - 195:16
**interview** [7] - 7:22,
18:24, 19:2, 19:7
**interviewed** [1] - 7:5
**introduce** [1] - 6:11

**introduced** [4] -
19:21, 30:5, 138:5,
151:2
**investigate** [1] - 22:6
**invited** [2] - 101:21,
101:23
**invoice** [2] - 87:25,
120:21
**invoiced** [3] - 119:23,
119:24
**invoices** [3] - 142:3,
189:11, 189:12
**involve** [1] - 70:18
**involved** [6] - 24:21,
27:19, 136:19,
137:15, 137:19,
177:25
**involvement** [4] -
55:15, 135:22,
136:12
**involves** [1] - 131:8
**irrelevant** [6] - 87:3,
116:14, 135:17,
139:24, 145:12,
175:3
**IS** [2] - 202:13, 202:16
**Issue** [8] - 28:2, 68:7,
149:2, 150:1, 150:7,
153:4, 155:3, 155:7
**issue** [14] - 53:9,
72:12, 93:12,
105:12, 105:13,
115:18, 115:20,
117:22, 119:11,
126:11, 133:16,
162:1, 162:8, 199:10
**issues** [9] - 14:17,
69:19, 105:13,
105:18, 161:23,
162:1, 176:12,
199:25, 200:9
**it'll** [1] - 130:5
**item** [2] - 88:1, 120:24
**items** [2] - 173:15,
173:16
**itself** [7] - 12:11,
85:20, 109:13,
127:9, 127:16,
157:12, 198:22

## J

**Jay** [3] - 151:10,
153:13, 153:16
**Jay@liverichmedia**
[1] - 150:15
**Jesse** [2] - 167:4,
177:10
**job** [16] - 8:18, 11:1,
19:6, 21:8, 25:18,
27:18, 43:15, 50:11,
82:8, 95:21, 95:23,
97:22, 133:12,
159:13, 164:20,
179:13

**jobs** [4] - 11:14, 67:11, 169:5, 170:6
**John** [1] - 17:17
**joint** [3] - 196:2, 196:15, 198:8
**Jonathan** [23] - 20:7, 30:4, 59:18, 79:6, 83:9, 84:15, 91:1, 107:14, 107:15, 112:1, 129:7, 129:17, 149:1, 151:17, 154:12, 154:16, 180:4, 180:5, 184:13, 188:1, 188:6, 189:12, 190:25
**Jonathan's** [1] - 189:22
**Jonathan@Ignite. com** [1] - 148:23
**Jordanna** [1] - 6:10
**JORDANNA** [5] - 2:5, 3:7, 3:8, 3:13, 3:15, 153:22
**JOSH** [2] - 75:22, 178:14
**Josh** [64] - 9:10, 11:21, 12:5, 12:24, 13:1, 13:9, 16:20, 16:22, 16:23, 17:6, 18:7, 18:23, 20:9, 20:10, 22:2, 22:21, 23:6, 23:7, 23:11, 23:14, 23:16, 24:3, 24:5, 24:11, 24:15, 24:23, 26:7, 26:12, 26:17, 28:21, 28:23, 29:19, 30:25, 53:2, 53:24, 70:9, 70:10, 70:14, 75:18, 76:1, 76:8, 76:10, 76:13, 98:7, 144:2, 146:16, 147:5, 149:5, 150:12, 150:13, 155:23, 163:20, 163:23, 164:1, 164:9, 164:22, 165:7, 165:10, 167:11, 169:11, 170:4, 178:11
**JOSHUA** [2] - 3:8, 3:14
**Joshua** [2] - 75:25, 76:4
**Judge** [1] - 10:2
**JUDGE** [1] - 1:5
**judge** [5] - 31:16, 196:10, 196:11, 197:1, 197:6
**judgment** [1] - 161:22
**JUDICIAL** [2] - 202:17, 202:20
**judicial** [1] - 139:25
**jug** [2] - 56:6, 56:8
**jump** [1] - 98:16
**jurors** [7] - 52:13, 160:23, 162:20,

162:22, 162:25, 194:13, 200:9
**jury** [33] - 6:4, 6:9, 22:19, 31:16, 52:12, 52:17, 105:19, 115:16, 115:20, 130:13, 130:15, 130:16, 160:11, 161:1, 162:24, 194:16, 196:1, 196:5, 196:6, 196:14, 196:15, 196:23, 198:18, 199:6, 199:16, 201:3, 201:4, 201:6, 201:7, 201:8, 201:9, 201:15
**JURY** [1] - 1:15

## K

**Kay** [3] - 151:3, 153:1, 153:22
**keep** [7] - 9:13, 9:16, 19:11, 50:12, 87:8, 91:23
**Kimberly** [1] - 10:18
**kind** [14] - 9:19, 16:11, 17:8, 20:4, 20:8, 20:15, 30:23, 33:15, 59:22, 74:8, 74:11, 77:18, 169:16, 197:14
**KLAUSNER** [1] - 1:5
**Klausner** [1] - 10:2
**Kleenex** [1] - 51:6
**knock** [1] - 22:13
**knowing** [1] - 171:23
**knowledge** [5] - 26:20, 60:14, 73:12, 78:6, 180:11
**known** [2] - 12:4, 75:25

## L

**L.A** [60] - 11:14, 13:2, 27:11, 27:12, 27:20, 27:23, 28:3, 50:10, 55:18, 56:2, 62:9, 66:13, 67:7, 67:12, 67:14, 68:4, 70:24, 110:5, 133:11, 143:3, 143:5, 144:18, 156:14, 164:10, 165:11, 167:5, 168:16, 168:20, 169:4, 169:15, 169:23, 169:25, 171:14, 172:3, 172:8, 175:9, 175:22, 175:24, 175:25, 177:19, 177:23, 177:25, 178:2, 179:8,

179:11, 179:21, 180:6, 180:15, 180:19, 181:1, 181:6, 183:9, 186:14, 186:20, 188:21, 189:16, 189:23, 190:7, 190:20
**labor** [1] - 8:9
**Labor** [1] - 162:2
**lack** [2] - 109:7, 128:5
**lacks** [1] - 43:7
**ladies** [5] - 10:14, 51:14, 130:3, 169:10, 193:20
**last** [12] - 15:5, 28:18, 75:6, 75:24, 77:9, 78:16, 108:1, 148:22, 164:17, 181:12, 182:1, 199:6
**late** [5] - 12:17, 29:23, 54:15, 54:21, 55:1
**Laughter** [1] - 195:14
**launch** [2] - 12:1, 137:16
**launching** [2] - 18:1, 80:12
**LAW** [1] - 2:10
**law** [2] - 10:2, 161:22
**lawyer** [1] - 46:23
**lawyers** [4] - 26:8, 50:16, 54:7, 70:24
**lay** [5] - 64:15, 64:17, 64:20, 78:5, 132:22
**leading** [6] - 20:4, 54:4, 135:23, 138:9, 140:11, 140:12
**learn** [2] - 11:16, 11:25, 25:12, 25:15, 26:3, 26:6, 78:24, 78:25
**learned** [2] - 60:8, 188:9
**least** [2] - 50:25, 84:20
**leave** [14] - 8:1, 33:17, 35:6, 35:10, 52:7, 52:9, 112:25, 113:4, 113:12, 194:11, 200:14, 201:9
**leaves** [1] - 161:19
**leaving** [1] - 33:13
**left** [12] - 12:19, 33:21, 34:1, 34:4, 35:8, 52:14, 103:22, 113:15, 160:24, 190:12, 194:14, 195:16
**leftover** [1] - 175:22
**LEGAL** [1] - 2:4
**legal** [3] - 18:18, 76:3, 127:11
**legally** [1] - 9:21
**LESS** [1] - 202:18
**less** [1] - 13:24
**letting** [2] - 17:6, 143:15

**level** [1] - 82:7
**lifestyle** [1] - 79:19
**likely** [2] - 127:4, 200:19
**likeness** [3] - 165:20, 166:8, 166:22
**Lime** [11] - 137:21, 137:23, 138:3, 138:8, 138:24, 139:8, 151:19, 185:6, 185:22, 185:24, 186:2
**lime** [1] - 148:20
**limit** [1] - 102:13
**line** [11] - 12:2, 63:23, 63:25, 88:1, 90:5, 120:24, 139:18, 139:23, 147:9, 167:2, 176:14
**lines** [4] - 64:2, 64:3, 64:5, 140:7
**list** [3] - 90:12, 90:19, 149:19
**listed** [3] - 147:8, 153:13, 159:4
**listen** [1] - 10:4
**litigation** [2] - 60:9, 63:11
**live** [2] - 29:2, 108:23
**lived** [1] - 76:18
**LiveRichMedia** [2] - 150:18, 150:24
**lizstewartdesign@ gmail** [1] - 147:16
**located** [1] - 16:1
**location** [4] - 68:7, 110:14, 110:16, 110:20
**logo** [5] - 19:18, 29:12, 139:8, 157:18, 177:25
**long-term** [1] - 86:19
**look** [36] - 33:23, 37:7, 38:9, 38:21, 41:23, 47:6, 47:9, 48:22, 64:7, 84:22, 94:10, 94:20, 96:7, 98:24, 105:5, 111:10, 118:2, 118:6, 123:13, 131:8, 134:5, 136:25, 142:14, 143:1, 145:24, 146:1, 181:11, 181:13, 181:19, 182:17, 183:20, 198:11, 198:15, 198:17, 198:23, 201:5
**looked** [10] - 22:9, 47:20, 72:5, 91:4, 117:24, 135:25, 165:13, 190:18, 198:6
**looking** [16] - 18:2, 18:22, 20:17, 41:9, 58:21, 82:21, 83:1,

86:20, 89:3, 97:4, 117:8, 123:15, 125:3 125:3, 126:21, 126:22, 130:21
**looks** [9] - 28:8, 57:21, 84:23, 89:18, 94:11, 95:12, 107:3, 127:1, 146:6
**Lopez** [1] - 154:8
**Loretta** [1] - 28:20
**LOS** [4] - 1:17, 1:23, 2:7, 6:1
**Los** [10] - 8:13, 8:17, 16:13, 16:14, 16:17, 37:22, 39:10, 76:16, 76:18, 76:20
**loud** [1] - 22:14
**LTD** [3] - 1:12, 2:10, 202:7
**lunch** [1] - 35:4
**Lunch** [1] - 52:15
**lunchtime** [1] - 30:20
**luxury** [1] - 79:19

## M

**MADAMREPORTER. COM** [1] - 1:24
**mail** [47] - 68:1, 81:10, 83:4, 83:8, 84:2, 84:3, 84:23, 84:24, 85:11, 86:21, 87:2, 88:14, 89:4, 127:20, 127:24, 128:1, 146:6, 146:8, 151:22, 180:23, 182:6, 182:9, 182:14, 182:18, 182:23, 183:8, 183:17, 183:23, 183:24, 184:12, 184:15, 185:16, 186:20, 187:1, 187:4, 187:14, 187:15, 187:16, 187:20, 187:23, 188:25, 189:3, 189:6, 189:7, 189:8, 190:19
**mails** [8] - 12:25, 13:3, 83:25, 188:7, 188:10, 188:17, 188:21, 189:16
**maintain** [1] - 82:6
**Major** [1] - 16:9
**majored** [1] - 16:7
**makeup** [17] - 12:14, 28:8, 33:10, 33:14, 112:15, 148:7, 148:9, 149:17, 149:21, 149:22, 151:7, 154:2, 154:4, 159:11, 174:1, 174:8, 174:21
**makeup@ifbc@**

**hotmail** [1] - 148:8
**man** [6] - 20:6, 20:7, 25:2, 30:24, 60:11, 79:6
**manager** [1] - 147:17
**maneuvering** [1] - 159:18
**March** [1] - 187:9
**MARIA** [3] - 1:20, 202:10, 202:23
**marijuana** [5] - 18:17, 18:19, 18:20, 24:20, 25:1
**MARKED** [2] - 4:2, 5:2
**marked** [1] - 63:5
**market** [3] - 21:2, 84:25, 85:17
**marketing** [22] - 7:7, 18:1, 18:9, 18:13, 23:24, 24:18, 24:21, 48:11, 49:13, 79:15, 79:18, 81:7, 85:24, 105:7, 117:20, 119:7, 137:18, 137:24, 165:21, 166:9, 166:23, 170:15
**Marketing** [1] - 68:3
**marketplace** [3] - 7:14, 79:23, 89:18
**massive** [3] - 7:7, 18:1, 39:1
**mater** [1] - 194:5
**MATTER** [1] - 202:15
**matter** [5] - 51:23, 52:2, 130:9, 161:22, 201:15
**mean** [24] - 18:17, 21:18, 30:23, 41:7, 46:17, 50:14, 60:16, 84:11, 86:7, 91:9, 91:19, 129:13, 135:6, 149:6, 149:21, 169:1, 170:19, 171:11, 175:24, 179:17, 180:9, 185:23, 187:24, 197:14
**meaning** [4] - 91:12, 108:3, 129:8, 133:12
**means** [5] - 86:5, 156:5, 170:25, 176:4, 185:6
**meant** [4] - 85:15, 85:23, 86:9, 185:24
**meantime** [1] - 10:4
**Media** [2] - 16:8, 16:9
**media** [14] - 8:12, 13:14, 22:10, 24:19, 39:13, 39:15, 39:18, 41:1, 42:3, 46:9, 72:5, 80:23, 91:9, 91:14
**mediums** [2] - 165:22, 166:24
**meet** [3] - 19:7, 78:14,

