| | |
|---|---|
| 1 | **RYAN ELLIS LAW CORPORATION** |
| 2 | Ryan A. Ellis, Esq. (SBN: 272868) |
|   | 3268 Governor Drive, Suite 140 |
| 3 | San Diego, CA 92122 |
|   | Telephone: (858) 247-2000 |
| 4 | Email: ryan@ryanellislaw.com |
| 5 | |
| 6 | *Attorneys for Defendant/Third-Party Plaintiff* |
|   | Ignite International, Ltd. |
| 7 | |
|   | Jordanna Thigpen (SBN 232642) |
| 8 | **THIGPEN LEGAL, P.C.** |
|   | 9595 Wilshire Boulevard, Ste. 961 |
| 9 | Beverly Hills, CA 90212 |
| 10 | Telephone:  (310) 210-7491 |
|    | Facsimile:    (310) 362-0456 |
| 11 | Email: jt@thigpenlegal.com |
| 12 | |
|    | *Attorneys for Plaintiff* |
| 13 | Caley-Rae Pavillard |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALEY RAE PAVILLARD, an individual, | Case No.: 2:21-cv-01306-RGK-E [Los Angeles County Case No. 20STCV37942] |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO RELEASE CASH DEPOSIT TO PLAINTIFF CALEY-RAE PAVILLARD FOLLOWING APPEAL** |
| IGNITE INTERNATIONAL, LTD., a Wyoming limited company; and DOES 1-25, inclusive, | |
| Defendants. | |
| IGNITE INTERNATIONAL, LTD., | |
| Third-Party Plaintiff, | |
| v. | |
| JOSH RYAN, an individual dba JOSH RYAN PHOTOGRAPHY; L.A. MODELS, INC. and ROES I through X, inclusive, | |
| Third-Party Defendants. | |

1  TO THE COURT, ALL PARTIES, AND ATTORNEYS OF
2  RECORD:
3  Plaintiff CALEY RAE PAVILLARD ("Pavillard" or "Plaintiff")) and
4  Defendant IGNITE INTERNATIONAL, LTD. ("Ignite") (together with
5  Pavillard, the "Parties"), by and through their undersigned counsel, hereby
6  stipulate to the following:

### RECITALS

8  WHEREAS, on April 28, 2022, Judgment was entered in this matter in
9  the amount of $90,000.00 (ECF No. 127);

10  WHEREAS, Ignite filed a Notice of Appeal in this matter on April 29,
11  2022 (ECF No. 128);

12  WHEREAS, thereafter, Ignite moved to stay all proceedings to enforce
13  the Judgment pending final adjudication of Ignite's appeal on May 26, 2022
14  (ECF No. 137);

15  WHEREAS, on June 1, 2022, this Court entered an Order approving
16  Ignite's request to post a supersedeas bond in the amount of $100,764.00, and
17  upon positing, all proceedings would thereafter be stayed in this matter
18  pending the appeals (ECF No. 142);

19  WHEREAS, on June 6, 2022, Ignite deposited cash into the registry of
20  the Court in the amount of $100,764.00 (ECF No. 148);

21  WHEREAS, the Ninth Circuit Court of Appeal issued a Mandate on
22  January 3, 2024, (Dkt. No. 51) wherein the Judgment of this Court was
23  affirmed and took effect;

24  WHEREAS, the Parties agree and stipulate to the release the
25  supersedeas bond funds to Plaintiff in the amount of $100,764.00 to Plaintiff
26  Caley-Rae Pavillard.

27  **IT IS SO STIPULATED.**
28

STIPULATION AND ORDER TO RELEASE CASH DEPOSIT

| | |
|---|---|
| Dated: February 3, 2024 | **THIGPEN LEGAL** |
| | */s/ Jordanna G. Thigpen* |
| | JORDANNA THIGPEN, ESQ. |
| | *Attorneys for Plaintiff* |
| | *Caley Rae Pavillard* |
| Dated: February 3, 2024 | **EXCELSIOR LAW** |
| | */s/ Roger Y. Muse* |
| | ROGER MUSE, ESQ. |
| | JOHN MATHENY, ESQ. |
| | *Attorneys for Plaintiff* |
| | *Caley Rae Pavillard* |
| Dated: February 8, 2024 | **RYAN ELLIS LAW CORPORATION** |
| | */s/ Ryan A. Ellis* |
| | RYAN A. ELLIS, ESQ. |
| | *Attorneys for Defendant* |
| | *Ignite International, Ltd.* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-4.3.4(a)(2)**

I, Jordanna G. Thigpen, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO RELEASE CASH DEPOSIT TO PLAINTIFF CALEY-RAE PAVILLARD FOLLOWING APPEAL.**

In compliance with Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all signatories concur in filing this document.

Dated: February 8, 2024          **THIGPEN LEGAL, P.C.**

*/s/ Jordanna G. Thigpen*
JORDANNA THIGPEN, ESQ.
*Attorneys for Plaintiff Caley Rae Pavillard*