99:17
**meeting** [7] - 19:11, 80:9, 90:8, 184:1, 184:16, 184:19
**meetings** [7] - 81:6, 81:15, 88:3, 138:9, 152:4, 152:7, 152:10
**meets** [1] - 141:25
**member** [1] - 172:16
**members** [11] - 6:9, 20:5, 20:15, 29:1, 29:5, 30:5, 49:12, 61:6, 74:11, 74:23
**memory** [5] - 47:21, 63:18, 85:23, 181:20, 181:21
**mention** [3] - 10:19, 30:16, 77:5
**mentioned** [17] - 11:16, 12:5, 12:6, 20:25, 21:14, 33:13, 67:16, 67:21, 68:16, 71:14, 84:14, 92:4, 117:13, 158:16, 169:11, 174:1, 198:3
**message** [39] - 12:23, 13:13, 22:20, 23:5, 23:23, 24:1, 24:5, 29:19, 42:19, 42:20, 46:10, 63:8, 65:2, 65:17, 66:1, 66:5, 69:10, 69:11, 69:13, 69:15, 69:16, 69:18, 88:9, 92:5, 94:21, 96:25, 104:4, 107:1, 107:11, 108:1, 126:23, 127:7, 127:8, 128:14, 128:25, 129:2, 133:6, 133:19, 187:12
**messaged** [1] - 65:6
**messages** [17] - 65:22, 93:4, 93:22, 96:10, 106:5, 106:10, 106:12, 107:19, 107:23, 123:5, 123:18, 124:7, 129:12, 129:25, 130:25, 132:13, 191:8
**messaging** [1] - 69:12
**messenger** [1] - 70:10
**met** [2] - 81:12, 84:11
**Methodist** [1] - 15:25
**mic** [5] - 15:4, 22:13, 31:12, 40:4, 166:15
**Michelle** [3] - 94:1, 94:18, 94:24
**microphone** [1] - 56:22
**middle** [4] - 59:11, 113:20, 143:10, 143:19
**might** [4] - 17:7, 102:12, 137:25,

194:7
**mine** [5] - 19:9, 143:13, 144:1, 151:25, 152:2
**minor** [2] - 7:24, 196:8
**minute** [1] - 195:10
**minutes** [16] - 29:23, 51:22, 51:23, 130:5, 190:12, 194:21, 194:22, 194:24, 195:1, 195:6, 195:8, 195:9, 195:16, 195:21, 195:23, 195:24
**minutes...** [1] - 190:13
**missed** [1] - 73:9
**missing** [1] - 46:5
**misspeak** [2] - 41:6, 46:22
**misstates** [8] - 43:5, 62:16, 128:5, 153:18, 164:11, 173:12, 179:9, 192:9
**mistakes** [1] - 198:1
**mix** [1] - 110:21
**model** [34] - 6:22, 10:25, 11:4, 11:8, 11:10, 15:19, 16:6, 21:21, 35:14, 76:22, 91:24, 94:1, 113:23, 121:13, 121:14, 121:17, 125:6, 125:16, 125:21, 129:19, 133:13, 137:5, 137:6, 139:2, 142:3, 155:15, 165:16, 170:13, 171:2, 171:8, 171:9, 172:19, 172:22, 192:18
**model's** [2] - 125:23, 126:24
**Model's** [1] - 180:15
**modeling** [24] - 6:23, 11:13, 11:19, 12:1, 13:2, 13:9, 15:21, 15:22, 16:12, 19:5, 55:17, 66:10, 66:18, 67:11, 163:12, 163:13, 167:14, 168:18, 169:5, 170:7, 170:18, 170:23, 170:24, 175:6
**Models** [56] - 11:14, 13:2, 27:11, 27:12, 27:20, 27:23, 50:10, 55:18, 56:2, 62:9, 66:13, 67:7, 67:12, 67:14, 68:4, 70:24, 110:5, 133:11, 143:3, 143:5, 144:18, 156:14, 164:10, 165:11, 167:5, 168:16, 168:20, 169:4,

169:15, 169:23, 169:25, 171:14, 172:3, 175:9, 175:22, 175:24, 175:25, 177:19, 177:23, 177:25, 178:2, 179:8, 179:11, 179:21, 180:6, 180:19, 181:1, 181:6, 183:9, 186:14, 186:20, 188:21, 189:16, 190:7, 190:20
**models** [51] - 7:8, 7:12, 8:11, 20:8, 28:15, 44:2, 79:13, 80:16, 80:22, 81:24, 82:5, 86:15, 86:18, 87:23, 91:4, 91:13, 95:1, 100:12, 101:1, 101:23, 102:15, 102:19, 108:8, 108:10, 108:12, 112:21, 112:22, 117:3, 119:17, 120:2, 120:4, 120:10, 120:25, 121:20, 121:21, 121:23, 122:2, 122:5, 122:10, 122:16, 122:20, 124:22, 126:10, 132:8, 134:1, 134:4, 141:25, 149:16, 170:20, 192:15, 192:20
**Models'** [1] - 172:8
**modify** [2] - 196:6, 199:5
**moment** [4] - 72:3, 82:20, 111:10, 124:19
**moments** [1] - 9:20
**money** [9] - 8:20, 17:7, 18:12, 50:9, 61:23, 62:9, 70:15, 71:15, 120:10
**month** [4] - 8:24, 20:19, 43:1, 69:8
**months** [5] - 12:23, 13:24, 49:25, 50:3, 129:9
**morning** [26] - 6:6, 6:10, 10:14, 15:14, 15:15, 25:21, 29:18, 31:1, 51:10, 51:17, 54:17, 54:20, 57:2, 65:1, 65:5, 76:7, 149:23, 173:25, 194:2, 194:6, 194:24, 195:25, 198:18, 199:12, 199:14
**most** [6] - 7:24, 8:15, 61:6, 61:17, 86:4, 196:24

**mostly** [1] - 16:14
**motion** [18] - 51:16, 124:14, 130:15, 160:10, 160:14, 160:15, 161:20, 161:21, 162:4, 162:6, 162:11, 162:13, 166:13, 199:23, 200:11, 200:16, 201:14, 201:16
**motives** [1] - 10:23
**move** [10] - 22:14, 25:7, 56:6, 60:19, 90:16, 100:17, 106:16, 145:2, 146:24, 166:15
**moved** [1] - 88:22
**moving** [4] - 9:17, 61:21, 67:16, 93:20
**MR** [237] - 10:13, 22:25, 23:2, 24:8, 25:6, 25:9, 26:10, 26:23, 30:7, 31:22, 32:24, 33:4, 34:21, 35:23, 37:24, 39:21, 40:10, 42:8, 43:5, 43:7, 43:10, 43:12, 44:7, 44:23, 45:5, 45:16, 45:18, 50:23, 51:4, 51:9, 52:22, 56:24, 56:25, 57:19, 59:25, 60:4, 60:19, 60:22, 60:23, 61:9, 62:18, 63:21, 64:2, 64:13, 64:16, 64:19, 64:24, 64:25, 65:13, 71:3, 71:6, 71:11, 71:13, 71:24, 72:21, 73:7, 73:20, 74:6, 74:16, 74:18, 75:14, 78:3, 78:11, 81:21, 82:1, 83:11, 85:19, 86:11, 89:20, 90:14, 90:16, 90:24, 92:18, 93:8, 97:13, 97:16, 99:8, 99:13, 99:22, 100:15, 100:17, 101:2, 101:15, 102:8, 102:16, 103:6, 103:9, 104:10, 104:14, 104:24, 105:11, 105:24, 108:15, 109:3, 109:9, 109:14, 110:24, 111:22, 113:9, 113:13, 113:17, 115:7, 115:24, 116:3, 116:13, 117:10, 117:17, 117:21, 118:12, 118:20, 118:24, 119:4, 119:9, 119:19, 120:11, 120:17, 121:15,

122:17, 122:22,
123:22, 124:9,
124:24, 125:9,
125:17, 125:24,
126:4, 127:10,
127:13, 128:4,
130:14, 131:5,
131:22, 132:9,
132:22, 134:20,
134:21, 135:7,
135:10, 135:18,
136:1, 136:17,
137:9, 137:13,
139:13, 140:3,
140:5, 141:6,
141:15, 142:23,
142:25, 143:17,
144:15, 145:14,
146:24, 147:3,
153:20, 155:10,
155:12, 156:7,
158:15, 158:24,
159:23, 160:9,
160:18, 161:2,
161:7, 161:9,
161:12, 161:16,
161:20, 162:9,
162:14, 162:17,
163:3, 163:7,
163:10, 163:17,
164:15, 166:5,
166:12, 166:17,
166:20, 168:10,
168:11, 169:2,
170:11, 171:6,
172:1, 172:14,
172:25, 173:18,
174:16, 175:2,
175:4, 175:13,
176:17, 176:18,
176:24, 178:7,
178:11, 178:13,
178:18, 178:20,
179:14, 179:16,
180:1, 180:14,
180:18, 181:15,
181:21, 181:24,
182:4, 183:1, 183:5,
184:6, 184:9,
184:11, 184:21,
185:15, 185:21,
186:7, 190:10,
191:18, 191:20,
192:12, 193:10,
193:13, 193:17,
195:3, 195:12,
198:3, 198:10,
198:12, 198:25,
199:10, 199:17,
199:21

**MS** [254] - 6:6, 10:10,
14:23, 15:12, 15:13,
22:22, 23:9, 23:13,
23:18, 24:4, 24:10,
24:13, 25:11, 26:14,
26:25, 27:4, 30:10,
31:20, 32:5, 33:1,

33:6, 34:23, 36:1,
37:11, 37:14, 38:5,
38:8, 39:23, 39:24,
40:8, 40:12, 40:17,
42:6, 42:11, 42:14,
43:13, 43:17, 44:10,
44:11, 44:25, 45:8,
45:23, 47:5, 47:25,
48:2, 51:1, 57:17,
62:16, 64:10, 72:2,
72:23, 73:11, 73:14,
73:23, 74:13, 75:17,
76:6, 78:13, 81:23,
82:3, 82:15, 82:17,
83:6, 83:15, 83:16,
86:1, 86:13, 88:17,
88:21, 88:25, 89:2,
89:22, 90:18, 90:22,
91:2, 92:11, 92:13,
92:15, 92:20, 93:6,
93:10, 93:16, 94:6,
94:9, 96:9, 96:13,
96:16, 96:21, 96:23,
96:24, 97:19, 99:7,
99:10, 99:16, 99:20,
100:3, 100:7, 100:8,
100:20, 101:7,
101:18, 102:13,
102:25, 103:14,
103:21, 104:12,
104:16, 104:20,
105:4, 105:20,
106:2, 106:4,
106:16, 106:20,
108:21, 109:5,
109:11, 109:16,
111:2, 112:2,
113:11, 113:15,
113:19, 114:1,
114:23, 115:2,
115:6, 115:11,
116:5, 116:7, 116:9,
116:12, 116:17,
116:20, 117:12,
117:19, 118:1,
118:18, 118:22,
119:1, 119:6,
119:14, 119:16,
119:25, 120:14,
120:20, 122:9,
122:19, 122:24,
123:1, 123:20,
123:25, 124:5,
124:7, 124:11,
124:16, 124:17,
125:2, 125:12,
125:19, 126:1,
126:8, 126:18,
127:2, 127:6,
127:18, 128:8,
128:17, 128:20,
128:23, 130:18,
130:19, 131:3,
131:11, 131:14,
131:21, 131:23,
132:2, 132:5,
132:12, 132:16,

132:19, 133:1,
133:4, 133:5, 134:3,
134:10, 134:16,
135:4, 135:15,
136:14, 139:10,
139:23, 141:4,
141:12, 144:12,
145:11, 145:18,
156:11, 158:11,
158:20, 159:21,
160:2, 160:6,
163:15, 164:11,
165:24, 166:2,
167:22, 168:2,
168:6, 168:22,
170:8, 171:3,
171:24, 172:10,
172:12, 172:23,
174:23, 175:10,
176:13, 176:16,
176:22, 177:2,
178:4, 179:9,
179:24, 185:11,
186:3, 190:15,
190:17, 191:16,
192:9, 193:5,
193:19, 195:2,
195:19, 196:17,
196:22, 197:3,
197:9, 197:12,
197:20, 197:25,
198:8, 198:14,
198:20, 199:22,
199:25, 200:8,
200:15, 200:24,
201:12, 201:17

**multiple** [7] - 50:15,
50:16, 124:1,
165:21, 166:23,
174:2, 189:18

**mutual** [1] - 79:1

## N

**name** [17] - 6:10,
10:15, 15:4, 15:5,
15:6, 60:18, 75:5,
75:6, 75:24, 76:3,
76:22, 79:6, 79:7,
125:23, 126:2,
137:22

**named** [4] - 16:19,
79:8, 138:17, 186:1

**names** [8] - 28:17,
28:18, 28:19, 30:1,
79:9, 84:13, 149:19,
159:7

**nature** [3] - 18:11,
91:5, 182:12

**nauseam** [1] - 131:18

**nearly** [2] - 49:21, 50:2

**need** [6] - 55:20, 56:9,
86:3, 90:3, 91:23,
194:25

**needed** [7] - 56:2,
81:1, 91:6, 91:13,

92:1, 121:10, 144:6

**negotiate** [2] - 164:4,
180:9

**negotiated** [5] - 164:1,
164:6, 164:18,
165:10, 179:21

**negotiating** [1] - 180:5

**negotiation** [1] - 180:2

**negotiations** [2] -
164:19, 165:12

**net** [1] - 175:22

**never** [7] - 11:7, 12:25,
13:6, 68:24, 73:22,
87:2, 116:10

**new** [3] - 12:2, 42:23,
80:11

**next** [31] - 8:24, 12:22,
25:10, 42:25, 47:20,
47:24, 59:24, 60:1,
61:8, 75:16, 85:18,
86:2, 100:2, 100:6,
105:19, 117:25,
119:13, 119:15,
122:8, 126:6,
126:16, 130:17,
132:4, 134:9,
159:25, 162:17,
178:10, 180:13,
182:5, 187:16,
193:16

**night** [2] - 107:22,
112:3

**nine** [1] - 114:22

**nobody** [2] - 164:25,
183:7

**none** [1] - 177:6

**nonpayment** [7] -
62:14, 186:21,
187:5, 187:17,
189:15, 189:19,
191:10

**nonresponsive** [3] -
60:20, 71:4, 71:5

**noon** [1] - 30:21

**normal** [1] - 144:8

**normally** [5] - 194:24,
198:6, 198:16,
201:8, 201:9

**note** [1] - 108:2

**notebooks** [1] -
194:12

**noted** [1] - 132:24

**notepads** [1] - 52:10

**nothing** [8] - 71:24,
75:14, 103:7, 156:7,
159:23, 176:24,
178:7, 190:10

**notice** [6] - 54:5,
122:24, 123:10,
131:15, 131:25,
139:25

**notified** [1] - 12:17

**November** [7] - 37:2,
37:3, 38:19, 58:15,
58:22, 59:6, 59:8

**number** [15] - 38:20,

63:23, 63:25, 64:1,
98:18, 108:11,
151:24, 152:1,
186:9, 192:21,
192:23, 192:24,
192:25, 196:5

**numbers** [5] - 192:1,
192:3, 192:6,
192:17, 193:3

## O

**o'clock** [7] - 29:18,
52:5, 193:21,
193:22, 194:18,
196:13, 198:18

**oath** [4] - 52:20,
63:13, 163:5, 178:17

**object** [17] - 25:6,
26:10, 30:7, 57:10,
64:10, 83:11, 97:13,
97:15, 99:8, 101:2,
104:24, 116:13,
118:12, 123:22,
128:4, 131:5, 176:13

**objected** [2] - 115:22,
115:24

**objection** [104] -
22:25, 23:2, 24:7,
26:23, 31:22, 32:24,
33:4, 34:21, 35:23,
40:10, 42:8, 43:5,
43:6, 43:7, 44:7,
44:23, 45:5, 45:16,
50:23, 57:17, 63:24,
72:21, 73:7, 74:6,
78:3, 81:21, 82:1,
85:19, 86:11, 89:20,
90:14, 90:24, 93:8,
94:4, 99:13, 99:22,
100:15, 101:15,
102:8, 102:16,
103:6, 104:10,
104:14, 105:11,
105:24, 106:18,
107:24, 108:15,
109:3, 109:9,
109:14, 110:24,
111:22, 113:9,
113:13, 113:17,
116:2, 117:10,
117:17, 117:21,
118:20, 118:24,
119:4, 119:9,
119:19, 120:11,
120:17, 121:15,
122:17, 122:22,
124:24, 125:9,
125:17, 125:24,
126:4, 127:4,
127:10, 128:19,
131:19, 132:9,
132:22, 133:2,
135:4, 135:15,
136:14, 144:12,
145:11, 159:21,

163:15, 164:11,
165:24, 167:22,
168:6, 168:22,
170:8, 171:3,
171:24, 172:10,
172:23, 173:12,
176:23, 185:7,
193:8, 200:13
**Objection** [1] - 193:5
**objections** [1] -
115:19
**obligation** [1] - 132:7
**obtain** [2] - 9:3, 179:1
**obtained** [2] - 11:20,
141:18
**obtaining** [8] - 45:13,
45:21, 121:2, 121:6,
137:7, 141:2,
141:10, 178:23
**obviously** [9] - 18:17,
28:9, 33:11, 39:1,
49:20, 50:18, 84:15,
170:14, 173:14
**occasion** [1] - 150:25
**occupation** [1] - 15:18
**occur** [2] - 81:15,
173:24
**October** [90] - 7:4,
7:16, 8:21, 8:24,
11:18, 17:3, 19:3,
20:24, 21:11, 25:16,
26:18, 26:21, 28:1,
34:7, 34:10, 35:19,
35:22, 40:25, 41:7,
41:8, 41:12, 41:21,
42:22, 43:2, 43:19,
43:20, 50:1, 53:3,
53:11, 53:14, 53:22,
54:10, 55:19, 56:3,
58:13, 66:24, 67:7,
68:8, 69:1, 71:9,
80:8, 81:7, 87:17,
103:24, 106:14,
107:3, 109:18,
111:21, 125:8,
125:15, 135:23,
136:10, 136:22,
137:25, 138:9,
140:12, 140:13,
141:11, 141:16,
141:24, 142:6,
143:7, 144:11,
144:23, 144:24,
145:16, 145:18,
145:19, 146:12,
147:10, 152:11,
153:2, 154:11,
155:5, 156:15,
165:8, 167:20,
168:4, 168:14,
178:24, 180:15,
180:20, 181:5,
182:7, 182:19,
183:9, 185:18, 187:9
**OF** [10] - 1:2, 1:15,
2:4, 2:9, 202:11,

202:14, 202:17,
202:20
**offer** [32] - 22:22,
25:24, 31:20, 37:9,
38:1, 40:8, 42:6,
83:6, 88:17, 88:21,
93:6, 94:2, 96:13,
99:7, 99:20, 101:6,
106:17, 109:21,
109:25, 115:6,
123:20, 127:3,
128:17, 131:4,
132:16, 142:23,
169:7, 169:8,
169:13, 183:1,
184:6, 193:2
**offered** [4] - 7:5,
79:12, 79:16, 164:8
**offering** [3] - 18:3,
103:16, 107:17,
110:10, 180:15
**offhand** [1] - 84:11
**OFFICIAL** [3] - 1:20,
202:10, 202:23
**ON** [2] - 2:4, 2:9
**once** [3] - 13:20, 33:9,
60:10
**ONE** [1] - 1:16
**one** [52] - 8:18, 11:15,
14:6, 16:8, 28:19,
28:20, 37:21, 39:3,
40:18, 40:24, 41:18,
43:15, 43:16, 54:2,
56:16, 59:7, 61:7,
65:16, 66:15, 67:23,
71:11, 82:20, 82:23,
85:22, 88:22, 94:20,
96:5, 107:6, 108:3,
111:10, 115:9,
117:3, 117:16,
119:11, 122:1,
122:15, 125:11,
136:21, 145:2,
148:22, 155:10,
167:6, 174:8,
176:17, 180:11,
180:17, 181:17,
196:5, 198:7, 199:3,
199:9, 200:25
**ones** [2] - 59:7, 117:16
**ongoing** [2] - 166:8,
166:22
**open** [4] - 22:15,
36:22, 82:20, 87:14
**opening** [3] - 10:12,
14:8, 195:22
**OPENING** [2] - 3:3,
6:5
**opinion** [1] - 52:2
**opinions** [2] - 130:8,
194:5
**opportunity** [12] -
17:4, 17:7, 17:18,
21:17, 21:21, 22:2,
54:3, 78:24, 78:25,
163:21, 200:3, 200:4

**opposed** [1] - 95:3
**option** [1] - 111:3
**options** [3] - 74:10,
74:12, 75:1
**or...** [1] - 200:14
**order** [3] - 25:18,
25:21, 82:7
**ordered** [1] - 29:22
**organize** [2] - 86:8,
101:22
**organized** [1] - 12:12
**organizes** [1] - 157:11
**originally** [1] - 53:24
**outdoor** [4] - 90:5,
90:10, 165:22,
166:24
**outline** [1] - 97:21
**Outlook** [1] - 83:25
**outside** [10] - 31:5,
52:11, 130:12,
130:15, 152:20,
160:10, 160:20,
161:1, 161:17,
194:16
**overbroad** [2] -
119:19, 145:12
**overrule** [2] - 99:25,
124:14
**Overruled** [1] - 25:8
**overruled** [52] - 23:3,
25:10, 26:24, 30:9,
32:4, 34:22, 39:22,
40:14, 43:6, 45:17,
45:19, 50:24, 57:18,
74:7, 78:12, 81:22,
83:13, 85:21, 90:25,
97:18, 99:14, 101:3,
101:17, 102:17,
103:8, 105:1,
107:25, 110:25,
111:24, 116:16,
118:14, 119:21,
120:12, 120:18,
124:25, 125:10,
128:7, 132:10,
133:2, 140:2,
144:13, 164:12,
166:3, 167:23,
168:8, 168:23,
171:25, 173:13,
174:24, 175:11,
179:10, 192:10
**owed** [1] - 6:21
**own** [3] - 76:10, 93:17,
199:6
**owned** [1] - 138:4

## P

**p.m** [1] - 94:15
**PA** [2] - 151:8, 154:8
**page** [25] - 57:11,
63:22, 63:25, 64:2,
64:3, 82:16, 86:21,
95:10, 114:20,

114:22, 114:24,
116:5, 116:7, 119:2,
127:3, 130:24,
143:19, 146:18,
146:19, 149:2,
181:12, 182:5,
182:6, 182:16
**PAGE** [2] - 3:2, 202:16
**pages** [4] - 93:11,
93:21, 118:7, 146:2
**paid** [52] - 9:4, 9:5,
13:21, 13:24, 14:2,
34:3, 44:1, 44:4,
44:16, 46:1, 48:6,
49:17, 49:19, 49:22,
49:23, 49:24, 50:7,
50:13, 50:16, 54:6,
66:9, 69:6, 70:12,
100:25, 108:8,
119:17, 119:22,
122:21, 123:3,
123:7, 124:23,
125:7, 125:16,
125:21, 127:22,
128:2, 128:10,
129:19, 132:1,
134:1, 134:12,
134:14, 153:1,
153:10, 153:23,
153:25, 156:3,
157:25, 175:8,
177:9, 190:8, 191:14
**pandemic** [1] - 6:8
**paper** [2] - 197:13,
197:18
**paragraph** [1] - 155:21
**part** [18] - 7:7, 7:14,
21:21, 29:13, 30:5,
38:22, 115:8,
115:25, 126:21,
127:4, 155:7,
161:25, 169:6,
170:2, 173:19,
201:3, 201:16
**partially** [1] - 198:21
**participate** [10] -
36:10, 36:13, 53:25,
68:17, 90:11, 90:18,
170:15, 178:23,
179:2, 184:1
**participated** [7] - 8:12,
31:5, 114:8, 142:5,
168:18, 180:2, 180:5
**participation** [17] -
55:18, 61:22, 61:24,
62:5, 62:20, 62:23,
66:17, 67:19, 68:25,
70:15, 71:9, 141:23,
142:5, 142:10,
179:22, 180:20,
181:6
**particular** [6] - 28:11,
32:14, 42:16, 91:3,
91:5, 91:12
**party** [5] - 104:17,
123:25, 124:3,

124:9, 185:2
**passing** [1] - 56:4
**Paul** [1] - 15:7
**Pavillard** [116] - 6:12,
6:13, 6:20, 6:22, 7:5,
7:9, 7:16, 7:17, 7:24,
8:7, 8:11, 8:25, 9:5,
9:9, 9:11, 11:1, 12:8,
13:6, 13:11, 13:16,
13:22, 14:2, 14:3,
14:24, 15:7, 15:14,
23:20, 24:6, 24:14,
26:15, 32:11, 34:12,
37:16, 39:12, 40:20,
43:19, 51:11, 52:23,
72:3, 74:19, 76:23,
76:25, 77:10, 77:13,
94:1, 94:13, 94:24,
95:20, 96:10, 97:3,
98:9, 99:12, 99:18,
101:12, 101:19,
102:14, 103:1,
103:4, 103:22,
104:22, 105:6,
105:21, 106:6,
106:13, 106:24,
107:4, 107:23,
109:18, 110:4,
112:25, 113:11,
113:15, 113:19,
114:2, 117:4, 117:9,
120:16, 121:3,
123:2, 123:6, 126:3,
127:22, 128:2,
128:10, 133:16,
134:12, 140:20,
141:3, 141:18,
141:22, 143:6,
156:20, 158:3,
158:6, 159:9,
159:10, 162:17,
163:3, 163:4, 163:7,
177:3, 178:23,
179:2, 179:6,
179:17, 180:16,
182:3, 183:9,
189:14, 189:17,
190:7, 190:19,
191:14, 192:7,
192:15
**pavillard** [1] - 95:18
**PAVILLARD** [7] - 1:7,
2:4, 3:6, 3:12, 15:2,
163:6, 202:5
**Pavillard's** [24] - 8:9,
8:19, 10:7, 11:4,
11:9, 121:6, 135:22,
137:7, 139:15,
141:10, 142:5,
142:9, 142:20,
144:10, 179:22,
180:20, 181:6,
183:14, 186:15,
186:21, 187:5,
187:17, 189:15,
189:19

**pay** [27] - 6:20, 8:19, 8:21, 8:23, 9:23, 33:25, 43:19, 43:22, 43:25, 44:12, 44:13, 44:14, 45:9, 46:11, 48:12, 50:8, 50:21, 67:9, 120:1, 120:4, 120:16, 131:15, 132:8, 133:23, 169:25, 192:20
**paying** [1] - 9:21
**payment** [44] - 9:3, 11:8, 12:21, 13:7, 13:10, 13:22, 14:17, 21:13, 27:20, 44:22, 45:13, 45:22, 46:5, 48:4, 49:22, 50:10, 62:9, 66:12, 66:13, 66:17, 66:25, 67:18, 68:25, 69:4, 69:20, 69:22, 69:25, 70:7, 70:8, 70:21, 70:25, 71:8, 122:15, 133:13, 133:15, 168:20, 168:25, 169:3, 169:4, 169:14, 175:23, 186:16, 189:16, 191:22
**PC** [1] - 2:4
**penalty** [1] - 11:11
**pending** [1] - 47:14
**people** [21] - 20:1, 20:3, 28:25, 61:3, 68:19, 79:9, 89:13, 102:22, 112:18, 121:22, 122:3, 122:6, 126:15, 149:18, 151:8, 151:9, 157:2, 159:11, 159:12, 187:2
**percent** [3] - 24:25, 176:4, 191:3
**percentage** [2] - 172:21, 175:8
**perfect** [1] - 199:21
**perform** [8] - 16:25, 25:22, 27:17, 27:25, 28:5, 34:6, 78:19, 113:8
**performance** [3] - 34:9, 158:4, 158:7
**performed** [4] - 12:1, 67:11, 72:19, 174:8
**performing** [5] - 21:23, 139:21, 140:13, 140:15, 175:6
**period** [3] - 13:4, 53:1, 192:15
**permission** [2] - 47:1, 144:9
**permitted** [1] - 126:6
**person** [12] - 18:5, 19:7, 19:11, 20:21,

79:7, 81:12, 140:23, 147:23, 148:10, 148:22, 159:15, 184:16
**personal** [4] - 77:12, 77:15, 108:2, 180:10
**personally** [5] - 13:6, 55:10, 69:3, 71:8, 71:10
**personnel** [14] - 30:1, 33:20, 33:25, 81:8, 88:4, 90:11, 90:12, 90:19, 91:25, 107:22, 121:5, 122:14, 152:4, 178:2
**pertain** [1] - 185:13
**pertains** [1] - 184:18
**phase** [1] - 175:8
**phasing** [1] - 85:25
**phone** [19] - 17:24, 26:17, 48:18, 48:24, 48:25, 49:8, 49:11, 49:20, 67:22, 67:23, 67:25, 68:15, 68:19, 93:17, 97:9, 151:24, 152:1, 187:13, 190:5
**phonetic** [3] - 79:7, 84:16, 154:4
**Photo** [1] - 28:2
**photo** [165] - 7:19, 7:22, 11:18, 12:11, 12:16, 12:18, 12:19, 12:22, 13:8, 13:17, 13:23, 18:5, 20:19, 21:5, 28:2, 29:2, 30:4, 30:17, 33:18, 34:13, 34:17, 34:24, 36:3, 39:18, 41:18, 53:3, 53:10, 53:14, 53:17, 53:18, 53:21, 53:25, 54:4, 54:10, 54:14, 54:20, 54:21, 55:1, 55:5, 55:8, 55:16, 55:19, 56:3, 57:15, 58:7, 58:18, 58:23, 59:2, 59:5, 59:8, 59:11, 60:6, 60:10, 60:11, 60:15, 60:16, 60:24, 61:10, 61:22, 61:25, 62:5, 62:15, 62:20, 62:23, 66:17, 66:24, 67:4, 68:8, 69:1, 71:9, 80:16, 81:6, 87:13, 94:11, 94:12, 94:14, 94:17, 100:11, 103:9, 109:12, 109:17, 110:12, 110:17, 110:19, 111:9, 111:21, 114:8, 115:8, 115:25, 116:23, 116:24, 117:1, 117:8, 117:9, 117:14, 135:20, 135:23, 136:2,

136:4, 136:5, 136:9, 136:19, 137:15, 137:25, 138:10, 139:22, 140:12, 140:13, 141:3, 141:11, 141:16, 141:18, 141:24, 142:6, 142:10, 144:11, 145:3, 145:9, 145:16, 145:19, 147:22, 148:2, 150:9, 151:14, 152:5, 152:11, 153:2, 154:11, 155:5, 159:3, 159:9, 163:19, 165:5, 165:8, 167:20, 168:5, 168:14, 168:17, 169:17, 171:2, 173:2, 173:11, 174:9, 174:18, 175:16, 177:22, 178:24, 179:2, 179:22, 180:16, 180:21, 180:24, 181:1, 181:4, 181:7, 182:24, 183:13, 184:3, 184:17, 185:13, 185:16, 185:17, 186:16
**photograph** [8] - 36:25, 37:17, 37:20, 38:10, 38:12, 38:23, 42:21, 115:8
**photographed** [2] - 24:25, 25:3
**photographer** [10] - 9:10, 11:21, 12:5, 12:24, 16:19, 20:12, 29:5, 76:14, 91:20, 150:12
**photographs** [7] - 32:15, 32:18, 93:25, 111:11, 114:18, 115:3, 118:8
**Photography** [3] - 16:20, 76:13, 148:1
**photography** [6] - 76:13, 78:20, 80:14, 159:18, 159:19, 170:16
**photos** [19] - 31:1, 31:6, 31:23, 32:2, 32:12, 32:23, 33:3, 36:7, 36:11, 36:16, 37:4, 38:1, 40:24, 73:16, 111:9, 114:16, 118:22, 154:10, 173:17
**Photoshop** [1] - 154:19
**physical** [2] - 91:8, 91:12
**physically** [1] - 111:20

**pick** [1] - 161:6
**picture** [5] - 57:21, 58:11, 59:4, 94:23, 169:17
**pictured** [3] - 88:15, 93:24, 94:11
**pictures** [9] - 115:15, 115:16, 115:21, 117:24, 118:15, 154:14, 154:16, 154:23, 155:1
**piece** [3] - 16:10, 197:13, 197:18
**place** [11] - 19:1, 19:2, 19:18, 21:10, 85:24, 100:22, 109:17, 110:12, 113:24, 184:19, 185:18
**places** [1] - 8:16
**Plaintiff** [1] - 197:8
**plaintiff** [25] - 6:11, 6:14, 10:24, 11:10, 11:12, 11:20, 11:25, 12:17, 12:19, 13:1, 13:19, 13:21, 14:15, 14:17, 14:23, 75:17, 117:24, 126:14, 126:16, 160:3, 160:4, 160:6, 161:23, 194:22, 195:6
**PLAINTIFF** [1] - 2:4
**PLAINTIFF'S** [5] - 3:3, 3:5, 4:2, 15:2, 75:22
**plaintiff's** [4] - 11:17, 12:6, 13:1, 14:7
**Plaintiff's** [13] - 37:12, 38:6, 40:15, 42:12, 88:19, 89:1, 94:7, 96:17, 100:4, 106:21, 116:18, 128:21, 132:20
**planned** [2] - 28:9, 28:12
**planning** [1] - 21:7
**plans** [1] - 52:7
**play** [1] - 88:8
**plus** [1] - 176:3
**plus-25** [1] - 191:3
**podium** [2] - 6:7, 161:5
**point** [10] - 65:16, 66:2, 91:4, 92:22, 116:15, 120:8, 140:1, 165:23, 166:25, 201:5
**pool** [1] - 185:2
**portion** [2] - 115:7, 161:25
**poses** [1] - 112:20
**position** [24] - 7:5, 7:6, 9:18, 17:20, 17:23, 18:4, 18:22, 20:16, 21:13, 21:16, 21:24, 26:1, 26:4, 54:9, 79:16, 97:10,

97:14, 97:16, 101:13, 104:22, 165:3, 189:22, 189:25
**positioning** [1] - 91:12
**positively** [1] - 31:3
**possibilities** [1] - 80:21
**possibility** [1] - 95:23
**possible** [5] - 7:12, 9:16, 51:5, 99:12, 100:12
**possibly** [2] - 56:6, 98:11
**post** [5] - 40:13, 41:14, 57:5, 72:5, 73:16
**post-production** [1] - 73:16
**posted** [5] - 41:1, 42:21, 57:6, 57:8, 58:5
**posters** [1] - 8:14
**posting** [2] - 8:11, 39:17, 57:10
**posts** [1] - 40:1
**potential** [2] - 169:10, 169:11
**power** [1] - 114:2
**practice** [2] - 27:16, 140:22
**pre** [4] - 86:3, 86:5, 86:6, 90:4
**pre-pro** [3] - 86:3, 86:5, 90:4
**pre-produced** [1] - 86:6
**prepare** [2] - 93:14, 145:8
**prepared** [5] - 12:12, 145:15, 145:18, 146:22, 169:21
**preponderance** [1] - 197:7
**preproduction** [2] - 120:8, 138:7
**presence** [7] - 52:12, 130:13, 130:15, 160:10, 161:1, 162:24, 194:16
**present** [9] - 28:15, 30:1, 33:21, 61:14, 74:10, 92:23, 138:6, 160:16, 161:23
**presentation** [2] - 9:13, 9:16
**presented** [2] - 38:18, 74:25
**presently** [2] - 135:13, 135:14
**PRESIDING** [1] - 1:5
**presuming** [1] - 24:7
**pretrial** [1] - 198:4
**pretty** [3] - 194:22, 196:2, 198:16
**prevented** [1] - 193:6

**previous** [4] - 108:2, 137:1, 182:6, 182:17
**PREVIOUSLY** [2] - 163:6, 178:14
**previously** [8] - 57:2, 63:5, 77:1, 141:2, 156:4, 163:12, 164:16, 165:13
**primary** [1] - 90:5
**prime** [1] - 8:15
**principal** [1] - 10:20
**print** [1] - 166:24
**printed** [3] - 83:24, 83:25, 85:9
**prints** [1] - 165:22
**pro** [3] - 86:3, 86:5, 90:4
**problem** [1] - 194:9
**problems** [1] - 133:14
**procedure** [1] - 144:8
**proceeded** [1] - 130:23
**proceeding** [1] - 201:18
**PROCEEDINGS** [2] - 1:15, 202:15
**process** [3] - 67:14, 141:21, 141:22
**processing** [1] - 70:23
**produced** [8] - 83:20, 85:4, 85:5, 86:6, 114:13, 114:15, 114:16, 119:13
**producing** [2] - 73:2, 152:14
**product** [2] - 12:2, 85:17
**production** [4] - 73:16, 138:7, 145:7, 149:8
**Productions** [2] - 153:9, 158:8
**products** [1] - 35:14
**professional** [7] - 11:10, 12:4, 77:13, 111:6, 163:14, 171:2, 172:22
**professionalism** [1] - 7:1
**profile** [2] - 82:7, 172:8
**program** [1] - 154:18
**projector** [1] - 56:19
**promise** [1] - 166:17
**promised** [1] - 193:21
**promises** [2] - 14:7, 14:9
**promote** [1] - 20:20
**promotional** [1] - 92:25
**promptly** [1] - 13:24
**proof** [1] - 197:7
**proper** [1] - 70:17
**properly** [2] - 86:4, 168:1

**props** [2] - 109:12, 150:4
**protect** [1] - 196:12
**proud** [1] - 10:15
**prove** [1] - 11:2, 200:20
**provide** [7] - 48:20, 72:24, 73:25, 102:19, 169:15, 170:7, 181:5
**provided** [18] - 31:3, 33:12, 74:2, 95:15, 99:1, 121:21, 156:21, 158:1, 158:19, 159:1, 159:14, 166:6, 177:17, 192:6, 192:13, 192:23, 192:24
**providing** [2] - 112:22, 140:23
**public** [2] - 53:15, 177:7
**Publicity** [1] - 155:22
**publish** [2] - 46:25, 118:5
**pull** [2] - 82:20, 165:14
**pulling** [1] - 32:10
**purposes** [2] - 112:23, 136:8
**pursuant** [1] - 77:6
**PURSUANT** [1] - 202:12
**put** [11] - 14:11, 70:11, 73:3, 73:11, 124:20, 155:20, 157:18, 184:12, 197:18, 200:6, 200:13

**Q**

**quadrant** [1] - 32:16
**qualities** [1] - 98:10
**quality** [1] - 21:4
**quarter** [1] - 130:6
**questioning** [3] - 101:16, 139:24, 176:14
**questions** [10] - 47:11, 51:1, 59:23, 134:16, 158:12, 177:4, 178:4, 190:15, 191:16, 193:9
**quick** [1] - 181:22
**quickly** [6] - 21:6, 68:15, 143:1, 160:22, 184:12, 199:10
**quickly...** [1] - 74:19
**quietly** [1] - 52:7
**quote** [1] - 61:24

**R**

**R-Y-A-N** [1] - 76:1
**Rae** [5] - 6:12, 14:24, 15:6, 76:23, 126:3
**RAE** [6] - 1:7, 2:4, 3:6, 3:12, 15:2, 202:5
**rate** [26] - 13:16, 17:23, 21:12, 26:21, 27:5, 33:25, 54:6, 54:9, 61:24, 100:25, 107:17, 108:6, 108:14, 110:9, 164:7, 164:8, 164:9, 164:20, 164:25, 165:8, 175:14, 175:15, 175:16, 176:2, 176:4
**rates** [9] - 108:10, 164:21, 190:20, 190:22, 191:2, 192:8, 192:14, 192:15, 192:18
**rather** [1] - 78:19
**re** [1] - 74:15
**re-cross** [1] - 74:15
**reach** [5] - 46:7, 48:3, 48:8, 69:14, 190:5
**reached** [9] - 26:7, 31:11, 46:20, 46:24, 48:11, 63:1, 65:10, 69:5, 180:22
**reacted** [1] - 31:3
**read** [9] - 42:20, 70:4, 85:11, 85:22, 86:25, 87:4, 127:7, 127:13, 197:21
**reading** [3] - 96:6, 201:4, 201:8
**ready** [6] - 28:9, 36:21, 105:22, 107:6, 107:7, 186:10
**real** [3] - 8:15, 160:22, 181:22
**realized** [1] - 14:1
**really** [18] - 6:17, 10:23, 10:24, 14:5, 18:11, 18:13, 19:13, 21:2, 21:20, 22:14, 56:7, 57:12, 87:10, 170:3, 194:17, 195:12, 197:14
**reason** [3] - 9:7, 11:6, 116:21
**rebuttal** [2] - 195:7, 195:23
**receive** [25] - 13:22, 62:4, 67:3, 67:10, 67:13, 84:2, 95:6, 99:3, 106:12, 127:20, 132:13, 167:17, 167:19, 168:3, 170:5, 176:6, 183:23, 186:13, 186:14, 187:3,

187:19, 188:20, 188:24, 189:2, 189:5
**RECEIVED** [2] - 4:2, 5:2
**received** [42] - 12:25, 13:19, 22:24, 37:10, 38:4, 42:10, 54:5, 54:7, 54:11, 62:7, 62:8, 83:4, 83:10, 88:18, 88:23, 94:5, 96:15, 106:19, 115:23, 123:10, 126:23, 127:7, 128:19, 132:18, 137:11, 142:24, 147:1, 154:4, 175:6, 175:19, 175:21, 175:23, 183:3, 184:8, 186:20, 186:25, 187:17, 188:7, 188:25, 189:3, 189:6, 190:6
**receiving** [4] - 13:13, 45:10, 66:12, 67:18
**recess** [2] - 52:14, 52:15, 130:10
**Recess** [1] - 130:11
**recognize** [10] - 22:19, 31:14, 32:14, 41:17, 83:2, 88:14, 93:21, 116:24, 118:8, 143:22
**recognized** [1] - 60:11
**recollection** [4] - 47:2, 70:6, 89:24, 125:3
**recommended** [6] - 16:11, 95:1, 121:23, 122:6, 122:10, 163:23
**recommending** [1] - 122:2
**record** [10] - 52:13, 75:23, 76:2, 127:7, 132:25, 153:15, 160:23, 162:21, 194:13, 200:14
**RECROSS** [4] - 3:5, 3:11, 74:17, 158:14
**recross** [1] - 190:12
**red** [1] - 143:19
**redirect** [6] - 71:25, 74:14, 158:13, 178:6, 190:11, 191:17
**REDIRECT** [5] - 3:5, 3:11, 72:1, 156:10, 191:19
**redirect...** [1] - 156:9
**REDUCTION** [1] - 202:19
**refer** [5] - 19:17, 63:16, 76:8, 79:13, 88:11
**reference** [4] - 90:7, 133:9, 133:11, 148:16

**referenced** [1] - 146:19
**referencing** [2] - 84:24, 90:8
**referred** [4] - 6:12, 6:15, 142:7, 164:9
**referring** [2] - 91:9, 135:22
**refers** [1] - 29:10
**reflect** [7] - 124:8, 128:14, 130:25, 156:24, 160:23, 162:21, 194:13
**reflected** [9] - 40:6, 96:11, 99:4, 106:13, 106:25, 123:18, 129:3, 132:14, 133:7
**reflecting** [4] - 127:21, 128:1, 129:7, 191:2
**reflects** [1] - 52:13
**reframe** [1] - 47:4
**refresh** [7] - 47:1, 47:21, 63:18, 70:6, 85:23, 125:3, 181:20
**refreshing** [1] - 181:21
**refuse** [2] - 9:23, 44:14
**regard** [1] - 137:17
**regarding** [17] - 12:11, 13:7, 58:2, 61:23, 62:23, 66:23, 66:24, 67:18, 69:19, 70:7, 74:21, 168:20, 180:15, 182:23, 184:16, 189:16, 191:10
**regards** [4] - 8:18, 177:6, 177:19, 191:7
**REGULATIONS** [2] - 202:16, 202:20
**reimbursed** [2] - 173:1, 173:4
**reimbursement** [1] - 173:8
**reject** [1] - 111:3
**rejoining** [1] - 163:8
**relate** [1] - 152:7
**related** [5] - 137:15, 138:21, 165:21, 166:8, 166:23
**relating** [24] - 12:1, 12:20, 12:21, 13:25, 62:14, 62:20, 68:20, 135:22, 136:20, 152:5, 167:12, 167:20, 168:4, 168:13, 168:17, 176:20, 177:7, 184:3, 185:2, 185:3, 186:15, 186:20, 187:4, 187:17
**relationship** [6] - 77:12, 77:14, 77:15, 77:16, 119:12, 134:8
**relationships** [1] - 126:10

**release** [28] - 121:3, 121:7, 121:14, 133:15, 137:5, 137:6, 137:7, 139:2, 139:15, 140:20, 141:9, 141:11, 155:14, 155:15, 155:17, 161:14, 165:16, 165:20, 166:7, 166:21, 167:12, 167:20, 168:4, 177:6, 177:8, 177:11, 193:22, 193:23
**released** [1] - 121:11
**relevance** [56] - 35:24, 43:9, 43:10, 44:8, 50:23, 57:17, 81:21, 93:8, 99:8, 99:23, 99:24, 100:15, 101:15, 102:8, 102:16, 104:24, 105:11, 105:24, 107:24, 109:3, 109:9, 109:14, 110:24, 116:3, 117:10, 117:17, 117:21, 118:13, 118:20, 118:24, 119:4, 119:9, 119:20, 121:15, 122:17, 122:22, 124:24, 125:9, 125:17, 125:24, 131:5, 132:9, 132:22, 159:21, 163:15, 165:24, 166:2, 168:6, 168:22, 170:8, 171:3, 171:24, 172:10, 172:12, 172:23, 185:13
**relevant** [3] - 115:11, 115:14, 123:23
**relied** [1] - 13:8
**remaining** [1] - 42:25
**remember** [28] - 14:6, 20:6, 29:15, 29:25, 30:19, 51:25, 52:20, 61:25, 63:6, 71:16, 74:24, 80:6, 84:12, 85:10, 89:10, 89:11, 105:12, 112:11, 130:6, 137:22, 138:19, 144:21, 163:5, 174:19, 176:19, 178:16, 187:25, 194:3
**remembering** [1] - 14:10
**remembers** [1] - 194:8
**renew** [1] - 160:9
**renting** [1] - 81:20
**repeat** [7] - 22:15, 55:25, 56:14, 140:4, 166:4, 167:24,

175:12
**repeatedly** [1] - 9:1
**repetitive** [1] - 131:20
**rephrase** [1] - 75:10
**REPORTED** [1] - 202:14
**reported** [1] - 7:16
**REPORTER** [4] - 1:20, 166:10, 202:10, 202:23
**REPORTER'S** [1] - 1:15
**represent** [4] - 6:11, 10:16, 45:24, 171:7
**representation** [2] - 171:9, 171:17
**representative** [3] - 10:18, 20:21, 103:17
**representatives** [5] - 9:2, 19:8, 68:21, 68:22, 180:3
**represented** [6] - 66:2, 168:21, 171:1, 171:14, 171:19, 171:22
**representing** [4] - 45:1, 45:25, 170:2, 171:11
**reputation** [1] - 98:15
**request** [1] - 160:10
**requesting** [2] - 44:22, 70:24, 177:13
**requests** [2] - 65:25, 129:25
**require** [2] - 139:24, 144:7
**required** [1] - 19:12
**requirement** [1] - 200:19
**requires** [1] - 144:7
**research** [1] - 22:5
**reservation** [2] - 105:6, 200:11
**reservations** [1] - 105:10
**reserve** [6] - 10:12, 160:14, 162:5, 162:12, 195:3, 199:15
**reserved** [2] - 199:15, 200:4
**reside** [5] - 16:13, 16:14, 16:17, 76:16, 76:20
**resolve** [2] - 69:19, 176:12
**respect** [1] - 7:1
**respectful** [1] - 98:14
**respond** [3] - 65:20, 107:4, 200:7
**responded** [2] - 66:3, 97:3
**responds** [1] - 129:6
**response** [9] - 69:11, 69:15, 90:16, 95:6, 95:9, 99:3, 100:17,

182:9, 187:19
**responsibility** [1] - 120:15
**responsible** [1] - 9:21
**rest** [6] - 41:4, 84:23, 151:11, 193:17, 193:18, 198:21
**restart** [1] - 138:23
**restate** [5] - 62:17, 135:9, 141:7, 141:22, 171:4
**rests** [2] - 160:4, 160:6
**result** [1] - 37:22
**resulted** [2] - 31:18, 36:8
**results** [1] - 11:17
**retain** [1] - 144:10
**retained** [2] - 12:3, 143:6
**retaining** [1] - 11:12
**retouch** [1] - 154:19
**retrieve** [1] - 75:19
**return** [2] - 14:14, 61:11
**returned** [1] - 61:13
**returning** [1] - 33:11
**revamp** [1] - 21:3
**revealing** [5] - 22:18, 26:16, 31:15, 42:1, 83:1
**review** [3] - 146:3, 181:15, 183:21
**reviewed** [1] - 182:10
**right-hand** [1] - 82:22
**rights** [2] - 121:3, 155:22
**road** [1] - 201:14
**role** [3] - 19:12, 89:11, 99:12
**roll** [1] - 58:21
**romantic** [1] - 77:16
**room** [3] - 20:3, 33:10, 33:11
**ruining** [1] - 113:6
**Rule** [6] - 162:4, 162:6, 199:23, 200:10, 201:14, 201:16
**rule** [1] - 124:2
**ruling** [1] - 198:19
**run** [2] - 161:17, 161:18
**Ryan** [109] - 9:10, 10:15, 11:21, 12:5, 12:7, 12:24, 13:1, 13:2, 13:9, 16:20, 16:22, 16:23, 18:7, 18:23, 20:9, 20:10, 22:2, 22:21, 23:6, 23:7, 23:11, 23:14, 23:16, 24:3, 24:5, 24:11, 24:15, 26:17, 28:21, 28:23, 29:19, 53:2, 53:9, 53:15, 53:18, 53:21, 53:24, 54:5, 54:11, 54:14,

54:20, 55:17, 69:23, 70:7, 70:14, 70:18, 75:18, 76:1, 76:7, 76:8, 76:10, 76:13, 77:5, 83:17, 89:4, 93:14, 100:9, 106:6, 106:23, 109:17, 116:21, 117:13, 118:4, 118:23, 119:3, 119:8, 119:18, 122:11, 122:20, 123:2, 124:19, 126:19, 127:6, 127:19, 128:25, 130:20, 131:23, 132:6, 133:6, 134:11, 134:22, 144:2, 146:16, 147:5, 150:13, 155:23, 156:12, 157:9, 158:12, 161:4, 161:10, 161:13, 163:20, 163:23, 164:1, 164:9, 164:22, 165:7, 165:10, 167:11, 170:4, 178:11, 178:21, 190:16
**RYAN** [11] - 2:10, 2:10, 3:7, 3:8, 3:9, 3:13, 3:14, 3:14, 75:22, 131:22, 178:14
**Ryan...** [1] - 118:3
**Ryan/Ignite//10518** [1] - 149:5
**ryandocclose123@gmail.com** [1] - 147:21

## S

**salary** [5] - 18:3, 21:15, 21:19, 41:4, 105:18
**sale** [2] - 165:23, 166:25
**SAN** [1] - 2:12
**save** [2] - 37:25, 153:12
**savvy** [1] - 56:18
**saw** [3] - 60:10, 69:14, 104:7
**scenario** [1] - 16:11
**scenes** [2] - 29:4
**schedule** [2] - 25:18, 145:7
**scheduling** [2] - 142:3, 169:13
**school** [2] - 16:5, 16:8
**screen** [3] - 32:8, 56:7, 143:14
**screenshot** [23] - 22:20, 23:24, 24:5,

24:12, 40:5, 40:12, 40:21, 40:23, 41:12, 41:24, 42:3, 42:4, 42:16, 57:4, 58:2, 58:3, 58:6, 63:8, 95:16, 98:20, 98:23, 106:9
**screenshots** [8] - 24:17, 39:25, 93:3, 93:14, 93:17, 93:21, 123:18, 124:6
**scroll** [1] - 139:5
**seat** [2] - 162:25, 194:14
**SEC** [1] - 139:25
**second** [21] - 11:5, 20:2, 29:23, 70:4, 70:22, 71:11, 94:17, 95:12, 115:25, 117:8, 146:18, 151:7, 153:25, 155:10, 176:17, 181:11, 181:13, 181:17, 182:17, 185:1, 199:10
**seconds** [1] - 160:20
**section** [2] - 65:25, 149:9
**SECTION** [1] - 202:12
**secure** [3] - 56:2, 171:1, 171:8
**securing** [2] - 55:18, 142:5
**see** [56] - 6:8, 12:16, 14:12, 19:13, 32:11, 41:10, 41:11, 42:15, 42:19, 54:18, 56:7, 56:10, 59:2, 59:9, 63:23, 64:5, 65:23, 66:7, 70:2, 80:7, 81:22, 82:23, 84:24, 89:3, 89:4, 89:12, 90:5, 93:11, 98:22, 106:9, 107:8, 116:1, 119:2, 124:19, 130:5, 139:2, 139:4, 139:14, 140:6, 140:9, 140:10, 143:2, 143:19, 143:21, 146:16, 149:10, 155:15, 155:24, 182:7, 182:19, 183:10, 183:16, 194:6, 194:7
**see...** [2] - 32:6, 186:18
**seeing** [3] - 14:13, 58:23, 79:23
**seek** [3] - 70:11, 141:23, 179:1
**seeking** [2] - 11:10, 66:24
**select** [1] - 34:12
**selected** [1] - 102:1
**selecting** [1] - 36:10
**sell** [2] - 85:18, 170:14

219

**sell-through** [1] - 85:18

**selling** [1] - 85:18

**send** [24] - 29:19, 49:4, 87:10, 87:19, 94:14, 94:23, 95:2, 96:10, 98:20, 98:22, 104:4, 106:12, 107:11, 107:22, 147:10, 158:25, 180:14, 180:19, 180:25, 182:23, 189:11, 189:12, 192:3, 194:1

**sending** [3] - 106:5, 128:25, 146:5

**senior** [1] - 15:22

**sense** [3] - 55:3, 61:17, 80:19

**sent** [18] - 12:12, 13:3, 23:20, 23:23, 24:1, 46:9, 49:6, 86:21, 93:1, 96:25, 107:19, 120:22, 129:2, 133:6, 133:22, 146:8, 146:13, 192:1

**sentence** [2] - 85:14, 86:2

**sentences** [1] - 89:17

**separate** [5] - 33:10, 138:1, 138:5, 155:9

**separately** [2] - 20:23, 88:5

**September** [14] - 17:11, 80:7, 80:9, 84:4, 86:22, 89:16, 94:15, 94:25, 98:21, 100:9, 100:10, 183:24, 184:14, 185:17

**service** [2] - 10:8, 13:22

**services** [30] - 8:9, 8:19, 9:6, 11:8, 12:1, 12:3, 13:8, 13:17, 13:19, 13:23, 16:25, 27:17, 62:15, 120:22, 139:19, 139:21, 140:8, 140:14, 140:15, 142:21, 144:11, 156:20, 158:1, 168:13, 169:6, 169:13, 170:7, 171:2, 175:7, 177:17

**session** [2] - 52:8, 159:19

**SESSION** [1] - 6:3

**set** [26] - 7:20, 18:24, 26:21, 28:25, 29:1, 29:16, 31:5, 34:17, 34:24, 35:13, 54:9, 61:7, 74:5, 112:5, 112:7, 112:11, 112:12, 112:16, 156:25, 157:2,
159:18, 164:7, 164:20, 164:22, 176:2

**sets** [2] - 28:10, 28:13

**settling** [1] - 176:20

**seven** [1] - 42:24

**several** [19] - 20:5, 28:10, 29:1, 29:5, 44:17, 48:16, 49:6, 49:12, 67:21, 69:7, 69:8, 74:9, 75:1, 174:18

**shadow** [1] - 16:9

**shaved** [1] - 35:21

**sheet** [21] - 12:13, 145:4, 145:6, 145:8, 145:15, 145:19, 146:15, 147:7, 147:10, 149:7, 156:23, 156:24, 157:3, 158:17, 158:19, 159:3, 159:4, 179:2, 181:3

**shoot** [199] - 7:19, 7:22, 8:8, 11:18, 12:11, 12:16, 12:18, 12:19, 12:22, 13:8, 13:17, 13:23, 17:12, 20:24, 21:5, 21:8, 25:5, 25:25, 26:17, 26:21, 28:1, 28:10, 29:3, 29:7, 29:14, 30:17, 31:4, 31:19, 32:18, 33:18, 34:13, 34:17, 34:24, 35:19, 36:3, 36:8, 36:11, 37:22, 39:19, 40:25, 41:18, 43:23, 50:1, 53:3, 53:10, 53:11, 53:14, 53:15, 53:17, 53:18, 54:4, 54:6, 54:10, 54:14, 54:20, 54:21, 55:1, 55:5, 55:8, 55:16, 55:19, 56:3, 59:15, 60:6, 60:12, 60:15, 60:16, 60:25, 61:5, 61:10, 61:16, 61:22, 61:25, 62:5, 62:15, 62:20, 62:23, 66:17, 66:24, 67:4, 68:8, 68:9, 69:1, 71:9, 79:12, 80:8, 80:16, 80:22, 81:6, 87:13, 87:16, 90:12, 90:20, 91:23, 100:11, 103:9, 104:2, 104:23, 105:23, 106:6, 109:13, 109:17, 110:12, 110:16, 111:9, 111:21, 113:4, 113:6, 114:8, 114:18, 115:8, 119:3, 120:9, 122:21, 125:7, 125:8, 125:14,
125:15, 125:16, 129:16, 135:20, 135:23, 136:3, 136:4, 136:5, 136:9, 137:15, 137:25, 138:7, 138:10, 139:22, 140:12, 140:13, 141:3, 141:11, 141:17, 141:19, 141:24, 142:6, 142:10, 144:11, 144:25, 145:3, 145:9, 145:16, 145:20, 150:9, 151:14, 152:5, 152:11, 152:14, 152:17, 152:20, 153:2, 154:11, 155:5, 159:9, 163:19, 164:7, 165:2, 165:5, 165:8, 167:21, 168:5, 168:14, 169:17, 173:2, 173:11, 173:15, 173:25, 174:9, 174:19, 175:16, 175:19, 176:2, 177:22, 178:2, 178:24, 179:22, 180:16, 180:21, 180:24, 181:2, 181:4, 181:7, 182:13, 182:24, 183:13, 184:3, 184:17, 184:22, 184:25, 185:1, 185:13, 185:16, 185:17, 186:16

**shoot/spokesmodel** [1] - 54:1

**shooting** [5] - 28:14, 33:8, 144:24, 149:25, 152:22

**shoots** [9] - 18:5, 20:19, 21:20, 53:21, 117:14, 124:22, 136:19, 168:17, 171:2

**shops** [1] - 90:5

**short** [1] - 9:15

**shot** [4] - 28:11, 90:12, 90:19, 113:20

**shots** [7] - 90:10, 91:6, 92:1, 114:11, 114:12, 114:13, 185:2

**show** [29] - 7:8, 7:13, 7:17, 7:23, 7:25, 8:5, 8:6, 8:14, 8:22, 8:23, 9:1, 11:3, 11:12, 12:18, 12:25, 13:11, 13:18, 13:20, 20:20, 29:20, 57:20, 90:4, 131:15, 150:1, 158:18, 159:2,
165:23, 166:25, 183:6

**showed** [2] - 30:19, 103:5

**showing** [1] - 41:2

**shows** [3] - 18:6, 20:22, 131:12

**side** [5] - 73:3, 82:18, 194:21, 195:6, 200:6

**sides** [2] - 193:18, 196:15

**sign** [8] - 121:14, 121:17, 140:20, 140:23, 144:9, 144:16, 144:18, 144:20

**signature** [7] - 121:6, 143:20, 143:22, 143:23, 143:25, 167:2, 167:3

**signed** [12] - 121:18, 133:15, 139:15, 140:21, 142:10, 142:13, 142:20, 144:23, 145:1, 156:14, 177:10, 177:16

**signing** [1] - 144:5

**similar** [2] - 11:14, 19:6

**Simon** [2] - 167:4, 177:10

**simple** [4] - 6:17, 6:18, 6:21, 10:22

**single** [2] - 11:18, 61:6

**single-day** [1] - 11:18

**sister** [2] - 15:20, 16:15

**sit** [1] - 195:18

**situation** [3] - 32:8, 48:22, 50:21

**skimpy** [1] - 79:20

**slide** [2] - 197:15, 197:18

**Slow** [1] - 166:10

**slow** [1] - 166:13

**slower** [1] - 53:4

**small** [3] - 11:23, 82:21, 196:18

**so...** [3] - 64:9, 70:25, 200:9

**social** [13] - 8:12, 13:14, 22:10, 24:19, 39:13, 39:15, 39:18, 41:1, 42:3, 46:9, 72:5, 165:22, 166:24

**Soda** [12] - 137:21, 137:23, 138:3, 138:8, 138:24, 139:7, 148:19, 151:19, 185:6, 185:22, 185:24, 186:2

**soda&lime.com** [1] - 151:22

**software** [1] - 154:18
**solar** [1] - 114:11

**solely** [2] - 136:9, 179:21

**someday** [1] - 166:18

**someone** [3] - 48:8, 70:12, 112:21

**sometime** [1] - 58:12

**sometimes** [9] - 65:24, 67:13, 154:15, 169:9, 169:10, 170:1, 196:6, 198:4, 199:5

**soon** [1] - 74:24

**sorry** [78] - 22:16, 23:1, 23:4, 23:13, 25:9, 29:25, 31:12, 32:9, 38:21, 40:4, 41:8, 46:17, 47:15, 48:1, 55:25, 57:7, 59:25, 64:8, 70:1, 70:22, 73:9, 73:19, 75:7, 82:15, 83:11, 83:15, 92:11, 92:13, 96:19, 98:16, 103:9, 103:15, 110:18, 112:14, 115:24, 116:6, 127:12, 133:1, 137:10, 138:22, 139:14, 140:19, 141:4, 141:6, 143:12, 145:19, 146:23, 149:13, 149:20, 150:7, 153:15, 153:18, 155:14, 159:10, 160:6, 161:7, 166:10, 166:12, 167:24, 172:11, 173:1, 174:13, 175:25, 176:10, 182:3, 185:9, 185:11, 186:9, 186:14, 187:22, 188:14, 189:23, 190:11, 192:5, 193:13, 197:23

**sought** [1] - 151:13

**sound** [2] - 22:14, 186:23

**sounded** [1] - 21:22

**sounds** [1] - 186:24

**Southern** [1] - 15:25

**spacing** [1] - 112:23

**speaking** [5] - 16:24, 70:9, 89:24, 142:20, 189:13

**speaks** [2] - 85:20, 127:16

**special** [3] - 98:10, 198:5, 199:7

**specific** [9] - 58:20, 89:24, 93:11, 102:10, 102:11, 103:3, 105:9, 189:7, 198:17

**specifically** [19] -
20:6, 31:8, 82:23,
98:18, 114:17,
116:22, 118:6,
123:15, 126:22,
136:19, 141:23,
152:7, 152:10,
181:5, 182:18,
187:23, 189:13,
192:7, 200:16
**specificity** [2] - 58:17,
59:6
**speculation** [22] -
32:24, 34:21, 35:23,
44:7, 45:5, 45:18,
72:21, 73:7, 78:4,
82:1, 85:19, 89:20,
90:14, 99:13,
104:10, 111:22,
113:17, 119:20,
128:6, 139:10,
158:20, 186:3
**spell** [2] - 15:4, 75:24
**spelled** [1] - 15:7
**Spence** [9] - 79:8,
84:16, 129:7,
138:14, 188:2,
188:6, 188:11,
188:17, 189:2
**spending** [1] - 18:12
**spent** [1] - 50:20
**spokesmodel** [15] -
17:20, 17:23, 21:13,
21:24, 26:1, 26:3,
41:21, 54:8, 104:22,
105:22, 135:21,
136:13, 136:20,
152:8, 165:2
**spokesmodels** [4] -
18:2, 20:17, 41:3,
42:24
**spokeswomen** [1] -
43:16
**staff** [1] - 79:4
**stand** [6] - 14:25,
52:19, 161:13,
163:8, 178:16
**standard** [4] - 27:16,
149:7, 155:17, 196:2
**Star** [1] - 153:9
**start** [11] - 15:20,
15:21, 16:12, 16:15,
28:21, 34:17, 54:15,
112:5, 112:12,
114:16, 181:12
**started** [7] - 6:22,
7:19, 15:22, 16:12,
80:9, 191:9, 194:9
**starting** [2] - 52:5,
172:16
**startup** [1] - 11:23
**state** [6] - 15:4, 25:20,
28:19, 75:24, 87:19,
140:7
**statement** [2] - 10:12,
14:8

**STATEMENTS** [1] -
6:5
**STATEMENTS..........
.........** [1] - 3:3
**states** [4] - 86:2,
89:16, 95:12, 129:18
**STATES** [6] - 1:1,
1:21, 202:11,
202:13, 202:17,
202:20
**stats** [1] - 19:10
**status** [4] - 135:7,
135:11, 135:16,
150:19
**stay** [2] - 113:7,
161:15
**Stein** [1] - 10:18
**STENOGRAPHICAL
LY** [1] - 202:14
**step** [8] - 59:4, 62:13,
75:15, 159:25,
160:20, 178:9,
185:1, 193:11
**Stephen** [1] - 83:18
**Steve** [4] - 147:14,
151:3, 153:1, 153:22
**steve@stevek.com**
[1] - 147:12
**Steven** [1] - 83:23
**Stewart** [1] - 147:18
**stick** [2] - 79:3, 79:11
**still** [14] - 6:23, 9:4,
45:24, 51:10, 52:8,
87:6, 105:23,
161:15, 163:5,
172:19, 174:11,
178:17, 191:14,
195:23
**stop** [2] - 162:3, 201:2
**STREET** [1] - 1:22
**stressful** [1] - 50:17
**stricken** [3] - 71:5,
90:17, 100:19
**strictly** [1] - 77:13
**strike** [12] - 25:7,
60:19, 71:4, 90:16,
100:17, 111:8,
124:15, 134:2,
159:10, 167:18,
168:19, 176:10
**strip** [4] - 8:16, 38:15,
39:2, 118:23
**studio** [16] - 28:2,
28:11, 28:14, 66:23,
68:12, 68:13,
110:12, 110:17,
110:19, 111:7,
147:17, 149:3,
149:7, 149:23,
150:1, 152:17
**Studio** [6] - 28:2, 68:7,
150:7, 153:4, 155:3,
155:7
**stuff** [2] - 18:6, 123:12
**stylingbyali@gmail.
com** [1] - 148:12

**stylist** [12] - 61:14,
61:18, 74:24, 75:3,
148:13, 148:14,
150:4, 151:8, 154:6,
173:10, 173:14,
173:20
**stylists** [1] - 12:15
**subject** [1] - 124:14
**submit** [2] - 199:12,
200:4
**submitted** [5] - 52:3,
130:9, 194:5,
196:16, 198:7
**subpoena** [1] - 77:7
**subpoenaed** [3] -
9:11, 161:3, 161:10
**success** [2] - 7:10,
50:16
**successful** [2] -
45:13, 45:21
**sufficient** [1] - 161:24
**suggested** [1] -
108:13
**suggestion** [3] -
99:11, 192:14, 194:7
**SUITE** [3] - 1:22, 2:6,
2:11
**Sunset** [4] - 8:16,
38:14, 39:2, 118:23
**sunset** [2] - 98:3
**supply** [2] - 36:2, 36:5
**support** [1] - 201:10
**supposed** [2] -
119:17, 120:1
**sustain** [1] - 131:19
**sustained** [61] - 23:8,
23:9, 23:10, 24:9,
26:12, 32:25, 33:5,
35:25, 43:11, 44:9,
44:24, 45:7, 72:22,
73:13, 82:2, 86:12,
89:21, 90:15, 93:9,
99:9, 100:16,
104:11, 104:15,
104:19, 105:12,
106:3, 109:4,
109:10, 109:15,
113:10, 113:14,
113:18, 117:11,
117:18, 117:22,
118:21, 118:25,
119:5, 119:10,
122:18, 122:23,
122:25, 123:24,
125:18, 125:25,
126:5, 127:17,
139:12, 141:14,
145:13, 159:22,
163:16, 170:10,
172:13, 172:24,
176:15, 176:23,
179:25, 185:14
**sworn** [1] - 15:1
**SWORN** [4] - 15:2,
75:22, 163:6, 178:14
**symbols** [2] - 85:5,

86:24
**system** [1] - 87:1

## T

**tab** [7] - 36:21, 82:12,
92:8, 92:23, 96:5,
98:18, 126:19
**table** [1] - 10:16
**tabs** [3] - 22:12, 82:18,
82:21
**talent** [16] - 27:8, 50:9,
55:21, 62:6, 62:7,
86:4, 87:6, 87:23,
88:1, 120:24,
140:24, 143:6,
149:15, 171:20,
171:22, 177:20
**team** [3] - 150:20,
150:21, 155:23
**tech** [3] - 147:13,
153:1, 153:22
**Tech** [1] - 151:3
**technology** [1] - 56:18
**telephone** [1] - 67:17
**telephonic** [1] -
184:16
**ten** [5] - 18:2, 20:17,
29:22, 42:24, 43:16
**term** [6] - 19:5, 70:13,
86:19, 97:13, 97:16,
170:24
**terms** [2] - 108:6,
133:12
**terrible** [1] - 138:22
**testified** [13] - 58:12,
62:2, 62:13, 62:25,
65:6, 66:22, 134:23,
149:12, 156:14,
172:15, 174:17,
185:12, 192:13
**testify** [7] - 12:8, 14:3,
23:11, 23:16, 26:13,
193:8
**testifying** [1] - 61:23
**testimony** [24] - 11:16,
12:10, 13:5, 13:25,
25:7, 53:1, 59:17,
59:20, 61:25, 62:16,
64:11, 65:3, 71:16,
127:14, 137:1,
163:25, 164:11,
164:16, 170:4,
173:12, 174:11,
174:19, 179:9, 192:9
**Texas** [1] - 16:2
**text** [27] - 12:23,
22:20, 23:5, 23:19,
23:23, 24:4, 24:5,
29:19, 42:23, 88:9,
92:5, 93:4, 106:5,
106:10, 106:25,
107:5, 123:5, 124:7,
126:23, 130:25,
133:19, 179:4,

187:12, 191:1,
191:8, 197:13
**texted** [3] - 17:6, 54:2,
123:10
**THAT** [2] - 202:12,
202:15
**THE** [427] - 2:4, 2:9,
10:9, 10:11, 14:20,
14:25, 15:3, 15:6,
15:9, 22:24, 23:1,
23:3, 23:5, 23:7,
23:10, 23:14, 23:21,
23:23, 24:1, 24:3,
24:7, 24:9, 24:11,
25:8, 25:10, 26:12,
26:24, 27:1, 27:2,
27:3, 30:9, 31:23,
31:25, 32:1, 32:3,
32:4, 32:25, 33:5,
34:22, 35:25, 37:10,
38:4, 39:22, 40:11,
40:14, 42:10, 43:6,
43:9, 43:11, 43:14,
44:9, 44:24, 45:7,
45:17, 45:19, 45:20,
47:3, 47:6, 47:8,
47:9, 47:12, 47:13,
47:15, 47:16, 47:18,
47:19, 48:1, 50:24,
50:25, 51:3, 51:5,
51:7, 51:12, 51:18,
51:20, 52:9, 52:13,
52:18, 56:22, 57:18,
59:24, 60:1, 60:3,
60:21, 61:4, 61:6,
61:8, 62:17, 63:18,
63:19, 63:20, 63:22,
64:4, 64:6, 64:8,
64:12, 64:14, 64:17,
64:20, 65:9, 65:10,
65:12, 71:5, 71:25,
72:22, 73:9, 73:13,
73:18, 73:19, 73:22,
74:7, 74:8, 74:15,
75:15, 75:20, 75:23,
75:25, 76:2, 76:4,
76:5, 78:5, 78:7,
78:9, 78:10, 78:12,
81:22, 82:2, 82:14,
82:16, 83:8, 83:9,
83:10, 83:13, 85:21,
85:22, 86:12, 88:18,
88:23, 89:21, 90:15,
90:17, 90:21, 90:25,
91:1, 92:10, 92:12,
92:19, 93:9, 93:15,
94:4, 96:12, 96:15,
96:19, 96:22, 97:15,
97:18, 99:9, 99:14,
99:15, 99:24, 100:6,
100:14, 100:16,
100:19, 101:3,
101:4, 101:17,
102:9, 102:17,
102:18, 102:19,
102:21, 102:22,

102:23, 102:24,
103:8, 103:11,
103:12, 103:15,
103:16, 103:18,
103:20, 104:11,
104:15, 104:19,
105:1, 105:2,
105:12, 105:25,
106:3, 106:18,
107:25, 108:1,
108:17, 108:18,
108:19, 108:20,
109:4, 109:10,
109:15, 110:25,
111:1, 111:24,
111:25, 113:10,
113:14, 113:18,
113:21, 113:23,
113:25, 114:22,
115:1, 115:10,
115:13, 116:1,
116:4, 116:6, 116:8,
116:11, 116:15,
117:11, 117:18,
117:22, 118:14,
118:15, 118:17,
118:21, 118:25,
119:5, 119:10,
119:15, 119:21,
119:22, 120:12,
120:13, 120:18,
120:19, 121:16,
121:18, 121:20,
121:23, 122:1,
122:3, 122:5, 122:7,
122:8, 122:18,
122:23, 122:25,
123:24, 124:3,
124:6, 124:13,
124:25, 125:1,
125:10, 125:11,
125:18, 125:25,
126:5, 126:9, 127:5,
127:12, 127:16,
128:7, 128:19,
130:3, 130:16,
131:7, 131:12,
131:17, 131:25,
132:4, 132:10,
132:11, 132:18,
132:24, 133:3,
134:2, 134:4,
134:18, 135:5,
135:17, 136:15,
137:11, 139:12,
140:2, 140:4,
141:14, 142:24,
143:14, 143:15,
144:13, 144:14,
145:13, 147:1,
156:9, 158:13,
158:22, 158:23,
159:22, 159:25,
160:4, 160:8,
160:12, 160:19,
161:5, 161:8,
161:11, 161:15,

161:18, 162:3,
162:11, 162:15,
162:18, 162:19,
162:21, 162:25,
163:4, 163:16,
164:12, 164:14,
166:1, 166:3, 166:4,
166:10, 166:13,
166:15, 166:19,
167:23, 167:24,
168:7, 168:8,
168:23, 168:24,
170:10, 171:4,
171:25, 172:11,
172:13, 172:24,
173:13, 173:14,
174:14, 174:15,
174:24, 174:25,
175:3, 175:11,
175:12, 176:15,
176:23, 176:25,
178:6, 178:9,
178:12, 178:15,
179:10, 179:12,
179:15, 179:25,
180:10, 180:12,
180:13, 180:17,
181:14, 181:17,
181:18, 181:23,
181:25, 182:1,
182:3, 183:3, 184:8,
185:9, 185:14,
185:19, 185:20,
186:5, 186:6,
190:11, 191:17,
192:10, 192:11,
193:7, 193:11,
193:14, 193:18,
193:20, 194:11,
194:13, 194:17,
195:5, 195:15,
195:21, 196:20,
196:23, 197:4,
197:10, 197:17,
197:23, 198:1,
198:6, 198:11,
198:15, 198:23,
199:3, 199:14,
199:19, 199:24,
200:2, 200:10,
200:22, 201:2,
201:13, 202:10,
202:11, 202:13,
202:14, 202:15,
202:16, 202:17,
202:19, 202:20
**themselves** [1] - 30:5
**thereafter** [1] - 18:23
**thereto** [1] - 57:9
**they've** [2] - 151:1,
200:17
**Thigpen** [2] - 6:10,
119:25
**THIGPEN** [260] - 2:4,
2:5, 3:7, 3:8, 3:13,
3:15, 6:6, 10:10,

14:23, 15:12, 15:13,
22:22, 23:9, 23:13,
23:18, 24:4, 24:10,
24:13, 25:11, 26:14,
26:25, 27:4, 30:10,
31:20, 32:5, 33:1,
33:6, 34:23, 36:1,
37:11, 37:14, 37:24,
38:5, 38:8, 39:23,
39:24, 40:8, 40:12,
40:17, 42:6, 42:11,
42:14, 43:13, 43:17,
44:10, 44:11, 44:25,
45:8, 45:23, 47:5,
47:25, 48:2, 51:1,
57:17, 62:16, 64:10,
72:2, 72:23, 73:11,
73:14, 73:23, 74:13,
75:17, 76:6, 78:13,
81:23, 82:3, 82:15,
82:17, 83:6, 83:15,
83:16, 86:1, 86:13,
88:17, 88:21, 88:25,
89:2, 89:22, 90:18,
90:22, 91:2, 92:11,
92:13, 92:15, 92:20,
93:6, 93:10, 93:16,
94:6, 94:9, 96:9,
96:13, 96:16, 96:21,
96:23, 96:24, 97:19,
99:7, 99:10, 99:16,
99:20, 100:3, 100:7,
100:8, 100:20,
101:7, 101:18,
102:13, 102:25,
103:14, 103:21,
104:12, 104:16,
104:20, 105:4,
105:20, 106:2,
106:4, 106:16,
106:20, 108:21,
109:5, 109:11,
109:16, 111:2,
112:2, 113:11,
113:15, 113:19,
114:1, 114:23,
115:2, 115:6,
115:11, 116:5,
116:7, 116:9,
116:12, 116:17,
116:20, 117:12,
117:19, 118:1,
118:18, 118:22,
119:1, 119:6,
119:14, 119:16,
120:14, 120:20,
122:9, 122:19,
122:24, 123:1,
123:20, 123:25,
124:5, 124:7,
124:11, 124:16,
124:17, 125:2,
125:12, 125:19,
126:1, 126:8,
126:18, 127:2,
127:6, 127:18,
128:8, 128:17,

128:20, 128:23,
130:18, 130:19,
131:3, 131:11,
131:14, 131:21,
131:23, 132:2,
132:5, 132:12,
132:16, 132:19,
133:1, 133:4, 133:5,
134:3, 134:10,
134:16, 135:4,
135:15, 136:14,
139:10, 139:23,
141:4, 141:12,
144:12, 145:11,
153:18, 156:11,
158:11, 158:20,
159:21, 160:2,
160:6, 163:15,
164:11, 165:24,
166:2, 167:22,
168:2, 168:6,
168:22, 170:8,
171:3, 171:24,
172:10, 172:12,
172:23, 174:23,
175:10, 176:13,
176:16, 176:22,
177:2, 178:4, 179:9,
179:24, 185:11,
186:3, 190:15,
190:17, 191:16,
192:9, 193:5,
193:19, 195:2,
195:19, 196:17,
196:22, 197:3,
197:9, 197:12,
197:20, 197:25,
198:8, 198:14,
198:20, 199:22,
199:25, 200:8,
200:15, 200:24,
201:12, 201:17
**thinking** [1] - 59:20
**THIS** [1] - 202:18
**Thompson** [2] - 89:5,
89:25
**thousand** [2] - 101:5,
101:10
**thousand-dollar** [2] -
101:5, 101:10
**thread** [5] - 63:8,
88:14, 97:1, 98:25,
189:7
**threads** [1] - 189:9
**three** [10] - 28:13,
41:3, 42:23, 43:15,
77:4, 121:23,
121:25, 190:12,
190:13, 200:5
**throughout** [5] - 9:23,
18:5, 30:12, 39:9,
76:9
**throw** [1] - 199:5
**timing** [2] - 193:21,
199:13
**TITLE** [1] - 202:13

**title** [1] - 189:24
**TO** [1] - 202:12
**today** [6] - 9:7, 16:24,
43:12, 77:6, 111:11,
177:4
**Todd** [1] - 89:5
**together** [2] - 14:12,
151:1
**tomorrow** [9] -
193:24, 194:6,
194:20, 194:23,
195:25, 196:13,
198:18, 199:14
**ton** [3] - 28:25,
170:15, 170:19
**tons** [1] - 170:19
**took** [29] - 14:1, 19:2,
37:16, 38:12, 38:17,
38:18, 39:3, 40:21,
40:24, 40:25, 41:15,
42:3, 42:4, 50:18,
58:6, 58:12, 58:18,
59:5, 59:7, 61:15,
100:22, 109:17,
110:12, 111:9,
114:11, 118:15,
121:19, 170:1,
185:18
**top** [12] - 32:15, 58:19,
89:3, 89:4, 94:11,
94:12, 97:1, 116:23,
116:24, 126:21,
143:2, 149:2
**Torgerson** [1] -
153:23
**touch** [2] - 154:22,
154:25
**toward** [3] - 55:14,
155:21, 166:16
**town** [1] - 33:13
**tracked** [1] - 72:6
**trade** [5] - 18:6, 20:20,
20:22, 165:22,
166:24
**TRANSCRIPT** [4] -
1:15, 202:14,
202:16, 202:18
**transcript** [1] - 63:17
**travel** [3] - 21:20,
33:15, 173:2
**treated** [1] - 199:8
**trial** [6] - 6:13, 9:12,
9:15, 11:2, 161:24,
162:5
**TRIAL** [2] - 1:15, 1:16
**tried** [3] - 61:11,
113:23, 174:2
**true** [43] - 41:20, 43:2,
53:10, 54:13, 54:19,
54:24, 55:4, 55:8,
55:16, 55:22, 59:18,
60:8, 60:13, 60:24,
61:13, 65:20, 66:4,
66:16, 67:6, 68:6,
68:24, 69:2, 75:9,
76:3, 137:23,

144:18, 152:19,
164:21, 167:18,
168:3, 170:21,
170:22, 173:10,
175:7, 175:15,
175:18, 175:21,
176:11, 183:12,
188:9, 192:5, 192:6
**TRUE** [1] - 202:13
**truth** [1] - 115:13
**try** [13] - 9:13, 37:15,
40:18, 43:9, 44:16,
51:24, 53:4, 60:1,
70:11, 74:9, 87:8,
190:5, 196:1
**trying** [7] - 11:23,
20:25, 21:3, 43:12,
43:14, 69:19, 87:7
**TUESDAY** [2] - 1:18,
6:1
**Tuesday** [2] - 21:11,
84:4
**turn** [23] - 22:11, 31:7,
36:19, 40:3, 56:13,
58:9, 63:4, 82:12,
82:19, 92:8, 93:13,
96:5, 98:18, 106:8,
114:20, 128:13,
130:24, 136:24,
141:7, 181:9,
183:19, 186:8
**turning** [1] - 70:1
**two** [24] - 9:9, 11:3,
13:24, 32:15, 38:20,
40:9, 49:21, 50:2,
82:16, 96:1, 105:13,
105:18, 107:19,
140:6, 151:7,
152:20, 162:1,
175:7, 175:8, 196:5,
199:4, 199:20, 200:5
**two-phase** [1] - 175:8
**type** [2] - 24:22, 42:2
**types** [1] - 91:13
**typical** [1] - 154:13
**typically** [1] - 145:9
**typo** [2] - 85:6, 87:1

## U

**Uber** [2] - 29:21, 29:24
**Ubered** [1] - 173:3
**ultimately** [10] - 17:20,
21:23, 25:12, 26:3,
28:14, 48:18, 49:4,
50:8, 87:16, 173:15
**um...** [1] - 17:16
**undelivered** [1] -
188:22
**under** [7] - 7:18,
52:20, 63:13,
161:21, 163:5,
178:17, 200:11
**underneath** [1] -
144:2

**understood** [1] -
199:18
**unfortunately** [1] -
29:21
**unique** [2] - 194:18,
194:20
**UNITED** [6] - 1:1, 1:21,
202:11, 202:13,
202:17, 202:20
**University** [1] - 15:25
**unlike** [2] - 133:13,
144:6
**unpaid** [1] - 176:20
**unusual** [1] - 108:23
**up** [56] - 6:24, 7:25,
8:25, 17:7, 18:24,
20:2, 21:23, 22:9,
28:14, 29:20, 30:19,
32:10, 33:15, 37:22,
41:2, 42:23, 47:10,
47:22, 48:16, 50:12,
50:15, 69:7, 69:9,
69:17, 73:3, 73:11,
81:1, 82:21, 84:24,
85:16, 89:18, 103:5,
133:25, 135:23,
138:9, 140:11,
140:12, 155:11,
155:20, 158:18,
159:2, 161:6,
165:14, 177:4,
184:12, 190:22,
191:4, 191:5, 191:9,
191:22, 192:6,
192:17, 195:1,
195:6, 195:24
**upcoming** [1] - 11:16,
82:5
**updated** [1] - 87:9
**upset** [2] - 123:11,
128:1
**uses** [1] - 150:24

## V

**vague** [7] - 90:24,
97:16, 108:15,
135:15, 136:14,
153:19, 175:10
**various** [1] - 27:17
**vehicle** [1] - 152:20
**verdict** [8] - 10:6,
14:14, 198:5, 198:7,
198:20, 199:1,
199:11, 201:15
**verified** [1] - 32:1
**versus** [1] - 157:8
**vertical** [1] - 91:17
**Victor** [1] - 15:7
**video** [7] - 87:9, 93:1,
111:13, 111:14,
150:20, 150:21,
155:22
**videographer** [2] -
29:4, 150:16

**view** [1] - 177:7
**viewing** [1] - 37:19
**visibility** [2] - 18:14,
118:19
**visited** [1] - 39:15
**voir** [1] - 6:4
**volunteer** [2] - 80:10,
80:15
**VP** [2] - 49:13, 68:3
**vs** [2] - 1:10, 202:6

## W

**wages** [1] - 11:11
**wait** [4] - 60:1, 65:9,
137:2
**waiting** [2] - 20:8,
29:23
**walking** [1] - 66:23
**wants** [1] - 199:13
**wardrobe** [10] - 36:2,
61:11, 61:14, 61:15,
73:24, 73:25, 74:5,
74:22, 159:14,
159:15
**warning** [2] - 195:10,
195:20
**wave** [1] - 195:12
**wear** [6] - 8:3, 33:12,
35:16, 74:12,
173:11, 173:16
**website** [3] - 43:1,
172:3, 172:8
**week** [4] - 8:24, 43:22,
90:4, 179:3
**weekend** [1] - 25:20
**Weisskopf** [1] - 83:18
**well-known** [1] - 12:4
**well...** [1] - 179:5
**WEST** [1] - 1:22
**Westar** [2] - 155:7,
155:8
**WESTERN** [1] - 1:3
**white** [4] - 95:9,
106:25, 133:19,
153:9
**White** [2] - 75:25, 76:4
**WHITE** [1] - 76:1
**whole** [3] - 104:1,
115:18, 197:16
**willful** [1] - 14:18
**willfully** [2] - 9:22,
105:18
**WILSHIRE** [1] - 2:6
**wire** [1] - 62:11
**wired** [1] - 50:9
**wish** [4] - 64:15,
162:7, 195:8, 197:5
**WITH** [2] - 202:16,
202:19
**withdraw** [1] - 135:8
**withhold** [1] - 105:18
**WITNESS** [88] - 15:2,
15:6, 23:5, 23:23,
24:3, 27:2, 31:25,

32:3, 45:20, 47:8,
47:12, 47:15, 47:18,
48:1, 50:25, 51:5,
60:3, 61:6, 63:19,
64:4, 64:8, 65:10,
73:19, 74:8, 75:22,
75:25, 76:4, 78:7,
78:10, 82:16, 83:9,
85:22, 90:21, 91:1,
93:15, 96:12, 99:15,
100:14, 101:4,
102:18, 102:21,
102:23, 103:12,
103:16, 103:20,
105:2, 108:1,
108:18, 108:20,
111:1, 112:1,
113:23, 115:1,
118:15, 119:22,
120:13, 120:19,
121:18, 121:23,
122:3, 122:7, 125:1,
125:11, 132:11,
136:15, 140:4,
143:15, 144:14,
158:23, 163:6,
164:14, 166:4,
167:24, 168:7,
168:24, 173:14,
174:15, 174:25,
175:12, 179:12,
180:12, 180:17,
181:17, 181:25,
182:3, 185:20,
186:6, 192:11
**witness** [16] - 9:10,
14:22, 52:18, 52:19,
75:16, 127:13,
160:1, 160:17,
161:4, 162:15,
162:17, 163:1,
178:10, 185:12,
193:12, 193:16
**witness'** [1] - 47:2
**witnesses** [4] - 9:9,
10:5, 160:3, 160:13
**WITNESSES** [2] - 3:5,
3:11
**woman** [1] - 20:6
**women** [1] - 79:19
**word** [4] - 70:17, 85:1,
101:2, 109:7
**workdays** [1] - 107:7
**works** [1] - 148:3
**world's** [1] - 8:15
**worried** [1] - 51:14
**wrangler** [2] - 109:7,
109:8
**wranglers** [1] - 29:3
**wrap** [2] - 39:1, 155:11
**wrapped** [1] - 33:9
**wrapping** [1] - 33:15
**wraps** [1] - 8:14
**write** [6] - 16:10, 87:5,
94:19, 94:20,
129:11, 129:23

**writes** [1] - 107:4
**writing** [8] - 84:23,
85:16, 89:12, 162:7,
162:13, 193:1,
200:5, 200:6
**written** [3] - 191:1,
197:13, 197:17
**wrote** [3] - 129:20,
129:22, 199:9
**WTF** [1] - 133:25

## Y

**ye** [1] - 64:20
**year** [7] - 8:25, 12:22,
13:12, 15:22, 18:5,
65:21, 66:5
**years** [5] - 49:21, 50:2,
76:15, 76:19, 151:1
**yourself** [5] - 19:24,
19:25, 68:21, 89:13,
190:19
**yourselves** [3] - 52:1,
130:7, 194:4

## Z

**zoom** [2] - 58:1, 143:1
**zoomed** [1] - 140:6